**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| CIBER, Inc. | : | Case No. 17-10772 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.       **ScanSource, Inc.**, Attn: Neeraj Walia, 6 Logue Ct., Greenville, SC 29615, Phone: 864-286-4249

2.       **Agile Global Solutions, Inc.**, Attn: Raja Krishnan, 13405 Folsom Blvd, #515, Folsom, CA 95630, Phone: 916-353-1780, Fax: 916-848-3659

3.       **Consilio LLC,** Attn: Michael Flanagan, 1828 L. St. NW, Suite 1070, Washington, DC 20036, Phone: 202-822-6222


                                        ANDREW R. VARA
                                        Acting United States Trustee, Region 3


                                        /s/ Timothy Fox for
                                        T. PATRICK TINKER
                                        ASSISTANT UNITED STATES TRUSTEE

DATED: April 19, 2017

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher A. Ward, Esq., Phone: (302) 252-0920 Fax: (302) 252-0921