## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : <br> : <br> CIBER, Inc., et al.,[1]  : <br> : <br> Debtors.  : <br> : | Chapter 11 <br><br> Case No. 17-10772 (BLS) <br><br> Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the Official Committee of Unsecured Creditors (the "Committee") of CIBER, Inc., et al. (the "Debtor"), by and through its proposed counsel, Perkins Coie LLP and Shaw Fishman Glantz & Towbin LLC, hereby appears in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses:

> John D. Penn
> Schuyler G. Carroll
> Tina N. Moss
> Perkins Coie LLP
> 30 Rockefeller Plaza, 22nd Floor
> New York, New York  10112-0085
>
>        -and-
>
> Thomas M. Horan
> Shaw Fishman Glantz & Towbin LLC
> 300 Delaware Avenue, Suite 1370
> Wilmington, DE 19801

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of Debtor CIBER, Inc.'s federal tax identification number (the other Debtors do not have EINs) are: CIBER, Inc. (6833), CIBER International LLC, and CIBER Consulting, Incorporated. The principal place of business for each Debtor is 6312 South Fiddler's Green Circle, Suite 600E, Greenwood Village, CO 80111.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee:  (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: April 19, 2017         **SHAW FISHMAN GLANTZ
                               & TOWBIN LLC**

                              /s/ Thomas M. Horan
                              Thomas M. Horan (DE Bar No. 4641)
                              300 Delaware Ave., Suite 1370
                              Wilmington, DE 19801
                              Telephone: (302) 480-9412
                              E-mail: thoran@shawfishman.com

                              -and-

**PERKINS COIE LLP**
John D. Penn
Schuyler G. Carroll
Tina N. Moss
30 Rockefeller Plaza, 22nd Floor
New York, New York  10112-0085
Tel:  (212) 262-6900
Fax:  (212) 977-1649
Email: JPenn@perkinscoie.com
E-mail: SCarroll@perkinscoie.com
E-mail: TMoss@perkinscoie.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*