**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 17-10772 (BLS) |
| CIBER, Inc., *et al.,*[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |
|  | ) |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Ciber, Inc. and its affiliated debtors and debtors-in-possession (each, a "Debtor", and collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of Debtor CIBER, Inc.'s federal tax identification number (the other Debtors do not have EINs) are: CIBER, Inc. (6833), CIBER International LLC, and CIBER Consulting, Incorporated. The principal place of business for each Debtor is 6312 South Fiddler's Green Circle, Suite 600E, Greenwood Village, CO 80111.

1

information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The Schedules and Statements have been signed by an authorized representative of each Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. **Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors**.

## Global Notes and Overview of Methodology

1. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate (including, without limitation,: (a) the right to amend the Schedules and Statements with respect to a claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any

other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. The actual value for any asset or liability may be different than what is reflected in the Debtors' books and records or the Schedules and Statements, and the Debtors reserve the right to have the Bankruptcy Court determine such value.

3. **Confidential Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses or amounts. Typically, the Debtors have used this approach because of (a) an agreement between the particular Debtor and a third party, (b) concerns of confidentiality, or (c) concerns for the privacy of an individual. The addresses of current and former employees, including directors and officers, have been removed from entries listed on certain of the Schedules and Statements, where applicable. The Debtors will mail any required notice or other documents to the address listed in their books and records for such parties. In addition, the Debtors may be parties to executory contracts with confidentiality provisions and, where applicable, such confidential information has not been included in the Schedules and Statements.

4. **Description of Cases and "As Of" Information Date**. On April 9, 2017 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors' liabilities are reported as of the Petition Date. The Debtors' assets are reported as of March 31, 2017 with the exception of the Debtors' respective bank account balances which are reported as of the Petition Date.

5. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

6. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases,, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available.

3

7. **Real Property and Personal Property-Leased**.  In the ordinary course of their business, the Debtors lease real property, and lease various articles of personal property from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

8. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate assets and liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

In certain instances, immaterial assets not included in the Debtors' books and records may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion in the ordinary course of business, certain prepetition Claims on a post-petition basis [*see* Docket Nos. 44, 45, 49, 136, 137, and 149].

9. **Insiders**.  The parties identified as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.  Further, the inclusion of a party as an "insider" is not an acknowledgement or concession that such party is an "insider" for purposes of section 101(31) of the Bankruptcy Code.

10. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11. **Executory Contracts and Unexpired Leases**.  Although the Debtors have made diligent attempts to attribute executory contracts and unexpired leases to the counterparties to such agreements, in certain instances, the Debtors may have inadvertently failed to do so.

4

Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such contracts and leases.

Moreover, the Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.

12. **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's, or mechanic's liens .

13. **Classifications**.  Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

14. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Intercompany Accounts and Claims**.  In the ordinary course of business, the Debtors engage in routine business relationships with non-Debtor affiliates (the "Intercompany Transactions") resulting in intercompany receivables and payables, which are described more fully in the Debtors' "first-day" cash management motion [*see* Docket No. 16]. Intercompany payables and receivables among the Debtors and its non-Debtor affiliates are reported at book value in Schedule AB77 and Schedule F, as applicable. Intercompany transfers between the Debtors and non-Debtor affiliates are set forth on Statement 4. Intercompany balances are reflected as of the 3/31/2017 throughout the Statement and Schedules. The listing of any amounts with respect to such receivables and payables is not and shall not be construed as an admission of the characterization of such balances as debt, equity or otherwise.  Furthermore, the listing of these amounts is not necessarily indicative of

5

the ultimate recovery, if any, on any intercompany asset account or the impairment or Claim status of any intercompany liability account.  Intercompany payables and receivables also may be subject to set off, recoupment, and netting not reflected in the Schedules and Statements.  The Debtors reserve all rights to later change the characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

16. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

    a.    **Undetermined Amounts**.  The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

    b.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    **Liens**.  The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

17. **Currency**.  All amounts are reflected in U.S. dollars.

18. **Net Operating Losses ("NOLs")**.  The value of the NOLs scheduled by the Debtors is unknown as it depends on the amount and timing of future taxable income against which the NOLs may be applied, on the form any restructuring may take, as well as on the application of various tax rules limiting the use of the NOLs.

**Specific Disclosures with Respect to the Schedules**

**Schedule A/B.**

    **Schedule A/B, Part 1, Question 3**.  Cash values held in financial accounts are listed on Schedule A/B, Part 1, Question 3, as of the Petition Date.

    **Schedule A/B, Part 4, Question 15**.  The value of ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, Question 15, as undetermined.

    **Schedule A/B, Part 11, Question 73**.  The Debtors maintain certain insurance policies. The Debtors have identified the pre-paid premium amounts for such insurance policies on Schedule A/B, Part 11, Question 73.

**Schedule A/B, Part 11, Questions 74-75**.    The Debtors' failure to list any contingent and/or unliquidated Claim or Cause of Action held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such Claim or Cause of Action.

**Schedule D**.    The Debtors may not have included on Schedule D all parties that may believe their Claims are secured through setoff rights, mechanic's liens, or other lien rights.

**Schedule E/F, Part 1**.    The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code.    The Debtors reserve their right to dispute the priority status of any Claim on any basis.

**Schedule E/F, Part 2**.    The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

Although reasonable efforts have been made to identify the date each Claim on Schedule E/F was incurred or arose, the Debtors cannot guarantee the information is entirely inclusive and inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may arise which may uncover claims hereto unscheduled.

**Schedule G**.    Although reasonable efforts have been made to ensure the accuracy of each contract or other agreement listed on Schedule G, inadvertent errors may have occurred.    Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable.    The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.    Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.    Such rights, powers, duties, and obligations are not set forth separately on Schedule G.    Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.    The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and other agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.    In some cases, the same supplier or provider appears multiple times on Schedule G.    This multiple listing may reflect distinct agreements between the applicable Debtor and such supplier or provider, or may reflect a series of related agreements.

7

The Debtors reserve all of their rights, Claims and Causes of Action with respect to the contracts and other agreements listed on Schedule G, including the right to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim or its relationship with the Debtors.

Omission of a contract or other agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract or other agreement.

The listing of any contract or other agreement on Schedule G does not constitute an admission by the Debtors as to the validity of such contract or agreement or that such agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract or agreement listed on Schedule G or to amend Schedule G at any time to remove any contract or agreement.

**Schedule H**. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation or Claims. These matters may involve multiple plaintiffs, claimants, and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties, and some of which may be co-obligors with, contributors to, or indemnitors of, the Debtors. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule A/B, Part 11 and Statement, Part 3, as applicable.

**Specific Disclosures with Respect to the Statements**

**Part 1, Question 1**. Gross Revenue from the beginning of the fiscal year is reported to March 31, 2017.

**Part 2, Question 4**. In certain instances, payments listed in response to SOFA 4 were issued directly to 3rd parties (typically on the Debtors' corporate credit card) for the benefit of the applicable insider as opposed to the insider directly as a reimbursement. Also, at times, single payments were issued to the benefit of multiple insiders. A non-exhaustive list of examples includes travel and related expenses in conjunction with the Debtors' board meetings. While reasonable effort has been made to attribute expense reimbursement payments to the applicable insider, additional payment review may indicate that certain listed payments or a portion of such payments should properly be attributed to a different insider listed in response to SOFA 4. In June of 2016 certain bonus payments were made to Michael Boustridge and Christian Mezger. These payments were not duly authorized by the Compensation Committee and were subsequently repaid by those individuals. Those payments are not listed in response to Question 4. For additional detail regarding the payment and repayment of such amounts, please refer to the Ciber, Inc. Form 10-Q filed November 9, 2016.

**Part 3, Question 7**.    The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date.

**Fill in this information to identify the case:**

Debtor name __CIBER, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                          (State)

Case number (If known): __17-10772 (BLS)_____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ...............................................................................

$ _____0.00__
+ undetermined amounts

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ...............................................................................

$ ____76,563,231.46__
+ undetermined amounts

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ...............................................................................

$ ____76,563,231.46__
+ undetermined amounts

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

$ ____29,710,119.75__
+ undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a  of *Schedule E/F* ...........................................

$ _____2,002,823.57__
+ undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

+ $ ____33,797,794.87__
+ undetermined amounts

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

$ ____65,510,738.19__
+ undetermined amounts

**Fill in this information to identify the case:**

Debtor name  CIBER, Inc.

United States Bankruptcy Court for the: _____  District of Delaware
                                                              (State)

Case number (If known):  17-10772 (BLS) _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                      $            814.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $        1,335,166.49 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. United Healthcare Account | $        100,000.00 |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**                                                                    $        1,435,980.49

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. See Attached Rider | $        199,656.32 |
|---|---|
| 7.2. | $ |

Debtor       CIBER, Inc.
             Name

Case number (if known) 17-10772 (BLS)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See Attached Rider                                                          $              1,964,262.97

   8.2.                                                                              $

9. **Total of Part 2.**                                                             $              2,163,919.29

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                         **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:       64,936,381.01       –       5,252,327.67    = ......➔     $       59,684,053.34
                                    face amount                 doubtful or uncollectible accounts

    11b. Over 90 days old:             837,441.63       –          55,033.36    = ......➔     $          782,408.27
                                    face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**                                                                      $       60,466,461.61

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

                                                              **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None                                                                                $                   0.00

    14.2.                                                                                     $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                               % of ownership:

    15.1. See Attached Rider                              %                                   $                   0.00

    15.2.                                                 %                                   $    + undetermined amounts

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. None                                                                                $                   0.00

    16.2.                                                                                     $

17. **Total of Part 4**                                                                      $                   0.00

    Add lines 14 through 16. Copy the total to line 83.                                          + undetermined amounts

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor    CIBER, Inc.
          _____    Case number (if known)   17-10772 (BLS)
          Name                                                                   _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| None | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____0.00 |
| 20. **Work in progress** | | | | |
| None | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____0.00 |
| 22. **Other inventory or supplies** | | | | |
| Inventory - laptops | Unknown MM / DD / YYYY | $____5,221.07 | Net Book Value | $____5,221.07 |

23. **Total of Part 5**                                                                                    $_____5,221.07

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___CIBER, Inc._____     Case number (if known)___17-10772 (BLS)_____
      Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

  ☐ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☐ No

  ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.

  ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attached Rider | $ 1,004,284.04 | | $ 1,004,284.04 |
| 40. **Office fixtures** | | | |
| None | $ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 3,563,603.87 | | $ 3,563,603.87 |
| | | | + undetermined amounts |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

$ 4,567,887.91
    + undetermined amounts

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☐ No

  ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☒ No

  ☐ Yes

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page **4**

Debtor     CIBER, Inc.                                    Case number (if known)   17-10772 (BLS)
           Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $_____ 0.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor      CIBER, Inc.
            Name

Case number (if known)   17-10772 (BLS)

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 0.00 | | $ 0.00 + undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00
+ undetermined amounts

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Attached Rider | $ 0.00 | | $ 0.00 + undetermined amounts |
| 61. **Internet domain names and websites** http://www.ciber.com/ | $ Undetermined | N/A | $ Undetermined |
| 62. **Licenses, franchises, and royalties** None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** None | $ | | $ 0.00 |
| 65. **Goodwill** None | $ | | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00
+ undetermined amounts

---

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property              page 6

Debtor    CIBER, Inc.
_____
          Name

Case number (if known)    17-10772 (BLS)
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ — _____ = ➔    $_____ 0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal NOLs to offset income taxes in future years (estimated at $102.23m)

Tax year Various    $_____ Undetermined
Tax year _____    $_____
Tax year _____    $_____

73. **Interests in insurance policies or annuities**

See Attached Rider    $_____ 0.00
                                    + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None    $_____ 0.00

**Nature of claim** _____

**Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Attached Rider    $_____ 0.00
                                    + undetermined amounts

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

None    $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider    $_____ 7,923,761.09

    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____ 7,923,761.09
                                    + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    CIBER, Inc.
          Name

Case number *(if known)*    17-10772 (BLS)

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,435,980.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,163,919.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 60,466,461.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00<br>+ undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 5,221.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,567,887.91<br>+ undetermined amounts | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............➔ | | $ 0.00<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,923,761.09<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 76,563,231.46<br>+ undetermined amounts | + 91b. $ 0.00<br>+ undetermined amounts |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... | | $ 76,563,231.46<br>+ undetermined amounts |

Debtor Name: CIBER, Inc.                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| WELLS FARGO BANK, N.A., AS AGENT | Canadian | 1840 | $26,408.07 |
| WELLS FARGO BANK, N.A., AS AGENT | Depository | 9159 | $1,007,655.77 |
| WELLS FARGO BANK, N.A., AS AGENT | Master Operating | 9167 | $301,102.65 |
| | | **TOTAL** | **$1,335,166.49** |

Debtor Name: CIBER, Inc.                                        Case Number:   17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Security Deposit on Office Building | LLC Plano Office Building Inc | $67,470.00 |
| Security Deposit on Office Building | Regus Management | $5,022.00 |
| Security Deposit on Office Building | One East Wacker LLC | $9,822.81 |
| Security Deposit on Office Building | Brentwood Scottsdale LLC | $1,589.50 |
| Security Deposit on Office Building | Regus Management | $3,172.00 |
| Security Deposit on Office Building | ILF Properties LLC / Harro East Properties LLC | $2,800.00 |
| Security Deposit on Office Building | Westlakes KPG III / Mack-Cali Pennsylvania Reality Associates | $13,271.00 |
| Security Deposit on Office Building | Kilroy Realty (formerly The Plaza at Yarrow Bay) | $15,125.92 |
| Security Deposit on Office Building | RDB-NJR Office Holdings / Highwoods Properties, Inc | $15,256.42 |
| Security Deposit on Office Building | Equity Group Four, LLC | $3,191.00 |
| Security Deposit on Office Building | Leroy Zimmerman | $17,228.00 |
| Security Deposit on Office Building | Hoedl Propertyies | $300.00 |
| Security Deposit on Office Building | Lincoln Orlando Holdings | $20,401.67 |
| Security Deposit on Office Building | Regus Management | $6,430.00 |
| Security Deposit on Office Building | Comerica Bank | $18,576.00 |
| | **TOTAL** | **$199,656.32** |

Page 1 of 1

Debtor Name: CIBER, Inc.                                    Case Number:   17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Inventory Balance | CIBERstore | $43,600.12 |
| US Income Portfolios Library Web | The Bureau of National Affairs Inc | $2,286.42 |
| Association Membership | Direct Employers Association | $2,500.00 |
| Managing Credit and Collections annual license fee | Cforia Software | $8,125.32 |
| Equity Edge Online Maintenance Renewal | E Trade Financial Corp Services | $22,458.34 |
| Sage Business Care Gold | Sage Software Inc | $3,108.00 |
| Rating Pack Agreement | Coface Services NA Inc | $5,833.33 |
| Annual insurance | Allianz Life Insurance Co of N America | $1,779.75 |
| JIRA Software Lic Yrly Renewal | Atlassian Pty Ltd | $14,763.32 |
| CA PPM SAAS Users | CA Inc | $16,308.34 |
| Sales Solution | Deltek | $11,315.02 |
| Software Support | Hewlett Packard | $12,013.84 |
| PEServiceEngage | SAP America Inc | $6,001.02 |
| DBOYLE GOVERNEMENT FINANCE | Amex | $2,069.98 |
| DBOYLE HEALTHCARE INDUSTRY SPN | Amex | $9,625.00 |
| DBOYLE Conference sponsorship | Amex | $690.00 |
| D BOYLE EDUCASE LOUISVILLE OCT | Amex | $9,150.00 |
| Project Maintenance Costs | SAP America Inc | $93,248.49 |
| Enterprise Application and Products | Microsoft Corporation | $9,529.83 |
| SMSA-Perceptive Concurrent License | Lexmark Enterprise | $14,301.83 |
| Microsoft Services and Support | Microsoft | $32,435.60 |
| Enterprise Application and Products | Microsoft | $250,645.50 |
| DemandTools | SHI International Corp | $562.00 |
| SolarWinds IP Address | Solarwinds | $3,123.32 |
| BMC Software | BMC | $18,400.00 |
| Annual subscription Manage Engine | ZOHO | $2,358.29 |
| Remedyforce | Salesforce.com | $186,709.73 |
| Oracle Taleo Cloud Service | Oracle America Inc | $57,472.59 |
| McAfee Complete Data Protection Software | Dell | $77,660.08 |
| Remedyforce Service Desk | BMC Software | $9,270.00 |
| Windows 2 Years Maintenance Renewal | Double Take- Vision Solution | $37,778.91 |
| Windows 1 Years Maintenance Renewal | Double Take- Vision Solution | $946.56 |
| Prepaid Insurance | Lockton | $737,660.16 |
| Employee Advances | Various Employees | $190,794.41 |
| Employee Computer Loans | Various Employees | $3,153.61 |
| Prepaid Workmen's Compensation Premiums | Lockton | $66,584.26 |
| | **TOTAL** | **$1,964,262.97** |

Page 1 of 1

Debtor Name: CIBER, Inc.                                                        Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| CIBER CONSULTING, Incorporated (Illinois) | 100 | Net Book Value | Undetermined |
| CIBER International LLC (Delaware) | 100 | Net Book Value | Undetermined |
| CIBER International Holdings, C.V. (Netherlands) | 99 | Net Book Value | Undetermined |
| CIBERsites India Private Limited (India) | 100 | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: CIBER, Inc.                                                              Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| (3) CREDENZA, (4) BOOKCASES | $0.00 | Net Book Value | $0.00 |
| (5) LATERAL FILES | $0.00 | Net Book Value | $0.00 |
| 1992 FURN. & FIX-SDC | $0.00 | Net Book Value | $0.00 |
| 1993 FURN. & FIX - SDC | $0.00 | Net Book Value | $0.00 |
| 1993 FURN. & FIX -SDC | $0.00 | Net Book Value | $0.00 |
| 1994 FURN. & FIX | $0.00 | Net Book Value | $0.00 |
| 1996 FURN. & FIX. | $0.00 | Net Book Value | $0.00 |
| 1997 FURN. & FIX. -SDC | $0.00 | Net Book Value | $0.00 |
| 1998 FURN. & FIX | $0.00 | Net Book Value | $0.00 |
| 1998 FURN. & FIX. | $0.00 | Net Book Value | $0.00 |
| 1998 FURN. & FIX. | $0.00 | Net Book Value | $0.00 |
| 1998 FURN. & FIX. | $0.00 | Net Book Value | $0.00 |
| 1999 1Q 7 YR ASSETS - MCLEAN | $0.00 | Net Book Value | $0.00 |
| 1999 2ND QTR. 7 YR. ASSET/ RALEIGH | $0.00 | Net Book Value | $0.00 |
| 4 DRAWER METAL FILING FROM FORMER DENVER CNSI | $0.00 | Net Book Value | $0.00 |
| 4 Workstations | $10,834.63 | Net Book Value | $10,834.63 |
| 5 Worktables, 7 desks, 1 Artopex, 16 chairs | $0.00 | Net Book Value | $0.00 |
| 6th Floor Cubicles & Desks | $0.00 | Net Book Value | $0.00 |
| 6th Floor Cubicles & Desks | $0.00 | Net Book Value | $0.00 |
| 6th Floor Cubicles & Desks | $0.00 | Net Book Value | $0.00 |
| 6th Floor Cubicles & Desks | $0.00 | Net Book Value | $0.00 |
| Abex 900 20x20 | $0.00 | Net Book Value | $0.00 |
| Advantage Beech Corner Desk (4) | $0.00 | Net Book Value | $0.00 |
| CABINET/SORTER/READER STATION | $0.00 | Net Book Value | $0.00 |
| CEO Office 6th Floor | $5,305.67 | Net Book Value | $5,305.67 |
| CHAIR/BOOK SHELVES | $0.00 | Net Book Value | $0.00 |
| Chairs | $0.00 | Net Book Value | $0.00 |
| Chairs | $0.00 | Net Book Value | $0.00 |
| Chairs (12) & File Cabinets (2) | $0.00 | Net Book Value | $0.00 |
| Chairs (4) Work Stations (1) | $41.19 | Net Book Value | $41.19 |
| chairs tables file cabinets for 5th floor | $41.77 | Net Book Value | $41.77 |

Debtor Name: CIBER, Inc.                                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Channel Letters and Install | $0.00 | Net Book Value | $0.00 |
| Conference Room LCD TV | $34.36 | Net Book Value | $34.36 |
| Conference Table | $0.00 | Net Book Value | $0.00 |
| Confernce table & chairs | $0.00 | Net Book Value | $0.00 |
| Console Table/Artwork | $46.88 | Net Book Value | $46.88 |
| Credenza | $37.90 | Net Book Value | $37.90 |
| Credenza chairs (2) | $50.48 | Net Book Value | $50.48 |
| Cubicals | $0.00 | Net Book Value | $0.00 |
| CUBICLE FURNITURE | $0.00 | Net Book Value | $0.00 |
| CUBICLE FURNITURE | $0.00 | Net Book Value | $0.00 |
| Cubicles (10) | $0.00 | Net Book Value | $0.00 |
| Cubicles (Digiterra) | $0.00 | Net Book Value | $0.00 |
| Desk & Chairs (13) | $0.00 | Net Book Value | $0.00 |
| Desk (15) Right Return (10) Left Return (3) Mobile Pedestal (10) Curved Desk Ext | $0.00 | Net Book Value | $0.00 |
| Desk (17) / 2door credenza (8) / Mobile pedestal (8) / Hutch | $0.00 | Net Book Value | $0.00 |
| Desks | $0.00 | Net Book Value | $0.00 |
| Desks (11) | $0.00 | Net Book Value | $0.00 |
| Desks (7) | $0.00 | Net Book Value | $0.00 |
| Echelom chair mesh back (2) | $37.49 | Net Book Value | $37.49 |
| File Cabinets and Desks | $0.00 | Net Book Value | $0.00 |
| File with Drawer (8) | $0.00 | Net Book Value | $0.00 |
| FULLTILT ACQUISITION F&F | $0.00 | Net Book Value | $0.00 |
| Furniture | $0.00 | Net Book Value | $0.00 |
| Furniture | $2,004.22 | Net Book Value | $2,004.22 |
| FURNITURE | $0.00 | Net Book Value | $0.00 |
| Furniture | $5,344.74 | Net Book Value | $5,344.74 |
| Furniture | $5,450.06 | Net Book Value | $5,450.06 |
| Furniture | $33,125.58 | Net Book Value | $33,125.58 |
| Furniture | $33,612.00 | Net Book Value | $33,612.00 |
| Furniture | $1,977.81 | Net Book Value | $1,977.81 |

Debtor Name: CIBER, Inc.                                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Furniture | $27,684.32 | Net Book Value | $27,684.32 |
| Furniture | $3,567.52 | Net Book Value | $3,567.52 |
| Furniture ( tables) | $2,821.40 | Net Book Value | $2,821.40 |
| Furniture VA apt D. Thieme SAGITEC | $0.00 | Net Book Value | $0.00 |
| FURNITURE(DESKS, HUTCH, LATERAL FILE CABINETS | $0.00 | Net Book Value | $0.00 |
| Grey Chairs (16) / desk | $0.00 | Net Book Value | $0.00 |
| High Back Echeon Chairs (4) Softcurve Highback Exec Chair | $89.67 | Net Book Value | $89.67 |
| High Back Echeon Chairs (6) | $107.46 | Net Book Value | $107.46 |
| High Back Echeon Chairs (6) | $53.73 | Net Book Value | $53.73 |
| IN FOCUS OVERHEAD FROM FORMER DENVER CNSI | $0.00 | Net Book Value | $0.00 |
| Interior Marketing Displays | $4,484.63 | Net Book Value | $4,484.63 |
| Kimball Office Interwork EQ (21) Task Chair (16) Fabric seats (17) | $702.85 | Net Book Value | $702.85 |
| L Shape Desk Widsor Cherry (2) | $40.09 | Net Book Value | $40.09 |
| LATERAL FILE & WHITE BOARDS | $0.00 | Net Book Value | $0.00 |
| LazyBoy Exec High Back leather chair | $0.00 | Net Book Value | $0.00 |
| L-Desk  & Hutch w/doors/bookcase | $0.00 | Net Book Value | $0.00 |
| Ldesk (2)/Drawer/Exec chair (2) | $0.00 | Net Book Value | $0.00 |
| LEATHER CHAIR | $0.00 | Net Book Value | $0.00 |
| Lounge Chair | $0.00 | Net Book Value | $0.00 |
| Lounge Chair x4 | $2,162.20 | Net Book Value | $2,162.20 |
| Mahogany Table | $0.00 | Net Book Value | $0.00 |
| Marker walls | $1,120.19 | Net Book Value | $1,120.19 |
| MEDIA SAFE SCHWAB# 1844-CTS | $0.00 | Net Book Value | $0.00 |
| Microwave Coffee Machine | $5,240.11 | Net Book Value | $5,240.11 |
| New Building - 6th Floor | $69,404.98 | Net Book Value | $69,404.98 |
| New Building - 6th Floor | $392,013.17 | Net Book Value | $392,013.17 |
| New Building - 6th Floor | $113,184.84 | Net Book Value | $113,184.84 |
| New Building - 6th Floor | $152,836.40 | Net Book Value | $152,836.40 |
| New Building - 6th Floor | $3,402.31 | Net Book Value | $3,402.31 |
| New Building - 6th Floor | $1,421.32 | Net Book Value | $1,421.32 |

Page 3 of 5

Debtor Name: CIBER, Inc.                                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Oak finish wood visitors chair (10) | $0.00 | Net Book Value | $0.00 |
| Office buildout for Atlanta office | $0.00 | Net Book Value | $0.00 |
| OFFICE FURNITURE | $0.00 | Net Book Value | $0.00 |
| OFFICE FURNITURE (WORK STATIONS) | $0.00 | Net Book Value | $0.00 |
| Office Furniture Installation | $0.00 | Net Book Value | $0.00 |
| Oval Table, Chairs (2) | $0.00 | Net Book Value | $0.00 |
| PROJECT MANAGEMENT LOGISTICS & INSTALL | $0.00 | Net Book Value | $0.00 |
| PUNCHDOWN TOOL FROM FORMER DENVER CNSI | $0.00 | Net Book Value | $0.00 |
| Purple Paton Chair (12) | $0.00 | Net Book Value | $0.00 |
| SCB-MEMPHIS - F & F | $0.00 | Net Book Value | $0.00 |
| SCB-MEMPHIS - F & F | $0.00 | Net Book Value | $0.00 |
| Sharp 52 inch LCD HDTV | $26.26 | Net Book Value | $26.26 |
| SIDE CHAIRS | $0.00 | Net Book Value | $0.00 |
| Sofa | $0.00 | Net Book Value | $0.00 |
| Sony Bravia V Series 52 inch TV for Video Conferencing | $0.00 | Net Book Value | $0.00 |
| Stations installation | $3,484.95 | Net Book Value | $3,484.95 |
| Table Chairs | $0.00 | Net Book Value | $0.00 |
| Task Chair (10) | $0.00 | Net Book Value | $0.00 |
| Task Chair (8) | $0.00 | Net Book Value | $0.00 |
| Teknion 5x6 with hazelnut surfaces (10) | $0.00 | Net Book Value | $0.00 |
| Tenant Improvement work Refrigerator | $828.27 | Net Book Value | $828.27 |
| Three drawer file cabinet two drawer hutchm miobile file | $0.00 | Net Book Value | $0.00 |
| Toshiba 55 inch LCD HDTV | $40.76 | Net Book Value | $40.76 |
| Tradeshow Booth | $1,149.15 | Net Book Value | $1,149.15 |
| Trees (2) Lamps | $34.62 | Net Book Value | $34.62 |
| U Shape Desk Widsor Cherry | $37.80 | Net Book Value | $37.80 |
| Video Conferencing Toshiba OmniMount | $0.00 | Net Book Value | $0.00 |
| VIZIO55 class 1080 LED | $5,966.96 | Net Book Value | $5,966.96 |
| WK Chair (16) | $0.00 | Net Book Value | $0.00 |
| Wood Bookcase & Installment | $1,297.50 | Net Book Value | $1,297.50 |

Page 4 of 5

Debtor Name: CIBER, Inc.                                                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Work Station Chairs | $267.63 | Net Book Value | $267.63 |
| Work Stations | $0.00 | Net Book Value | $0.00 |
| Work Stations (15) Chairs (16) | $425.91 | Net Book Value | $425.91 |
| Work Stations (7) | $0.00 | Net Book Value | $0.00 |
| Workstation (16) | $0.00 | Net Book Value | $0.00 |
| Workstations | $0.00 | Net Book Value | $0.00 |
| WORKSTATIONS | $0.00 | Net Book Value | $0.00 |
| WORKSTATIONS | $0.00 | Net Book Value | $0.00 |
| Workstations | $104,161.33 | Net Book Value | $104,161.33 |
| Workstations (5) | $0.00 | Net Book Value | $0.00 |
| Workstations from Forest Hills (8) | $8,280.93 | Net Book Value | $8,280.93 |
| WORKSTATIONS/FURNITURE | $0.00 | Net Book Value | $0.00 |
| | | **TOTAL** | **$1,004,284.04** |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 1995 LEASEHOLD IMP. - SDC | $276.00 | $276.00 | $0.00 | Net Book Value | $0.00 |
| 1995 LEASEHOLD IMP. - SDC | $2,931.00 | $2,931.00 | $0.00 | Net Book Value | $0.00 |
| 1996 MCLEAN LH IMPROVE ADDITIONS | $1,057.00 | $1,057.00 | $0.00 | Net Book Value | $0.00 |
| 1997 DCA LEASEHOLD IMPROVEMENTS | $64,155.00 | $64,155.00 | $0.00 | Net Book Value | $0.00 |
| 1997 LEASEHOLD IMPROVEMENTS- SDC | $1,761.00 | $1,761.00 | $0.00 | Net Book Value | $0.00 |
| 1997 MCLEAN LH IMPROVE ADDITIONS | $4,064.00 | $4,064.00 | $0.00 | Net Book Value | $0.00 |
| 1998 MCLEAN LH IMPROVE ADDITIONS | $24,861.00 | $24,861.00 | $0.00 | Net Book Value | $0.00 |
| 1Q - DELIVERY AND MOVE OF EQUIPMENT | $2,560.34 | $2,560.34 | $0.00 | Net Book Value | $0.00 |
| 1Q - INSTALATION OF NEW WIRING | $1,564.88 | $1,564.88 | $0.00 | Net Book Value | $0.00 |
| 2765T6U T400 P8400 160GB (5) | $5,402.17 | $5,402.17 | $0.00 | Net Book Value | $0.00 |
| 2951 Voice Bundle | $14,514.97 | $14,514.97 | $0.00 | Net Book Value | $0.00 |
| 300GB Drives for DR ESXI Expansion (12) | $5,077.00 | $5,077.00 | $0.00 | Net Book Value | $0.00 |
| 50 Pair Riser Cable | $643.00 | $643.00 | $0.00 | Net Book Value | $0.00 |
| AC Adapter (16) | $1,027.99 | $1,027.99 | $0.00 | Net Book Value | $0.00 |
| Acces Control System | $6,149.13 | $2,305.94 | $3,843.19 | Net Book Value | $3,843.19 |
| Access Control System | $2,056.32 | $2,056.32 | $0.00 | Net Book Value | $0.00 |
| Access Control System Installation | $6,603.00 | $3,836.89 | $2,766.11 | Net Book Value | $2,766.11 |
| Access Control Systems | $14,837.41 | $5,299.08 | $9,538.33 | Net Book Value | $9,538.33 |
| Acrobat Pro (6) | $5,421.38 | $5,421.38 | $0.00 | Net Book Value | $0.00 |
| Acrobat Pro 9.0 (4) License MS Proj 2007 VISIO 2007 (4) | $4,252.35 | $4,252.35 | $0.00 | Net Book Value | $0.00 |
| Acrobate UE / MS Office 2008 Sftwr | $1,282.77 | $1,282.77 | $0.00 | Net Book Value | $0.00 |
| Acrylics Wall Displays | $1,593.33 | $179.47 | $1,413.86 | Net Book Value | $1,413.86 |
| ACS Sftware for cisco devices | $4,880.96 | $4,880.96 | $0.00 | Net Book Value | $0.00 |
| Add 30a 110v Outlets | $1,017.00 | $1,017.00 | $0.00 | Net Book Value | $0.00 |
| Additions to Access Control Systems | $3,402.30 | $1,183.42 | $2,218.88 | Net Book Value | $2,218.88 |
| Adobe (12) PhotShop (10) | $15,869.44 | $15,869.44 | $0.00 | Net Book Value | $0.00 |

Page 1 of 83

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Adobe Acrobat & Captivate Licenses | $1,223.50 | $1,223.50 | $0.00 | Net Book Value | $0.00 |
| ADSelfservice Plus for 10000 | $3,995.00 | $3,995.00 | $0.00 | Net Book Value | $0.00 |
| Agent Commision | $56,623.59 | $22,848.12 | $33,775.47 | Net Book Value | $33,775.47 |
| Alarm | $3,997.79 | $3,997.79 | $0.00 | Net Book Value | $0.00 |
| Alarm System | $1,250.00 | $1,250.00 | $0.00 | Net Book Value | $0.00 |
| Alarm System | $5,850.11 | $5,850.11 | $0.00 | Net Book Value | $0.00 |
| APC Amart-UPS XL 3000VA RM 3U | $1,179.90 | $1,179.90 | $0.00 | Net Book Value | $0.00 |
| APC Smart | $1,883.20 | $1,883.20 | $0.00 | Net Book Value | $0.00 |
| APC Smart UPS Rack mountable (3) | $4,325.19 | $3,364.04 | $961.15 | Net Book Value | $961.15 |
| APC Smart UPS RT 3000VA RM208 | $2,731.05 | $2,731.05 | $0.00 | Net Book Value | $0.00 |
| APC Smart UPS RT 3000VA RM208 (2) | $2,731.05 | $2,731.05 | $0.00 | Net Book Value | $0.00 |
| APC UPS Network Management Card | $1,340.65 | $1,228.92 | $111.73 | Net Book Value | $111.73 |
| APPLE IPAD (2) | $3,702.20 | $3,702.20 | $0.00 | Net Book Value | $0.00 |
| APPLE IPAD (2) | $3,702.20 | $3,702.20 | $0.00 | Net Book Value | $0.00 |
| Apple Ipad IPAD643G (2) | $3,702.20 | $3,702.20 | $0.00 | Net Book Value | $0.00 |
| Apple Thunderbolt Display | $1,005.64 | $586.62 | $419.02 | Net Book Value | $419.02 |
| Apple Thunderbolt Display +Apps | $1,239.47 | $998.47 | $241.00 | Net Book Value | $241.00 |
| Apple Thunderbolt Display +Apps | $4,527.02 | $3,521.02 | $1,006.00 | Net Book Value | $1,006.00 |
| Architectural Services | $9,310.80 | $3,325.30 | $5,985.50 | Net Book Value | $5,985.50 |
| Architeture and Engineering | $3,183.25 | $3,183.25 | $0.00 | Net Book Value | $0.00 |
| ArcSight FlexAgent Kit | $4,734.14 | $4,734.14 | $0.00 | Net Book Value | $0.00 |
| Arcsight Logger 200 local connector EPS management | $16,010.90 | $16,010.90 | $0.00 | Net Book Value | $0.00 |
| ARTICULATE TRAINING SFTWR (3) | $4,273.58 | $4,273.58 | $0.00 | Net Book Value | $0.00 |
| Assembling workstations | $5,259.05 | $3,019.09 | $2,239.96 | Net Book Value | $2,239.96 |
| Audio Visual Equipment | $6,087.37 | $6,087.37 | $0.00 | Net Book Value | $0.00 |
| AV Integration | $11,877.11 | $4,555.60 | $7,321.51 | Net Book Value | $7,321.51 |

| Debtor Name: | CIBER, Inc. | | Case Number: | 17-10772 (BLS) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| AXURE PRO SFTWARE LICENSE (5) | $2,639.35 | $2,639.35 | $0.00 | Net Book Value | $0.00 |
| Backbone Install | $10,979.56 | $10,979.56 | $0.00 | Net Book Value | $0.00 |
| BI/DW Phase I | $1,204,293.76 | $1,204,293.76 | $0.00 | Net Book Value | $0.00 |
| Billing per proposal | $3,036.96 | $317.91 | $2,719.05 | Net Book Value | $2,719.05 |
| BL460cG6 CTO Blade Server | $4,697.05 | $4,697.05 | $0.00 | Net Book Value | $0.00 |
| BL460cG6 CTO Blade Servers (2) | $8,654.58 | $8,654.58 | $0.00 | Net Book Value | $0.00 |
| Blade Servers for Global Exchange Project (5) | $57,122.21 | $57,122.21 | $0.00 | Net Book Value | $0.00 |
| Bomgar License for Poland (3) | $6,482.74 | $6,482.74 | $0.00 | Net Book Value | $0.00 |
| Booster Fan | $1,358.00 | $1,358.00 | $0.00 | Net Book Value | $0.00 |
| BTO MB Apple Hardware | $1,844.77 | $461.18 | $1,383.59 | Net Book Value | $1,383.59 |
| BUILDING CONTRACT FOR NEW OFFICE | $60,948.73 | $60,948.73 | $0.00 | Net Book Value | $0.00 |
| Cabinets, flooring, security | $58,598.10 | $58,598.10 | $0.00 | Net Book Value | $0.00 |
| Cable | $11,657.48 | $11,657.48 | $0.00 | Net Book Value | $0.00 |
| Cable / Cabinet | $8,145.44 | $8,145.44 | $0.00 | Net Book Value | $0.00 |
| CABLING | $6,927.85 | $6,927.85 | $0.00 | Net Book Value | $0.00 |
| Cabling | $3,940.42 | $3,940.42 | $0.00 | Net Book Value | $0.00 |
| Cabling - Southfield | $25,398.52 | $5,079.70 | $20,318.82 | Net Book Value | $20,318.82 |
| Cabling 5th floor | $5,390.66 | $5,390.66 | $0.00 | Net Book Value | $0.00 |
| Cabling Voice Data/TV Location Power | $23,635.00 | $23,205.28 | $429.72 | Net Book Value | $429.72 |
| CAPTIVATE (5) | $1,527.83 | $1,527.83 | $0.00 | Net Book Value | $0.00 |
| Carpet | $38,280.25 | $38,280.25 | $0.00 | Net Book Value | $0.00 |
| Carpet Tile | $20,862.00 | $11,808.68 | $9,053.32 | Net Book Value | $9,053.32 |
| Catalyst 3560 (3) | $50,727.70 | $50,727.70 | $0.00 | Net Book Value | $0.00 |
| Ceiling Motorized Screen | $3,471.57 | $1,174.21 | $2,297.36 | Net Book Value | $2,297.36 |
| Centennial SAM Suite (1000) | $29,179.23 | $29,179.23 | $0.00 | Net Book Value | $0.00 |
| Ceridian Dayforce | $259,006.00 | $129,502.99 | $129,503.01 | Net Book Value | $129,503.01 |
| Chassis (1) LS42 Quad Core Opteron (1) | $7,405.65 | $7,405.65 | $0.00 | Net Book Value | $0.00 |
| CHAT 50 USB Clear Ine (15) | $1,941.41 | $1,941.41 | $0.00 | Net Book Value | $0.00 |

Debtor Name:    CIBER, Inc.    Case Number:    17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Check Printers | $9,034.02 | $9,034.02 | $0.00 | Net Book Value | $0.00 |
| CheckPoint Software | $9,671.67 | $9,671.67 | $0.00 | Net Book Value | $0.00 |
| CIBER Implementation | $65,467.00 | $65,467.00 | $0.00 | Net Book Value | $0.00 |
| Ciber Pittsburgh Design | $4,500.00 | $2,850.00 | $1,650.00 | Net Book Value | $1,650.00 |
| Cisco  CTS-SX20_PHD4X- K9 | $10,460.10 | $8,135.63 | $2,324.47 | Net Book Value | $2,324.47 |
| Cisco 2851 Router w/ voice bundle | $13,047.23 | $13,047.23 | $0.00 | Net Book Value | $0.00 |
| CISCO 3560 VOIP Switch | $5,164.29 | $5,164.29 | $0.00 | Net Book Value | $0.00 |
| Cisco FirePower Software | $9,866.43 | $2,740.67 | $7,125.76 | Net Book Value | $7,125.76 |
| Cisco IP Phone 7940 (21) | $6,728.09 | $6,728.09 | $0.00 | Net Book Value | $0.00 |
| Cisco IP Phone 7940 (30) | $7,197.39 | $7,197.39 | $0.00 | Net Book Value | $0.00 |
| Cisco ISR 4331 | $2,481.76 | $0.00 | $2,481.76 | Net Book Value | $2,481.76 |
| Cisco Phone and Network Equipment (Hardware) | $78,571.61 | $61,111.26 | $17,460.35 | Net Book Value | $17,460.35 |
| Cisco Phone Hardware&Software | $1,572.33 | $1,135.58 | $436.75 | Net Book Value | $436.75 |
| Cisco Phone Hardware&Software | $10,469.94 | $7,270.80 | $3,199.14 | Net Book Value | $3,199.14 |
| Cisco Phones (3) | $5,466.11 | $5,466.11 | $0.00 | Net Book Value | $0.00 |
| Cisco Quick Set HD NPP | $8,224.89 | $1,370.82 | $6,854.07 | Net Book Value | $6,854.07 |
| Cisco Switch for disaster recovery + Transceiver | $5,191.05 | $4,470.07 | $720.98 | Net Book Value | $720.98 |
| Cisco Touch 10 Spare | $1,348.58 | $224.76 | $1,123.82 | Net Book Value | $1,123.82 |
| Cisco Video Tele Conferencing System Hardware and Software | $255,436.83 | $253,669.32 | $1,767.51 | Net Book Value | $1,767.51 |
| CISCO VIRTUAL WIRELESS CONTROLL | $6,176.53 | $4,632.39 | $1,544.14 | Net Book Value | $1,544.14 |
| CISCO Voice Bundle | $21,100.52 | $21,100.52 | $0.00 | Net Book Value | $0.00 |
| Citrix Concurrent User Licenses (20) | $6,886.51 | $6,886.51 | $0.00 | Net Book Value | $0.00 |
| Clearone Chat50 USB SpeakerPhone (20) | $2,728.60 | $2,728.60 | $0.00 | Net Book Value | $0.00 |
| COLD FUSION Enterprise CIBER.com Spare | $6,824.75 | $6,824.75 | $0.00 | Net Book Value | $0.00 |
| Coldfusion License | $3,378.49 | $3,378.49 | $0.00 | Net Book Value | $0.00 |
| Commvault drive management software (4) | $18,189.60 | $18,189.60 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Commvault Oracle Backup Agents (7) | $14,892.26 | $14,892.26 | $0.00 | Net Book Value | $0.00 |
| Computer Equip DS14MK4 SHLF AC (2) | $47,937.04 | $47,937.04 | $0.00 | Net Book Value | $0.00 |
| Computer Spare Parts | $4,902.36 | $4,902.36 | $0.00 | Net Book Value | $0.00 |
| Construction Doc | $2,251.27 | $2,251.27 | $0.00 | Net Book Value | $0.00 |
| Construction Documents Supplemental Cooling | $6,990.43 | $2,559.88 | $4,430.55 | Net Book Value | $4,430.55 |
| Construction for 8th floor 4 Smithfield street | $21,633.27 | $21,633.27 | $0.00 | Net Book Value | $0.00 |
| Core Processor | $14,853.66 | $14,853.66 | $0.00 | Net Book Value | $0.00 |
| Core Processor | $14,853.66 | $14,853.66 | $0.00 | Net Book Value | $0.00 |
| Core Processor (2) | $14,853.66 | $14,853.66 | $0.00 | Net Book Value | $0.00 |
| Corp Microwave firewalls | $6,787.06 | $6,787.06 | $0.00 | Net Book Value | $0.00 |
| CS4 Design Prem Upgrade (2) | $1,220.71 | $1,220.71 | $0.00 | Net Book Value | $0.00 |
| CS4 Design Premium UE version 4 | $1,822.32 | $1,822.32 | $0.00 | Net Book Value | $0.00 |
| CTO  MACBOOK | $3,071.05 | $1,108.99 | $1,962.06 | Net Book Value | $1,962.06 |
| CTS-RMT-TRC6 - Flat Screen | $4,337.61 | $1,566.36 | $2,771.25 | Net Book Value | $2,771.25 |
| Cube Installation | $1,375.00 | $1,375.00 | $0.00 | Net Book Value | $0.00 |
| Cubicle Set up | $4,985.00 | $4,985.00 | $0.00 | Net Book Value | $0.00 |
| CUBICLES (18) | $2,170.24 | $2,170.24 | $0.00 | Net Book Value | $0.00 |
| Dallas Office Buildout | $32,686.82 | $12,257.55 | $20,429.27 | Net Book Value | $20,429.27 |
| DATA Center Backup Expansion | $22,758.20 | $22,758.20 | $0.00 | Net Book Value | $0.00 |
| Data Center Relocation | $37,312.19 | $37,312.17 | $0.02 | Net Book Value | $0.02 |
| Dataload Pro W/12MOS (5) | $2,527.56 | $2,527.56 | $0.00 | Net Book Value | $0.00 |
| Dealmaker Account Plan Optimization | $10,800.00 | $9,000.00 | $1,800.00 | Net Book Value | $1,800.00 |
| Dealmaker Smart Account Manager License | $29,017.11 | $24,180.92 | $4,836.19 | Net Book Value | $4,836.19 |
| Delivery and furniture storage | $819.00 | $456.75 | $362.25 | Net Book Value | $362.25 |
| Dell 23 Monitor | $3,040.71 | $2,618.39 | $422.32 | Net Book Value | $422.32 |
| Dell 23 Monitor (50) | $8,340.12 | $6,486.76 | $1,853.36 | Net Book Value | $1,853.36 |
| Dell E6430Q (1) | $1,363.18 | $1,363.18 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6430Q (1) | $1,363.18 | $1,363.18 | $0.00 | Net Book Value | $0.00 |
| Dell E6430Q (1) | $1,363.18 | $1,363.18 | $0.00 | Net Book Value | $0.00 |
| Dell E6430Q (1) | $1,363.18 | $1,287.44 | $75.74 | Net Book Value | $75.74 |
| Dell E6430Q (5) | $6,815.91 | $6,815.91 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 | $1,343.79 | $485.26 | $858.53 | Net Book Value | $858.53 |
| Dell E6440 | $1,385.02 | $1,269.60 | $115.42 | Net Book Value | $115.42 |
| Dell E6440 | $1,347.79 | $1,235.47 | $112.32 | Net Book Value | $112.32 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,347.80 | $1,235.49 | $112.31 | Net Book Value | $112.31 |
| Dell E6440 | $1,405.57 | $1,288.44 | $117.13 | Net Book Value | $117.13 |
| Dell E6440 | $1,360.64 | $1,247.26 | $113.38 | Net Book Value | $113.38 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,347.80 | $1,235.49 | $112.31 | Net Book Value | $112.31 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,357.57 | $1,244.43 | $113.14 | Net Book Value | $113.14 |
| Dell E6440 | $1,357.56 | $1,244.43 | $113.13 | Net Book Value | $113.13 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.09 | $1,281.59 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,347.80 | $1,235.49 | $112.31 | Net Book Value | $112.31 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,347.79 | $1,235.47 | $112.32 | Net Book Value | $112.32 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,360.64 | $1,247.26 | $113.38 | Net Book Value | $113.38 |
| Dell E6440 | $1,347.79 | $1,235.47 | $112.32 | Net Book Value | $112.32 |
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |

Debtor Name:    CIBER, Inc.                                         Case Number:       17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,398.08 | $1,281.58 | $116.50 | Net Book Value | $116.50 |
| Dell E6440 | $1,398.08 | $1,242.74 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,360.64 | $1,209.46 | $151.18 | Net Book Value | $151.18 |
| Dell E6440 | $1,398.09 | $1,242.75 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,398.08 | $1,242.74 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,360.64 | $1,209.46 | $151.18 | Net Book Value | $151.18 |
| Dell E6440 | $1,398.09 | $1,242.75 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,398.09 | $1,242.75 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,398.09 | $1,242.75 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,360.64 | $1,209.46 | $151.18 | Net Book Value | $151.18 |
| Dell E6440 | $1,398.08 | $1,242.74 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,430.75 | $1,271.78 | $158.97 | Net Book Value | $158.97 |
| Dell E6440 | $1,430.75 | $1,271.78 | $158.97 | Net Book Value | $158.97 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,430.75 | $1,232.03 | $198.72 | Net Book Value | $198.72 |
| Dell E6440 | $1,343.23 | $1,156.67 | $186.56 | Net Book Value | $186.56 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,386.96 | $1,194.33 | $192.63 | Net Book Value | $192.63 |
| Dell E6440 | $1,386.97 | $1,194.33 | $192.64 | Net Book Value | $192.64 |
| Dell E6440 | $1,343.23 | $1,156.67 | $186.56 | Net Book Value | $186.56 |
| Dell E6440 | $1,343.79 | $1,157.15 | $186.64 | Net Book Value | $186.64 |
| Dell E6440 | $1,343.23 | $1,156.67 | $186.56 | Net Book Value | $186.56 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,386.96 | $1,194.33 | $192.63 | Net Book Value | $192.63 |
| Dell E6440 | $1,357.57 | $1,169.01 | $188.56 | Net Book Value | $188.56 |
| Dell E6440 | $1,357.57 | $1,169.01 | $188.56 | Net Book Value | $188.56 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,357.57 | $1,169.01 | $188.56 | Net Book Value | $188.56 |
| Dell E6440 | $1,343.79 | $1,157.15 | $186.64 | Net Book Value | $186.64 |
| Dell E6440 | $1,369.23 | $1,179.06 | $190.17 | Net Book Value | $190.17 |

Debtor Name:        CIBER, Inc.                                                        Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,343.79 | $1,157.15 | $186.64 | Net Book Value | $186.64 |
| Dell E6440 | $1,430.75 | $1,232.03 | $198.72 | Net Book Value | $198.72 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,529.23 | $1,316.84 | $212.39 | Net Book Value | $212.39 |
| Dell E6440 | $1,352.78 | $1,164.90 | $187.88 | Net Book Value | $187.88 |
| Dell E6440 | $1,370.37 | $1,141.98 | $228.39 | Net Book Value | $228.39 |
| Dell E6440 | $1,386.44 | $1,155.38 | $231.06 | Net Book Value | $231.06 |
| Dell E6440 | $1,386.43 | $1,155.36 | $231.07 | Net Book Value | $231.07 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,386.43 | $1,155.36 | $231.07 | Net Book Value | $231.07 |
| Dell E6440 | $1,343.23 | $1,119.36 | $223.87 | Net Book Value | $223.87 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,386.43 | $1,155.36 | $231.07 | Net Book Value | $231.07 |
| Dell E6440 | $1,358.10 | $1,131.75 | $226.35 | Net Book Value | $226.35 |
| Dell E6440 | $1,386.44 | $1,155.38 | $231.06 | Net Book Value | $231.06 |
| Dell E6440 | $1,386.43 | $1,155.36 | $231.07 | Net Book Value | $231.07 |
| Dell E6440 | $1,370.52 | $1,142.10 | $228.42 | Net Book Value | $228.42 |
| Dell E6440 | $1,386.44 | $1,155.38 | $231.06 | Net Book Value | $231.06 |
| Dell E6440 | $1,386.43 | $1,155.36 | $231.07 | Net Book Value | $231.07 |
| Dell E6440 | $1,343.23 | $1,119.36 | $223.87 | Net Book Value | $223.87 |
| Dell E6440 | $1,369.23 | $1,141.02 | $228.21 | Net Book Value | $228.21 |
| Dell E6440 | $1,369.23 | $1,141.02 | $228.21 | Net Book Value | $228.21 |
| Dell E6440 | $1,370.52 | $1,142.10 | $228.42 | Net Book Value | $228.42 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,358.11 | $1,131.76 | $226.35 | Net Book Value | $226.35 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,430.75 | $1,192.29 | $238.46 | Net Book Value | $238.46 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,352.23 | $1,089.29 | $262.94 | Net Book Value | $262.94 |
| Dell E6440 | $1,370.52 | $1,104.03 | $266.49 | Net Book Value | $266.49 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,370.52 | $1,104.03 | $266.49 | Net Book Value | $266.49 |
| Dell E6440 | $1,352.22 | $1,089.29 | $262.93 | Net Book Value | $262.93 |
| Dell E6440 | $1,356.64 | $1,092.85 | $263.79 | Net Book Value | $263.79 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,343.23 | $1,082.04 | $261.19 | Net Book Value | $261.19 |
| Dell E6440 | $1,355.51 | $1,091.95 | $263.56 | Net Book Value | $263.56 |
| Dell E6440 | $1,352.78 | $1,089.75 | $263.03 | Net Book Value | $263.03 |
| Dell E6440 | $1,339.78 | $1,079.26 | $260.52 | Net Book Value | $260.52 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,339.78 | $1,079.26 | $260.52 | Net Book Value | $260.52 |
| Dell E6440 | $1,352.22 | $1,089.29 | $262.93 | Net Book Value | $262.93 |
| Dell E6440 | $1,352.36 | $1,089.41 | $262.95 | Net Book Value | $262.95 |
| Dell E6440 | $1,356.64 | $1,092.85 | $263.79 | Net Book Value | $263.79 |
| Dell E6440 | $1,370.52 | $1,104.03 | $266.49 | Net Book Value | $266.49 |
| Dell E6440 | $1,355.51 | $1,091.95 | $263.56 | Net Book Value | $263.56 |
| Dell E6440 | $1,358.11 | $1,094.03 | $264.08 | Net Book Value | $264.08 |
| Dell E6440 | $1,352.22 | $1,089.29 | $262.93 | Net Book Value | $262.93 |
| Dell E6440 | $1,352.78 | $1,052.17 | $300.61 | Net Book Value | $300.61 |
| Dell E6440 | $1,348.90 | $1,049.14 | $299.76 | Net Book Value | $299.76 |
| Dell E6440 | $1,348.90 | $1,049.14 | $299.76 | Net Book Value | $299.76 |
| Dell E6440 | $1,352.22 | $1,051.73 | $300.49 | Net Book Value | $300.49 |
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,339.78 | $1,042.05 | $297.73 | Net Book Value | $297.73 |
| Dell E6440 | $1,314.34 | $1,022.26 | $292.08 | Net Book Value | $292.08 |
| Dell E6440 | $1,358.11 | $1,056.31 | $301.80 | Net Book Value | $301.80 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,314.34 | $1,022.26 | $292.08 | Net Book Value | $292.08 |
| Dell E6440 | $1,339.78 | $1,042.05 | $297.73 | Net Book Value | $297.73 |
| Dell E6440 | $1,355.51 | $1,054.29 | $301.22 | Net Book Value | $301.22 |
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,348.90 | $1,049.14 | $299.76 | Net Book Value | $299.76 |
| Dell E6440 | $1,314.34 | $1,022.26 | $292.08 | Net Book Value | $292.08 |
| Dell E6440 | $1,360.63 | $1,058.27 | $302.36 | Net Book Value | $302.36 |
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,356.64 | $1,055.16 | $301.48 | Net Book Value | $301.48 |
| Dell E6440 | $1,384.38 | $1,076.74 | $307.64 | Net Book Value | $307.64 |
| Dell E6440 | $1,355.51 | $1,054.29 | $301.22 | Net Book Value | $301.22 |
| Dell E6440 | $1,384.38 | $1,076.74 | $307.64 | Net Book Value | $307.64 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,386.43 | $1,039.82 | $346.61 | Net Book Value | $346.61 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,384.38 | $1,038.28 | $346.10 | Net Book Value | $346.10 |
| Dell E6440 | $1,352.35 | $1,014.25 | $338.10 | Net Book Value | $338.10 |
| Dell E6440 | $1,314.34 | $985.75 | $328.59 | Net Book Value | $328.59 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,384.39 | $1,038.28 | $346.11 | Net Book Value | $346.11 |
| Dell E6440 | $1,352.36 | $1,014.28 | $338.08 | Net Book Value | $338.08 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,352.36 | $1,014.28 | $338.08 | Net Book Value | $338.08 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,339.78 | $1,004.83 | $334.95 | Net Book Value | $334.95 |
| Dell E6440 | $1,355.51 | $1,016.64 | $338.87 | Net Book Value | $338.87 |
| Dell E6440 | $1,352.78 | $1,014.59 | $338.19 | Net Book Value | $338.19 |
| Dell E6440 | $1,348.90 | $1,011.67 | $337.23 | Net Book Value | $337.23 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,384.39 | $1,038.28 | $346.11 | Net Book Value | $346.11 |
| Dell E6440 | $1,384.39 | $1,038.28 | $346.11 | Net Book Value | $346.11 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,339.77 | $967.62 | $372.15 | Net Book Value | $372.15 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,340.13 | $967.88 | $372.25 | Net Book Value | $372.25 |
| Dell E6440 | $1,348.90 | $974.20 | $374.70 | Net Book Value | $374.70 |
| Dell E6440 | $1,340.13 | $967.88 | $372.25 | Net Book Value | $372.25 |
| Dell E6440 | $1,398.08 | $1,009.73 | $388.35 | Net Book Value | $388.35 |
| Dell E6440 | $1,352.78 | $977.01 | $375.77 | Net Book Value | $375.77 |
| Dell E6440 | $1,348.90 | $974.20 | $374.70 | Net Book Value | $374.70 |
| Dell E6440 | $1,358.11 | $980.86 | $377.25 | Net Book Value | $377.25 |
| Dell E6440 | $1,398.09 | $1,009.74 | $388.35 | Net Book Value | $388.35 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,356.65 | $979.81 | $376.84 | Net Book Value | $376.84 |
| Dell E6440 | $1,398.08 | $1,009.73 | $388.35 | Net Book Value | $388.35 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,384.39 | $999.83 | $384.56 | Net Book Value | $384.56 |
| Dell E6440 | $1,398.09 | $1,009.74 | $388.35 | Net Book Value | $388.35 |
| Dell E6440 | $1,314.35 | $949.26 | $365.09 | Net Book Value | $365.09 |
| Dell E6440 | $1,352.78 | $977.01 | $375.77 | Net Book Value | $375.77 |
| Dell E6440 | $1,348.89 | $974.20 | $374.69 | Net Book Value | $374.69 |
| Dell E6440 | $1,343.79 | $970.51 | $373.28 | Net Book Value | $373.28 |
| Dell E6440 | $1,340.14 | $967.88 | $372.26 | Net Book Value | $372.26 |

Page 11 of 83

Debtor Name:          CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,352.78 | $977.01 | $375.77 | Net Book Value | $375.77 |
| Dell E6440 | $1,343.79 | $970.51 | $373.28 | Net Book Value | $373.28 |
| Dell E6440 | $1,314.34 | $949.24 | $365.10 | Net Book Value | $365.10 |
| Dell E6440 | $1,340.13 | $967.88 | $372.25 | Net Book Value | $372.25 |
| Dell E6440 | $1,398.08 | $1,009.73 | $388.35 | Net Book Value | $388.35 |
| Dell E6440 | $1,384.39 | $999.83 | $384.56 | Net Book Value | $384.56 |
| Dell E6440 | $1,339.78 | $930.40 | $409.38 | Net Book Value | $409.38 |
| Dell E6440 | $1,340.14 | $930.65 | $409.49 | Net Book Value | $409.49 |
| Dell E6440 | $1,343.80 | $933.19 | $410.61 | Net Book Value | $410.61 |
| Dell E6440 | $1,358.10 | $943.13 | $414.97 | Net Book Value | $414.97 |
| Dell E6440 | $1,339.78 | $930.40 | $409.38 | Net Book Value | $409.38 |
| Dell E6440 | $1,340.14 | $930.65 | $409.49 | Net Book Value | $409.49 |
| Dell E6440 | $1,339.78 | $930.40 | $409.38 | Net Book Value | $409.38 |
| Dell E6440 | $1,358.11 | $905.41 | $452.70 | Net Book Value | $452.70 |
| Dell E6440 | $1,343.79 | $895.86 | $447.93 | Net Book Value | $447.93 |
| Dell E6440 | $1,340.14 | $893.43 | $446.71 | Net Book Value | $446.71 |
| Dell E6440 | $1,340.14 | $893.43 | $446.71 | Net Book Value | $446.71 |
| Dell E6440 | $1,340.14 | $856.20 | $483.94 | Net Book Value | $483.94 |
| Dell E6440 | $1,340.14 | $856.20 | $483.94 | Net Book Value | $483.94 |
| Dell E6440 | $1,352.78 | $864.28 | $488.50 | Net Book Value | $488.50 |
| Dell E6440 | $1,340.13 | $856.20 | $483.93 | Net Book Value | $483.93 |
| Dell E6440 | $1,348.90 | $861.80 | $487.10 | Net Book Value | $487.10 |
| Dell E6440 | $1,340.14 | $856.20 | $483.94 | Net Book Value | $483.94 |
| Dell E6440 | $1,430.75 | $914.09 | $516.66 | Net Book Value | $516.66 |
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |
| Dell E6440 | $1,386.43 | $847.26 | $539.17 | Net Book Value | $539.17 |
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |
| Dell E6440 | $1,325.87 | $810.26 | $515.61 | Net Book Value | $515.61 |
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |
| Dell E6440 | $1,340.14 | $818.97 | $521.17 | Net Book Value | $521.17 |
| Dell E6440 | $1,325.87 | $589.28 | $736.59 | Net Book Value | $736.59 |
| Dell E6440 | $1,355.51 | $602.45 | $753.06 | Net Book Value | $753.06 |
| Dell E6440 | $1,386.96 | $616.43 | $770.53 | Net Book Value | $770.53 |
| Dell E6440 | $1,370.37 | $609.06 | $761.31 | Net Book Value | $761.31 |
| Dell E6440 | $1,339.78 | $558.24 | $781.54 | Net Book Value | $781.54 |
| Dell E6440 | $1,370.36 | $1,027.78 | $342.58 | Net Book Value | $342.58 |
| Dell E6440 | $1,370.37 | $1,027.78 | $342.59 | Net Book Value | $342.59 |
| Dell E6440 | $1,352.78 | $1,014.59 | $338.19 | Net Book Value | $338.19 |
| Dell E6440 | $1,352.22 | $1,014.17 | $338.05 | Net Book Value | $338.05 |
| Dell E6440 | $1,389.00 | $1,041.75 | $347.25 | Net Book Value | $347.25 |
| Dell E6440 | $1,325.87 | $994.41 | $331.46 | Net Book Value | $331.46 |
| Dell E6440 | $1,360.64 | $1,020.49 | $340.15 | Net Book Value | $340.15 |
| Dell E6440 | $1,325.87 | $994.41 | $331.46 | Net Book Value | $331.46 |
| Dell E6440 | $1,343.79 | $1,007.84 | $335.95 | Net Book Value | $335.95 |
| Dell E6440 | $1,358.11 | $1,018.58 | $339.53 | Net Book Value | $339.53 |
| Dell E6440 | $1,358.10 | $1,018.58 | $339.52 | Net Book Value | $339.52 |
| Dell E6440 | $1,352.78 | $1,014.59 | $338.19 | Net Book Value | $338.19 |
| Dell E6440 | $1,352.36 | $1,014.28 | $338.08 | Net Book Value | $338.08 |
| Dell E6440 | $1,370.37 | $1,027.78 | $342.59 | Net Book Value | $342.59 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,352.78 | $1,014.59 | $338.19 | Net Book Value | $338.19 |
| Dell E6440 | $1,373.48 | $1,297.18 | $76.30 | Net Book Value | $76.30 |
| Dell E6440 | $1,347.79 | $1,235.47 | $112.32 | Net Book Value | $112.32 |
| Dell E6440 | $1,398.08 | $1,242.74 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 | $1,352.36 | $1,126.97 | $225.39 | Net Book Value | $225.39 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |
| Dell E6440 | $1,356.64 | $979.79 | $376.85 | Net Book Value | $376.85 |
| Dell E6440 | $1,352.36 | $976.71 | $375.65 | Net Book Value | $375.65 |

Debtor Name:        CIBER, Inc.                                        Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,352.78 | $1,014.59 | $338.19 | Net Book Value | $338.19 |
| Dell E6440 | $1,398.09 | $1,048.57 | $349.52 | Net Book Value | $349.52 |
| Dell E6440 | $1,340.14 | $1,005.10 | $335.04 | Net Book Value | $335.04 |
| Dell E6440 | $1,356.64 | $1,017.48 | $339.16 | Net Book Value | $339.16 |
| Dell E6440 | $1,343.80 | $1,007.84 | $335.96 | Net Book Value | $335.96 |
| Dell E6440 | $1,360.64 | $1,020.49 | $340.15 | Net Book Value | $340.15 |
| Dell E6440 | $1,340.14 | $1,005.10 | $335.04 | Net Book Value | $335.04 |
| Dell E6440  (4) | $5,409.44 | $4,507.88 | $901.56 | Net Book Value | $901.56 |
| Dell E6440 (1) | $1,376.03 | $1,376.03 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,389.01 | $1,389.01 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,376.03 | $1,376.03 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,344.69 | $1,344.69 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,389.01 | $1,389.01 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,389.01 | $1,389.01 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,389.01 | $1,389.01 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,376.03 | $1,376.03 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,376.03 | $1,376.03 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,376.03 | $1,376.03 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,344.70 | $1,344.70 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,389.01 | $1,389.01 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,350.97 | $1,350.97 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 (1) | $1,350.97 | $1,350.97 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,350.97 | $1,350.97 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) | $1,344.70 | $1,307.35 | $37.35 | Net Book Value | $37.35 |
| Dell E6440 (1) | $1,373.48 | $1,335.33 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,344.70 | $1,307.35 | $37.35 | Net Book Value | $37.35 |
| Dell E6440 (1) | $1,373.47 | $1,335.32 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,373.48 | $1,335.33 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,360.63 | $1,322.83 | $37.80 | Net Book Value | $37.80 |
| Dell E6440 (1) | $1,405.56 | $1,366.52 | $39.04 | Net Book Value | $39.04 |
| Dell E6440 (1) | $1,325.87 | $1,289.05 | $36.82 | Net Book Value | $36.82 |
| Dell E6440 (1) | $1,360.85 | $1,323.04 | $37.81 | Net Book Value | $37.81 |
| Dell E6440 (1) | $1,360.84 | $1,323.03 | $37.81 | Net Book Value | $37.81 |
| Dell E6440 (1) | $1,373.47 | $1,335.32 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,325.87 | $1,289.05 | $36.82 | Net Book Value | $36.82 |
| Dell E6440 (1) | $1,398.09 | $1,359.26 | $38.83 | Net Book Value | $38.83 |
| Dell E6440 (1) | $1,360.85 | $1,323.04 | $37.81 | Net Book Value | $37.81 |
| Dell E6440 (1) | $1,360.95 | $1,323.14 | $37.81 | Net Book Value | $37.81 |
| Dell E6440 (1) | $1,398.08 | $1,359.25 | $38.83 | Net Book Value | $38.83 |
| Dell E6440 (1) | $1,376.03 | $1,337.81 | $38.22 | Net Book Value | $38.22 |
| Dell E6440 (1) | $1,344.69 | $1,307.34 | $37.35 | Net Book Value | $37.35 |
| Dell E6440 (1) | $1,360.95 | $1,323.14 | $37.81 | Net Book Value | $37.81 |
| Dell E6440 (1) | $1,373.47 | $1,335.32 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,325.86 | $1,289.03 | $36.83 | Net Book Value | $36.83 |
| Dell E6440 (1) | $1,344.69 | $1,307.34 | $37.35 | Net Book Value | $37.35 |
| Dell E6440 (1) | $1,373.47 | $1,335.32 | $38.15 | Net Book Value | $38.15 |
| Dell E6440 (1) | $1,398.09 | $1,359.26 | $38.83 | Net Book Value | $38.83 |
| Dell E6440 (1) | $1,398.08 | $1,359.25 | $38.83 | Net Book Value | $38.83 |
| Dell E6440 (1) | $1,344.69 | $1,307.34 | $37.35 | Net Book Value | $37.35 |
| Dell E6440 (1) | $1,373.47 | $1,335.32 | $38.15 | Net Book Value | $38.15 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 (1) | $1,405.56 | $1,327.47 | $78.09 | Net Book Value | $78.09 |
| Dell E6440 (1) | $1,347.79 | $1,272.91 | $74.88 | Net Book Value | $74.88 |
| Dell E6440 (1) | $1,398.08 | $1,320.41 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,360.64 | $1,285.05 | $75.59 | Net Book Value | $75.59 |
| Dell E6440 (1) | $1,385.02 | $1,308.07 | $76.95 | Net Book Value | $76.95 |
| Dell E6440 (1) | $1,398.09 | $1,320.42 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,360.63 | $1,285.04 | $75.59 | Net Book Value | $75.59 |
| Dell E6440 (1) | $1,360.64 | $1,285.05 | $75.59 | Net Book Value | $75.59 |
| Dell E6440 (1) | $1,398.09 | $1,320.42 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,398.08 | $1,320.41 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,360.96 | $1,285.34 | $75.62 | Net Book Value | $75.62 |
| Dell E6440 (1) | $1,385.01 | $1,308.07 | $76.94 | Net Book Value | $76.94 |
| Dell E6440 (1) | $1,385.02 | $1,308.07 | $76.95 | Net Book Value | $76.95 |
| Dell E6440 (1) | $1,385.02 | $1,308.07 | $76.95 | Net Book Value | $76.95 |
| Dell E6440 (1) | $1,398.09 | $1,320.42 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,405.56 | $1,327.47 | $78.09 | Net Book Value | $78.09 |
| Dell E6440 (1) | $1,360.64 | $1,285.05 | $75.59 | Net Book Value | $75.59 |
| Dell E6440 (1) | $1,398.08 | $1,320.41 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,373.47 | $1,297.16 | $76.31 | Net Book Value | $76.31 |
| Dell E6440 (1) | $1,398.08 | $1,320.41 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (1) | $1,325.87 | $1,325.87 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (1) Dell E7240 (1) | $2,758.40 | $2,681.78 | $76.62 | Net Book Value | $76.62 |
| Dell E6440 (2) | $2,778.00 | $2,778.00 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 (2) | $2,796.16 | $2,718.49 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (2) | $2,721.70 | $2,646.09 | $75.61 | Net Book Value | $75.61 |
| Dell E6440 (2) | $2,701.94 | $2,626.89 | $75.05 | Net Book Value | $75.05 |
| Dell E6440 (2) | $2,796.16 | $2,718.49 | $77.67 | Net Book Value | $77.67 |
| Dell E6440 (2) | $2,796.16 | $2,640.82 | $155.34 | Net Book Value | $155.34 |
| Dell E6440 (2) | $2,721.28 | $2,570.10 | $151.18 | Net Book Value | $151.18 |
| Dell E6440 (2) | $2,811.13 | $2,654.95 | $156.18 | Net Book Value | $156.18 |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 (2) | $2,695.58 | $2,470.95 | $224.63 | Net Book Value | $224.63 |
| Dell E6440 (2) | $2,770.04 | $2,539.21 | $230.83 | Net Book Value | $230.83 |
| Dell E6440 (2) | $2,796.16 | $2,563.15 | $233.01 | Net Book Value | $233.01 |
| Dell E6440 (2) | $2,721.28 | $2,494.51 | $226.77 | Net Book Value | $226.77 |
| Dell E6440 (2) | $2,811.14 | $2,576.88 | $234.26 | Net Book Value | $234.26 |
| Dell E6440 (2) | $2,796.16 | $2,485.47 | $310.69 | Net Book Value | $310.69 |
| Dell E6440 (2) | $2,721.27 | $2,418.91 | $302.36 | Net Book Value | $302.36 |
| Dell E6440 (2) | $2,721.28 | $2,418.91 | $302.37 | Net Book Value | $302.37 |
| Dell E6440 (2) | $2,796.16 | $2,485.47 | $310.69 | Net Book Value | $310.69 |
| Dell E6440 (2) | $2,773.93 | $2,388.66 | $385.27 | Net Book Value | $385.27 |
| Dell E6440 (2) | $2,773.93 | $2,388.66 | $385.27 | Net Book Value | $385.27 |
| Dell E6440 (2) | $2,705.57 | $2,254.65 | $450.92 | Net Book Value | $450.92 |
| Dell E6440 (2) | $2,704.72 | $2,253.92 | $450.80 | Net Book Value | $450.80 |
| Dell E6440 (2) | $2,704.72 | $2,178.79 | $525.93 | Net Book Value | $525.93 |
| Dell E6440 (2) | $2,697.80 | $2,098.30 | $599.50 | Net Book Value | $599.50 |
| Dell E6440 (2) | $2,679.56 | $2,084.11 | $595.45 | Net Book Value | $595.45 |
| Dell E6440 (2) | $2,679.56 | $2,084.11 | $595.45 | Net Book Value | $595.45 |
| Dell E6440 (2) | $2,628.68 | $2,044.54 | $584.14 | Net Book Value | $584.14 |
| Dell E6440 (2) | $2,768.77 | $2,153.48 | $615.29 | Net Book Value | $615.29 |
| Dell E6440 (2) | $2,628.68 | $1,898.50 | $730.18 | Net Book Value | $730.18 |
| Dell E6440 (2) | $2,679.55 | $1,935.23 | $744.32 | Net Book Value | $744.32 |
| Dell E6440 (2) | $2,796.18 | $2,019.47 | $776.71 | Net Book Value | $776.71 |
| Dell E6440 (2) | $2,679.56 | $1,860.81 | $818.75 | Net Book Value | $818.75 |
| Dell E6440 (2) | $2,713.28 | $2,110.34 | $602.94 | Net Book Value | $602.94 |
| Dell E6440 (3) | $4,216.68 | $3,982.42 | $234.26 | Net Book Value | $234.26 |
| Dell E6440 (3) | $4,155.05 | $3,808.81 | $346.24 | Net Book Value | $346.24 |
| Dell E6440 (3) | $4,194.24 | $3,844.72 | $349.52 | Net Book Value | $349.52 |
| Dell E6440 (3) | $4,081.91 | $3,628.37 | $453.54 | Net Book Value | $453.54 |
| Dell E6440 (3) | $4,029.69 | $3,358.08 | $671.61 | Net Book Value | $671.61 |
| Dell E6440 (3) | $4,029.70 | $3,246.14 | $783.56 | Net Book Value | $783.56 |

Debtor Name:          CIBER, Inc.                                      Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E6440 (3) | $4,029.70 | $3,246.14 | $783.56 | Net Book Value | $783.56 |
| Dell E6440 (3) | $4,066.53 | $3,162.86 | $903.67 | Net Book Value | $903.67 |
| Dell E6440 (3) | $4,194.24 | $3,029.17 | $1,165.07 | Net Book Value | $1,165.07 |
| Dell E6440 (3) | $4,057.08 | $2,930.11 | $1,126.97 | Net Book Value | $1,126.97 |
| Dell E6440 (3) Dell E7240 (1) | $5,351.57 | $5,202.92 | $148.65 | Net Book Value | $148.65 |
| Dell E6440 (4) | $5,723.00 | $4,928.15 | $794.85 | Net Book Value | $794.85 |
| Dell E6440 (4) | $5,257.36 | $4,089.05 | $1,168.31 | Net Book Value | $1,168.31 |
| Dell E6440 (5) | $6,790.53 | $4,904.28 | $1,886.25 | Net Book Value | $1,886.25 |
| Dell E6440 (6) | $8,114.16 | $6,311.01 | $1,803.15 | Net Book Value | $1,803.15 |
| Dell E6440 Dell E6540 (2) | $2,921.81 | $2,434.85 | $486.96 | Net Book Value | $486.96 |
| Dell E6440 Dell E6540 (3) | $4,279.91 | $3,566.60 | $713.31 | Net Book Value | $713.31 |
| Dell E6440 Dell E7240 (2) | $2,711.36 | $2,711.36 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 Dell E7240 (2) | $2,709.99 | $2,333.60 | $376.39 | Net Book Value | $376.39 |
| Dell E6440 Dell E7240 (3) | $4,131.58 | $3,672.51 | $459.07 | Net Book Value | $459.07 |
| Dell E6440 Dell E7240 (3) | $4,086.76 | $3,519.15 | $567.61 | Net Book Value | $567.61 |
| Dell E6440 Dell E7440 (3) | $4,193.33 | $2,912.04 | $1,281.29 | Net Book Value | $1,281.29 |
| Dell E6440 Dell Latitude E6430Q (4) | $5,526.13 | $5,526.13 | $0.00 | Net Book Value | $0.00 |
| Dell E6440 E7240 (2) | $5,394.99 | $5,245.13 | $149.86 | Net Book Value | $149.86 |
| Dell E6540 | $1,563.70 | $1,346.52 | $217.18 | Net Book Value | $217.18 |
| Dell E6540 | $1,563.70 | $1,346.52 | $217.18 | Net Book Value | $217.18 |
| Dell E6540 | $1,563.71 | $1,259.66 | $304.05 | Net Book Value | $304.05 |
| Dell E6540 | $1,563.71 | $1,259.66 | $304.05 | Net Book Value | $304.05 |
| Dell E6540 | $1,563.70 | $1,259.64 | $304.06 | Net Book Value | $304.06 |
| Dell E6540 | $1,563.70 | $1,216.21 | $347.49 | Net Book Value | $347.49 |
| Dell E6540 | $1,563.70 | $1,085.90 | $477.80 | Net Book Value | $477.80 |
| Dell E6540 (2) | $3,127.41 | $2,519.31 | $608.10 | Net Book Value | $608.10 |
| Dell E6540 (2) | $3,127.42 | $2,519.31 | $608.11 | Net Book Value | $608.11 |
| Dell E6540 (2) | $3,127.41 | $2,258.69 | $868.72 | Net Book Value | $868.72 |
| Dell E6540 Dell E6440 (3) | $4,279.93 | $3,447.71 | $832.22 | Net Book Value | $832.22 |
| Dell E6540 Dell E6440 (4) | $6,049.21 | $5,041.00 | $1,008.21 | Net Book Value | $1,008.21 |

Debtor Name:          CIBER, Inc.                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E720CTO | $1,367.46 | $189.93 | $1,177.53 | Net Book Value | $1,177.53 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.47 | $607.76 | $759.71 | Net Book Value | $759.71 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $607.76 | $759.70 | Net Book Value | $759.70 |
| Dell E720CTO | $1,367.46 | $569.77 | $797.69 | Net Book Value | $797.69 |
| Dell E7240 | $1,393.98 | $464.67 | $929.31 | Net Book Value | $929.31 |
| Dell E7240 | $1,393.98 | $425.94 | $968.04 | Net Book Value | $968.04 |
| Dell E7240 | $1,368.30 | $418.10 | $950.20 | Net Book Value | $950.20 |
| Dell E7240 | $1,368.29 | $266.06 | $1,102.23 | Net Book Value | $1,102.23 |
| Dell E7240 | $1,360.31 | $1,246.96 | $113.35 | Net Book Value | $113.35 |
| Dell E7240 | $1,367.37 | $1,253.42 | $113.95 | Net Book Value | $113.95 |
| Dell E7240 | $1,356.67 | $1,243.61 | $113.06 | Net Book Value | $113.06 |
| Dell E7240 | $1,399.21 | $1,282.60 | $116.61 | Net Book Value | $116.61 |
| Dell E7240 | $1,356.67 | $1,243.61 | $113.06 | Net Book Value | $113.06 |
| Dell E7240 | $1,356.68 | $1,243.63 | $113.05 | Net Book Value | $113.05 |
| Dell E7240 | $1,356.68 | $1,243.63 | $113.05 | Net Book Value | $113.05 |
| Dell E7240 | $1,317.49 | $1,207.69 | $109.80 | Net Book Value | $109.80 |
| Dell E7240 | $1,367.37 | $1,253.42 | $113.95 | Net Book Value | $113.95 |
| Dell E7240 | $1,335.32 | $1,186.95 | $148.37 | Net Book Value | $148.37 |
| Dell E7240 | $1,356.68 | $1,205.94 | $150.74 | Net Book Value | $150.74 |
| Dell E7240 | $1,357.64 | $1,206.80 | $150.84 | Net Book Value | $150.84 |
| Dell E7240 | $1,367.37 | $1,215.43 | $151.94 | Net Book Value | $151.94 |
| Dell E7240 | $1,335.33 | $1,186.96 | $148.37 | Net Book Value | $148.37 |
| Dell E7240 | $1,349.35 | $1,199.40 | $149.95 | Net Book Value | $149.95 |

Debtor Name:        CIBER, Inc.                                                      Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,367.38 | $1,215.44 | $151.94 | Net Book Value | $151.94 |
| Dell E7240 | $1,349.34 | $1,199.40 | $149.94 | Net Book Value | $149.94 |
| Dell E7240 | $1,335.33 | $1,186.96 | $148.37 | Net Book Value | $148.37 |
| Dell E7240 | $1,367.37 | $1,215.43 | $151.94 | Net Book Value | $151.94 |
| Dell E7240 | $1,335.33 | $1,186.96 | $148.37 | Net Book Value | $148.37 |
| Dell E7240 | $1,367.37 | $1,215.43 | $151.94 | Net Book Value | $151.94 |
| Dell E7240 | $1,368.30 | $1,178.26 | $190.04 | Net Book Value | $190.04 |
| Dell E7240 | $1,348.29 | $1,161.03 | $187.26 | Net Book Value | $187.26 |
| Dell E7240 | $1,368.29 | $1,178.26 | $190.03 | Net Book Value | $190.03 |
| Dell E7240 | $1,348.29 | $1,161.03 | $187.26 | Net Book Value | $187.26 |
| Dell E7240 | $1,335.33 | $1,149.87 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,368.29 | $1,178.26 | $190.03 | Net Book Value | $190.03 |
| Dell E7240 | $1,368.29 | $1,178.26 | $190.03 | Net Book Value | $190.03 |
| Dell E7240 | $1,348.29 | $1,161.03 | $187.26 | Net Book Value | $187.26 |
| Dell E7240 | $1,335.33 | $1,149.87 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,368.30 | $1,178.26 | $190.04 | Net Book Value | $190.04 |
| Dell E7240 | $1,368.30 | $1,178.26 | $190.04 | Net Book Value | $190.04 |
| Dell E7240 | $1,368.30 | $1,178.26 | $190.04 | Net Book Value | $190.04 |
| Dell E7240 | $1,335.33 | $1,149.87 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,357.65 | $1,169.09 | $188.56 | Net Book Value | $188.56 |
| Dell E7240 | $1,335.33 | $1,149.87 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,335.32 | $1,149.86 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,335.32 | $1,149.86 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,322.85 | $1,139.12 | $183.73 | Net Book Value | $183.73 |
| Dell E7240 | $1,368.30 | $1,178.26 | $190.04 | Net Book Value | $190.04 |
| Dell E7240 | $1,348.29 | $1,161.03 | $187.26 | Net Book Value | $187.26 |
| Dell E7240 | $1,317.49 | $1,134.50 | $182.99 | Net Book Value | $182.99 |
| Dell E7240 | $1,335.33 | $1,149.87 | $185.46 | Net Book Value | $185.46 |
| Dell E7240 | $1,393.98 | $1,161.66 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,348.30 | $1,123.58 | $224.72 | Net Book Value | $224.72 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,348.29 | $1,123.58 | $224.71 | Net Book Value | $224.71 |
| Dell E7240 | $1,356.79 | $1,130.66 | $226.13 | Net Book Value | $226.13 |
| Dell E7240 | $1,357.65 | $1,131.38 | $226.27 | Net Book Value | $226.27 |
| Dell E7240 | $1,393.97 | $1,161.65 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,393.77 | $1,161.48 | $232.29 | Net Book Value | $232.29 |
| Dell E7240 | $1,393.97 | $1,161.65 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,393.77 | $1,161.48 | $232.29 | Net Book Value | $232.29 |
| Dell E7240 | $1,393.98 | $1,161.66 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,350.20 | $1,125.17 | $225.03 | Net Book Value | $225.03 |
| Dell E7240 | $1,393.77 | $1,161.48 | $232.29 | Net Book Value | $232.29 |
| Dell E7240 | $1,348.29 | $1,123.58 | $224.71 | Net Book Value | $224.71 |
| Dell E7240 | $1,393.78 | $1,161.48 | $232.30 | Net Book Value | $232.30 |
| Dell E7240 | $1,393.98 | $1,161.66 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,361.01 | $1,134.18 | $226.83 | Net Book Value | $226.83 |
| Dell E7240 | $1,393.97 | $1,161.65 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,393.77 | $1,161.48 | $232.29 | Net Book Value | $232.29 |
| Dell E7240 | $1,393.78 | $1,161.48 | $232.30 | Net Book Value | $232.30 |
| Dell E7240 | $1,393.97 | $1,161.65 | $232.32 | Net Book Value | $232.32 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,322.85 | $1,065.63 | $257.22 | Net Book Value | $257.22 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,350.21 | $1,087.67 | $262.54 | Net Book Value | $262.54 |
| Dell E7240 | $1,393.77 | $1,122.76 | $271.01 | Net Book Value | $271.01 |
| Dell E7240 | $1,393.77 | $1,122.76 | $271.01 | Net Book Value | $271.01 |
| Dell E7240 | $1,356.79 | $1,092.97 | $263.82 | Net Book Value | $263.82 |
| Dell E7240 | $1,350.21 | $1,087.67 | $262.54 | Net Book Value | $262.54 |
| Dell E7240 | $1,393.77 | $1,122.76 | $271.01 | Net Book Value | $271.01 |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,317.50 | $1,061.33 | $256.17 | Net Book Value | $256.17 |
| Dell E7240 | $1,322.86 | $1,065.63 | $257.23 | Net Book Value | $257.23 |
| Dell E7240 | $1,361.01 | $1,096.37 | $264.64 | Net Book Value | $264.64 |
| Dell E7240 | $1,393.77 | $1,122.76 | $271.01 | Net Book Value | $271.01 |
| Dell E7240 | $1,322.85 | $1,065.63 | $257.22 | Net Book Value | $257.22 |
| Dell E7240 | $1,350.21 | $1,087.67 | $262.54 | Net Book Value | $262.54 |
| Dell E7240 | $1,350.20 | $1,087.67 | $262.53 | Net Book Value | $262.53 |
| Dell E7240 | $1,317.49 | $1,061.30 | $256.19 | Net Book Value | $256.19 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,393.77 | $1,122.76 | $271.01 | Net Book Value | $271.01 |
| Dell E7240 | $1,409.82 | $1,096.52 | $313.30 | Net Book Value | $313.30 |
| Dell E7240 | $1,409.82 | $1,096.52 | $313.30 | Net Book Value | $313.30 |
| Dell E7240 | $1,409.83 | $1,096.52 | $313.31 | Net Book Value | $313.31 |
| Dell E7240 | $1,409.83 | $1,096.52 | $313.31 | Net Book Value | $313.31 |
| Dell E7240 | $1,409.83 | $1,096.52 | $313.31 | Net Book Value | $313.31 |
| Dell E7240 | $1,409.82 | $1,096.52 | $313.30 | Net Book Value | $313.30 |
| Dell E7240 | $1,409.83 | $1,096.52 | $313.31 | Net Book Value | $313.31 |
| Dell E7240 | $1,361.01 | $1,058.57 | $302.44 | Net Book Value | $302.44 |
| Dell E7240 | $1,350.21 | $1,050.17 | $300.04 | Net Book Value | $300.04 |
| Dell E7240 | $1,350.21 | $1,050.17 | $300.04 | Net Book Value | $300.04 |
| Dell E7240 | $1,350.21 | $1,050.17 | $300.04 | Net Book Value | $300.04 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,356.78 | $1,017.59 | $339.19 | Net Book Value | $339.19 |
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |
| Dell E7240 | $1,409.82 | $1,057.36 | $352.46 | Net Book Value | $352.46 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |

Debtor Name:        CIBER, Inc.                                                      Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |
| Dell E7240 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7240 | $1,335.33 | $964.41 | $370.92 | Net Book Value | $370.92 |
| Dell E7240 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,380.94 | $997.34 | $383.60 | Net Book Value | $383.60 |
| Dell E7240 | $1,367.38 | $987.54 | $379.84 | Net Book Value | $379.84 |
| Dell E7240 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7240 | $1,335.33 | $964.41 | $370.92 | Net Book Value | $370.92 |
| Dell E7240 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7240 | $1,368.29 | $988.22 | $380.07 | Net Book Value | $380.07 |
| Dell E7240 | $1,400.27 | $1,011.31 | $388.96 | Net Book Value | $388.96 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,380.94 | $997.34 | $383.60 | Net Book Value | $383.60 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,400.27 | $1,011.31 | $388.96 | Net Book Value | $388.96 |
| Dell E7240 | $1,380.95 | $959.00 | $421.95 | Net Book Value | $421.95 |
| Dell E7240 | $1,380.94 | $958.99 | $421.95 | Net Book Value | $421.95 |
| Dell E7240 | $1,368.29 | $950.21 | $418.08 | Net Book Value | $418.08 |
| Dell E7240 | $1,368.29 | $950.21 | $418.08 | Net Book Value | $418.08 |
| Dell E7240 | $1,361.01 | $945.15 | $415.86 | Net Book Value | $415.86 |
| Dell E7240 | $1,368.30 | $912.21 | $456.09 | Net Book Value | $456.09 |
| Dell E7240 | $1,322.85 | $881.90 | $440.95 | Net Book Value | $440.95 |
| Dell E7240 | $1,380.94 | $920.63 | $460.31 | Net Book Value | $460.31 |

Page 23 of 83

Debtor Name:        CIBER, Inc.                                              Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,380.95 | $920.64 | $460.31 | Net Book Value | $460.31 |
| Dell E7240 | $1,380.95 | $920.64 | $460.31 | Net Book Value | $460.31 |
| Dell E7240 | $1,380.95 | $920.64 | $460.31 | Net Book Value | $460.31 |
| Dell E7240 | $1,380.95 | $920.64 | $460.31 | Net Book Value | $460.31 |
| Dell E7240 | $1,380.95 | $882.28 | $498.67 | Net Book Value | $498.67 |
| Dell E7240 | $1,384.15 | $884.32 | $499.83 | Net Book Value | $499.83 |
| Dell E7240 | $1,384.15 | $884.32 | $499.83 | Net Book Value | $499.83 |
| Dell E7240 | $1,380.95 | $882.28 | $498.67 | Net Book Value | $498.67 |
| Dell E7240 | $1,380.95 | $882.28 | $498.67 | Net Book Value | $498.67 |
| Dell E7240 | $1,380.95 | $882.28 | $498.67 | Net Book Value | $498.67 |
| Dell E7240 | $1,380.95 | $882.28 | $498.67 | Net Book Value | $498.67 |
| Dell E7240 | $1,384.15 | $845.87 | $538.28 | Net Book Value | $538.28 |
| Dell E7240 | $1,384.15 | $845.87 | $538.28 | Net Book Value | $538.28 |
| Dell E7240 | $1,380.95 | $843.92 | $537.03 | Net Book Value | $537.03 |
| Dell E7240 | $1,356.79 | $603.02 | $753.77 | Net Book Value | $753.77 |
| Dell E7240 | $1,384.15 | $615.18 | $768.97 | Net Book Value | $768.97 |
| Dell E7240 | $1,384.15 | $768.97 | $615.18 | Net Book Value | $615.18 |
| Dell E7240 | $1,361.01 | $1,020.76 | $340.25 | Net Book Value | $340.25 |
| Dell E7240 | $1,335.33 | $1,001.50 | $333.83 | Net Book Value | $333.83 |
| Dell E7240 | $1,335.33 | $1,001.50 | $333.83 | Net Book Value | $333.83 |
| Dell E7240 | $1,393.97 | $1,045.49 | $348.48 | Net Book Value | $348.48 |
| Dell E7240 | $1,409.83 | $1,057.36 | $352.47 | Net Book Value | $352.47 |
| Dell E7240 | $1,393.97 | $1,045.49 | $348.48 | Net Book Value | $348.48 |
| Dell E7240 | $1,409.82 | $1,057.36 | $352.46 | Net Book Value | $352.46 |
| Dell E7240 | $1,399.20 | $1,049.40 | $349.80 | Net Book Value | $349.80 |
| Dell E7240 | $1,335.32 | $1,001.50 | $333.82 | Net Book Value | $333.82 |
| Dell E7240 | $1,393.77 | $1,045.33 | $348.44 | Net Book Value | $348.44 |
| Dell E7240 | $1,384.14 | $730.52 | $653.62 | Net Book Value | $653.62 |
| Dell E7240 | $1,384.14 | $730.52 | $653.62 | Net Book Value | $653.62 |
| Dell E7240 | $1,384.15 | $730.53 | $653.62 | Net Book Value | $653.62 |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 | $1,384.14 | $730.52 | $653.62 | Net Book Value | $653.62 |
| Dell E7240 | $1,368.30 | $684.16 | $684.14 | Net Book Value | $684.14 |
| Dell E7240 | $1,356.67 | $1,243.61 | $113.06 | Net Book Value | $113.06 |
| Dell E7240 | $1,357.65 | $1,206.80 | $150.85 | Net Book Value | $150.85 |
| Dell E7240 | $1,367.38 | $1,215.44 | $151.94 | Net Book Value | $151.94 |
| Dell E7240 | $1,317.49 | $1,171.10 | $146.39 | Net Book Value | $146.39 |
| Dell E7240 | $5,473.16 | $4,560.98 | $912.18 | Net Book Value | $912.18 |
| Dell E7240 | $2,787.96 | $2,323.30 | $464.66 | Net Book Value | $464.66 |
| Dell E7240 | $1,350.21 | $1,125.18 | $225.03 | Net Book Value | $225.03 |
| Dell E7240 | $1,393.77 | $1,161.48 | $232.29 | Net Book Value | $232.29 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,393.78 | $1,122.76 | $271.02 | Net Book Value | $271.02 |
| Dell E7240 | $1,317.50 | $1,061.33 | $256.17 | Net Book Value | $256.17 |
| Dell E7240 | $1,335.33 | $1,075.69 | $259.64 | Net Book Value | $259.64 |
| Dell E7240 | $1,393.78 | $1,045.33 | $348.45 | Net Book Value | $348.45 |
| Dell E7240 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7240 | $1,335.32 | $1,001.50 | $333.82 | Net Book Value | $333.82 |
| Dell E7240 (1) | $1,335.33 | $1,335.33 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,335.33 | $1,335.33 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,399.21 | $1,399.21 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,399.20 | $1,399.20 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,399.20 | $1,399.20 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,335.33 | $1,335.33 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,399.20 | $1,399.20 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,335.33 | $1,335.33 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (1) | $1,335.32 | $1,298.23 | $37.09 | Net Book Value | $37.09 |
| Dell E7240 (1) | $1,360.32 | $1,322.53 | $37.79 | Net Book Value | $37.79 |
| Dell E7240 (1) | $1,360.32 | $1,322.53 | $37.79 | Net Book Value | $37.79 |
| Dell E7240 (1) | $1,317.49 | $1,280.89 | $36.60 | Net Book Value | $36.60 |
| Dell E7240 (1) | $1,317.50 | $1,280.91 | $36.59 | Net Book Value | $36.59 |

| Debtor Name: | CIBER, Inc. | | Case Number: | 17-10772 (BLS) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 (1) | $1,335.33 | $1,298.24 | $37.09 | Net Book Value | $37.09 |
| Dell E7240 (1) | $1,335.32 | $1,298.23 | $37.09 | Net Book Value | $37.09 |
| Dell E7240 (1) | $1,335.33 | $1,298.24 | $37.09 | Net Book Value | $37.09 |
| Dell E7240 (1) | $1,348.29 | $1,310.84 | $37.45 | Net Book Value | $37.45 |
| Dell E7240 (1) | $1,348.29 | $1,310.84 | $37.45 | Net Book Value | $37.45 |
| Dell E7240 (1) | $1,335.33 | $1,298.24 | $37.09 | Net Book Value | $37.09 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,350.41 | $1,275.39 | $75.02 | Net Book Value | $75.02 |
| Dell E7240 (1) | $1,360.31 | $1,284.74 | $75.57 | Net Book Value | $75.57 |
| Dell E7240 (1) | $1,360.31 | $1,284.74 | $75.57 | Net Book Value | $75.57 |
| Dell E7240 (1) | $1,360.31 | $1,284.74 | $75.57 | Net Book Value | $75.57 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,335.33 | $1,261.14 | $74.19 | Net Book Value | $74.19 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,348.30 | $1,273.39 | $74.91 | Net Book Value | $74.91 |
| Dell E7240 (1) | $1,360.31 | $1,284.74 | $75.57 | Net Book Value | $75.57 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,317.50 | $1,244.31 | $73.19 | Net Book Value | $73.19 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,350.41 | $1,275.39 | $75.02 | Net Book Value | $75.02 |
| Dell E7240 (1) | $1,360.31 | $1,284.74 | $75.57 | Net Book Value | $75.57 |
| Dell E7240 (1) | $1,331.98 | $1,257.98 | $74.00 | Net Book Value | $74.00 |
| Dell E7240 (1) | $1,335.33 | $1,261.14 | $74.19 | Net Book Value | $74.19 |
| Dell E7240 (2) | $2,670.66 | $2,596.48 | $74.18 | Net Book Value | $74.18 |
| Dell E7240 (2) | $2,713.35 | $2,487.24 | $226.11 | Net Book Value | $226.11 |
| Dell E7240 (2) | $2,734.76 | $2,430.90 | $303.86 | Net Book Value | $303.86 |
| Dell E7240 (2) | $2,670.66 | $2,373.92 | $296.74 | Net Book Value | $296.74 |

Page 26 of 83

Debtor Name:        CIBER, Inc.                                      Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7240 (2) | $2,670.66 | $2,299.74 | $370.92 | Net Book Value | $370.92 |
| Dell E7240 (2) | $2,736.58 | $2,356.50 | $380.08 | Net Book Value | $380.08 |
| Dell E7240 (2) | $2,696.57 | $2,322.05 | $374.52 | Net Book Value | $374.52 |
| Dell E7240 (2) | $2,787.54 | $2,322.95 | $464.59 | Net Book Value | $464.59 |
| Dell E7240 (2) | $2,787.95 | $2,323.30 | $464.65 | Net Book Value | $464.65 |
| Dell E7240 (2) | $2,787.56 | $2,245.55 | $542.01 | Net Book Value | $542.01 |
| Dell E7240 (2) | $2,787.55 | $2,245.52 | $542.03 | Net Book Value | $542.03 |
| Dell E7240 (2) | $2,819.65 | $2,114.73 | $704.92 | Net Book Value | $704.92 |
| Dell E7240 (2) | $2,787.56 | $2,090.68 | $696.88 | Net Book Value | $696.88 |
| Dell E7240 (2) | $2,761.90 | $1,917.99 | $843.91 | Net Book Value | $843.91 |
| Dell E7240 (2) | $2,798.41 | $2,798.41 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (3) | $4,005.98 | $4,005.98 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 (3) | $4,181.33 | $3,368.30 | $813.03 | Net Book Value | $813.03 |
| Dell E7240 (3) | $4,229.48 | $3,289.60 | $939.88 | Net Book Value | $939.88 |
| Dell E7240 (3) | $4,045.33 | $3,595.84 | $449.49 | Net Book Value | $449.49 |
| Dell E7240 Dell E6440 (2) | $2,725.08 | $2,725.08 | $0.00 | Net Book Value | $0.00 |
| Dell E7240 Dell E6440 (2) | $2,705.72 | $2,179.62 | $526.10 | Net Book Value | $526.10 |
| Dell E7240 Dell E6440 (3) | $4,072.33 | $3,846.08 | $226.25 | Net Book Value | $226.25 |
| Dell E7240 Dell E6440 (4) | $5,441.46 | $3,778.80 | $1,662.66 | Net Book Value | $1,662.66 |
| Dell E7240 Dell E6440 (7) | $9,501.88 | $8,446.11 | $1,055.77 | Net Book Value | $1,055.77 |
| Dell E7240 Dell Latitude E7440 (3) | $4,131.93 | $2,754.62 | $1,377.31 | Net Book Value | $1,377.31 |
| Dell E7240 Dell Latitude E7440 (5) | $7,088.58 | $4,725.73 | $2,362.85 | Net Book Value | $2,362.85 |
| Dell E7240 Dell Latitude E7450CTO Dell Latitude E7250CTO (3) | $4,094.65 | $2,388.54 | $1,706.11 | Net Book Value | $1,706.11 |
| Dell E7240 Dell Latitude E7450CTO Dell Latitude E7440 (3) | $4,122.54 | $2,404.82 | $1,717.72 | Net Book Value | $1,717.72 |
| Dell E7240 E6440 (2) | $2,746.13 | $2,059.61 | $686.52 | Net Book Value | $686.52 |
| Dell E7240 E6440 (4) | $5,533.69 | $4,150.26 | $1,383.43 | Net Book Value | $1,383.43 |
| Dell E7250BTX | $1,416.48 | $629.55 | $786.93 | Net Book Value | $786.93 |
| Dell E7250BTX | $1,416.48 | $629.55 | $786.93 | Net Book Value | $786.93 |

Page 27 of 83

Debtor Name:    CIBER, Inc.                                    Case Number:    17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7250BTX | $1,416.48 | $629.55 | $786.93 | Net Book Value | $786.93 |
| Dell E7250BTX | $1,416.48 | $629.55 | $786.93 | Net Book Value | $786.93 |
| Dell E7250BTX | $1,416.48 | $590.20 | $826.28 | Net Book Value | $826.28 |
| Dell E7250BTX | $1,416.48 | $590.20 | $826.28 | Net Book Value | $826.28 |
| Dell E7250BTX | $1,416.48 | $590.20 | $826.28 | Net Book Value | $826.28 |
| Dell E7250BTX | $1,416.48 | $590.20 | $826.28 | Net Book Value | $826.28 |
| Dell E7250BTX | $1,416.48 | $708.24 | $708.24 | Net Book Value | $708.24 |
| Dell E7250BTX | $1,416.48 | $708.24 | $708.24 | Net Book Value | $708.24 |
| Dell E7440 | $1,773.47 | $1,527.16 | $246.31 | Net Book Value | $246.31 |
| Dell E7440 | $1,383.56 | $1,152.98 | $230.58 | Net Book Value | $230.58 |
| Dell E7440 | $1,383.56 | $1,152.98 | $230.58 | Net Book Value | $230.58 |
| Dell E7440 | $1,383.56 | $1,114.55 | $269.01 | Net Book Value | $269.01 |
| Dell E7440 | $1,383.56 | $1,114.55 | $269.01 | Net Book Value | $269.01 |
| Dell E7440 | $1,383.56 | $1,114.55 | $269.01 | Net Book Value | $269.01 |
| Dell E7440 | $1,436.75 | $1,117.48 | $319.27 | Net Book Value | $319.27 |
| Dell E7440 | $1,383.57 | $1,076.11 | $307.46 | Net Book Value | $307.46 |
| Dell E7440 | $1,383.57 | $1,076.11 | $307.46 | Net Book Value | $307.46 |
| Dell E7440 | $1,383.57 | $1,037.68 | $345.89 | Net Book Value | $345.89 |
| Dell E7440 | $1,436.75 | $1,077.57 | $359.18 | Net Book Value | $359.18 |
| Dell E7440 | $1,436.75 | $1,077.57 | $359.18 | Net Book Value | $359.18 |
| Dell E7440 | $1,383.56 | $1,037.68 | $345.88 | Net Book Value | $345.88 |
| Dell E7440 | $1,420.69 | $1,026.05 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,395.02 | $1,007.52 | $387.50 | Net Book Value | $387.50 |
| Dell E7440 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,395.02 | $1,007.52 | $387.50 | Net Book Value | $387.50 |
| Dell E7440 | $1,420.69 | $1,026.05 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.69 | $1,026.05 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7440 | $1,420.69 | $1,026.05 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,393.77 | $1,006.62 | $387.15 | Net Book Value | $387.15 |
| Dell E7440 | $1,436.75 | $1,037.66 | $399.09 | Net Book Value | $399.09 |
| Dell E7440 | $1,420.69 | $1,026.05 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,420.70 | $1,026.06 | $394.64 | Net Book Value | $394.64 |
| Dell E7440 | $1,393.78 | $1,006.62 | $387.16 | Net Book Value | $387.16 |
| Dell E7440 | $1,420.70 | $986.60 | $434.10 | Net Book Value | $434.10 |
| Dell E7440 | $1,393.77 | $967.90 | $425.87 | Net Book Value | $425.87 |
| Dell E7440 | $1,420.48 | $986.44 | $434.04 | Net Book Value | $434.04 |
| Dell E7440 | $1,393.77 | $967.90 | $425.87 | Net Book Value | $425.87 |
| Dell E7440 | $1,393.78 | $967.90 | $425.88 | Net Book Value | $425.88 |
| Dell E7440 | $1,420.70 | $907.67 | $513.03 | Net Book Value | $513.03 |
| Dell E7440 | $1,420.70 | $907.67 | $513.03 | Net Book Value | $513.03 |
| Dell E7440 | $1,393.77 | $851.75 | $542.02 | Net Book Value | $542.02 |
| Dell E7440 | $1,420.49 | $828.63 | $591.86 | Net Book Value | $591.86 |
| Dell E7440 | $1,436.75 | $1,077.57 | $359.18 | Net Book Value | $359.18 |
| Dell E7440 | $1,420.49 | $749.71 | $670.78 | Net Book Value | $670.78 |
| Dell E7440 | $1,416.91 | $747.82 | $669.09 | Net Book Value | $669.09 |
| Dell E7440 | $1,420.48 | $749.69 | $670.79 | Net Book Value | $670.79 |
| Dell E7440 | $1,393.77 | $696.89 | $696.88 | Net Book Value | $696.88 |
| Dell E7440 | $1,383.57 | $1,152.98 | $230.59 | Net Book Value | $230.59 |
| Dell E7440 | $1,395.02 | $891.27 | $503.75 | Net Book Value | $503.75 |
| Dell E7440 | $1,420.49 | $749.71 | $670.78 | Net Book Value | $670.78 |
| Dell E7440 (2) | $2,815.72 | $2,033.57 | $782.15 | Net Book Value | $782.15 |

Debtor Name:          CIBER, Inc.                                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7440 (2) | $2,787.56 | $2,013.25 | $774.31 | Net Book Value | $774.31 |
| Dell E7440 (2) | $2,787.55 | $2,013.23 | $774.32 | Net Book Value | $774.32 |
| Dell E7440 (2) | $2,815.72 | $2,033.57 | $782.15 | Net Book Value | $782.15 |
| Dell E7440 (2) | $2,814.47 | $1,954.50 | $859.97 | Net Book Value | $859.97 |
| Dell E7440 (2) | $2,841.19 | $1,973.05 | $868.14 | Net Book Value | $868.14 |
| Dell E7440 (2) | $2,840.97 | $1,972.90 | $868.07 | Net Book Value | $868.07 |
| Dell E7440 (3) | $4,262.09 | $3,078.19 | $1,183.90 | Net Book Value | $1,183.90 |
| Dell E7440 (3) | $4,261.67 | $2,959.50 | $1,302.17 | Net Book Value | $1,302.17 |
| Dell E7440 Dell Latitude E7440 (2) | $2,857.03 | $1,984.05 | $872.98 | Net Book Value | $872.98 |
| Dell E7440 Dell Latitude E7440 (3) | $4,250.81 | $2,951.96 | $1,298.85 | Net Book Value | $1,298.85 |
| Dell E7450BTX | $1,429.78 | $635.46 | $794.32 | Net Book Value | $794.32 |
| Dell E7450BTX | $1,429.76 | $635.46 | $794.30 | Net Book Value | $794.30 |
| Dell E7450BTX | $1,429.77 | $635.46 | $794.31 | Net Book Value | $794.31 |
| Dell E7450BTX | $1,429.77 | $635.46 | $794.31 | Net Book Value | $794.31 |
| Dell E7450BTX | $1,429.77 | $635.46 | $794.31 | Net Book Value | $794.31 |
| Dell E7450BTX | $1,429.76 | $635.46 | $794.30 | Net Book Value | $794.30 |
| Dell E7450BTX | $1,429.76 | $635.46 | $794.30 | Net Book Value | $794.30 |
| Dell E7450BTX | $1,429.78 | $635.46 | $794.32 | Net Book Value | $794.32 |
| Dell E7450BTX | $1,429.76 | $635.46 | $794.30 | Net Book Value | $794.30 |
| Dell E7450BTX | $1,429.77 | $635.46 | $794.31 | Net Book Value | $794.31 |
| Dell E7450BTX | $1,429.77 | $635.46 | $794.31 | Net Book Value | $794.31 |
| Dell E7450BTX | $1,429.76 | $714.89 | $714.87 | Net Book Value | $714.87 |
| Dell E7450BTX | $1,429.76 | $714.89 | $714.87 | Net Book Value | $714.87 |
| Dell E7450BTX | $1,429.77 | $714.89 | $714.88 | Net Book Value | $714.88 |
| Dell E7450BTX | $1,429.76 | $714.89 | $714.87 | Net Book Value | $714.87 |
| Dell E7450CTO | $1,347.79 | $336.95 | $1,010.84 | Net Book Value | $1,010.84 |
| Dell E7450CTO | $1,347.80 | $336.95 | $1,010.85 | Net Book Value | $1,010.85 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |

Debtor Name:        CIBER, Inc.                                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $599.02 | $748.77 | Net Book Value | $748.77 |
| Dell E7450CTO | $1,347.79 | $561.58 | $786.21 | Net Book Value | $786.21 |
| Dell Equipment Purchase | $9,803.29 | $3,812.39 | $5,990.90 | Net Book Value | $5,990.90 |
| Dell HDMI M to VGA  F Adapter | $1,828.74 | $812.78 | $1,015.96 | Net Book Value | $1,015.96 |
| Dell Latitude (10) | $13,983.67 | $6,991.84 | $6,991.83 | Net Book Value | $6,991.83 |
| Dell Latitude 7240 (1) | $1,390.97 | $1,390.97 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 | $1,095.73 | $852.23 | $243.50 | Net Book Value | $243.50 |
| Dell Latitude E6230 | $1,084.73 | $662.90 | $421.83 | Net Book Value | $421.83 |
| Dell Latitude E6230 (1) | $1,106.13 | $1,106.13 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (1) | $1,106.13 | $1,106.13 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (1) | $1,106.13 | $1,106.13 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (1) | $1,074.60 | $1,074.60 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (1) | $1,095.51 | $1,095.51 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (15) | $20,519.80 | $20,519.80 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (2) | $2,159.87 | $2,159.87 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (3) | $3,842.31 | $3,842.31 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (3) | $3,849.75 | $3,849.75 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (4) | $4,939.30 | $4,939.30 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 (8) | $10,203.21 | $10,203.21 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 Dell E6440 (2) | $2,482.16 | $2,482.16 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6230 E6420 E6430 | $3,859.36 | $3,859.36 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                                            Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6320 (1) | $1,257.65 | $1,257.65 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6320 (4) | $5,511.23 | $5,511.23 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6320 (1)/E6420(7) | $11,163.69 | $11,163.69 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 | $1,402.76 | $1,285.87 | $116.89 | Net Book Value | $116.89 |
| Dell Latitude E6420 | $1,399.44 | $1,205.07 | $194.37 | Net Book Value | $194.37 |
| Dell Latitude E6420 | $1,433.21 | $915.67 | $517.54 | Net Book Value | $517.54 |
| Dell Latitude E6420 (1) | $1,448.92 | $1,448.92 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (1) | $1,415.37 | $1,415.37 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (1) | $1,413.95 | $1,413.95 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (1) | $1,403.86 | $1,364.86 | $39.00 | Net Book Value | $39.00 |
| Dell Latitude E6420 (1) | $1,413.95 | $1,335.40 | $78.55 | Net Book Value | $78.55 |
| Dell Latitude E6420 (10) | $10,506.37 | $10,506.37 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (10) | $14,096.22 | $14,096.22 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (13) | $18,457.02 | $18,457.02 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (14) | $20,287.72 | $20,287.72 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (14) | $20,287.07 | $20,287.07 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (14) | $20,271.80 | $20,271.80 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (15) | $16,158.95 | $16,158.95 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (16) | $22,286.80 | $22,286.80 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (2) | $2,830.74 | $2,830.74 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (2)/ E6320 (1) | $4,124.65 | $4,124.65 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (20) | $29,008.82 | $29,008.82 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (20) | $22,561.58 | $22,561.58 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (20) | $29,043.74 | $29,043.74 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (20)/E6520 (1) | $31,197.27 | $31,197.27 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (23) | $28,389.93 | $28,389.93 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,246.23 | $4,246.23 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,208.07 | $4,208.07 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,207.96 | $4,207.96 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6420 (3) | $4,231.61 | $4,231.61 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,241.17 | $4,241.17 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,232.89 | $4,232.89 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,241.27 | $4,241.27 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $3,357.64 | $3,357.64 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,279.86 | $4,279.86 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,233.97 | $4,233.97 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,251.81 | $4,251.81 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $3,912.20 | $3,912.20 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,208.75 | $4,208.75 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,247.78 | $4,247.78 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,241.60 | $4,241.60 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,230.79 | $4,230.79 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $3,256.32 | $3,256.32 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $3,270.99 | $3,270.99 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,165.22 | $4,165.22 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $3,701.07 | $3,701.07 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,260.87 | $4,260.87 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,241.18 | $4,241.18 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,230.64 | $4,230.64 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3) | $4,205.95 | $4,205.95 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3)/ E6320 (1) | $5,540.02 | $5,540.02 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (3)/ E6520 (1) | $5,791.20 | $5,791.20 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,610.60 | $5,610.60 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,660.48 | $5,660.48 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,643.82 | $5,643.82 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,636.73 | $5,636.73 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,658.62 | $5,658.62 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,621.90 | $5,621.90 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,657.19 | $5,657.19 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6420 (4) | $4,356.42 | $4,356.42 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,666.57 | $5,666.57 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (4) | $5,690.09 | $5,690.09 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,076.49 | $7,076.49 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,024.06 | $7,024.06 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,075.62 | $7,075.62 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,071.56 | $7,071.56 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,069.59 | $7,069.59 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,070.79 | $7,070.79 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,075.73 | $7,075.73 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (5) | $7,165.04 | $7,165.04 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $8,474.57 | $8,474.57 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $8,492.21 | $8,492.21 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $8,492.60 | $8,492.60 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $8,434.90 | $8,434.90 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $6,606.90 | $6,606.90 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (6) | $9,415.18 | $9,415.18 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $9,939.79 | $9,939.79 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $9,913.44 | $9,913.44 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $8,021.16 | $8,021.16 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $9,896.08 | $9,896.08 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $9,896.29 | $9,896.29 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (7) | $9,898.60 | $9,898.60 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (8) | $11,592.98 | $11,592.98 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6420 (9) | $12,724.45 | $12,724.45 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 | $1,384.15 | $1,115.01 | $269.14 | Net Book Value | $269.14 |
| Dell Latitude E6430 | $1,371.49 | $990.52 | $380.97 | Net Book Value | $380.97 |
| Dell Latitude E6430 (1) | $1,388.77 | $1,388.77 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,382.23 | $1,382.23 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,371.49 | $1,371.49 | $0.00 | Net Book Value | $0.00 |

| Debtor Name: | CIBER, Inc. | | | Case Number: | 17-10772 (BLS) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6430 (1) | $1,074.59 | $1,074.59 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,388.77 | $1,388.77 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,409.47 | $1,409.47 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,371.49 | $1,371.49 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,382.23 | $1,382.23 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,409.46 | $1,409.46 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,384.43 | $1,384.43 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,384.15 | $1,384.15 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,373.39 | $1,373.39 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,416.48 | $1,416.48 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,416.48 | $1,416.48 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,382.23 | $1,382.23 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (1) | $1,371.49 | $1,295.29 | $76.20 | Net Book Value | $76.20 |
| Dell Latitude E6430 (1) | $1,384.15 | $1,307.24 | $76.91 | Net Book Value | $76.91 |
| Dell Latitude E6430 (10) | $13,822.32 | $13,822.32 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,764.93 | $2,764.93 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,742.98 | $2,742.98 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,760.27 | $2,760.27 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,191.48 | $2,191.48 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,742.98 | $2,742.98 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,777.54 | $2,777.54 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,760.26 | $2,760.26 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,778.27 | $2,778.27 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,818.93 | $2,818.93 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (2) | $2,764.46 | $2,764.46 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (3) | $4,249.16 | $4,249.16 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (3) | $4,139.81 | $4,139.81 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (3) | $4,249.45 | $4,249.45 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (3) | $4,074.96 | $4,074.96 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (3) | $4,146.69 | $4,146.69 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6430 (4) | $5,665.95 | $5,665.95 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (4) | $5,511.28 | $5,511.28 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (4) | $5,228.02 | $5,228.02 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (4) | $5,491.10 | $5,491.10 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (4) | $5,485.97 | $5,485.97 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (5) | $6,920.75 | $6,920.75 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (5) | $6,804.77 | $6,804.77 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (5) | $6,882.36 | $6,882.36 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (5) | $6,896.78 | $6,896.78 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (6) | $8,395.44 | $8,395.44 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (7) | $9,096.50 | $9,096.50 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430 (7) | $9,678.56 | $9,678.56 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q | $1,385.07 | $1,269.65 | $115.42 | Net Book Value | $115.42 |
| Dell Latitude E6430Q  (1) | $1,388.76 | $1,388.76 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (1) | $1,388.77 | $1,388.77 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (1) | $1,388.76 | $1,388.76 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (1) | $1,385.07 | $1,385.07 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (1) | $1,401.87 | $1,401.87 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (1) | $1,401.87 | $1,401.87 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (2) | $2,803.74 | $2,803.74 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q (5) | $6,943.85 | $6,943.85 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6430Q Dell E6440 (2) | $2,842.51 | $2,842.51 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6440 CTO | $1,325.65 | $920.59 | $405.06 | Net Book Value | $405.06 |
| Dell Latitude E6440 CTO | $1,325.65 | $920.59 | $405.06 | Net Book Value | $405.06 |
| Dell Latitude E6440 CTO | $1,325.65 | $920.59 | $405.06 | Net Book Value | $405.06 |
| Dell Latitude E6440 CTO | $1,325.65 | $920.59 | $405.06 | Net Book Value | $405.06 |
| Dell Latitude E6440 CTO | $1,325.66 | $846.95 | $478.71 | Net Book Value | $478.71 |
| Dell Latitude E6440 CTO Dell E6540 Dell E7240 Dell Latitude E7240 (8) | $11,141.73 | $7,737.32 | $3,404.41 | Net Book Value | $3,404.41 |

Page 36 of 83

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E6440 CTO Dell E7240 Dell Latitude E7440 (6) | $8,315.46 | $5,543.65 | $2,771.81 | Net Book Value | $2,771.81 |
| Dell Latitude E6500 (4) | $4,851.11 | $4,851.11 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6500 (4) | $4,500.67 | $4,500.67 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6510 Notebook PC (4) | $7,734.80 | $7,734.80 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (10) | $15,591.34 | $15,591.34 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (10) | $15,465.73 | $15,465.73 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (13) | $18,805.75 | $18,805.75 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (2) | $3,056.34 | $3,056.34 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (2) | $3,056.32 | $3,056.32 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (2) | $3,095.90 | $3,095.90 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (3) | $4,752.35 | $4,752.35 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (3) | $4,150.76 | $4,150.76 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (3) | $4,651.07 | $4,651.07 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (4) | $5,788.83 | $5,788.83 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (4) | $5,776.29 | $5,776.29 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (4) | $6,112.67 | $6,112.67 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (5) | $7,988.21 | $7,988.21 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (5) | $7,359.85 | $7,359.85 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6520 (6) | $7,921.13 | $7,921.13 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6540 | $1,449.83 | $1,449.83 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E6540 (1) | $1,449.83 | $1,449.83 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E7240 | $1,409.40 | $978.75 | $430.65 | Net Book Value | $430.65 |
| Dell Latitude E7240 | $1,409.41 | $978.75 | $430.66 | Net Book Value | $430.66 |
| Dell Latitude E7240 | $1,400.27 | $933.52 | $466.75 | Net Book Value | $466.75 |
| Dell Latitude E7240 | $1,409.41 | $939.60 | $469.81 | Net Book Value | $469.81 |
| Dell Latitude E7240 | $1,400.27 | $933.52 | $466.75 | Net Book Value | $466.75 |
| Dell Latitude E7240 | $1,400.26 | $933.51 | $466.75 | Net Book Value | $466.75 |
| Dell Latitude E7240 | $1,409.41 | $939.60 | $469.81 | Net Book Value | $469.81 |
| Dell Latitude E7240 | $1,409.40 | $939.60 | $469.80 | Net Book Value | $469.80 |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,355.50 | $866.01 | $489.49 | Net Book Value | $489.49 |
| Dell Latitude E7240 | $1,409.40 | $900.45 | $508.95 | Net Book Value | $508.95 |
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,393.77 | $890.47 | $503.30 | Net Book Value | $503.30 |
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,355.50 | $866.01 | $489.49 | Net Book Value | $489.49 |
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,400.27 | $894.62 | $505.65 | Net Book Value | $505.65 |
| Dell Latitude E7240 | $1,393.77 | $890.47 | $503.30 | Net Book Value | $503.30 |
| Dell Latitude E7240 | $1,393.78 | $890.47 | $503.31 | Net Book Value | $503.31 |
| Dell Latitude E7240 | $1,400.27 | $894.62 | $505.65 | Net Book Value | $505.65 |
| Dell Latitude E7240 | $1,393.77 | $851.75 | $542.02 | Net Book Value | $542.02 |
| Dell Latitude E7240 | $1,355.51 | $828.37 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,355.50 | $828.36 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,355.50 | $828.36 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,355.51 | $828.37 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,393.77 | $851.75 | $542.02 | Net Book Value | $542.02 |
| Dell Latitude E7240 | $1,355.50 | $828.36 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,393.77 | $851.75 | $542.02 | Net Book Value | $542.02 |
| Dell Latitude E7240 | $1,400.27 | $855.73 | $544.54 | Net Book Value | $544.54 |
| Dell Latitude E7240 | $1,355.51 | $828.37 | $527.14 | Net Book Value | $527.14 |
| Dell Latitude E7240 | $1,384.29 | $807.51 | $576.78 | Net Book Value | $576.78 |
| Dell Latitude E7240 | $1,384.28 | $807.50 | $576.78 | Net Book Value | $576.78 |
| Dell Latitude E7240 | $1,447.07 | $803.93 | $643.14 | Net Book Value | $643.14 |
| Dell Latitude E7240 | $1,447.07 | $803.93 | $643.14 | Net Book Value | $643.14 |
| Dell Latitude E7240 | $1,447.07 | $803.93 | $643.14 | Net Book Value | $643.14 |
| Dell Latitude E7240 | $1,447.06 | $803.92 | $643.14 | Net Book Value | $643.14 |
| Dell Latitude E7240 | $1,409.41 | $743.85 | $665.56 | Net Book Value | $665.56 |

Debtor Name:          CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7240 | $1,400.27 | $739.04 | $661.23 | Net Book Value | $661.23 |
| Dell Latitude E7240 | $1,393.78 | $735.61 | $658.17 | Net Book Value | $658.17 |
| Dell Latitude E7240 | $1,409.41 | $743.85 | $665.56 | Net Book Value | $665.56 |
| Dell Latitude E7240 | $1,400.26 | $739.03 | $661.23 | Net Book Value | $661.23 |
| Dell Latitude E7240 | $1,393.77 | $735.60 | $658.17 | Net Book Value | $658.17 |
| Dell Latitude E7240 | $1,409.41 | $743.85 | $665.56 | Net Book Value | $665.56 |
| Dell Latitude E7240 | $1,384.28 | $730.60 | $653.68 | Net Book Value | $653.68 |
| Dell Latitude E7240 | $1,355.51 | $715.41 | $640.10 | Net Book Value | $640.10 |
| Dell Latitude E7240 | $1,355.51 | $715.41 | $640.10 | Net Book Value | $640.10 |
| Dell Latitude E7240 | $1,409.40 | $900.45 | $508.95 | Net Book Value | $508.95 |
| Dell Latitude E7240 | $1,409.40 | $743.85 | $665.55 | Net Book Value | $665.55 |
| Dell Latitude E7240 | $1,393.77 | $735.60 | $658.17 | Net Book Value | $658.17 |
| Dell Latitude E7240 | $1,393.78 | $735.61 | $658.17 | Net Book Value | $658.17 |
| Dell Latitude E7240 (1) | $1,390.96 | $1,390.96 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E7240 (1) | $1,390.97 | $1,390.97 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E7240 (5) | $6,921.40 | $4,037.48 | $2,883.92 | Net Book Value | $2,883.92 |
| Dell Latitude E7240 Dell E6440 (2) | $2,779.97 | $2,779.97 | $0.00 | Net Book Value | $0.00 |
| Dell Latitude E7240 Dell Latitude E7450CTO (2) | $2,790.92 | $1,628.04 | $1,162.88 | Net Book Value | $1,162.88 |
| Dell Latitude E7250/CTO | $1,282.19 | $427.40 | $854.79 | Net Book Value | $854.79 |
| Dell Latitude E7250/CTO | $1,333.94 | $592.85 | $741.09 | Net Book Value | $741.09 |
| Dell Latitude E7250/CTO | $1,383.51 | $614.89 | $768.62 | Net Book Value | $768.62 |
| Dell Latitude E7250/CTO | $1,383.51 | $614.89 | $768.62 | Net Book Value | $768.62 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $534.25 | $747.94 | Net Book Value | $747.94 |
| Dell Latitude E7250/CTO | $1,282.19 | $498.63 | $783.56 | Net Book Value | $783.56 |
| Dell Latitude E7250/CTO | $1,282.19 | $498.63 | $783.56 | Net Book Value | $783.56 |
| Dell Latitude E7250/CTO | $1,383.52 | $730.19 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,333.94 | $704.02 | $629.92 | Net Book Value | $629.92 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.51 | $730.18 | $653.33 | Net Book Value | $653.33 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,333.94 | $666.96 | $666.98 | Net Book Value | $666.98 |
| Dell Latitude E7250/CTO | $1,374.95 | $687.48 | $687.47 | Net Book Value | $687.47 |
| Dell Latitude E7250/CTO | $1,333.94 | $666.96 | $666.98 | Net Book Value | $666.98 |
| Dell Latitude E7250/CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250/CTO | $1,383.51 | $691.75 | $691.76 | Net Book Value | $691.76 |
| Dell Latitude E7250/CTO | $1,383.44 | $691.73 | $691.71 | Net Book Value | $691.71 |

Debtor Name:          CIBER, Inc.                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250/CTO | $1,383.51 | $691.75 | $691.76 | Net Book Value | $691.76 |
| Dell Latitude E7250BTX | $1,416.80 | $511.63 | $905.17 | Net Book Value | $905.17 |
| Dell Latitude E7250BTX | $1,416.80 | $511.63 | $905.17 | Net Book Value | $905.17 |
| Dell Latitude E7250BTX | $1,351.19 | $487.92 | $863.27 | Net Book Value | $863.27 |
| Dell Latitude E7250BTX | $1,416.81 | $511.63 | $905.18 | Net Book Value | $905.18 |
| Dell Latitude E7250BTX | $1,416.81 | $472.27 | $944.54 | Net Book Value | $944.54 |
| Dell Latitude E7250BTX | $1,430.67 | $476.89 | $953.78 | Net Book Value | $953.78 |
| Dell Latitude E7250BTX | $1,351.19 | $450.39 | $900.80 | Net Book Value | $900.80 |
| Dell Latitude E7250BTX | $1,430.68 | $437.15 | $993.53 | Net Book Value | $993.53 |
| Dell Latitude E7250BTX | $1,430.68 | $437.15 | $993.53 | Net Book Value | $993.53 |
| Dell Latitude E7250BTX | $1,430.68 | $437.15 | $993.53 | Net Book Value | $993.53 |
| Dell Latitude E7250BTX | $1,416.81 | $432.92 | $983.89 | Net Book Value | $983.89 |
| Dell Latitude E7250BTX | $1,430.68 | $397.41 | $1,033.27 | Net Book Value | $1,033.27 |
| Dell Latitude E7250BTX | $1,430.67 | $397.41 | $1,033.26 | Net Book Value | $1,033.26 |
| Dell Latitude E7250BTX | $1,430.67 | $317.93 | $1,112.74 | Net Book Value | $1,112.74 |
| Dell Latitude E7250BTX | $1,430.68 | $317.93 | $1,112.75 | Net Book Value | $1,112.75 |
| Dell Latitude E7250BTX | $1,351.19 | $112.60 | $1,238.59 | Net Book Value | $1,238.59 |
| Dell Latitude E7250BTX | $1,430.67 | $357.67 | $1,073.00 | Net Book Value | $1,073.00 |
| Dell Latitude E7250BTX | $1,430.67 | $357.67 | $1,073.00 | Net Book Value | $1,073.00 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.19 | $562.99 | $788.20 | Net Book Value | $788.20 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.19 | $562.99 | $788.20 | Net Book Value | $788.20 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.19 | $562.99 | $788.20 | Net Book Value | $788.20 |
| Dell Latitude E7250BTX | $1,351.19 | $562.99 | $788.20 | Net Book Value | $788.20 |

Debtor Name:        CIBER, Inc.                                        Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.19 | $562.99 | $788.20 | Net Book Value | $788.20 |
| Dell Latitude E7250BTX | $1,384.06 | $576.69 | $807.37 | Net Book Value | $807.37 |
| Dell Latitude E7250BTX | $1,369.30 | $570.54 | $798.76 | Net Book Value | $798.76 |
| Dell Latitude E7250BTX | $1,369.29 | $570.54 | $798.75 | Net Book Value | $798.75 |
| Dell Latitude E7250BTX | $1,369.30 | $570.54 | $798.76 | Net Book Value | $798.76 |
| Dell Latitude E7250BTX | $1,416.81 | $511.63 | $905.18 | Net Book Value | $905.18 |
| Dell Latitude E7250BTX | $1,416.81 | $511.63 | $905.18 | Net Book Value | $905.18 |
| Dell Latitude E7250BTX | $1,416.81 | $511.63 | $905.18 | Net Book Value | $905.18 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $746.55 | $667.96 | Net Book Value | $667.96 |
| Dell Latitude E7250BTX | $1,414.51 | $707.26 | $707.25 | Net Book Value | $707.25 |
| Dell Latitude E7250BTX | $1,414.51 | $707.26 | $707.25 | Net Book Value | $707.25 |
| Dell Latitude E7250BTX | $1,414.51 | $707.26 | $707.25 | Net Book Value | $707.25 |
| Dell Latitude E7250BTX | $1,384.06 | $576.69 | $807.37 | Net Book Value | $807.37 |
| Dell Latitude E7250BTX | $1,351.18 | $562.99 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,351.19 | $563.00 | $788.19 | Net Book Value | $788.19 |
| Dell Latitude E7250BTX | $1,384.06 | $538.25 | $845.81 | Net Book Value | $845.81 |
| Dell Latitude E7250BTX | $1,416.80 | $511.63 | $905.17 | Net Book Value | $905.17 |
| Dell Latitude E7250BTX | $1,351.19 | $300.27 | $1,050.92 | Net Book Value | $1,050.92 |
| Dell Latitude E7250BTX | $1,430.67 | $238.44 | $1,192.23 | Net Book Value | $1,192.23 |
| Dell Latitude E7250CTO | $1,367.46 | $493.80 | $873.66 | Net Book Value | $873.66 |
| Dell Latitude E7250CTO | $1,367.46 | $493.80 | $873.66 | Net Book Value | $873.66 |
| Dell Latitude E7250CTO | $1,383.44 | $499.58 | $883.86 | Net Book Value | $883.86 |
| Dell Latitude E7250CTO | $1,367.46 | $493.80 | $873.66 | Net Book Value | $873.66 |

Page 42 of 83

Debtor Name:          CIBER, Inc.                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250CTO | $1,367.46 | $493.80 | $873.66 | Net Book Value | $873.66 |
| Dell Latitude E7250CTO | $1,367.46 | $455.83 | $911.63 | Net Book Value | $911.63 |
| Dell Latitude E7250CTO | $1,383.44 | $422.72 | $960.72 | Net Book Value | $960.72 |
| Dell Latitude E7250CTO | $1,383.44 | $422.72 | $960.72 | Net Book Value | $960.72 |
| Dell Latitude E7250CTO | $1,383.44 | $422.72 | $960.72 | Net Book Value | $960.72 |
| Dell Latitude E7250CTO | $1,356.80 | $376.89 | $979.91 | Net Book Value | $979.91 |
| Dell Latitude E7250CTO | $1,356.81 | $376.90 | $979.91 | Net Book Value | $979.91 |
| Dell Latitude E7250CTO | $1,367.46 | $379.86 | $987.60 | Net Book Value | $987.60 |
| Dell Latitude E7250CTO | $1,356.80 | $376.89 | $979.91 | Net Book Value | $979.91 |
| Dell Latitude E7250CTO | $1,383.44 | $307.44 | $1,076.00 | Net Book Value | $1,076.00 |
| Dell Latitude E7250CTO | $1,367.46 | $873.65 | $493.81 | Net Book Value | $493.81 |
| Dell Latitude E7250CTO | $1,367.46 | $835.67 | $531.79 | Net Book Value | $531.79 |
| Dell Latitude E7250CTO | $1,367.47 | $835.67 | $531.80 | Net Book Value | $531.80 |
| Dell Latitude E7250CTO | $1,367.47 | $835.67 | $531.80 | Net Book Value | $531.80 |
| Dell Latitude E7250CTO | $1,367.46 | $569.77 | $797.69 | Net Book Value | $797.69 |
| Dell Latitude E7250CTO | $1,356.80 | $565.34 | $791.46 | Net Book Value | $791.46 |
| Dell Latitude E7250CTO | $1,356.80 | $565.34 | $791.46 | Net Book Value | $791.46 |
| Dell Latitude E7250CTO | $1,356.80 | $565.34 | $791.46 | Net Book Value | $791.46 |
| Dell Latitude E7250CTO | $1,383.44 | $538.01 | $845.43 | Net Book Value | $845.43 |
| Dell Latitude E7250CTO | $1,383.44 | $538.01 | $845.43 | Net Book Value | $845.43 |
| Dell Latitude E7250CTO | $1,383.44 | $538.01 | $845.43 | Net Book Value | $845.43 |
| Dell Latitude E7250CTO | $1,356.80 | $527.65 | $829.15 | Net Book Value | $829.15 |
| Dell Latitude E7250CTO | $1,356.80 | $527.65 | $829.15 | Net Book Value | $829.15 |
| Dell Latitude E7250CTO | $1,356.80 | $527.65 | $829.15 | Net Book Value | $829.15 |
| Dell Latitude E7250CTO | $1,383.44 | $538.01 | $845.43 | Net Book Value | $845.43 |
| Dell Latitude E7250CTO | $1,356.80 | $489.96 | $866.84 | Net Book Value | $866.84 |
| Dell Latitude E7250CTO | $1,383.44 | $499.58 | $883.86 | Net Book Value | $883.86 |
| Dell Latitude E7250CTO | $1,367.46 | $493.80 | $873.66 | Net Book Value | $873.66 |
| Dell Latitude E7250CTO | $1,367.45 | $797.68 | $569.77 | Net Book Value | $569.77 |
| Dell Latitude E7250CTO | $1,367.45 | $797.68 | $569.77 | Net Book Value | $569.77 |

Debtor Name:          CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250CTO | $1,367.45 | $797.68 | $569.77 | Net Book Value | $569.77 |
| Dell Latitude E7250CTO | $1,367.45 | $797.68 | $569.77 | Net Book Value | $569.77 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,367.66 | $721.82 | $645.84 | Net Book Value | $645.84 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,383.43 | $730.15 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,367.45 | $721.71 | $645.74 | Net Book Value | $645.74 |
| Dell Latitude E7250CTO | $1,383.43 | $730.15 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,367.66 | $721.82 | $645.84 | Net Book Value | $645.84 |
| Dell Latitude E7250CTO | $1,399.41 | $738.57 | $660.84 | Net Book Value | $660.84 |
| Dell Latitude E7250CTO | $1,367.66 | $721.82 | $645.84 | Net Book Value | $645.84 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,367.45 | $721.71 | $645.74 | Net Book Value | $645.74 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,367.46 | $721.71 | $645.75 | Net Book Value | $645.75 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,367.66 | $721.82 | $645.84 | Net Book Value | $645.84 |
| Dell Latitude E7250CTO | $1,367.67 | $721.82 | $645.85 | Net Book Value | $645.85 |
| Dell Latitude E7250CTO | $1,399.41 | $738.57 | $660.84 | Net Book Value | $660.84 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,399.42 | $738.57 | $660.85 | Net Book Value | $660.85 |
| Dell Latitude E7250CTO | $1,367.45 | $797.69 | $569.76 | Net Book Value | $569.76 |
| Dell Latitude E7250CTO | $1,367.46 | $759.71 | $607.75 | Net Book Value | $607.75 |
| Dell Latitude E7250CTO | $1,367.45 | $721.72 | $645.73 | Net Book Value | $645.73 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,367.46 | $721.72 | $645.74 | Net Book Value | $645.74 |

Debtor Name:          CIBER, Inc.                                                      Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO | $1,383.44 | $730.16 | $653.28 | Net Book Value | $653.28 |
| Dell Latitude E7250CTO Dell Latitude E7240 (2) | $2,767.73 | $1,614.52 | $1,153.21 | Net Book Value | $1,153.21 |
| Dell Latitude E7250CTO Dell Latitude E7440 Dell Latitude E7450CTO Dell Latitude | $12,403.43 | $7,235.34 | $5,168.09 | Net Book Value | $5,168.09 |
| Dell Latitude E7250CTO Dell Latitude E7450CTO (2) | $2,726.35 | $1,590.37 | $1,135.98 | Net Book Value | $1,135.98 |
| Dell Latitude E7440 | $1,395.34 | $387.60 | $1,007.74 | Net Book Value | $1,007.74 |
| Dell Latitude E7440 | $1,385.39 | $230.89 | $1,154.50 | Net Book Value | $1,154.50 |
| Dell Latitude E7440 | $1,407.37 | $977.33 | $430.04 | Net Book Value | $430.04 |
| Dell Latitude E7440 | $1,407.38 | $938.25 | $469.13 | Net Book Value | $469.13 |
| Dell Latitude E7440 | $1,436.54 | $957.70 | $478.84 | Net Book Value | $478.84 |
| Dell Latitude E7440 | $1,410.86 | $940.58 | $470.28 | Net Book Value | $470.28 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,454.22 | $929.09 | $525.13 | Net Book Value | $525.13 |
| Dell Latitude E7440 | $1,395.33 | $891.46 | $503.87 | Net Book Value | $503.87 |
| Dell Latitude E7440 | $1,407.37 | $899.14 | $508.23 | Net Book Value | $508.23 |
| Dell Latitude E7440 | $1,382.29 | $883.13 | $499.16 | Net Book Value | $499.16 |
| Dell Latitude E7440 | $1,382.29 | $883.13 | $499.16 | Net Book Value | $499.16 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,410.86 | $901.39 | $509.47 | Net Book Value | $509.47 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,382.29 | $883.13 | $499.16 | Net Book Value | $499.16 |
| Dell Latitude E7440 | $1,407.37 | $899.14 | $508.23 | Net Book Value | $508.23 |
| Dell Latitude E7440 | $1,407.37 | $899.14 | $508.23 | Net Book Value | $508.23 |
| Dell Latitude E7440 | $1,410.85 | $901.37 | $509.48 | Net Book Value | $509.48 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,395.33 | $891.46 | $503.87 | Net Book Value | $503.87 |

Debtor Name:         CIBER, Inc.                                                   Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7440 | $1,395.33 | $891.46 | $503.87 | Net Book Value | $503.87 |
| Dell Latitude E7440 | $1,382.29 | $883.13 | $499.16 | Net Book Value | $499.16 |
| Dell Latitude E7440 | $1,395.33 | $891.46 | $503.87 | Net Book Value | $503.87 |
| Dell Latitude E7440 | $1,436.54 | $917.79 | $518.75 | Net Book Value | $518.75 |
| Dell Latitude E7440 | $1,410.85 | $901.37 | $509.48 | Net Book Value | $509.48 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,420.49 | $907.55 | $512.94 | Net Book Value | $512.94 |
| Dell Latitude E7440 | $1,410.85 | $901.37 | $509.48 | Net Book Value | $509.48 |
| Dell Latitude E7440 | $1,454.22 | $929.09 | $525.13 | Net Book Value | $525.13 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,427.94 | $912.29 | $515.65 | Net Book Value | $515.65 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,427.93 | $912.29 | $515.64 | Net Book Value | $515.64 |
| Dell Latitude E7440 | $1,427.94 | $912.29 | $515.65 | Net Book Value | $515.65 |
| Dell Latitude E7440 | $1,420.49 | $868.09 | $552.40 | Net Book Value | $552.40 |
| Dell Latitude E7440 | $1,427.94 | $872.63 | $555.31 | Net Book Value | $555.31 |
| Dell Latitude E7440 | $1,410.86 | $862.19 | $548.67 | Net Book Value | $548.67 |
| Dell Latitude E7440 | $1,395.34 | $852.71 | $542.63 | Net Book Value | $542.63 |
| Dell Latitude E7440 | $1,410.85 | $862.18 | $548.67 | Net Book Value | $548.67 |
| Dell Latitude E7440 | $1,436.54 | $877.89 | $558.65 | Net Book Value | $558.65 |
| Dell Latitude E7440 | $1,420.49 | $868.09 | $552.40 | Net Book Value | $552.40 |
| Dell Latitude E7440 | $1,420.49 | $868.09 | $552.40 | Net Book Value | $552.40 |
| Dell Latitude E7440 | $1,395.34 | $852.71 | $542.63 | Net Book Value | $542.63 |
| Dell Latitude E7440 | $1,382.29 | $844.73 | $537.56 | Net Book Value | $537.56 |
| Dell Latitude E7440 | $1,410.86 | $862.19 | $548.67 | Net Book Value | $548.67 |
| Dell Latitude E7440 | $1,436.54 | $877.89 | $558.65 | Net Book Value | $558.65 |
| Dell Latitude E7440 | $1,420.49 | $868.09 | $552.40 | Net Book Value | $552.40 |
| Dell Latitude E7440 | $1,410.86 | $862.19 | $548.67 | Net Book Value | $548.67 |

Debtor Name:    CIBER, Inc.    Case Number:    17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7440 | $1,420.49 | $868.09 | $552.40 | Net Book Value | $552.40 |
| Dell Latitude E7440 | $1,420.48 | $868.07 | $552.41 | Net Book Value | $552.41 |
| Dell Latitude E7440 | $1,382.29 | $844.73 | $537.56 | Net Book Value | $537.56 |
| Dell Latitude E7440 | $1,385.40 | $615.72 | $769.68 | Net Book Value | $769.68 |
| Dell Latitude E7440 | $1,411.63 | $823.45 | $588.18 | Net Book Value | $588.18 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,380.25 | $766.80 | $613.45 | Net Book Value | $613.45 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,380.25 | $766.80 | $613.45 | Net Book Value | $613.45 |
| Dell Latitude E7440 | $1,380.25 | $766.80 | $613.45 | Net Book Value | $613.45 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,380.24 | $766.80 | $613.44 | Net Book Value | $613.44 |
| Dell Latitude E7440 | $1,407.38 | $742.78 | $664.60 | Net Book Value | $664.60 |
| Dell Latitude E7440 | $1,385.40 | $731.17 | $654.23 | Net Book Value | $654.23 |
| Dell Latitude E7440 | $1,410.86 | $744.62 | $666.24 | Net Book Value | $666.24 |
| Dell Latitude E7440 | $1,411.64 | $745.04 | $666.60 | Net Book Value | $666.60 |
| Dell Latitude E7440 | $1,411.64 | $745.04 | $666.60 | Net Book Value | $666.60 |
| Dell Latitude E7440 | $1,420.48 | $749.69 | $670.79 | Net Book Value | $670.79 |
| Dell Latitude E7440 | $1,436.53 | $758.17 | $678.36 | Net Book Value | $678.36 |
| Dell Latitude E7440 | $1,420.49 | $749.71 | $670.78 | Net Book Value | $670.78 |
| Dell Latitude E7440 | $1,411.64 | $745.04 | $666.60 | Net Book Value | $666.60 |
| Dell Latitude E7440 | $1,420.49 | $749.71 | $670.78 | Net Book Value | $670.78 |
| Dell Latitude E7440 | $1,427.94 | $753.63 | $674.31 | Net Book Value | $674.31 |
| Dell Latitude E7440 | $1,410.86 | $862.19 | $548.67 | Net Book Value | $548.67 |
| Dell Latitude E7440 | $1,395.34 | $813.95 | $581.39 | Net Book Value | $581.39 |
| Dell Latitude E7440 | $1,411.64 | $745.04 | $666.60 | Net Book Value | $666.60 |
| Dell Latitude E7440 (2) | $2,814.74 | $1,876.50 | $938.24 | Net Book Value | $938.24 |
| Dell Latitude E7440 (2) | $2,873.07 | $1,915.38 | $957.69 | Net Book Value | $957.69 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7440 (2) | $2,873.07 | $1,915.38 | $957.69 | Net Book Value | $957.69 |
| Dell Latitude E7440 (2) | $2,847.39 | $1,898.26 | $949.13 | Net Book Value | $949.13 |
| Dell Latitude E7440 (2) | $2,873.08 | $1,915.38 | $957.70 | Net Book Value | $957.70 |
| Dell Latitude E7440 (2) | $2,814.76 | $1,876.50 | $938.26 | Net Book Value | $938.26 |
| Dell Latitude E7440 (2) | $2,908.44 | $1,938.96 | $969.48 | Net Book Value | $969.48 |
| Dell Latitude E7440 Dell Latitude E7240 (2) | $2,845.94 | $1,897.30 | $948.64 | Net Book Value | $948.64 |
| Dell Latitude E7440 Dell Latitude E7240 (2) | $2,845.93 | $1,897.28 | $948.65 | Net Book Value | $948.65 |
| Dell Latitude E7440 Dell Latitude E7240 (2) | $2,827.30 | $1,570.72 | $1,256.58 | Net Book Value | $1,256.58 |
| Dell Latitude E7440 Dell Latitude E7240 (3) | $4,282.48 | $2,854.98 | $1,427.50 | Net Book Value | $1,427.50 |
| Dell Latitude E7440 Dell Latitude E7450 Dell Latitude E7250CTO Dell Latitude E74 | $11,030.64 | $6,434.54 | $4,596.10 | Net Book Value | $4,596.10 |
| Dell Latitude E7440 Dell Latitude E7450CTO (4) | $5,505.40 | $3,211.48 | $2,293.92 | Net Book Value | $2,293.92 |
| Dell Latitude E7440 Dell Latitude E7450CTO Dell Latitude E7250CTO (7) | $9,658.58 | $5,634.17 | $4,024.41 | Net Book Value | $4,024.41 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,358.56 | $830.23 | $528.33 | Net Book Value | $528.33 |
| Dell Latitude E7450 | $1,374.95 | $611.09 | $763.86 | Net Book Value | $763.86 |
| Dell Latitude E7450 | $1,374.95 | $572.90 | $802.05 | Net Book Value | $802.05 |
| Dell Latitude E7450 | $1,374.95 | $572.90 | $802.05 | Net Book Value | $802.05 |
| Dell Latitude E7450 | $1,358.56 | $528.33 | $830.23 | Net Book Value | $830.23 |
| Dell Latitude E7450 | $1,358.56 | $792.49 | $566.07 | Net Book Value | $566.07 |
| Dell Latitude E7450 | $1,358.56 | $792.49 | $566.07 | Net Book Value | $566.07 |
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |

Debtor Name:  CIBER, Inc.  Case Number:  17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |
| Dell Latitude E7450 | $1,374.95 | $763.87 | $611.08 | Net Book Value | $611.08 |
| Dell Latitude E7450 | $1,358.55 | $717.01 | $641.54 | Net Book Value | $641.54 |
| Dell Latitude E7450 | $1,358.56 | $717.01 | $641.55 | Net Book Value | $641.55 |
| Dell Latitude E7450 | $1,374.95 | $725.67 | $649.28 | Net Book Value | $649.28 |
| Dell Latitude E7450 | $1,374.95 | $725.67 | $649.28 | Net Book Value | $649.28 |
| Dell Latitude E7450 | $1,374.95 | $725.67 | $649.28 | Net Book Value | $649.28 |
| Dell Latitude E7450 | $1,374.95 | $725.67 | $649.28 | Net Book Value | $649.28 |
| Dell Latitude E7450 | $1,374.96 | $687.48 | $687.48 | Net Book Value | $687.48 |
| Dell Latitude E7450 | $1,374.95 | $725.67 | $649.28 | Net Book Value | $649.28 |
| Dell Latitude E7450 7450 CTO | $1,644.62 | $730.94 | $913.68 | Net Book Value | $913.68 |
| Dell Latitude E7450/7450CTO | $1,216.50 | $777.21 | $439.29 | Net Book Value | $439.29 |
| Dell Latitude E7450/7450CTO | $1,216.49 | $777.21 | $439.28 | Net Book Value | $439.28 |
| Dell Latitude E7450/7450CTO | $1,216.49 | $743.42 | $473.07 | Net Book Value | $473.07 |
| Dell Latitude E7450/7450CTO | $1,216.49 | $642.05 | $574.44 | Net Book Value | $574.44 |
| Dell Latitude E7450/7450CTO | $1,216.49 | $202.76 | $1,013.73 | Net Book Value | $1,013.73 |
| Dell Latitude E7450/CTO | $1,390.65 | $502.18 | $888.47 | Net Book Value | $888.47 |
| Dell Latitude E7450/CTO | $1,386.46 | $500.67 | $885.79 | Net Book Value | $885.79 |
| Dell Latitude E7450/CTO | $1,362.10 | $454.04 | $908.06 | Net Book Value | $908.06 |
| Dell Latitude E7450/CTO | $1,362.10 | $454.04 | $908.06 | Net Book Value | $908.06 |
| Dell Latitude E7450/CTO | $1,390.65 | $463.55 | $927.10 | Net Book Value | $927.10 |
| Dell Latitude E7450/CTO | $1,362.10 | $454.04 | $908.06 | Net Book Value | $908.06 |
| Dell Latitude E7450/CTO | $1,362.10 | $454.04 | $908.06 | Net Book Value | $908.06 |
| Dell Latitude E7450/CTO | $1,362.10 | $416.20 | $945.90 | Net Book Value | $945.90 |
| Dell Latitude E7450/CTO | $1,362.11 | $416.20 | $945.91 | Net Book Value | $945.91 |
| Dell Latitude E7450/CTO | $1,390.64 | $424.92 | $965.72 | Net Book Value | $965.72 |
| Dell Latitude E7450/CTO | $1,386.46 | $192.57 | $1,193.89 | Net Book Value | $1,193.89 |

Page 49 of 83

Debtor Name:          CIBER, Inc.                                           Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450/CTO | $1,386.46 | $346.62 | $1,039.84 | Net Book Value | $1,039.84 |
| Dell Latitude E7450/CTO | $1,386.46 | $346.62 | $1,039.84 | Net Book Value | $1,039.84 |
| Dell Latitude E7450/CTO | $1,362.10 | $340.53 | $1,021.57 | Net Book Value | $1,021.57 |
| Dell Latitude E7450/CTO | $1,386.46 | $346.62 | $1,039.84 | Net Book Value | $1,039.84 |
| Dell Latitude E7450/CTO | $1,390.65 | $618.07 | $772.58 | Net Book Value | $772.58 |
| Dell Latitude E7450/CTO | $1,386.46 | $577.69 | $808.77 | Net Book Value | $808.77 |
| Dell Latitude E7450/CTO | $1,386.46 | $577.69 | $808.77 | Net Book Value | $808.77 |
| Dell Latitude E7450/CTO | $1,362.10 | $567.54 | $794.56 | Net Book Value | $794.56 |
| Dell Latitude E7450/CTO | $1,390.65 | $540.81 | $849.84 | Net Book Value | $849.84 |
| Dell Latitude E7450/CTO | $1,390.65 | $772.59 | $618.06 | Net Book Value | $618.06 |
| Dell Latitude E7450/CTO | $1,362.10 | $756.72 | $605.38 | Net Book Value | $605.38 |
| Dell Latitude E7450/CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450/CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450/CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450/CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450/CTO | $1,362.10 | $681.05 | $681.05 | Net Book Value | $681.05 |
| Dell Latitude E7450/CTO | $1,390.65 | $695.33 | $695.32 | Net Book Value | $695.32 |
| Dell Latitude E7450/CTO | $1,390.65 | $695.33 | $695.32 | Net Book Value | $695.32 |
| Dell Latitude E7450/CTO | $1,386.46 | $693.23 | $693.23 | Net Book Value | $693.23 |
| Dell Latitude E7450/CTO | $1,386.46 | $693.23 | $693.23 | Net Book Value | $693.23 |
| Dell Latitude E7450BTX | $1,413.44 | $510.41 | $903.03 | Net Book Value | $903.03 |
| Dell Latitude E7450BTX | $1,429.76 | $516.31 | $913.45 | Net Book Value | $913.45 |
| Dell Latitude E7450BTX | $1,413.45 | $510.42 | $903.03 | Net Book Value | $903.03 |
| Dell Latitude E7450BTX | $1,429.77 | $516.31 | $913.46 | Net Book Value | $913.46 |
| Dell Latitude E7450BTX | $1,429.76 | $516.31 | $913.45 | Net Book Value | $913.45 |
| Dell Latitude E7450BTX | $1,429.76 | $476.59 | $953.17 | Net Book Value | $953.17 |
| Dell Latitude E7450BTX | $1,429.77 | $476.59 | $953.18 | Net Book Value | $953.18 |
| Dell Latitude E7450BTX | $1,396.32 | $465.44 | $930.88 | Net Book Value | $930.88 |
| Dell Latitude E7450BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Latitude E7450BTX | $1,429.77 | $476.59 | $953.18 | Net Book Value | $953.18 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450BTX | $1,416.81 | $432.92 | $983.89 | Net Book Value | $983.89 |
| Dell Latitude E7450BTX | $1,429.76 | $397.16 | $1,032.60 | Net Book Value | $1,032.60 |
| Dell Latitude E7450BTX | $1,397.12 | $271.67 | $1,125.45 | Net Book Value | $1,125.45 |
| Dell Latitude E7450BTX | $1,397.12 | $271.67 | $1,125.45 | Net Book Value | $1,125.45 |
| Dell Latitude E7450BTX | $1,397.12 | $232.86 | $1,164.26 | Net Book Value | $1,164.26 |
| Dell Latitude E7450BTX | $1,263.47 | $175.48 | $1,087.99 | Net Book Value | $1,087.99 |
| Dell Latitude E7450BTX | $1,263.47 | $175.48 | $1,087.99 | Net Book Value | $1,087.99 |
| Dell Latitude E7450BTX | $1,263.46 | $140.39 | $1,123.07 | Net Book Value | $1,123.07 |
| Dell Latitude E7450BTX | $1,263.46 | $105.29 | $1,158.17 | Net Book Value | $1,158.17 |
| Dell Latitude E7450BTX | $1,263.46 | $105.29 | $1,158.17 | Net Book Value | $1,158.17 |
| Dell Latitude E7450BTX | $1,263.47 | $105.29 | $1,158.18 | Net Book Value | $1,158.18 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.46 | $35.10 | $1,228.36 | Net Book Value | $1,228.36 |
| Dell Latitude E7450BTX | $1,263.47 | $35.10 | $1,228.37 | Net Book Value | $1,228.37 |
| Dell Latitude E7450BTX | $1,263.47 | $35.10 | $1,228.37 | Net Book Value | $1,228.37 |
| Dell Latitude E7450BTX | $1,263.47 | $35.10 | $1,228.37 | Net Book Value | $1,228.37 |
| Dell Latitude E7450BTX | $1,263.46 | $0.00 | $1,263.46 | Net Book Value | $1,263.46 |
| Dell Latitude E7450BTX | $1,263.46 | $0.00 | $1,263.46 | Net Book Value | $1,263.46 |
| Dell Latitude E7450BTX | $1,397.12 | $349.28 | $1,047.84 | Net Book Value | $1,047.84 |
| Dell Latitude E7450BTX | $1,396.32 | $349.08 | $1,047.24 | Net Book Value | $1,047.24 |
| Dell Latitude E7450BTX | $1,396.32 | $349.08 | $1,047.24 | Net Book Value | $1,047.24 |
| Dell Latitude E7450BTX | $1,413.45 | $353.37 | $1,060.08 | Net Book Value | $1,060.08 |
| Dell Latitude E7450BTX | $1,397.12 | $349.28 | $1,047.84 | Net Book Value | $1,047.84 |
| Dell Latitude E7450BTX | $1,397.12 | $349.28 | $1,047.84 | Net Book Value | $1,047.84 |
| Dell Latitude E7450BTX | $1,397.12 | $620.95 | $776.17 | Net Book Value | $776.17 |
| Dell Latitude E7450BTX | $1,397.12 | $620.95 | $776.17 | Net Book Value | $776.17 |

Debtor Name:          CIBER, Inc.                                                      Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450BTX | $1,397.12 | $620.95 | $776.17 | Net Book Value | $776.17 |
| Dell Latitude E7450BTX | $1,397.12 | $620.95 | $776.17 | Net Book Value | $776.17 |
| Dell Latitude E7450BTX | $1,429.26 | $635.23 | $794.03 | Net Book Value | $794.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,429.77 | $595.74 | $834.03 | Net Book Value | $834.03 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,429.76 | $595.74 | $834.02 | Net Book Value | $834.02 |
| Dell Latitude E7450BTX | $1,413.45 | $549.68 | $863.77 | Net Book Value | $863.77 |
| Dell Latitude E7450BTX | $1,413.45 | $549.68 | $863.77 | Net Book Value | $863.77 |
| Dell Latitude E7450BTX | $1,429.76 | $556.02 | $873.74 | Net Book Value | $873.74 |
| Dell Latitude E7450BTX | $1,429.76 | $556.02 | $873.74 | Net Book Value | $873.74 |
| Dell Latitude E7450BTX | $1,429.76 | $556.02 | $873.74 | Net Book Value | $873.74 |
| Dell Latitude E7450BTX | $1,396.32 | $504.23 | $892.09 | Net Book Value | $892.09 |
| Dell Latitude E7450BTX | $1,413.45 | $510.42 | $903.03 | Net Book Value | $903.03 |
| Dell Latitude E7450BTX | $1,413.44 | $510.41 | $903.03 | Net Book Value | $903.03 |
| Dell Latitude E7450BTX | $1,413.44 | $510.41 | $903.03 | Net Book Value | $903.03 |
| Dell Latitude E7450BTX | $1,429.76 | $516.31 | $913.45 | Net Book Value | $913.45 |
| Dell Latitude E7450BTX | $1,413.44 | $510.41 | $903.03 | Net Book Value | $903.03 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450BTX | $1,397.12 | $737.38 | $659.74 | Net Book Value | $659.74 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,429.26 | $714.64 | $714.62 | Net Book Value | $714.62 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $698.57 | $698.55 | Net Book Value | $698.55 |
| Dell Latitude E7450BTX | $1,397.12 | $620.95 | $776.17 | Net Book Value | $776.17 |
| Dell Latitude E7450CTO | $1,358.91 | $490.72 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,348.32 | $486.88 | $861.44 | Net Book Value | $861.44 |
| Dell Latitude E7450CTO | $1,358.90 | $490.71 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,358.90 | $490.71 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,348.32 | $486.88 | $861.44 | Net Book Value | $861.44 |
| Dell Latitude E7450CTO | $1,358.90 | $490.71 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,358.91 | $490.72 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,408.05 | $430.24 | $977.81 | Net Book Value | $977.81 |
| Dell Latitude E7450CTO | $1,347.79 | $374.39 | $973.40 | Net Book Value | $973.40 |
| Dell Latitude E7450CTO | $1,358.89 | $377.47 | $981.42 | Net Book Value | $981.42 |
| Dell Latitude E7450CTO | $1,358.90 | $377.47 | $981.43 | Net Book Value | $981.43 |
| Dell Latitude E7450CTO | $1,358.90 | $377.47 | $981.43 | Net Book Value | $981.43 |
| Dell Latitude E7450CTO | $1,347.79 | $262.08 | $1,085.71 | Net Book Value | $1,085.71 |
| Dell Latitude E7450CTO | $1,374.78 | $229.14 | $1,145.64 | Net Book Value | $1,145.64 |
| Dell Latitude E7450CTO | $1,389.93 | $347.49 | $1,042.44 | Net Book Value | $1,042.44 |
| Dell Latitude E7450CTO | $1,389.93 | $347.49 | $1,042.44 | Net Book Value | $1,042.44 |
| Dell Latitude E7450CTO | $1,389.93 | $347.49 | $1,042.44 | Net Book Value | $1,042.44 |
| Dell Latitude E7450CTO | $1,389.93 | $347.49 | $1,042.44 | Net Book Value | $1,042.44 |
| Dell Latitude E7450CTO | $1,389.93 | $347.49 | $1,042.44 | Net Book Value | $1,042.44 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450CTO | $1,358.90 | $339.72 | $1,019.18 | Net Book Value | $1,019.18 |
| Dell Latitude E7450CTO | $1,347.80 | $599.03 | $748.77 | Net Book Value | $748.77 |
| Dell Latitude E7450CTO | $1,358.90 | $566.21 | $792.69 | Net Book Value | $792.69 |
| Dell Latitude E7450CTO | $1,348.32 | $561.79 | $786.53 | Net Book Value | $786.53 |
| Dell Latitude E7450CTO | $1,348.32 | $561.79 | $786.53 | Net Book Value | $786.53 |
| Dell Latitude E7450CTO | $1,348.32 | $561.79 | $786.53 | Net Book Value | $786.53 |
| Dell Latitude E7450CTO | $1,348.32 | $561.79 | $786.53 | Net Book Value | $786.53 |
| Dell Latitude E7450CTO | $1,348.32 | $561.79 | $786.53 | Net Book Value | $786.53 |
| Dell Latitude E7450CTO | $1,358.90 | $528.46 | $830.44 | Net Book Value | $830.44 |
| Dell Latitude E7450CTO | $1,358.90 | $528.46 | $830.44 | Net Book Value | $830.44 |
| Dell Latitude E7450CTO | $1,358.90 | $528.46 | $830.44 | Net Book Value | $830.44 |
| Dell Latitude E7450CTO | $1,348.32 | $524.34 | $823.98 | Net Book Value | $823.98 |
| Dell Latitude E7450CTO | $1,348.32 | $524.34 | $823.98 | Net Book Value | $823.98 |
| Dell Latitude E7450CTO | $1,348.32 | $524.34 | $823.98 | Net Book Value | $823.98 |
| Dell Latitude E7450CTO | $1,390.41 | $540.71 | $849.70 | Net Book Value | $849.70 |
| Dell Latitude E7450CTO | $1,347.79 | $486.71 | $861.08 | Net Book Value | $861.08 |
| Dell Latitude E7450CTO | $1,358.90 | $490.71 | $868.19 | Net Book Value | $868.19 |
| Dell Latitude E7450CTO | $1,358.90 | $792.69 | $566.21 | Net Book Value | $566.21 |
| Dell Latitude E7450CTO | $1,358.90 | $792.69 | $566.21 | Net Book Value | $566.21 |
| Dell Latitude E7450CTO | $1,358.90 | $792.69 | $566.21 | Net Book Value | $566.21 |
| Dell Latitude E7450CTO | $1,390.65 | $811.22 | $579.43 | Net Book Value | $579.43 |
| Dell Latitude E7450CTO | $1,346.20 | $747.88 | $598.32 | Net Book Value | $598.32 |
| Dell Latitude E7450CTO | $1,408.06 | $782.25 | $625.81 | Net Book Value | $625.81 |
| Dell Latitude E7450CTO | $1,358.89 | $754.94 | $603.95 | Net Book Value | $603.95 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450CTO | $1,346.21 | $710.51 | $635.70 | Net Book Value | $635.70 |

Debtor Name:          CIBER, Inc.                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,408.06 | $743.14 | $664.92 | Net Book Value | $664.92 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,347.80 | $711.35 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,347.79 | $711.34 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.89 | $717.19 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,349.46 | $712.21 | $637.25 | Net Book Value | $637.25 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,358.91 | $717.20 | $641.71 | Net Book Value | $641.71 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |

Page 55 of 83

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,358.91 | $717.20 | $641.71 | Net Book Value | $641.71 |
| Dell Latitude E7450CTO | $1,358.91 | $717.20 | $641.71 | Net Book Value | $641.71 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,408.06 | $743.14 | $664.92 | Net Book Value | $664.92 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,347.80 | $711.35 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,347.80 | $711.35 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,346.21 | $710.51 | $635.70 | Net Book Value | $635.70 |
| Dell Latitude E7450CTO | $1,347.80 | $711.35 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,390.41 | $733.82 | $656.59 | Net Book Value | $656.59 |
| Dell Latitude E7450CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,408.06 | $743.14 | $664.92 | Net Book Value | $664.92 |
| Dell Latitude E7450CTO | $1,408.06 | $743.14 | $664.92 | Net Book Value | $664.92 |
| Dell Latitude E7450CTO | $1,349.46 | $712.21 | $637.25 | Net Book Value | $637.25 |
| Dell Latitude E7450CTO | $1,390.65 | $733.96 | $656.69 | Net Book Value | $656.69 |
| Dell Latitude E7450CTO | $1,408.06 | $743.14 | $664.92 | Net Book Value | $664.92 |
| Dell Latitude E7450CTO | $1,408.05 | $743.14 | $664.91 | Net Book Value | $664.91 |
| Dell Latitude E7450CTO | $1,346.20 | $710.49 | $635.71 | Net Book Value | $635.71 |
| Dell Latitude E7450CTO | $1,347.80 | $711.35 | $636.45 | Net Book Value | $636.45 |
| Dell Latitude E7450CTO | $1,347.79 | $673.90 | $673.89 | Net Book Value | $673.89 |
| Dell Latitude E7450CTO | $1,389.93 | $694.97 | $694.96 | Net Book Value | $694.96 |
| Dell Latitude E7450CTO | $1,347.79 | $673.90 | $673.89 | Net Book Value | $673.89 |
| Dell Latitude E7450CTO | $1,347.79 | $673.90 | $673.89 | Net Book Value | $673.89 |
| Dell Latitude E7450CTO | $1,347.79 | $673.90 | $673.89 | Net Book Value | $673.89 |
| Dell Latitude E7450CTO | $1,347.79 | $673.90 | $673.89 | Net Book Value | $673.89 |
| Dell Latitude E7450CTO | $1,390.64 | $695.33 | $695.31 | Net Book Value | $695.31 |
| Dell Latitude E7450CTO | $1,389.93 | $694.97 | $694.96 | Net Book Value | $694.96 |
| Dell Latitude E7450CTO | $1,358.90 | $792.69 | $566.21 | Net Book Value | $566.21 |
| Dell Latitude E7450CTO | $1,358.90 | $717.20 | $641.70 | Net Book Value | $641.70 |
| Dell Latitude E7450CTO | $1,389.93 | $733.58 | $656.35 | Net Book Value | $656.35 |
| Dell Latitude E7450CTO | $1,390.41 | $733.83 | $656.58 | Net Book Value | $656.58 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,374.78 | $725.58 | $649.20 | Net Book Value | $649.20 |
| Dell Latitude E7450CTO | $1,390.41 | $695.21 | $695.20 | Net Book Value | $695.20 |
| Dell Latitude E7450CTO | $1,349.46 | $674.74 | $674.72 | Net Book Value | $674.72 |
| Dell Latitude E7450CTO (3) | $4,140.20 | $2,415.12 | $1,725.08 | Net Book Value | $1,725.08 |

Page 57 of 83

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Latitude E7450CTO Dell Latitude E7250CTO (8) | $11,015.72 | $6,425.84 | $4,589.88 | Net Book Value | $4,589.88 |
| Dell Latitude E7450CTO Dell Latitude E7440 Dell E7240 (9) | $12,382.54 | $7,223.15 | $5,159.39 | Net Book Value | $5,159.39 |
| Dell Latitude E7450CTO Dell Latitude E7440 Dell Latitude E7250CTO Dell Latitude | $10,980.83 | $6,405.49 | $4,575.34 | Net Book Value | $4,575.34 |
| Dell Latitude E7450CTO Dell Latitude E7440 Dell Latitude E7450 (3) | $4,125.23 | $2,406.39 | $1,718.84 | Net Book Value | $1,718.84 |
| Dell Latitude E7450CTO Dell Latitude E7450 (2) | $2,766.62 | $1,613.85 | $1,152.77 | Net Book Value | $1,152.77 |
| Dell Latitude E7740 | $1,562.99 | $1,215.67 | $347.32 | Net Book Value | $347.32 |
| Dell Latitude E7740 +External USB | $1,663.79 | $1,340.28 | $323.51 | Net Book Value | $323.51 |
| Dell Lattitude E7250 CTO | $1,383.44 | $384.29 | $999.15 | Net Book Value | $999.15 |
| Dell Lattitude E7250 CTO | $1,383.44 | $307.44 | $1,076.00 | Net Book Value | $1,076.00 |
| Dell Lattitude E7250 CTO | $1,383.43 | $307.43 | $1,076.00 | Net Book Value | $1,076.00 |
| Dell Lattitude E7250 CTO | $1,383.43 | $307.43 | $1,076.00 | Net Book Value | $1,076.00 |
| Dell Lattitude E7250 CTO | $1,383.44 | $269.01 | $1,114.43 | Net Book Value | $1,114.43 |
| Dell Lattitude E7250 CTO | $1,383.44 | $345.86 | $1,037.58 | Net Book Value | $1,037.58 |
| Dell Lattitude E7250 CTO | $1,383.44 | $345.86 | $1,037.58 | Net Book Value | $1,037.58 |
| Dell Lattitude E7250 CTO | $1,383.44 | $345.86 | $1,037.58 | Net Book Value | $1,037.58 |
| Dell Lattitude E7250 CTO | $1,383.44 | $345.86 | $1,037.58 | Net Book Value | $1,037.58 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.44 | $471.15 | $942.29 | Net Book Value | $942.29 |
| Dell Lattitude E7450 BTX | $1,413.45 | $471.15 | $942.30 | Net Book Value | $942.30 |
| Dell Lattitude E7450 BTX | $1,413.44 | $471.15 | $942.29 | Net Book Value | $942.29 |
| Dell Lattitude E7450 BTX | $1,413.44 | $471.15 | $942.29 | Net Book Value | $942.29 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dell Lattitude E7450 BTX | $1,413.44 | $471.15 | $942.29 | Net Book Value | $942.29 |
| Dell Lattitude E7450 BTX | $1,413.45 | $431.89 | $981.56 | Net Book Value | $981.56 |
| Dell Lattitude E7450 BTX | $1,413.45 | $431.89 | $981.56 | Net Book Value | $981.56 |
| Dell Lattitude E7450 BTX | $1,413.45 | $431.89 | $981.56 | Net Book Value | $981.56 |
| Dell Lattitude E7450 BTX | $1,413.45 | $392.63 | $1,020.82 | Net Book Value | $1,020.82 |
| Dell Lattitude E7450 BTX | $1,413.45 | $392.63 | $1,020.82 | Net Book Value | $1,020.82 |
| Dell Lattitude E7450 BTX | $1,413.44 | $392.63 | $1,020.81 | Net Book Value | $1,020.81 |
| Dell Lattitude E7450 BTX | $1,413.44 | $314.10 | $1,099.34 | Net Book Value | $1,099.34 |
| Dell Lattitude E7450 BTX | $1,413.44 | $314.10 | $1,099.34 | Net Book Value | $1,099.34 |
| Dell Lattitude E7450 BTX | $1,413.44 | $353.36 | $1,060.08 | Net Book Value | $1,060.08 |
| Dell Lattitude E7450 BTX | $1,413.45 | $353.37 | $1,060.08 | Net Book Value | $1,060.08 |
| Dell M170 Laptop | $2,863.06 | $2,863.06 | $0.00 | Net Book Value | $0.00 |
| Dell M209X DLP Projector | $1,074.22 | $1,074.22 | $0.00 | Net Book Value | $0.00 |
| Dell Mobile Precision M6600 | $3,049.17 | $3,049.17 | $0.00 | Net Book Value | $0.00 |
| Dell Precision M3800 CTO Base | $2,397.19 | $1,997.66 | $399.53 | Net Book Value | $399.53 |
| Dell Precision M4800 CTO Base | $2,143.02 | $1,488.21 | $654.81 | Net Book Value | $654.81 |
| Dell Precision T3400 (4) | $3,982.88 | $3,982.88 | $0.00 | Net Book Value | $0.00 |
| Dell Precision T3400 Convertible Mini Tower | $1,850.20 | $1,850.20 | $0.00 | Net Book Value | $0.00 |
| Dell Precision T3400 Convertible Mini Tower | $1,909.55 | $1,909.55 | $0.00 | Net Book Value | $0.00 |
| Dell Precision T7610 PC (1) | $4,340.30 | $4,340.30 | $0.00 | Net Book Value | $0.00 |
| Dell Professional Topload | $1,071.39 | $446.41 | $624.98 | Net Book Value | $624.98 |
| Dell Series E2311H (15) Dell 20inch flat panel (15) | $8,876.07 | $8,876.07 | $0.00 | Net Book Value | $0.00 |
| Dell Sonic Wall Network Security | $1,483.02 | $865.10 | $617.92 | Net Book Value | $617.92 |
| Dell UltraSharp 1908 FP Flat Panel (3) | $1,977.90 | $1,977.90 | $0.00 | Net Book Value | $0.00 |
| Dell UltraSharp 1908 FP Flat Panel (3) | $1,647.78 | $1,647.78 | $0.00 | Net Book Value | $0.00 |
| Dell UltraSharp 1908FP-BLK 19inch flat panel Monitor (20) | $3,402.60 | $3,402.60 | $0.00 | Net Book Value | $0.00 |
| Demo/Remove/Load workstations (15) | $8,721.25 | $8,721.25 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                              Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Desktop Prof Licenses (10) | $17,991.00 | $17,991.00 | $0.00 | Net Book Value | $0.00 |
| DIMM DDR DRAM for Cisco | $1,944.65 | $1,242.43 | $702.22 | Net Book Value | $702.22 |
| Disassemble and install Inventory | $17,350.00 | $3,746.03 | $13,603.97 | Net Book Value | $13,603.97 |
| Display Extended Warranty (1) | $1,293.36 | $1,293.36 | $0.00 | Net Book Value | $0.00 |
| DL380G5 | $9,341.93 | $9,341.93 | $0.00 | Net Book Value | $0.00 |
| Drive Mgmnt Softwr | $14,153.78 | $14,153.78 | $0.00 | Net Book Value | $0.00 |
| DS14MK4 | $32,723.24 | $32,723.24 | $0.00 | Net Book Value | $0.00 |
| DS3 Router Global WAN | $5,426.55 | $5,426.55 | $0.00 | Net Book Value | $0.00 |
| DS3 Router Global WAN | $8,824.58 | $8,824.58 | $0.00 | Net Book Value | $0.00 |
| Dual Core Intel Pentiun E2220 (2) | $3,142.55 | $3,142.55 | $0.00 | Net Book Value | $0.00 |
| Duplex Fiber Opt (6) | $18,377.81 | $18,377.81 | $0.00 | Net Book Value | $0.00 |
| EHWIC-1GE-SFP-CU | $1,491.06 | $538.44 | $952.62 | Net Book Value | $952.62 |
| Electric Installation | $1,666.41 | $1,666.41 | $0.00 | Net Book Value | $0.00 |
| Electrical Installation | $1,818.69 | $1,818.69 | $0.00 | Net Book Value | $0.00 |
| Electrical work Data Voice and electrical for new cubicles (36) | $13,271.92 | $13,271.92 | $0.00 | Net Book Value | $0.00 |
| Elitebook 1020 G1 | $1,537.82 | $811.63 | $726.19 | Net Book Value | $726.19 |
| Enterprise Linux - Server Standard Sub Renewal | $1,560.97 | $216.80 | $1,344.17 | Net Book Value | $1,344.17 |
| Equipment Leases from Pitney Bowes | | | Undetermined | Net Book Value | Undetermined |
| ESM Mgr w/ SW Connectors, w/Oracle | $124,284.95 | $124,284.95 | $0.00 | Net Book Value | $0.00 |
| Expansion 9200 Indian | $1,199.37 | $1,199.37 | $0.00 | Net Book Value | $0.00 |
| Exterior Signage | $1,996.07 | $274.46 | $1,721.61 | Net Book Value | $1,721.61 |
| Exterior Signage | $13,937.19 | $5,345.78 | $8,591.41 | Net Book Value | $8,591.41 |
| Exterior Signage | $21,543.64 | $7,889.23 | $13,654.41 | Net Book Value | $13,654.41 |
| F5 Loadbalancers for DATA Center DR (2) | $70,241.84 | $70,241.84 | $0.00 | Net Book Value | $0.00 |
| FAS - Depreciation software | $8,841.58 | $8,841.58 | $0.00 | Net Book Value | $0.00 |
| FAS2050 NETAPP | $25,004.02 | $25,004.02 | $0.00 | Net Book Value | $0.00 |
| Fast Start Configurator | $3,717.20 | $3,717.20 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                            Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Feed Cable | $2,024.63 | $2,024.63 | $0.00 | Net Book Value | $0.00 |
| Fiber & Cable Install | $11,452.98 | $11,452.98 | $0.00 | Net Book Value | $0.00 |
| FIBER Network SAN in Data Center (2) | $3,338.00 | $3,338.00 | $0.00 | Net Book Value | $0.00 |
| Final Cut Fusion MS Windows 7 for Mac (2) | $1,666.57 | $1,666.57 | $0.00 | Net Book Value | $0.00 |
| FIX CABINETS FOR COPY RM, COUNTER RECEPT RM | $3,838.00 | $3,838.00 | $0.00 | Net Book Value | $0.00 |
| FP Display Sound Bar Video Card (20) | $6,026.65 | $6,026.65 | $0.00 | Net Book Value | $0.00 |
| FUJI LTO 3 Tape Cartridge | $3,259.31 | $3,259.31 | $0.00 | Net Book Value | $0.00 |
| FUJI LTO 3 Tape Cartridge (100) | $3,196.94 | $3,196.94 | $0.00 | Net Book Value | $0.00 |
| Fuji LTO 3 Tape Cartridge (60) | $1,700.86 | $1,700.86 | $0.00 | Net Book Value | $0.00 |
| Fujitsu 4340C color scanner | $1,060.00 | $1,060.00 | $0.00 | Net Book Value | $0.00 |
| FULLTILT ACQUISITION LH | $75,206.00 | $75,206.00 | $0.00 | Net Book Value | $0.00 |
| Furniture | $6,077.60 | $4,051.73 | $2,025.87 | Net Book Value | $2,025.87 |
| Furniture | $3,896.94 | $2,173.28 | $1,723.66 | Net Book Value | $1,723.66 |
| FY2000 - MERLIN PHONE SYSTEM | $24,159.72 | $24,159.72 | $0.00 | Net Book Value | $0.00 |
| Grey Corner Unit | $2,324.63 | $2,324.63 | $0.00 | Net Book Value | $0.00 |
| GW Village Audit Assessment | $8,459.18 | $8,459.18 | $0.00 | Net Book Value | $0.00 |
| Hardware Replacement for TIBBR SVR | $5,680.08 | $5,680.08 | $0.00 | Net Book Value | $0.00 |
| HBA FC 4port | $10,136.68 | $10,136.68 | $0.00 | Net Book Value | $0.00 |
| HD Video Project | $3,226.81 | $3,226.81 | $0.00 | Net Book Value | $0.00 |
| Host Access Client Iseries (8) | $1,350.21 | $1,350.21 | $0.00 | Net Book Value | $0.00 |
| HP 300GB 10K SAS (6) | $8,925.03 | $8,925.03 | $0.00 | Net Book Value | $0.00 |
| HP BLADE SERVER UPGRADE | $137,649.47 | $137,649.47 | $0.00 | Net Book Value | $0.00 |
| HP DL320G5 VOIP Call Manager Server (2) | $4,085.09 | $4,085.09 | $0.00 | Net Book Value | $0.00 |
| HP DL380R05 2GB HP 8GB FBD (4) | $7,774.29 | $7,774.29 | $0.00 | Net Book Value | $0.00 |
| HP DL380R05 2GB HP 8GB FBD (4) | $7,807.47 | $7,807.47 | $0.00 | Net Book Value | $0.00 |

Page 61 of 83

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| HP Laser Jet Printers M551dn (3) | $2,831.55 | $2,280.97 | $550.58 | Net Book Value | $550.58 |
| HP LASERJET ENTERPRISE 550 CO | $2,391.45 | $1,793.59 | $597.86 | Net Book Value | $597.86 |
| HP Practice Testing Software | $686,447.44 | $686,447.44 | $0.00 | Net Book Value | $0.00 |
| HP ProCurve Switch | $1,613.36 | $1,613.36 | $0.00 | Net Book Value | $0.00 |
| HP ProLiant BL460c G6 Server Blade | $4,898.57 | $4,898.57 | $0.00 | Net Book Value | $0.00 |
| HP Proliant DL380G6 Server - VM Farm Expansion | $10,619.89 | $10,619.89 | $0.00 | Net Book Value | $0.00 |
| HP Proliant DL380G6 Server - VM Farm Expansion | $10,616.73 | $10,616.73 | $0.00 | Net Book Value | $0.00 |
| HP Tools Project Savvis | $4,375.49 | $4,375.49 | $0.00 | Net Book Value | $0.00 |
| IBM Flex System Manager | $9,314.14 | $9,314.14 | $0.00 | Net Book Value | $0.00 |
| IMAC & Software | $5,710.07 | $5,710.07 | $0.00 | Net Book Value | $0.00 |
| iMac +Apps | $2,168.25 | $1,445.50 | $722.75 | Net Book Value | $722.75 |
| IMAC 27 GTX680MX (3) | $8,308.89 | $8,308.89 | $0.00 | Net Book Value | $0.00 |
| Image Now | $71,786.05 | $71,786.05 | $0.00 | Net Book Value | $0.00 |
| Image Now - Perceptive | $270,687.83 | $180,458.56 | $90,229.27 | Net Book Value | $90,229.27 |
| Image Now License (2) | $5,140.80 | $5,140.80 | $0.00 | Net Book Value | $0.00 |
| ImageNow Conversion Module | $3,540.90 | $3,540.90 | $0.00 | Net Book Value | $0.00 |
| ImageNow WebNow | $39,864.19 | $21,039.44 | $18,824.75 | Net Book Value | $18,824.75 |
| In-Ceiling Motorized Screen | $5,785.94 | $1,840.99 | $3,944.95 | Net Book Value | $3,944.95 |
| INSTALL & SETUP OF PHONE SYSTEM | $2,400.00 | $2,400.00 | $0.00 | Net Book Value | $0.00 |
| Install 2 Innerduct | $1,400.26 | $863.49 | $536.77 | Net Book Value | $536.77 |
| Install 2 readers | $6,345.00 | $4,230.00 | $2,115.00 | Net Book Value | $2,115.00 |
| Install EMON Watt meter | $1,060.00 | $1,060.00 | $0.00 | Net Book Value | $0.00 |
| Install Film | $1,071.68 | $362.48 | $709.20 | Net Book Value | $709.20 |
| Install Sec Sys - Access Cards | $23,054.31 | $3,888.68 | $19,165.63 | Net Book Value | $19,165.63 |
| INSTALL STATIONS IN 1500 BLDG | $2,675.00 | $2,675.00 | $0.00 | Net Book Value | $0.00 |
| Installation Cables Install Patch panel | $5,174.27 | $5,174.27 | $0.00 | Net Book Value | $0.00 |

Page 62 of 83

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| INSTALLATION CHARGE | $3,215.00 | $3,215.00 | $0.00 | Net Book Value | $0.00 |
| Installation of Catefory 5E 350 Plenum | $5,055.76 | $5,055.76 | $0.00 | Net Book Value | $0.00 |
| Installation of Catefory 5E 350 Plenum | $9,389.25 | $9,389.25 | $0.00 | Net Book Value | $0.00 |
| Installation of door painting keypad lockset | $1,999.00 | $1,999.00 | $0.00 | Net Book Value | $0.00 |
| Installed Cat5E Plenum cable 2nd Flr | $9,213.82 | $9,213.82 | $0.00 | Net Book Value | $0.00 |
| INTERIOR PAINTING SERV 1000 BLDG | $1,430.00 | $1,430.00 | $0.00 | Net Book Value | $0.00 |
| Interior painting services | $18,813.00 | $10,800.07 | $8,012.93 | Net Book Value | $8,012.93 |
| Interior Signage | $1,337.16 | $156.30 | $1,180.86 | Net Book Value | $1,180.86 |
| Interior Signage | $1,610.04 | $282.16 | $1,327.88 | Net Book Value | $1,327.88 |
| Interiors Proj Mgmt-Southfield | $31,551.00 | $6,310.21 | $25,240.79 | Net Book Value | $25,240.79 |
| Internal relocation | $2,900.11 | $1,641.58 | $1,258.53 | Net Book Value | $1,258.53 |
| Intrusion Detection Device | $1,491.00 | $1,491.00 | $0.00 | Net Book Value | $0.00 |
| IPAD (3) | $4,098.23 | $4,098.23 | $0.00 | Net Book Value | $0.00 |
| IPAD 2 WIFI 3G 64GB (6) | $5,099.06 | $5,099.06 | $0.00 | Net Book Value | $0.00 |
| ISA SVR ENT PROMO | $4,668.69 | $4,668.69 | $0.00 | Net Book Value | $0.00 |
| Kace VK 2200 SFTWR Image Deployment Tool | $14,268.80 | $14,268.80 | $0.00 | Net Book Value | $0.00 |
| Kace VK 2200 SFTWR Invntry Tool | $32,434.40 | $32,434.40 | $0.00 | Net Book Value | $0.00 |
| Labor and Services install voice data cabling | $7,726.34 | $5,273.52 | $2,452.82 | Net Book Value | $2,452.82 |
| Laptop | $1,355.81 | $1,167.50 | $188.31 | Net Book Value | $188.31 |
| Laptop T500 TS T9400 | $1,503.54 | $1,503.54 | $0.00 | Net Book Value | $0.00 |
| Laptop TP T500 C2D | $1,505.62 | $1,505.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E4200 | $2,065.90 | $2,065.90 | $0.00 | Net Book Value | $0.00 |
| Latitude E4200 | $1,823.47 | $1,823.47 | $0.00 | Net Book Value | $0.00 |
| Latitude E4200 | $2,492.38 | $2,492.38 | $0.00 | Net Book Value | $0.00 |
| Latitude E4200 | $2,365.46 | $2,365.46 | $0.00 | Net Book Value | $0.00 |
| Latitude E4200 | $2,170.07 | $2,170.07 | $0.00 | Net Book Value | $0.00 |
| Latitude E4300 | $2,817.29 | $2,817.29 | $0.00 | Net Book Value | $0.00 |
| Latitude E4300 | $1,966.79 | $1,966.79 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                                Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E4300 | $2,231.94 | $2,231.94 | $0.00 | Net Book Value | $0.00 |
| Latitude E4300 Intel Core 2 Duo SP9400 | $2,664.64 | $2,664.64 | $0.00 | Net Book Value | $0.00 |
| Latitude E4300 Laptop Computer | $1,740.60 | $1,740.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E4310 | $6,733.75 | $6,733.75 | $0.00 | Net Book Value | $0.00 |
| Latitude E4310 (3) | $3,008.44 | $3,008.44 | $0.00 | Net Book Value | $0.00 |
| Latitude E4310 (3) | $6,100.67 | $6,100.67 | $0.00 | Net Book Value | $0.00 |
| Latitude E4310 (9) | $12,329.72 | $12,329.72 | $0.00 | Net Book Value | $0.00 |
| Latitude E5500 | $1,730.22 | $1,730.22 | $0.00 | Net Book Value | $0.00 |
| Latitude E630 Intel Core 2 Duo T7500 (8) | $10,677.59 | $10,677.59 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.82 | $1,258.82 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.83 | $1,258.83 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.83 | $1,258.83 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.83 | $1,258.83 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.83 | $1,258.83 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.82 | $1,258.82 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 | $1,258.82 | $1,258.82 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 (10) | $12,588.21 | $12,588.21 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 (2) | $3,874.65 | $3,874.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 (3) | $3,776.49 | $3,776.49 | $0.00 | Net Book Value | $0.00 |
| Latitude E6320 (9) | $11,329.39 | $11,329.39 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,255.56 | $1,255.56 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,255.56 | $1,255.56 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,254.69 | $1,254.69 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,232.42 | $1,232.42 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,403.17 | $1,403.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,254.69 | $1,254.69 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6400 | $1,524.09 | $1,524.09 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,604.05 | $1,604.05 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,232.42 | $1,232.42 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,353.43 | $1,353.43 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,386.67 | $1,386.67 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,456.14 | $1,456.14 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,456.14 | $1,456.14 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (1) | $1,553.08 | $1,553.08 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (12) | $18,528.99 | $18,528.99 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,125.48 | $3,125.48 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,176.07 | $3,176.07 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,176.08 | $3,176.08 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,088.17 | $3,088.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,088.16 | $3,088.16 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,208.11 | $3,208.11 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (2) | $3,088.16 | $3,088.16 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (3) | $4,659.22 | $4,659.22 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 (6) | $9,376.45 | $9,376.45 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 Intel Core C Duo P8400 | $1,264.32 | $1,264.32 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 Intel Core C Duo P8400 (2) | $2,919.38 | $2,919.38 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 Intel Core Duo P8400 (2) | $2,732.89 | $2,732.89 | $0.00 | Net Book Value | $0.00 |
| Latitude E6400 Laptop Computer | $1,335.28 | $1,335.28 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (10) | $10,330.88 | $10,330.88 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (10) | $11,052.26 | $11,052.26 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (10) | $10,650.04 | $10,650.04 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (10) | $10,650.04 | $10,650.04 | $0.00 | Net Book Value | $0.00 |

Page 65 of 83

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6410 (10) | $11,920.23 | $11,920.23 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (20) | $22,419.69 | $22,419.69 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (20) | $21,927.76 | $21,927.76 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (20) | $23,393.56 | $23,393.56 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (4) | $4,497.29 | $4,497.29 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (4) | $4,923.53 | $4,923.53 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (5) | $5,531.60 | $5,531.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (5) | $5,480.96 | $5,480.96 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (5) | $5,470.39 | $5,470.39 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (5) | $6,003.34 | $6,003.34 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (5) | $6,824.60 | $6,824.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (9) | $9,947.04 | $9,947.04 | $0.00 | Net Book Value | $0.00 |
| Latitude E6410 (9) | $11,538.42 | $11,538.42 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.94 | $1,055.94 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.64 | $1,053.64 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.64 | $1,053.64 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,053.65 | $1,053.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.94 | $1,055.94 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.94 | $1,055.94 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6420 | $1,055.93 | $1,055.93 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.93 | $1,055.93 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.94 | $1,055.94 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,055.94 | $1,055.94 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,058.52 | $1,058.52 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 | $1,058.52 | $1,058.52 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (10) | $10,826.24 | $10,826.24 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (13) | $13,697.46 | $13,697.46 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (2) | $2,107.30 | $2,107.30 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (2) | $2,107.29 | $2,107.29 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (2) | $2,107.30 | $2,107.30 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,160.95 | $3,160.95 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,160.95 | $3,160.95 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,175.57 | $3,175.57 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,204.60 | $3,204.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,160.95 | $3,160.95 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (3) | $3,160.95 | $3,160.95 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (4) | $4,228.50 | $4,228.50 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (4) | $4,214.60 | $4,214.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (4) | $4,214.60 | $4,214.60 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (4) | $4,234.09 | $4,234.09 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (9) | $9,505.03 | $9,505.03 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (9) | $9,482.85 | $9,482.85 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420 (9) | $9,530.05 | $9,530.05 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420(2) | $2,111.86 | $2,111.86 | $0.00 | Net Book Value | $0.00 |
| Latitude E6420(3) | $3,167.81 | $3,167.81 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $1,216.55 | $1,216.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $2,415.79 | $2,415.79 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $2,243.97 | $2,243.97 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $1,194.05 | $1,194.05 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6500 | $1,928.47 | $1,928.47 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $1,855.47 | $1,855.47 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $1,818.12 | $1,818.12 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 | $1,615.92 | $1,615.92 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 Laptop | $1,434.31 | $1,434.31 | $0.00 | Net Book Value | $0.00 |
| Latitude E6500 Laptop Computers (3) | $4,563.37 | $4,563.37 | $0.00 | Net Book Value | $0.00 |
| Latitude E65000 (3) | $3,598.39 | $3,598.39 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,238.73 | $15,238.73 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,398.10 | $15,398.10 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,522.48 | $15,522.48 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,543.34 | $15,543.34 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $14,060.24 | $14,060.24 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $16,093.55 | $16,093.55 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,722.92 | $15,722.92 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $15,702.20 | $15,702.20 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (10) | $16,090.69 | $16,090.69 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (2) | $3,099.59 | $3,099.59 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 (24) | $37,411.65 | $37,411.65 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 Motebook PC (3) | $4,691.82 | $4,691.82 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 Notebook PC (2) | $3,161.58 | $3,161.58 | $0.00 | Net Book Value | $0.00 |
| Latitude E6510 Notebook PC (3) | $4,738.05 | $4,738.05 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,513.81 | $1,513.81 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,513.81 | $1,513.81 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,513.81 | $1,513.81 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,562.62 | $1,562.62 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,513.81 | $1,513.81 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.17 | $1,528.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.17 | $1,528.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.16 | $1,528.16 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.16 | $1,528.16 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.17 | $1,528.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 | $1,528.17 | $1,528.17 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (14) | $21,876.69 | $21,876.69 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (15) | $23,436.19 | $23,436.19 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (2) | $3,125.24 | $3,125.24 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (2) | $3,125.24 | $3,125.24 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (2) | $3,125.24 | $3,125.24 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (2) | $3,124.82 | $3,124.82 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (3) | $4,541.43 | $4,541.43 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (3) | $4,584.50 | $4,584.50 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (3) | $4,687.23 | $4,687.23 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (4) | $6,250.48 | $6,250.48 | $0.00 | Net Book Value | $0.00 |
| Latitude E6520 (8) | $12,225.35 | $12,225.35 | $0.00 | Net Book Value | $0.00 |
| LCD TV Sharp | $1,532.98 | $1,532.98 | $0.00 | Net Book Value | $0.00 |
| lease improvements | $7,113.02 | $7,113.02 | $0.00 | Net Book Value | $0.00 |
| Leasehold - upgrades | $10,345.72 | $10,345.72 | $0.00 | Net Book Value | $0.00 |
| LEASEHOLD IMPROVEMENT | $0.01 | $0.01 | $0.00 | Net Book Value | $0.00 |
| Leasehold Improvements (HQ) | $1,229,000.00 | $66,000.00 | $1,163,000.00 | Net Book Value | $1,163,000.00 |
| Leashold | $15,257.94 | $9,004.68 | $6,253.26 | Net Book Value | $6,253.26 |
| Lenovo Laptop | $1,312.02 | $1,166.24 | $145.78 | Net Book Value | $145.78 |
| Licence Activation | $4,237.29 | $4,237.29 | $0.00 | Net Book Value | $0.00 |
| License OmniFlex | $10,075.12 | $10,075.12 | $0.00 | Net Book Value | $0.00 |

Page 70 of 83

Debtor Name:    CIBER, Inc.    Case Number:    17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| License Sharepoint File Share Library Server | $1,071.00 | $1,071.00 | $0.00 | Net Book Value | $0.00 |
| Licenses Each project & visio VHG (5) | $3,322.04 | $3,322.04 | $0.00 | Net Book Value | $0.00 |
| Liquidation | $2,299.00 | $2,299.00 | $0.00 | Net Book Value | $0.00 |
| Mac Notebooks & Sftwr License(2) | $9,692.95 | $9,692.95 | $0.00 | Net Book Value | $0.00 |
| MAC PRO | $4,147.65 | $4,147.65 | $0.00 | Net Book Value | $0.00 |
| MACBOOK | $2,493.00 | $623.25 | $1,869.75 | Net Book Value | $1,869.75 |
| MacBook Air | $6,640.17 | $6,086.83 | $553.34 | Net Book Value | $553.34 |
| MacBook Air | $2,026.69 | $1,745.20 | $281.49 | Net Book Value | $281.49 |
| MacBook Air | $2,023.46 | $1,686.22 | $337.24 | Net Book Value | $337.24 |
| MacBook Air | $1,459.21 | $1,013.34 | $445.87 | Net Book Value | $445.87 |
| MacBook Air | $1,956.96 | $1,304.64 | $652.32 | Net Book Value | $652.32 |
| MacBook Air  +App | $1,507.58 | $1,046.93 | $460.65 | Net Book Value | $460.65 |
| MacBook Air  +App | $2,866.71 | $1,911.14 | $955.57 | Net Book Value | $955.57 |
| MacBook Air  +App | $2,079.24 | $1,270.65 | $808.59 | Net Book Value | $808.59 |
| MacBook Air  +App | $1,601.97 | $889.99 | $711.98 | Net Book Value | $711.98 |
| MacBook Air  +App | $1,954.64 | $1,031.62 | $923.02 | Net Book Value | $923.02 |
| MacBook Air  +App | $1,621.28 | $810.65 | $810.63 | Net Book Value | $810.63 |
| MacBook Air  +App | $2,845.27 | $1,659.74 | $1,185.53 | Net Book Value | $1,185.53 |
| MacBook Air +Apps | $2,134.70 | $1,304.54 | $830.16 | Net Book Value | $830.16 |
| MacBook PRO | $3,224.93 | $3,224.93 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro | $2,592.23 | $2,592.23 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro | $2,889.23 | $2,889.23 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro | $3,088.72 | $3,088.72 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro | $3,377.00 | $1,313.28 | $2,063.72 | Net Book Value | $2,063.72 |
| MACBOOK PRO | $3,117.37 | $3,117.37 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro  +App | $2,894.60 | $2,251.36 | $643.24 | Net Book Value | $643.24 |
| MacBook Pro  +App | $2,866.71 | $2,070.40 | $796.31 | Net Book Value | $796.31 |
| MacBook Pro  +App | $2,845.27 | $1,975.88 | $869.39 | Net Book Value | $869.39 |
| MacBook Pro  +App | $2,866.71 | $1,911.14 | $955.57 | Net Book Value | $955.57 |

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| MacBook Pro  +App | $2,866.71 | $1,831.51 | $1,035.20 | Net Book Value | $1,035.20 |
| MacBook Pro  +App +Display | $3,632.04 | $2,623.14 | $1,008.90 | Net Book Value | $1,008.90 |
| MacBook Pro (1) | $2,791.72 | $2,791.72 | $0.00 | Net Book Value | $0.00 |
| Macbook Pro (2) + IMAC | $3,952.69 | $3,952.69 | $0.00 | Net Book Value | $0.00 |
| Macbook Pro + Software | $3,002.67 | $3,002.67 | $0.00 | Net Book Value | $0.00 |
| Macbook Pro + Software | $4,083.25 | $4,083.25 | $0.00 | Net Book Value | $0.00 |
| MacBook Pro +App | $2,866.71 | $2,229.66 | $637.05 | Net Book Value | $637.05 |
| MacBook Pro 15 | $2,947.15 | $2,701.55 | $245.60 | Net Book Value | $245.60 |
| MacBook Pro 15 | $2,947.15 | $2,701.55 | $245.60 | Net Book Value | $245.60 |
| MacBook Pro 15 +App | $2,947.15 | $2,783.42 | $163.73 | Net Book Value | $163.73 |
| MacBook Pro 15 +App | $3,497.69 | $3,011.91 | $485.78 | Net Book Value | $485.78 |
| MacBook Pro 15 +App | $2,847.41 | $2,293.75 | $553.66 | Net Book Value | $553.66 |
| MacBook Pro 15 +App (1) | $2,949.29 | $2,949.29 | $0.00 | Net Book Value | $0.00 |
| Macbook Pro Retina | $2,353.84 | $980.76 | $1,373.08 | Net Book Value | $1,373.08 |
| Macbook Pro w/software | $3,627.93 | $3,627.93 | $0.00 | Net Book Value | $0.00 |
| Macbook Pro+Sftwr Quad (1) | $3,615.23 | $3,615.23 | $0.00 | Net Book Value | $0.00 |
| Mackbook Air | $4,161.77 | $4,161.77 | $0.00 | Net Book Value | $0.00 |
| Mackbook Air | $3,613.81 | $3,613.81 | $0.00 | Net Book Value | $0.00 |
| Mackbook Pro (2) | $4,974.31 | $4,974.31 | $0.00 | Net Book Value | $0.00 |
| Magnolia - Pricing Space Plans | $1,800.00 | $123.29 | $1,676.71 | Net Book Value | $1,676.71 |
| Magnolia - Pricing Space Plans | $7,200.00 | $935.07 | $6,264.93 | Net Book Value | $6,264.93 |
| Marker Walls | $16,849.11 | $6,462.68 | $10,386.43 | Net Book Value | $10,386.43 |
| Marker WallsSkins - Murals | $3,745.00 | $1,248.34 | $2,496.66 | Net Book Value | $2,496.66 |
| McAfee Anti-Virus | $83,785.83 | $83,785.83 | $0.00 | Net Book Value | $0.00 |
| McAfee Endpoint Encrpn Devices | $63,368.39 | $63,368.39 | $0.00 | Net Book Value | $0.00 |
| Media Upgrades | $41,727.64 | $41,727.64 | $0.00 | Net Book Value | $0.00 |
| MEM 8 GB (8) | $3,177.54 | $3,177.54 | $0.00 | Net Book Value | $0.00 |

Debtor Name:     CIBER, Inc.                                             Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Memory Expansion Blade Servers Data Center (126) Data Center Ram Upgrade (18) | $20,693.94 | $20,693.94 | $0.00 | Net Book Value | $0.00 |
| Microsft office 07 STD (20) | $7,112.18 | $7,112.18 | $0.00 | Net Book Value | $0.00 |
| MicroSoft Enterprise Agreeemnt | $36,124.85 | $36,124.85 | $0.00 | Net Book Value | $0.00 |
| Microsoft Licensing | $466,251.09 | $466,251.09 | $0.00 | Net Book Value | $0.00 |
| Microsoft Surface Book with docking stations | $5,837.92 | $648.66 | $5,189.26 | Net Book Value | $5,189.26 |
| MIGRATION SUITE CIBER EXCHNG MAILBOX (100) | $33,705.00 | $33,705.00 | $0.00 | Net Book Value | $0.00 |
| ML310 G5 KMAT CTO (2) | $1,248.68 | $1,248.68 | $0.00 | Net Book Value | $0.00 |
| ML330G6 | $1,736.38 | $1,736.38 | $0.00 | Net Book Value | $0.00 |
| Mobile Precision 750 XGSA BASE | $2,384.30 | $596.07 | $1,788.23 | Net Book Value | $1,788.23 |
| Monitors (50) | $9,600.41 | $9,600.41 | $0.00 | Net Book Value | $0.00 |
| Move Existing Furn & Station Teardown | $3,056.99 | $3,056.99 | $0.00 | Net Book Value | $0.00 |
| Move Furniture | $1,800.00 | $1,800.00 | $0.00 | Net Book Value | $0.00 |
| MS Office 2010 Open License (6) | $2,161.83 | $2,161.83 | $0.00 | Net Book Value | $0.00 |
| MS Office Licenses (6) | $2,190.20 | $2,190.20 | $0.00 | Net Book Value | $0.00 |
| MS Office Project / Visio Software (2) | $2,215.49 | $2,215.49 | $0.00 | Net Book Value | $0.00 |
| MS Office Project Visio + OS Project (6) | $9,080.06 | $9,080.06 | $0.00 | Net Book Value | $0.00 |
| MS Office Standard Licenses (20) | $7,112.18 | $7,112.18 | $0.00 | Net Book Value | $0.00 |
| MS OFFICE STD LICENSES (10) | $3,603.05 | $3,603.05 | $0.00 | Net Book Value | $0.00 |
| MS OFFICE STD LICENSES (15) | $5,460.65 | $5,460.65 | $0.00 | Net Book Value | $0.00 |
| MS Project + Visio Licenses - Open Program | $2,041.22 | $2,041.22 | $0.00 | Net Book Value | $0.00 |
| MS Project Visio Adobe Design | $2,672.50 | $2,672.50 | $0.00 | Net Book Value | $0.00 |
| MS Project+Visio 2007 Licenses (8) | $5,020.52 | $5,020.52 | $0.00 | Net Book Value | $0.00 |
| MS Visio Pro (3) PDF Converter Pro | $1,499.71 | $1,499.71 | $0.00 | Net Book Value | $0.00 |
| MS Visio Pro 2010 (3) | $1,217.44 | $1,217.44 | $0.00 | Net Book Value | $0.00 |
| MS Visio Studio Pro (4) | $1,894.82 | $1,894.82 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| MS Windows Server Licenses (2) | $2,090.59 | $2,090.59 | $0.00 | Net Book Value | $0.00 |
| MULTISITE OPTION | $2,123.55 | $1,592.66 | $530.89 | Net Book Value | $530.89 |
| Net App San | $184,813.00 | $184,813.00 | $0.00 | Net Book Value | $0.00 |
| Net App San | $60,001.98 | $60,001.98 | $0.00 | Net Book Value | $0.00 |
| Net Express Cobol Compiler | $5,215.18 | $5,215.18 | $0.00 | Net Book Value | $0.00 |
| NetApp Storage Expansion | $28,744.38 | $28,744.38 | $0.00 | Net Book Value | $0.00 |
| Network | $2,209.00 | $2,209.00 | $0.00 | Net Book Value | $0.00 |
| New Branch Server Philadelphia | $3,829.04 | $3,829.04 | $0.00 | Net Book Value | $0.00 |
| New Branch Server Seattle | $4,272.04 | $4,272.04 | $0.00 | Net Book Value | $0.00 |
| New Building - 6th Floor | $30,000.00 | $5,357.15 | $24,642.85 | Net Book Value | $24,642.85 |
| New Building - 6th Floor | $114,564.89 | $20,458.01 | $94,106.88 | Net Book Value | $94,106.88 |
| New Building - 6th Floor | $71,473.56 | $12,763.14 | $58,710.42 | Net Book Value | $58,710.42 |
| New Building - 6th Floor | $362,594.73 | $37,956.34 | $324,638.39 | Net Book Value | $324,638.39 |
| New PeopleSoft Ent. Licenses | $119,172.31 | $119,172.31 | $0.00 | Net Book Value | $0.00 |
| NSA 360 | $2,072.00 | $1,899.34 | $172.66 | Net Book Value | $172.66 |
| OFFICE ADDITION | $5,950.00 | $5,950.00 | $0.00 | Net Book Value | $0.00 |
| Office Building Construction | $19,489.82 | $19,489.82 | $0.00 | Net Book Value | $0.00 |
| Office Cabling | $2,210.80 | $2,210.80 | $0.00 | Net Book Value | $0.00 |
| Office Cabling | $10,208.24 | $10,208.24 | $0.00 | Net Book Value | $0.00 |
| Office Division | $17,432.08 | $17,432.08 | $0.00 | Net Book Value | $0.00 |
| Office Pro Plus 07 open license prog (10) | $4,666.91 | $4,666.91 | $0.00 | Net Book Value | $0.00 |
| Office Project Visio Licenses (11) | $8,991.26 | $8,991.26 | $0.00 | Net Book Value | $0.00 |
| OFFICE REMODEL | $1,400.00 | $1,400.00 | $0.00 | Net Book Value | $0.00 |
| Office Remodel | $53,946.18 | $53,946.18 | $0.00 | Net Book Value | $0.00 |
| Office Remodel | $3,415.78 | $3,415.78 | $0.00 | Net Book Value | $0.00 |
| Office Services | $5,025.00 | $1,546.15 | $3,478.85 | Net Book Value | $3,478.85 |
| Office TI Buildout | $26,988.00 | $8,861.73 | $18,126.27 | Net Book Value | $18,126.27 |
| One Port T3/E3/Cisco2851 | $11,599.43 | $11,599.43 | $0.00 | Net Book Value | $0.00 |

Page 74 of 83

Debtor Name:          CIBER, Inc.                                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Onesource Tax Provison Software | $34,385.56 | $26,744.32 | $7,641.24 | Net Book Value | $7,641.24 |
| Oproduction Sftw for MAC (2) | $4,926.60 | $4,926.60 | $0.00 | Net Book Value | $0.00 |
| OptiPlex (2) | $1,509.83 | $1,509.83 | $0.00 | Net Book Value | $0.00 |
| Optiplex 760 | $1,010.17 | $1,010.17 | $0.00 | Net Book Value | $0.00 |
| OptiPlex 760 Desktop (2) | $1,483.01 | $1,483.01 | $0.00 | Net Book Value | $0.00 |
| OptiPlex 760 Desktop (2) | $1,485.77 | $1,485.77 | $0.00 | Net Book Value | $0.00 |
| optiPlex 760 Desktop Bade Standard (2) | $1,592.77 | $1,592.77 | $0.00 | Net Book Value | $0.00 |
| Optiplex 760 Desktop Computer (2) | $1,707.49 | $1,707.49 | $0.00 | Net Book Value | $0.00 |
| OptiPlex 9020 Mini Tower | $1,177.77 | $981.48 | $196.29 | Net Book Value | $196.29 |
| Oracle | $81,371.30 | $81,371.30 | $0.00 | Net Book Value | $0.00 |
| Oracle Database Enterprise (250) Sftwr Upadate License | $129,603.75 | $129,603.75 | $0.00 | Net Book Value | $0.00 |
| Oracle Database Standard Edition Processor Perpetual | $26,228.72 | $26,228.72 | $0.00 | Net Book Value | $0.00 |
| Orginal Low Voltage Cabling CO | $3,823.10 | $2,488.05 | $1,335.05 | Net Book Value | $1,335.05 |
| Orion DL500 License | $7,828.00 | $7,828.00 | $0.00 | Net Book Value | $0.00 |
| Paint | $1,100.00 | $1,100.00 | $0.00 | Net Book Value | $0.00 |
| Paint | $32,964.00 | $32,964.00 | $0.00 | Net Book Value | $0.00 |
| Paint, Water line | $3,093.00 | $3,093.00 | $0.00 | Net Book Value | $0.00 |
| Patch Panels | $1,188.37 | $1,188.37 | $0.00 | Net Book Value | $0.00 |
| PCC Job 1560 | $3,213.45 | $509.46 | $2,703.99 | Net Book Value | $2,703.99 |
| PDUS for DATA Center Racks (6) | $5,096.36 | $5,096.36 | $0.00 | Net Book Value | $0.00 |
| Pedestals Instalation 6th Floor | $29,326.72 | $4,649.36 | $24,677.36 | Net Book Value | $24,677.36 |
| Pendant fixture & occupancy sensor | $1,260.00 | $111.32 | $1,148.68 | Net Book Value | $1,148.68 |
| PeopleSoft | $77,828.75 | $77,828.75 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft | $77,828.76 | $77,828.76 | $0.00 | Net Book Value | $0.00 |
| PEOPLESOFT EBENEFITS, CONTRACTS | $135,101.40 | $135,101.40 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft - Oracle Programs License Fees | $114,610.16 | $114,610.16 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| PeopleSoft (2500) | $38,109.25 | $38,109.25 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft Enterprise | $195,622.43 | $195,622.43 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft Enterprise | $319,087.42 | $319,087.42 | $0.00 | Net Book Value | $0.00 |
| PEOPLESOFT SOFTWARE | $817,020.00 | $817,020.00 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft T&E Cap cost | $1,308,847.65 | $1,308,847.65 | $0.00 | Net Book Value | $0.00 |
| PeopleSoft T&E License | $232,972.30 | $232,972.30 | $0.00 | Net Book Value | $0.00 |
| Phase Monitor | $4,290.45 | $4,290.45 | $0.00 | Net Book Value | $0.00 |
| Phone Cables | $3,392.00 | $3,392.00 | $0.00 | Net Book Value | $0.00 |
| PHONE EQUIPMENT | $6,736.13 | $6,736.13 | $0.00 | Net Book Value | $0.00 |
| PHONE SYSTEM | $7,756.33 | $7,756.33 | $0.00 | Net Book Value | $0.00 |
| Phones | $27,439.87 | $27,439.87 | $0.00 | Net Book Value | $0.00 |
| Phones | $2,444.56 | $2,444.56 | $0.00 | Net Book Value | $0.00 |
| Phones | $2,933.46 | $2,933.46 | $0.00 | Net Book Value | $0.00 |
| Phones | $3,321.00 | $3,321.00 | $0.00 | Net Book Value | $0.00 |
| Photoshop CS4 Qacrobat Professional | $1,136.27 | $1,136.27 | $0.00 | Net Book Value | $0.00 |
| PHOTOSHOP CS5 (8) | $6,932.30 | $6,932.30 | $0.00 | Net Book Value | $0.00 |
| Plasma TV (2) | $2,591.11 | $2,591.11 | $0.00 | Net Book Value | $0.00 |
| Plasma TV and Mount | $1,211.05 | $1,211.05 | $0.00 | Net Book Value | $0.00 |
| Plasma TV and Mount | $1,648.73 | $1,648.73 | $0.00 | Net Book Value | $0.00 |
| Plots & Construction Doc | $1,083.25 | $1,083.25 | $0.00 | Net Book Value | $0.00 |
| Poland Cost Center | $125,473.52 | $20,912.26 | $104,561.26 | Net Book Value | $104,561.26 |
| Polycom IP 550 HD Phones (9) | $4,205.09 | $4,205.09 | $0.00 | Net Book Value | $0.00 |
| Port Replicators (50) | $5,420.79 | $5,420.79 | $0.00 | Net Book Value | $0.00 |
| PowerConnect 6224 | $1,058.12 | $1,058.12 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R510 Server | $8,283.98 | $8,283.98 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R510 Server | $10,253.16 | $10,253.16 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R510 Server | $10,765.01 | $10,765.01 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R710 | $5,140.65 | $5,140.65 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R710 | $4,532.31 | $4,532.31 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| PowerEdge R710 | $4,887.42 | $4,887.42 | $0.00 | Net Book Value | $0.00 |
| Poweredge R710 Server | $10,173.95 | $10,173.95 | $0.00 | Net Book Value | $0.00 |
| Poweredge R710 Server | $7,415.05 | $7,415.05 | $0.00 | Net Book Value | $0.00 |
| Poweredge R710 Server | $3,590.26 | $3,590.26 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R710 Server (2) | $9,131.44 | $9,131.44 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R720 (4) | $40,834.61 | $40,834.61 | $0.00 | Net Book Value | $0.00 |
| PowerEdge R720xd Intel Xeon Processors | $9,940.29 | $7,731.34 | $2,208.95 | Net Book Value | $2,208.95 |
| PowerEdge Server | $16,564.23 | $16,564.23 | $0.00 | Net Book Value | $0.00 |
| PowerVault Backup | $9,872.37 | $9,872.37 | $0.00 | Net Book Value | $0.00 |
| Powervault BU Device + Tapes | $9,953.11 | $9,953.11 | $0.00 | Net Book Value | $0.00 |
| PRC OPT 8218 2.6 GHZ | $4,973.90 | $4,973.90 | $0.00 | Net Book Value | $0.00 |
| Precision M2400 Intel Core 2 | $2,043.43 | $2,043.43 | $0.00 | Net Book Value | $0.00 |
| Pricing Space Plan Released | $3,000.00 | $612.24 | $2,387.76 | Net Book Value | $2,387.76 |
| Printer | $1,441.11 | $1,441.11 | $0.00 | Net Book Value | $0.00 |
| Prj Visio Captivate Acrobat License (3) | $4,898.33 | $4,898.33 | $0.00 | Net Book Value | $0.00 |
| Processor 5765-CD3 /HMC Virtual App | $4,482.80 | $1,494.27 | $2,988.53 | Net Book Value | $2,988.53 |
| Professional services | $28,416.00 | $11,964.63 | $16,451.37 | Net Book Value | $16,451.37 |
| Professional services | $9,837.65 | $1,873.85 | $7,963.80 | Net Book Value | $7,963.80 |
| Proffesional services rendered | $6,800.00 | $3,903.70 | $2,896.30 | Net Book Value | $2,896.30 |
| PROJ MANAGEMENT 11/10-11/14/14 | $3,697.50 | $1,386.56 | $2,310.94 | Net Book Value | $2,310.94 |
| PROJ MANAGEMENT 11/17-11/21/14 | $3,400.00 | $1,275.01 | $2,124.99 | Net Book Value | $2,124.99 |
| PROJ MANAGEMENT 11/24-11/18/14 | $2,890.00 | $1,083.76 | $1,806.24 | Net Book Value | $1,806.24 |
| PROJ MANAGEMENT 11/30-12/14/11 | $4,675.00 | $1,753.13 | $2,921.87 | Net Book Value | $2,921.87 |
| PROJ MANAGEMENT 12/07-12/13/14 | $4,675.00 | $1,753.13 | $2,921.87 | Net Book Value | $2,921.87 |
| PROJ MANAGEMENT 12/14-12/20/14 | $4,250.00 | $1,593.74 | $2,656.26 | Net Book Value | $2,656.26 |
| PROJ MANAGEMENT 12/21-12/27/14 | $2,040.00 | $765.00 | $1,275.00 | Net Book Value | $1,275.00 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| PROJ MANAGEMENT 12/28-12/31/14 | $2,550.00 | $956.25 | $1,593.75 | Net Book Value | $1,593.75 |
| Project Management | $10,000.00 | $1,126.37 | $8,873.63 | Net Book Value | $8,873.63 |
| Project Management and IT serv | $3,102.50 | $1,163.43 | $1,939.07 | Net Book Value | $1,939.07 |
| Project Micrpspft Select (3) | $1,856.68 | $1,856.68 | $0.00 | Net Book Value | $0.00 |
| QC Licenses (20) | $25,351.70 | $25,351.70 | $0.00 | Net Book Value | $0.00 |
| QTR SUBS FFES | $6,000.00 | $4,500.00 | $1,500.00 | Net Book Value | $1,500.00 |
| Quad Core Xeon X3323 | $2,252.42 | $2,252.42 | $0.00 | Net Book Value | $0.00 |
| Quickcam Pro 9000 WEBCAM (20) | $1,771.60 | $1,771.60 | $0.00 | Net Book Value | $0.00 |
| Quickcam Pro 9000 Webcam Right (15) | $1,333.40 | $1,333.40 | $0.00 | Net Book Value | $0.00 |
| Quickcam Pro 9000 Webcam Right (21) | $1,817.98 | $1,817.98 | $0.00 | Net Book Value | $0.00 |
| Rack Replacement | $2,498.69 | $1,414.36 | $1,084.33 | Net Book Value | $1,084.33 |
| Rackmount Branch Server for Tampa | $4,366.40 | $4,366.40 | $0.00 | Net Book Value | $0.00 |
| RED HAT for TIBBR SVRS | $4,766.51 | $4,766.51 | $0.00 | Net Book Value | $0.00 |
| Remove Gleu-Down Hardwood | $1,478.20 | $798.23 | $679.97 | Net Book Value | $679.97 |
| Renovations Phone Lines 4th & 5th Floor | $17,529.33 | $17,529.33 | $0.00 | Net Book Value | $0.00 |
| Resharper Developer SFTWR Licenses (5) | $1,257.25 | $1,257.25 | $0.00 | Net Book Value | $0.00 |
| Restrooms seal the grout | $2,797.14 | $972.93 | $1,824.21 | Net Book Value | $1,824.21 |
| REWIRING PHONE EXPANSION | $19,911.64 | $19,911.64 | $0.00 | Net Book Value | $0.00 |
| Router | $2,241.61 | $2,241.61 | $0.00 | Net Book Value | $0.00 |
| Router | $4,177.29 | $4,177.29 | $0.00 | Net Book Value | $0.00 |
| Rplcmnt PwrVault bcku systm HBA LTO | $13,118.25 | $13,118.25 | $0.00 | Net Book Value | $0.00 |
| San Disk Enclosure | $37,349.58 | $37,349.58 | $0.00 | Net Book Value | $0.00 |
| SAN UPGRADE EXPANSION (4) | $71,033.28 | $71,033.28 | $0.00 | Net Book Value | $0.00 |
| SANSHELVES 4TB (3) | $65,459.67 | $65,459.67 | $0.00 | Net Book Value | $0.00 |
| SAP | $1,084,487.91 | $1,084,487.91 | $0.00 | Net Book Value | $0.00 |
| SAP license | $1,705,965.91 | $1,705,965.91 | $0.00 | Net Book Value | $0.00 |
| Security | $8,011.50 | $8,011.50 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Security System | $12,188.22 | $12,188.22 | $0.00 | Net Book Value | $0.00 |
| Security System | $14,320.96 | $2,557.31 | $11,763.65 | Net Book Value | $11,763.65 |
| Security System | $7,783.94 | $7,783.94 | $0.00 | Net Book Value | $0.00 |
| Security System - Access Cards | $1,268.26 | $201.07 | $1,067.19 | Net Book Value | $1,067.19 |
| Security System - Proposal | $2,561.59 | $268.15 | $2,293.44 | Net Book Value | $2,293.44 |
| Security System Proposal | $1,238.40 | $160.83 | $1,077.57 | Net Book Value | $1,077.57 |
| Server Infrastruture Upgrade (3) | $29,139.57 | $29,139.57 | $0.00 | Net Book Value | $0.00 |
| Server/HP Pentium | $8,628.63 | $8,628.63 | $0.00 | Net Book Value | $0.00 |
| SF 3D2100 with IPS | $75,982.84 | $75,982.84 | $0.00 | Net Book Value | $0.00 |
| Sftwr Licenses Cold Fusion VMWare W7 | $1,423.93 | $1,423.93 | $0.00 | Net Book Value | $0.00 |
| Sharepoint License | $7,777.50 | $7,777.50 | $0.00 | Net Book Value | $0.00 |
| SID700 | $1,612.47 | $1,612.47 | $0.00 | Net Book Value | $0.00 |
| Smart UPS X 2200VA (3) | $9,199.78 | $5,366.54 | $3,833.24 | Net Book Value | $3,833.24 |
| SMSA Image Now License (2) | $5,147.26 | $5,147.26 | $0.00 | Net Book Value | $0.00 |
| SNSA Image Now License Adj (2) | $3,892.09 | $3,892.09 | $0.00 | Net Book Value | $0.00 |
| Software | $1,647.80 | $1,052.77 | $595.03 | Net Book Value | $595.03 |
| Software Licenses Project Visio 2007 (2) | $1,195.96 | $1,195.96 | $0.00 | Net Book Value | $0.00 |
| Software Project Visio Acrobat | $1,312.94 | $1,312.94 | $0.00 | Net Book Value | $0.00 |
| Sonicwall Firewall Device | $1,338.57 | $1,338.57 | $0.00 | Net Book Value | $0.00 |
| Sony Camcorder HD | $5,698.37 | $5,698.37 | $0.00 | Net Book Value | $0.00 |
| Source Fire License (2) | $23,461.11 | $23,461.11 | $0.00 | Net Book Value | $0.00 |
| Southfield Office Renovation | $35,897.11 | $6,128.78 | $29,768.33 | Net Book Value | $29,768.33 |
| SPACE CONSOLIDATION | $1,000.00 | $1,000.00 | $0.00 | Net Book Value | $0.00 |
| Space Consolidation | $1,298.83 | $1,298.83 | $0.00 | Net Book Value | $0.00 |
| Space Planning and Design | $141,818.02 | $25,324.65 | $116,493.37 | Net Book Value | $116,493.37 |
| Stations (4) | $2,411.78 | $2,411.78 | $0.00 | Net Book Value | $0.00 |
| Steelcases (18) | $19,495.40 | $19,495.40 | $0.00 | Net Book Value | $0.00 |
| Studio 15 Notebook (2) | $2,347.59 | $2,347.59 | $0.00 | Net Book Value | $0.00 |

Debtor Name:          CIBER, Inc.                                      Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Sunscreen Shades | $19,378.36 | $6,920.85 | $12,457.51 | Net Book Value | $12,457.51 |
| Supplemental & AHA Cooling System | $25,080.77 | $8,235.48 | $16,845.29 | Net Book Value | $16,845.29 |
| Supply 20min fire lite glass | $4,184.08 | $4,184.08 | $0.00 | Net Book Value | $0.00 |
| Supply and Install Electrical | $1,035.00 | $585.86 | $449.14 | Net Book Value | $449.14 |
| Surface Book Tablet | $2,128.20 | $177.35 | $1,950.85 | Net Book Value | $1,950.85 |
| Surface Pro 4 256GB I7 8GB | $1,552.31 | $129.36 | $1,422.95 | Net Book Value | $1,422.95 |
| Surface Pro3 Tablet docking station | $1,774.30 | $1,084.29 | $690.01 | Net Book Value | $690.01 |
| Swall SRA 25-50U UPG | $3,439.05 | $3,439.05 | $0.00 | Net Book Value | $0.00 |
| Symantec Backup Exec | $17,651.85 | $10,296.92 | $7,354.93 | Net Book Value | $7,354.93 |
| Sys Stor DS3300 | $7,643.02 | $7,643.02 | $0.00 | Net Book Value | $0.00 |
| T500 P8700 (5) | $5,882.43 | $5,882.43 | $0.00 | Net Book Value | $0.00 |
| T500 T9600 | $1,414.92 | $1,414.92 | $0.00 | Net Book Value | $0.00 |
| T500 TS P8700 | $1,170.72 | $1,170.72 | $0.00 | Net Book Value | $0.00 |
| T500 TS T9400 | $1,500.79 | $1,500.79 | $0.00 | Net Book Value | $0.00 |
| Telephones | $4,603.79 | $4,603.79 | $0.00 | Net Book Value | $0.00 |
| Telephony | $24,505.37 | $24,505.37 | $0.00 | Net Book Value | $0.00 |
| Tenant Improvement Costs | $30,756.43 | $6,640.60 | $24,115.83 | Net Book Value | $24,115.83 |
| Tenant Improvement work Refrigerator | $8,046.50 | $5,096.12 | $2,950.38 | Net Book Value | $2,950.38 |
| TENANT IMPROVEMENTS | $6,463.30 | $6,463.30 | $0.00 | Net Book Value | $0.00 |
| Thermostatic Exhaust Fan for IT room | $4,326.03 | $4,326.03 | $0.00 | Net Book Value | $0.00 |
| Thinkpad T400 | $1,462.04 | $1,462.04 | $0.00 | Net Book Value | $0.00 |
| TIBBR Software Licenses | $139,230.00 | $139,230.00 | $0.00 | Net Book Value | $0.00 |
| Toad for Oracle (8) | $14,840.00 | $14,840.00 | $0.00 | Net Book Value | $0.00 |
| Topseller T400 P8400 2.26G | $1,247.84 | $1,247.84 | $0.00 | Net Book Value | $0.00 |
| Trend Micro SCANmail Suite (368) | $5,785.79 | $5,785.79 | $0.00 | Net Book Value | $0.00 |
| TV Mounts for VTC Project | $7,482.73 | $7,482.73 | $0.00 | Net Book Value | $0.00 |
| TV Sharp Aquos + Connections | $3,923.08 | $3,923.08 | $0.00 | Net Book Value | $0.00 |

Page 80 of 83

| Debtor Name: | CIBER, Inc. | | | Case Number: | 17-10772 (BLS) |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Unity Connection Ciber UC Upgrade | $45,736.42 | $26,679.58 | $19,056.84 | Net Book Value | $19,056.84 |
| Upgrade ES20 | $29,367.20 | $29,367.20 | $0.00 | Net Book Value | $0.00 |
| Upgrade ES20 | $28,415.20 | $28,415.20 | $0.00 | Net Book Value | $0.00 |
| UPS 5KVA RM FOR CORP CORE SWITCHES (2) | $6,988.79 | $6,988.79 | $0.00 | Net Book Value | $0.00 |
| USB Desktop Speaker Phone (10) | $1,253.07 | $1,253.07 | $0.00 | Net Book Value | $0.00 |
| Used Equipment IBM Flash System 820 | $58,850.00 | $52,311.12 | $6,538.88 | Net Book Value | $6,538.88 |
| Video Conferencing Device | $3,667.92 | $3,667.92 | $0.00 | Net Book Value | $0.00 |
| video conferencing equipment | $8,393.94 | $8,393.94 | $0.00 | Net Book Value | $0.00 |
| Vidyo Router & Parts | $10,033.50 | $10,033.50 | $0.00 | Net Book Value | $0.00 |
| Visio Pro Licenses (4) | $1,623.25 | $1,623.25 | $0.00 | Net Book Value | $0.00 |
| VISIO PRP (7) | $3,315.92 | $3,315.92 | $0.00 | Net Book Value | $0.00 |
| Visio STD 2007 (8) Project 2007 (8) | $5,020.52 | $5,020.52 | $0.00 | Net Book Value | $0.00 |
| Visio STD Open (4) Project Open | $1,323.50 | $1,323.50 | $0.00 | Net Book Value | $0.00 |
| Visual Studio PR w/MSDN LSA | $1,415.14 | $1,415.14 | $0.00 | Net Book Value | $0.00 |
| Visual Studio Pro (3) | $1,584.30 | $1,584.30 | $0.00 | Net Book Value | $0.00 |
| Visual Studio Pro W MSDN Prem Developer Lic | $1,350.57 | $1,350.57 | $0.00 | Net Book Value | $0.00 |
| VM Licenses HP QC PC Envirnment (6) | $18,326.44 | $18,326.44 | $0.00 | Net Book Value | $0.00 |
| VMW Infrastruct 3 Enter for 2 processors | $5,376.77 | $5,376.77 | $0.00 | Net Book Value | $0.00 |
| VMW Infrastruct 3 Enter for 2 processors | $7,317.19 | $7,317.19 | $0.00 | Net Book Value | $0.00 |
| VMW Infrastructure | $6,158.25 | $6,158.25 | $0.00 | Net Book Value | $0.00 |
| VMWARE LICENSE Expansion | $19,741.67 | $19,741.67 | $0.00 | Net Book Value | $0.00 |
| VMWARE VS4 ServerEnterprise Host - ICIS | $5,234.52 | $5,234.52 | $0.00 | Net Book Value | $0.00 |
| Voice Bundle | $23,190.44 | $23,190.44 | $0.00 | Net Book Value | $0.00 |
| Voice Bundle (2) 1-Port Multiflex (3) 4-Port Multiflex (4) | $20,889.70 | $20,889.70 | $0.00 | Net Book Value | $0.00 |

Page 81 of 83

Debtor Name:        CIBER, Inc.                                                    Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Voice Data Cable | $1,219.70 | $1,219.70 | $0.00 | Net Book Value | $0.00 |
| VoIP | $2,739.08 | $2,739.08 | $0.00 | Net Book Value | $0.00 |
| VOIP | $5,978.97 | $5,978.97 | $0.00 | Net Book Value | $0.00 |
| VoIP | $10,967.79 | $10,967.79 | $0.00 | Net Book Value | $0.00 |
| VoIP | $488.91 | $488.91 | $0.00 | Net Book Value | $0.00 |
| VoIP | $488.91 | $488.91 | $0.00 | Net Book Value | $0.00 |
| VoIP | $11,926.18 | $11,926.18 | $0.00 | Net Book Value | $0.00 |
| VoIP | $9,773.95 | $9,773.95 | $0.00 | Net Book Value | $0.00 |
| VoIP | $1,917.36 | $1,917.36 | $0.00 | Net Book Value | $0.00 |
| VoIP | $2,895.19 | $2,895.19 | $0.00 | Net Book Value | $0.00 |
| VoIP | $22,236.45 | $22,236.45 | $0.00 | Net Book Value | $0.00 |
| VoIP | $2,737.48 | $2,737.48 | $0.00 | Net Book Value | $0.00 |
| VoIP | $4,141.37 | $4,141.37 | $0.00 | Net Book Value | $0.00 |
| VOIP Infrastruture | $33,853.63 | $33,853.63 | $0.00 | Net Book Value | $0.00 |
| VOIP Phones | $1,955.65 | $1,955.65 | $0.00 | Net Book Value | $0.00 |
| VOIP Phones | $16,966.41 | $16,966.41 | $0.00 | Net Book Value | $0.00 |
| VOIP Phones | $977.82 | $977.82 | $0.00 | Net Book Value | $0.00 |
| VOIP Phones (35) | $16,299.01 | $16,299.01 | $0.00 | Net Book Value | $0.00 |
| VOIP Phones (40) | $10,956.33 | $10,956.33 | $0.00 | Net Book Value | $0.00 |
| VOIP Telephone System | $10,956.30 | $10,956.30 | $0.00 | Net Book Value | $0.00 |
| VOIP Telephone System | $2,191.27 | $2,191.27 | $0.00 | Net Book Value | $0.00 |
| VOIP Telephone System | $5,753.84 | $5,753.84 | $0.00 | Net Book Value | $0.00 |
| VOIP Telephone System | $277,542.76 | $277,542.76 | $0.00 | Net Book Value | $0.00 |
| VOIP Upgrade  (200) | $108,664.74 | $108,664.74 | $0.00 | Net Book Value | $0.00 |
| VOIP Upgrade (15) | $12,397.15 | $12,397.15 | $0.00 | Net Book Value | $0.00 |
| VOIP Upgrade (20) | $16,583.36 | $16,583.36 | $0.00 | Net Book Value | $0.00 |
| VOIP Upgrade (20) | $11,824.49 | $11,824.49 | $0.00 | Net Book Value | $0.00 |
| VOIP Upgrade (82) | $47,866.66 | $47,866.66 | $0.00 | Net Book Value | $0.00 |
| Vsphere Software +Server  Ram (2) | $10,803.45 | $10,803.45 | $0.00 | Net Book Value | $0.00 |
| Wall work | $16,250.00 | $16,250.00 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        CIBER, Inc.                                          Case Number:        17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Walls & Doors | $9,940.00 | $9,940.00 | $0.00 | Net Book Value | $0.00 |
| WebNow | $5,140.80 | $5,140.80 | $0.00 | Net Book Value | $0.00 |
| WHD (5) | $1,325.00 | $1,325.00 | $0.00 | Net Book Value | $0.00 |
| Window Server LSA Microsoft EA (17) | $15,253.08 | $15,253.08 | $0.00 | Net Book Value | $0.00 |
| Windows 2000/XP (3) | $1,822.64 | $1,822.64 | $0.00 | Net Book Value | $0.00 |
| Windows 2000/XP/2003 (2) | $1,215.10 | $1,215.10 | $0.00 | Net Book Value | $0.00 |
| Windows License Project 2007 (4) Visio STD 2007 (4) | $2,460.86 | $2,460.86 | $0.00 | Net Book Value | $0.00 |
| Windows License Project 2007 (5) Visio STD 2007 (5) | $3,076.07 | $3,076.07 | $0.00 | Net Book Value | $0.00 |
| Windows License Project 2007 (8) Visio STD 2007 (8) | $4,921.72 | $4,921.72 | $0.00 | Net Book Value | $0.00 |
| Windows License Project 2007 (8) Visio STD 2007 (8) | $5,480.36 | $5,480.36 | $0.00 | Net Book Value | $0.00 |
| Windows SVR ENT (2) | $5,185.77 | $5,185.77 | $0.00 | Net Book Value | $0.00 |
| Windows SVR STD 2008 | $1,237.47 | $1,237.47 | $0.00 | Net Book Value | $0.00 |
| Windows version 2007 | $1,583.04 | $1,583.04 | $0.00 | Net Book Value | $0.00 |
| WinRmtDsktpSrvcsCAL 2012 SNGL OLP NL UsrCAL (30) | $3,370.50 | $1,872.51 | $1,497.99 | Net Book Value | $1,497.99 |
| WinRmtDsktpSrvcsCAL 2012 SNGL OLP NL UsrCAL (90) | $10,111.50 | $7,302.76 | $2,808.74 | Net Book Value | $2,808.74 |
| WinRmtDsktpSrvcsCAL 2016 | $2,051.55 | $56.99 | $1,994.56 | Net Book Value | $1,994.56 |
| Workstation Layout | $389.00 | $389.00 | $0.00 | Net Book Value | $0.00 |
| WORKSTATIONS (18) | $6,204.65 | $6,204.65 | $0.00 | Net Book Value | $0.00 |
| XD7R1PKT3 | $1,232.43 | $1,232.43 | $0.00 | Net Book Value | $0.00 |
| Leased Xerox Printer | | | Undetermined | Net Book Value | Undetermined |
| Xiotech | $76,700.40 | $76,700.40 | $0.00 | Net Book Value | $0.00 |
| XRX Workcentre 650DN | $1,911.60 | $1,646.10 | $265.50 | Net Book Value | $265.50 |
| | | | | TOTAL | $3,563,603.87 + undetermined amounts |

Page 83 of 83

Debtor Name:          CIBER, Inc.                                                      Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease Agreement - 100 Connell Drive, Berkeley Heights, NJ 07922 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 101 South Tryon Street, Suite 2550, Charlotte, NC 28280 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 10230 NE Points Drive, Suites 540 And 550, Kirkland, WA 98033 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 111 North Magnolia Avenue, Suite 1000, Orlando, FL 32801 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 1235 Westlakes Drive, Second Floor, Berwyn, PA 19312 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 1500 District Avenue, First and Second Floors, Burlington, Ma 01803 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 27777 Franklin Road, Suite 1050, Southfield, MI 48034 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 320 Seven Springs Way, Office Numbers 236 and 243, Brentwood, TN 37027 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 4 Smithfield Street, Fourth Floor, Fifth Floor, and Eight Floor, Pittsburgh, PA 15222 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 400 Andrews Street, Rochester, NY 14604 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 4100 Edison Lakes Parkway, Mishawaka, IN 46545 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 4343 Anchor Plaza Parkway, Suite 290, Tampa, FL 33634 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 50 E-Business Way, Suite 140, Sharonville, OH 45241 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 5511 Capital Center Drive, Raleigh, NC 27606 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 600 Wilson Lane, Suite A, Mechanicsburg, PA 17055 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 6312 S. Fiddlers Green Circle, Suites 600E, 550N, and 320E, Greenwood Village, CO 80111 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 7221 West 79th Street, Suite 208, Overland Park, KS 66204 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 8700 East Vista Bonita Drive, Suite 100, Scottsdale, AZ 85255 | Leasehold | Undetermined | N/A | Undetermined |

Page 1 of 2

Debtor Name:          CIBER, Inc.                                                    Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease Agreement - One East Wacker Drive, Suite 3110, Chicago, IL 60601 | Leasehold | Undetermined | N/A | Undetermined |
| Lease Agreement - 6860 Dallas Parkway, Suite 700, Plano, TX 75024 | Leasehold | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: CIBER, Inc.                                                                 Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0006624992 - Literary work - IBM websphere application server network deployment, 5630-A36, version 5.1.1 / by International Business Machines Corporation, Sun Microsystems, Inc., Apache Software Foundation, Corporation for National Research Initiatives, Hewlett Packard Corporation, | Undetermined | N/A | Undetermined |
| Pending Trademark - 86736289 - CIBER MOMENTUM - 08/25/2015 | Undetermined | N/A | Undetermined |
| Copyright - TX0005827837 - Literary work - IBM Websphere application server network deployment for iSeries : version 5, release 0. | Undetermined | N/A | Undetermined |
| Pending Trademark - 86805341 - CIBER TRANSFORMATION SERVICES - 10/30/2015 | Undetermined | N/A | Undetermined |
| Copyright - TX0005900420 - Literary work - IBM websphere application server network deployment for multiplatforms, 5630-A36 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005827835 - Literary work - IBM Websphere application server network deployment for multiplatforms : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005998671 - Literary work - IBM WebSphere application server network deployoment for iSeries : 5630-A36, version 5, release 1. | Undetermined | N/A | Undetermined |
| Pending Trademark - 86736269 - CIBER MOMENTUM ENGINEERING - 08/25/2015 | Undetermined | N/A | Undetermined |
| Pending Trademark - 1251781 - CIBER INDIA - 11/27/2003 | Undetermined | N/A | Undetermined |
| Copyright - TX0005827836 - Literary work - IBM Websphere application server network for multiplatforms : version 5, release 0. | Undetermined | N/A | Undetermined |
| Pending Trademark - 1251780 - 11/27/2003 | Undetermined | N/A | Undetermined |
| Copyright - TX0005332371 - Literary work - IBM Websphere application server, standard edition, for AS/400 (128 bit) : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 1185100 - CIBER - 01/05/1982 | Undetermined | N/A | Undetermined |
| Copyright - TX0005343118 - Literary work - IBM Websphere application server standard edition for AS/400, 56 bit : version 4, release 5, modification 0 : 5733-AS2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005948033 - Literary work - IBM WebSphere business integration connect : version 4.2.1. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 2969099 - CIBER - 07/19/2005 | Undetermined | N/A | Undetermined |
| Copyright - TX0005948034 - Literary work - IBM WebSphere business integration connect : version 4.2.1. | Undetermined | N/A | Undetermined |

Page 1 of 8

Debtor Name: CIBER, Inc.                                                                    Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademarks - 3014890 - CIBER - 11/15/2005 | Undetermined | N/A | Undetermined |
| Copyright - TX0005666519 - Literary work - IBM Websphere host access transformation server : version 4, release 0. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 3663239 - CIBERSPACE - 08/04/2009 | Undetermined | N/A | Undetermined |
| Copyright - TX0006487623 - Literary work - IBM WebSphere portal enable for iSeries, 5724-E76, version 5.1.0.1. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 2726632 - OPTIMIZED DELIVERY MODEL - 06/17/2003 | Undetermined | N/A | Undetermined |
| Copyright - TX0006021503 - Literary work - IBM WebSphere portal enable for multiplatforms : 5724-E76 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 2815248 - 02/17/2004 | Undetermined | N/A | Undetermined |
| Copyright - TX0006309591 - Literary work - IBM WebSphere portal enable for multiplatforms : version 5.1.0.1. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 3894932 - QUICKWEAR - 12/21/2010 | Undetermined | N/A | Undetermined |
| Copyright - TX0006021498 - Literary work - IBM WebSphere portal express for iSeries : 5724-E77 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 3072171 - 06/25/2004 | Undetermined | N/A | Undetermined |
| Copyright - TX0006021502 - Literary work - IBM WebSphere portal express for multiplatforms : 5724-E77 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 3016680 - CIBER EUROPE - 05/03/2005 | Undetermined | N/A | Undetermined |
| Copyright - TX0006021509 - Literary work - IBM WebSphere Portal Express Plus for iSeries : 5724-E77 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 865338 - CIBER - 06/24/2005 | Undetermined | N/A | Undetermined |
| Copyright - TX0006021510 - Literary work - IBM WebSphere Portal Express Plus for multiplatforms : 5724-E77 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0006309588 - Literary work - IBM WebSphere portal extend for multiplatforms : version 5.1.0.1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005751644 - Literary work - IBM websphere portal for multiplatforms. | Undetermined | N/A | Undetermined |
| Registered Trademarks - TAM72291 - RAPID RETAIL - 09/04/2008 | Undetermined | N/A | Undetermined |

Page 2 of 8

Debtor Name: CIBER, Inc.                                                                 Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0006021511 - Literary work - IBM WebSphere portal for multiplatforms : 5724-E76 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Registered Trademarks - TMA39080  - 11/29/1991 | Undetermined | N/A | Undetermined |
| Copyright - TX0006172620 - Literary work - IBM WebSphere portal for multiplatforms enable : 5724-E76 : version 5.1.0. | Undetermined | N/A | Undetermined |
| Registered Trademarks - TMA39796  - CIBER - 05/08/1992 | Undetermined | N/A | Undetermined |
| Copyright - TX0006172621 - Literary work - IBM WebSphere portal for multiplatforms extend : 5724-E76 : version 5.1.0. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 890352 - 07/18/2005 | Undetermined | N/A | Undetermined |
| Copyright - TX0005836333 - Literary work - IBM Websphere software developer kit for web services : version 5.0. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 224585 - 10/14/2004 | Undetermined | N/A | Undetermined |
| Copyright - TX0005899524 - Literary work - IBM WebSphere voice response for AIX with Directtalk technology : version 3, release 1. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 4511939 - 11/21/2007 | Undetermined | N/A | Undetermined |
| Copyright - TX0005294493 - Literary work - IBM workspace on-demand, version 3.0 : 5648-D67. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 4511938 - 10/07/2008 | Undetermined | N/A | Undetermined |
| Copyright - TX0005332373 - Literary work - Install Windows NT server (INSWNTSVR) CPP program. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 767454 - CIBER - 12/13/2007 | Undetermined | N/A | Undetermined |
| Copyright - TX0005343122 - Literary work - Point-of-sale communications utility for AS/400 : version 4, release 5, modification 0 : 5769-CF1. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 78553813 - RAPID RETAIL (CANCELED) | Undetermined | N/A | Undetermined |
| Copyright - TXu001152792 - Literary work - Techniques of persuasion, course A. | Undetermined | N/A | Undetermined |
| Registered Trademarks - 3826632 - CIBERLAW (CANCELED) - 07/21/2010 | Undetermined | N/A | Undetermined |
| Copyright - TX0007392763 - Literary work - TMSALogix. | Undetermined | N/A | Undetermined |
| Patents - 62/249,092 - SOURCE CODE ANALYSIS AND RE-ARCHITECTUR E PLATFORM | Undetermined | N/A | Undetermined |
| Copyright - TX0006860806 - Literary work - TMSALogix. | Undetermined | N/A | Undetermined |

Debtor Name: CIBER, Inc.                                                                 Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0005341530 - Literary work - 5648-A06, IBM interactive financial services MVS service provider adapter toolkit, version 2.3.2C. | Undetermined | N/A | Undetermined |
| Copyright - TX0005341531 - Literary work - 5769-AS1, IBM websphere application server for AS/400 version 4.5.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005341533 - Literary work - 5769-LST, IBM sametime for ISERIES for AS/400 version 1.5.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005341529 - Literary work - 5769-QUI, IBM query for AS/400 version 4.5.0. | Undetermined | N/A | Undetermined |
| Copyright - TXu000269512 - Literary work - CIBER professional services manual. | Undetermined | N/A | Undetermined |
| Copyright - V9917D085 - Literary work - CIBER professional services manual / Reg. TXu269512. | Undetermined | N/A | Undetermined |
| Copyright - V3605D965 - Literary work - CIBER professional services manual. TXu 269 -512. | Undetermined | N/A | Undetermined |
| Copyright - V3580D648 - Literary work - CIBER professional services manual. TXu 269 -512. | Undetermined | N/A | Undetermined |
| Copyright - TX0005343123 - Literary work - IBM AS/400 toolbox for Java : version 4, release 5, modification 0 : 5769-JC1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005586047 - Literary work - IBM base operating system/400 : version 4, release 3, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332372 - Literary work - IBM content manager on- demand for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332376 - Literary work - IBM cryptographic access provider 128 bit for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332378 - Literary work - IBM cryptographic access provider, 40 bit for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332377 - Literary work - IBM cryptographic access provider 56 bit for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005343119 - Literary work - IBM DB2 DataPropagator for AS/400 : version 7, release 1, modification 0 : 5769-DP3. | Undetermined | N/A | Undetermined |
| Copyright - TX0005343120 - Literary work - IBM DB2 query manager and SQL development kit for AS/400 : version 4, release 5, modification 0 : 5769-ST1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005223521 - Literary work - IBM Embedded ViaVoice for Multiplatforms : version 2.1. | Undetermined | N/A | Undetermined |
| Copyright - TX0006335813 - Literary work - IBM eServer iSeries access for Windows : 5722-XE1 : version 5.4.0. | Undetermined | N/A | Undetermined |

Page 4 of 8

Debtor Name: CIBER, Inc.                                                                Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0006206702 - Literary work - IBM eServer iSeries access for Windows : version 5.3.0 : 5722-XE1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005867315 - Literary work - IBM host access client package for iSeries : version 4. | Undetermined | N/A | Undetermined |
| Copyright - TX0005867316 - Literary work - IBM host access client package for multiplatforms : version 4, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0006024184 - Literary work - IBM HTTP server for iSERIES : version 5.3.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005305078 - Literary work - IBM interacative financial services standard message directory : 5648-A06, version 2000, release 1, modification 4. | Undetermined | N/A | Undetermined |
| Copyright - TX0005341600 - Literary work - IBM interactive financial services common Web server : 5648-A06, version 1, release 6, modification 1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005266410 - Literary work - IBM interactive financial services CSR/TSR workstation : 5648-A06, version 1, release 5. | Undetermined | N/A | Undetermined |
| Copyright - TX0005316530 - Literary work - IBM interactive financial services customer service/technical service workstation : version 1, release 6, modification 1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005316531 - Literary work - IBM interactive financial services financial institution simulator : version 1, release 6, modification 1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005341598 - Literary work - IBM interactive financial services message translation interface for AIX, NT, and OS/400 : 5648-A06, version 3, release 5, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005316533 - Literary work - IBM interactive financial services messaging server code : version 1, release 6. | Undetermined | N/A | Undetermined |
| Copyright - TX0005316534 - Literary work - IBM interactive financial services SPA toolkit for AIX, NT, and OS/4000 : version 2, release 3, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005686484 - Literary work - IBM iseries access for windows. | Undetermined | N/A | Undetermined |
| Copyright - TX0006095985 - Literary work - IBM iSeries eSupport : TXUA000 : version 1.2. | Undetermined | N/A | Undetermined |
| Copyright - TX0006487616 - Literary work - IBM licensed machine code for I-series, 5722-999, version 5.3.5. | Undetermined | N/A | Undetermined |
| Copyright - TX0005343117 - Literary work - IBM Lotus Quickplace for AS/400 : version 4, release 5, modification 0 : 5733-LQP. | Undetermined | N/A | Undetermined |
| Copyright - TX0005841121 - Literary work - IBM Lotus workplace messaging : version 1. | Undetermined | N/A | Undetermined |

Page 5 of 8

Debtor Name: CIBER, Inc.                                                          Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0006049158 - Literary work - IBM network authentication service : version 1.4.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005392972 - Literary work - IBM operating system/400 : version 4, release 1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005541549 - Literary work - IBM partnercommerce/servers EMEA : version 1, release 5, modification 1B. | Undetermined | N/A | Undetermined |
| Copyright - TX0005541552 - Literary work - IBM partnercommerce/servers NA : version 1, release 5, modification 1A. | Undetermined | N/A | Undetermined |
| Copyright - TX0005430684 - Literary work - IBM partnercommerce/servers : version 1, release 2, modification 3.5. | Undetermined | N/A | Undetermined |
| Copyright - TX0005431649 - Literary work - IBM PartnerCommerce/servers : version 1, release 2, modification 3.7. | Undetermined | N/A | Undetermined |
| Copyright - TX0005431647 - Literary work - IBM PartnerCommerce/servers : version 1, release 4, modification 1A. | Undetermined | N/A | Undetermined |
| Copyright - TX0005431648 - Literary work - IBM PartnerCommerce/servers : version 1, release 4, modification 1B. | Undetermined | N/A | Undetermined |
| Copyright - TX0005430683 - Literary work - IBM partnercommerce/servers : version 1, release 4, modification 2A. | Undetermined | N/A | Undetermined |
| Copyright - TX0005430679 - Literary work - IBM partnercommerce/servers : version 1, release 4, modification 2B. | Undetermined | N/A | Undetermined |
| Copyright - TX0005666506 - Literary work - IBM partnercommerce/servers : version 1, release 6, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005343121 - Literary work - IBM performance management/400 : version 4, release 5, modification 0 : 5769-PM1. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332379 - Literary work - IBM performance tools for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005915177 - Literary work - IBM print services facility for OS/390 : 5655-B17 : version 3.4. | Undetermined | N/A | Undetermined |
| Copyright - TX0004750589 - Literary work - IBM printing systems manager for AIX : 5765-273, version 1, release 2, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0004707240 - Literary work - IBM printing systems manager graphical user interface for AIX : version 1, release 2, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005664486 - Literary work - IBM system licensed internal code for iSeries : version 5, release 2, modification 0. | Undetermined | N/A | Undetermined |

Page 6 of 8

Debtor Name: CIBER, Inc.                                                                Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0005324169 - Literary work - IBM system manager for AS/400 : 5769-SM1, version 4, release 5. | Undetermined | N/A | Undetermined |
| Copyright - TX0005332375 - Literary work - IBM TCP/IP connectivity utilities for AS/400 : version 4, release 5, modification 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0006139742 - Literary work - IBM virtualization engine : version 1.1.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005367261 - Literary work - IBM visualage generator for AS/400 : version 4. 5.0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005900423 - Literary work - IBM voice toolkit for websphere studio, C2549NA : version 4, release 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0006166042 - Literary work - IBM websphere application server 5630-A36 : version 5.1. | Undetermined | N/A | Undetermined |
| Copyright - TX0006521576 - Literary work - IBM Websphere application server, 5630-A36, version 5.1.1 / by International Business Machines Corporation, Sun Microsystems, Inc., Apache Software Foundation, Corporation for National Research Initiatives, Hewlett Packard Corporation, Mozilla Organizatio | Undetermined | N/A | Undetermined |
| Copyright - TX0005900429 - Literary work - IBM websphere application server enterprise for developers for multiplatforms, 5724-D18 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005827830 - Literary work - IBM Websphere application server enterprise for developers for multiplatforms : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005900432 - Literary work - IBM websphere application server enterprise for multiplatforms, 5630-A37 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005827834 - Literary work - IBM Websphere application server enterprise for multiplatforms : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0006154715 - Literary work - IBM websphere application server for developers, 5724-D18, version 5.1. | Undetermined | N/A | Undetermined |
| Copyright - TX0006539438 - Literary work - IBM WebSphere application server for developers, 5724-D18, version 5.1.1 / by International Business Machines Corporation, Corporation for National Research Initiatives, Apache Software Foundation, DataDirect Technologies, Sun Microsystems, Inc., Hewlett | Undetermined | N/A | Undetermined |
| Copyright - TX0005900431 - Literary work - IBM websphere application server for developers for multiplatform, 5724-D18 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |

Page 7 of 8

Debtor Name: CIBER, Inc.                                                                Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyright - TX0005827831 - Literary work - IBM Websphere application server for developers for multiplatforms : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005900418 - Literary work - IBM websphere application server for developers trial edition for multiplatforms, 5724-D18 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0005827833 - Literary work - IBM Websphere application server for developers, trial edition : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005827832 - Literary work - IBM Websphere application server for iSeries : version 5, release 0. | Undetermined | N/A | Undetermined |
| Copyright - TX0005900430 - Literary work - IBM websphere application server for multiplatforms, 5630-A36 : version 5, release 0, modification 2. | Undetermined | N/A | Undetermined |
| Copyright - TX0006154756 - Literary work - IBM websphere application server for z/OS, 5655-I35, version 5.1. | Undetermined | N/A | Undetermined |
| Copyright - TX0006154757 - Literary work - IBM websphere application server network deployment, 5630-A36, version 5.1. | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: CIBER, Inc.                                                           Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AIG | Directors and Officers – Excess Policy | 01/571-70-86 | Undetermined |
| American Zurich Insurance Company | Works Compensation / Employers Liability Insurance | 0233767-00 | Undetermined |
| Axis Insurance Company | Excess Policy | MSN 788228/01/2016 | Undetermined |
| Barbican Insurance | Excess Technology and Professional Liability | MEDTE1601045 | Undetermined |
| Federal Insurance Company | Directors and Officers – Excess Policy | 8247-7993 | Undetermined |
| Federal Insurance Company | Directors and Officers Liability Insurance | 8208-4173 | Undetermined |
| Federal Insurance Company | Employment Practice Liability | 8222-4877 | Undetermined |
| Federal Insurance Company | Ocean Cargo Insurance | 0006-52-35DEN | Undetermined |
| Federal Insurance Company | Inland Marine Insurance | 0663-78-88 WCE | Undetermined |
| Federal Insurance Company | Commercial Excess and Umbrella Insurance | 7980-31-19 | Undetermined |
| Great Northern Insurance Company | Automobile | (16)7496-98-87 | Undetermined |
| Great Northern Insurance Company | Customarq Series, Classic Insurance Program | 3578-86-66 DEN | Undetermined |
| Liberty International Underwriters | Management Liability and Professional Liability | EO5NAAOTYZ005 | Undetermined |
| Lloyd's Aspen Syndicate 4711 | Excess Technology and Professional Liability | MEDTE1600856 | Undetermined |
| Lockton | Crime Insurance | SPRDP1600202 | Undetermined |
| Navigators Insurance Company | Directors and Officers – Excess Policy | CH16DOL300113IV | Undetermined |
| Old Republic Insurance Company | Directors and Officers Liability Insurance Policy | CUG 38596 | Undetermined |
| QBE Insurance Corporation | Directors and Officers – Excess Policy | QPL0131234 | Undetermined |
| QBE Insurance Corporation | Excess Technology and Professional Liability | QPL0219629 | Undetermined |
| Starr Indemnity & Liability Company | Directors and Officers – Excess Policy | 1000056111161 | Undetermined |
| Travelers | Fiduciary Liability Policy | 105635546 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers – Excess Policy | ELU145200-16 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers – Excess Policy | ELU145202-16 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Page 1 of 1

Debtor Name: CIBER, Inc.                                                      Case Number: 17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of every nature

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Contractual Dispute | Potential Litigation Claim | Undetermined | Undetermined |
| Coverage Denial | Potential Litigation Claim | Undetermined | Undetermined |
| Coverage Denial | Potential Litigation Claim | Undetermined | Undetermined |
| Coverage Denial | Potential Litigation Claim | Undetermined | Undetermined |
| Contractual Dispute | Potential Litigation Claim | $13,000,000.00 | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Page 1 of 1

Debtor Name:          CIBER, Inc.                                             Case Number:          17-10772 (BLS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Deferred Project Expenses | $77,182.75 |
| Short-Term Customer Assets | $0.04 |
| Other Current Assets | $1,584,045.18 |
| Deferred Project Expenses | $24,102.91 |
| Long-Term Customer Assets | $3,500,000.00 |
| Other Long-term assets | $760,514.85 |
| Intercompany Receivable (CIBER AG) | $1,204,973.67 |
| Intercompany Receivable (CIBER DANMARK A/S) | $19,502.83 |
| Intercompany Receivable (CIBER Holding GmbH) | $23,065.45 |
| Intercompany Receivable (CIBER POLSKA SP. Z O.O.) | $691,585.19 |
| Intercompany Receivable (CIBER PTY LTD.) | $38,788.22 |
| **TOTAL** | **$7,923,761.09** |

Debtor Name:          CIBER, Inc.                                          Case Number:          17-10772 (BLS)

**Creditors Who Have Claims Secured by Property**

**SCHEDULE D:** Specific Disclosures with Respect to the Debtors' Schedules

Schedule D: Specific Disclosures with respect to the Debtors Schedules

IBM - In response to "Describe Debtor's property that is subject to lien", the lien includes all Financed Brands, accounts, instruments and proceeds from the purchase by Debtor and resale to Debtor's customers of any inventory and equipment (i) bearing any trademark or trade name of International Business Machines Corporation, Lenovo (United State) Inc., Cisco Systems Inc., Hewlett Packard, Printronix, Inc., Symbol Technologies, Inc., Hand Held Products Image Kiosk, Intermec Technologies Corp., or Network Appliance, Inc., or (ii) manufactured or sold by IBM, Lenovo, Cisco, HP, Printronix, Symbol, Symbol, Hand Held Products, Intermec or Network (the "Financed Brands") and all parts thereof, attachments, accessories and accessions thereto, all rebates, discounts, credits, refunds and incentive payments relating thereto, all products thereof and documents therefore.

Wells Fargo Bank, N.A. - In response to "Describe Debtor's property that is subject to lien", the lien includes all assets of the Debtor.

Page 1 of 1

**Fill in this information to identify the case:**

Debtor name: CIBER, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                          (State)

Case number (If known): 17-10772 (BLS)

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>FAUNUS GROUP INTERNATIONAL, INC. | Describe debtor's property that is subject to a lien<br>As provided in UCC File Number 2016 6659302 | $ Undetermined | $ Undetermined |

**2.1** Creditor's name
FAUNUS GROUP INTERNATIONAL, INC.

Describe debtor's property that is subject to a lien
As provided in UCC File Number 2016 6659302

$ _____ Undetermined       $ _____ Undetermined

Creditor's mailing address
80 BROAD STREET, 22ND FLOOR
NEW YORK, NY  10004

**Describe the lien**
As provided in UCC File Number 2016 6659302

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    Undetermined
**Last 4 digits of account number**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.2** Creditor's name
IBM CREDIT LLC

Describe debtor's property that is subject to a lien
As provided in UCC File Number 4071611 0

$ _____ Undetermined       $ _____ Undetermined

Creditor's mailing address
NORTH CASTLE DRIVE
ARMONK, NY  10504

**Describe the lien**
As provided in UCC File Number 4071611 0

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    Undetermined
**Last 4 digits of account number**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____ 29,710,119.75
+ undetermined amounts

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 9

Debtor    CIBER, Inc.
_____
            Name

Case number *(if known)*  17-10772 (BLS)
                          _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
1 NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2013 2673243

**Describe the lien**
As provided in UCC File Number 2013 2673243

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined          $ Undetermined

---

**2.4**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
1 NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2012 4228617

**Describe the lien**
As provided in UCC File Number 2012 4228617

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined          $ Undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 9

Debtor    CIBER, Inc.
_____
Name

Case number (if known)   17-10772 (BLS)
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**   **Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
1 NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2014 2604874

**Describe the lien**
As provided in UCC File Number 2014 2604874

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

**2.6**   **Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2016 1330479

**Describe the lien**
As provided in UCC File Number 2016 1330479

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    Page 3 of 9

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* _17-10772 (BLS)_

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2015 3921789

**Describe the lien**
As provided in UCC File Number 2015 3921789

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.8**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 2015 3921821

**Describe the lien**
As provided in UCC File Number 2015 3921821

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    Page 4 of 9

Debtor    CIBER, Inc.
_____
Name

Case number *(if known)*   17-10772 (BLS)
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.9 | **Creditor's name**<br>IBM CREDIT LLC | **Describe debtor's property that is subject to a lien**<br>As provided in UCC File Number 2017 0030285 | $ Underined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Describe the lien**
As provided in UCC File Number 2017 0030285

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.10 | **Creditor's name**<br>IBM CREDIT LLC | **Describe debtor's property that is subject to a lien**<br>As provided in UCC File Number 2017 0030830 | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Describe the lien**
As provided in UCC File Number 2017 0030830

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor    CIBER, Inc.
_____
Name

Case number *(if known)* _17-10772 (BLS)_

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.11 | **Creditor's name**<br>IBM CREDIT LLC | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $1,186,994.00 | $ Undetermined |

**Creditor's mailing address**
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**Describe the lien**
Line of Credit

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account**
**number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.12 | **Creditor's name**<br>TFG-COLORADO, L.P. | **Describe debtor's property that is subject to a lien**<br>As provided in UCC File Number 2016 3192794 | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
6995 UNION PARK CENTER, SUITE 400
COTTONWOOD HEIGHTS, UT  84047

**Describe the lien**
As provided in UCC File Number 2016 3192794

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account**
**number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.13 | **Creditor's name**<br>WELLS FARGO BANK, N.A. | Describe debtor's property that is subject to a lien<br>See Schedule D Disclosures | $28,523,125.75 | $ Undetermined |

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: BUSINESS FINANCE DIVISION
MANAGER
2450 COLORADO AVENUE, SUITE 3000W
SANTA MONICA, CA  90404-3597

**Describe the lien**
Credit Agreement

**Creditor's email address, if known**

**Date debt was incurred**  05/07/2012
**Last 4 digits of account
number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including
  this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is
  specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.14 | **Creditor's name**<br>WELLS FARGO BANK, N.A., AS AGENT | Describe debtor's property that is subject to a lien<br>As provided in UCC File Number 2012 1633900 | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
2450 COLORADO AVE., STE. 3000W
SANTA MONICA, CA  90404

**Describe the lien**
As provided in UCC File Number 2012 1633900

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including
  this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is
  specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 7 of 9 |
|---|---|---|

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) __17-10772 (BLS)__

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| WELLS FARGO BANK, N.A. C/O GOLDBERG KOHN LTD. ATTN: WILLIAM A. STARSHAK, ESQ. 55 EAST MONROE STREET, SUITE 3300 CHICAGO, IL 60603 | Line 13 | |
| WELLS FARGO BANK, N.A., LONDON BRANCH ATTN: PATRICIA PARSONS AND IAN KING ONE PLANTATION PLACE 30 FENCHURCH STREET LONDON, EC3M 3BD UNITED KINGDOM | Line 13 | |

**Fill in this information to identify the case:**

Debtor    CIBER, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                         (State)

Case number   17-10772 (BLS)
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
ALABAMA DEPARTMENT OF REVENUE
WITHHOLDING TAX SECTION
PO BOX 327480
MONTGOMERY, AL  36132-7480

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Contingent Tax Liability

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

Total claim: $ _____ Undetermined
Priority amount: $ _____

**2.2**   Priority creditor's name and mailing address
ARKANSAS DEPARTMENT OF FINANCE AND
ADMINISTRATION
WITHHOLDING TAX
LEDBETTER BUILDING
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Contingent Tax Liability

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

Total claim: $ _____ Undetermined
Priority amount: $ _____

**2.3**   Priority creditor's name and mailing address
BETHEL TOWNSHIP, PENNSYLVANIA
EDWARD PLASHA, TAX COLLECTOR
PO BOX 2299
BOOTHWYN, PA  19061

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Contingent Tax Liability

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

Total claim: $ _____ Undetermined
Priority amount: $ _____

Debtor      CIBER, Inc.
            _____
            Name

Case number (if known) __17-10772 (BLS)__

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** | **Priority creditor's name and mailing address** | $ Underdetermined

CITY OF COPLAY, PA
JEFFRY P. DEUTSCH, TAX COLLECTOR
104 SOUTH 7TH STREET
COPLAY, PA  18037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5** | **Priority creditor's name and mailing address** | $ Underdetermined

CITY OF CRANBERRY, PA
P.J. LYND, PROPERTY TAX COLLECTOR
2525 ROCHESTER RD.
CRANBERRY TWP., PA  16066-6422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6** | **Priority creditor's name and mailing address** | $ Underdetermined

CITY OF DETROIT
TREASURY TAX DIVISION
2 WOODWARD AVENUE
DETROIT, MI  48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7** | **Priority creditor's name and mailing address** | $ Underdetermined

CITY OF NETHER PROVIDENCE, PA
214 SYKES LANE
WALLINGFORD, PA  19086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8** | **Priority creditor's name and mailing address** | $ Underdetermined

CITY OF SAN FRANCISCO
OFFICE OF THE TREASURER & TAX COLLECTOR
CITY HALL - ROOM 140
SAN FRANCISCO, CA  94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.9** | **Priority creditor's name and mailing address** | $ Undetermined

COMMONWEALTH KEYSTONE BUILDING
400 NORTH STREET, 4TH FLOOR
HARRISBURG, PA  17120-0225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.10** | **Priority creditor's name and mailing address** | $ Undetermined

CONEWAGO TWP.
PHILIP TUMMINIA
PO BOX 372
HUMMELSTOWN, PA  17036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.11** | **Priority creditor's name and mailing address** | $ Undetermined

CONNECTICUT DEPARTMENT OF REVENUE
SERVICES
450 COLUMBUS BLVD, STE 1
HARTFORD, CT  06103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor   CIBER, Inc.
_____
         Name

Case number (if known)   17-10772 (BLS)

---

**Part 1.   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.12   Priority creditor's name and mailing address**                                $ Underdetermined

DELAWARE DEPARTMENT OF REVENUE
PO BOX 2340
WILMINGTON, DE  19801-2340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.13   Priority creditor's name and mailing address**                                $ Underdetermined

DELAWARE DIVISION OF REVENUE
PO BOX 2044
WILMINGTON, DE  19899-2044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.14   Priority creditor's name and mailing address**                                $ Underdetermined

DEPARTMENT OF REVENUE
ATTN: DAVID GERREGANO, COMMISSIONER
500 DEADRICK STREET
NASHVILLE, TN  37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.15   Priority creditor's name and mailing address**                                $ Underdetermined

DEPARTMENT OF REVENUE WASHINGTON STATE
BUSINESS LICENSING SERVICE
PO BOX 9034
OLYMPIA, WA  98507-9034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 4 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) ___17-10772 (BLS)___

---

**Part 1.**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.16 | **Priority creditor's name and mailing address** | | $ Undetermined | |

FLORIDA DEPARTMENT OF REVENUE
ATTN: MARK HAMILTON, GENERAL COUNSEL
PO BOX 6668
TALLAHASSEE, FL  32314-6668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.17 | **Priority creditor's name and mailing address** | | $ Undetermined | |

GEOGRIA DEPARTMENT OF REVENUE
ATTN: LYNNE RILEY, STATE REVENUE
COMMISSIONER
1800 CENTURY BOULEVARD
ATLANTA, GA  30345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.18 | **Priority creditor's name and mailing address** | | $ Undetermined | |

GREENWOOD VILLAGE
6060 S QUEBEC STREET
GREENWOOD VILLAGE, CO  80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.19 | **Priority creditor's name and mailing address** | | $ Undetermined | |

HAMILTON COUNTY, INDIANA
TREASURER'S OFFICE
1 HAMILTON COUNTY SQUARE
NOBLESVILLE, IN  46060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 5 of 160

Debtor _____CIBER, Inc._____    Case number (if known) ___17-10772 (BLS)___
                    Name

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.20** | **Priority creditor's name and mailing address** | $ Undetermined

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID  83722-0410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.21** | **Priority creditor's name and mailing address** | $ Undetermined

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19013
SPRINGFIELD, IL  62794-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.22** | **Priority creditor's name and mailing address** | $ Undetermined

INDIANA DEPARTMENT OF REVENUE
RE: WITHHOLDING TAX
PO BOX 7222
INDIANAPOLIS, IN  46207-7222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.23** | **Priority creditor's name and mailing address** | $ Undetermined

INTERNAL REVENUE SERVICE - DEPARTMENT OF TREASURY
OGDEN - INTERNAL REVENUE SUBMISSION PROCESSING CENTER
1973 RULON WHITE BLVD.
OGDEN, UT  84201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 6 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known)  17-10772 (BLS)
_____

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.24**  **Priority creditor's name and mailing address**                                          $ Underdetermined

INTERNATIONAL AND OTTAWA TAX SERVICES
OFFICE
POST OFFICE BOX 9769, STATION T
OTTAWA, ON  K1G 3Y4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.25**  **Priority creditor's name and mailing address**                                          $ Underdetermined

IOWA DEPARTMENT OF REVENUE
PO BOX 10412
DES MOINES, IA  50306-0412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.26**  **Priority creditor's name and mailing address**                                          $ Underdetermined

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS  66612-1588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.27**  **Priority creditor's name and mailing address**                                          $ Underdetermined

KENTUCKY DEPARTMENT OF REVENUE
DIVISION OF SALES AND USE TAX
STATION 67
FRANKFORT, KY  40602-0181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  CIBER, Inc.
      Name

Case number (if known)  17-10772 (BLS)

---

**Part 1.**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28**  **Priority creditor's name and mailing address**                                $ Underdetermined

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA  70821-0201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29**  **Priority creditor's name and mailing address**                                $ Underdetermined

MAINE DEPARTMENT OF LABOR
54 STATE HOUSE STATION
AUGUSTA, ME  04333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30**  **Priority creditor's name and mailing address**                                $ Underdetermined

MASSACHUSETTS DEPARTMENT OF REVENUE
436 DWIGHT STREET
SPRINGFIELD, MA  01103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31**  **Priority creditor's name and mailing address**                                $ Underdetermined

MICHIGAN DEPARTMENT OF TREASURY
LANSING, MI  48922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    CIBER, Inc.
          _____
          Name

Case number *(if known)*  17-10772 (BLS)

---

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** | **Priority creditor's name and mailing address** | $ Undetermined

MIDDLETOWN TOWNSHIP
27 N. PENNELL RD.
PO BOX 157
LIMA, PA  19037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.33** | **Priority creditor's name and mailing address** | $ Undetermined

MINNESOTA DEPARTMENT OF REVENUE
MAIL STATION 6330
ST PAUL, MN  55146-6330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.34** | **Priority creditor's name and mailing address** | $ Undetermined

MONROE BOROUGH
P.O. BOX 233
MONROETON, PA  18832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.35** | **Priority creditor's name and mailing address** | $ Undetermined

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 94818
LINCOLN, NE  68509-4818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 9 of 160

Debtor    CIBER, Inc.
          Name                                                    Case number (if known)   17-10772 (BLS)

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.36**  **Priority creditor's name and mailing address**                          $ Underdetermined

NEW MEXICO TAXATION & REVENUE              **As of the petition filing date, the claim is:**
1100 SOUTH ST. FRANCIS DRIVE               *Check all that apply.*
SANTA FE, NM  87504                        ☒ Contingent
                                           ☒ Unliquidated
                                           ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
Undetermined                               Contingent Tax Liability

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☐ No
**Specify code subsection of PRIORITY unsecured**  ☒ Yes
**claim:** 11 U.S.C. § 507(a) ()

---

**2.37**  **Priority creditor's name and mailing address**                          $ Undetermined

NEW YORK STATE DEPT OF TAXATION AND        **As of the petition filing date, the claim is:**
FINANCE                                    *Check all that apply.*
BANKRUPTCY SECTION                         ☒ Contingent
PO BOX 5300                                ☒ Unliquidated
ALBANY, NY  12205-0300                     ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
Undetermined                               Contingent Tax Liability

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☐ No
**Specify code subsection of PRIORITY unsecured**  ☒ Yes
**claim:** 11 U.S.C. § 507(a) ()

---

**2.38**  **Priority creditor's name and mailing address**                          $ Underdetermined

NJ DIVISION OF TAXATION                    **As of the petition filing date, the claim is:**
TECHNICAL SERVICES BRANCH                  *Check all that apply.*
PO BOX 281                                 ☒ Contingent
TRENTON, NJ  08695-0281                    ☒ Unliquidated
                                           ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
Undetermined                               Contingent Tax Liability

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☐ No
**Specify code subsection of PRIORITY unsecured**  ☒ Yes
**claim:** 11 U.S.C. § 507(a) ()

---

**2.39**  **Priority creditor's name and mailing address**                          $ Underdetermined

NORTH CAROLINE DEPARTMENT OF REVENUE       **As of the petition filing date, the claim is:**
POST OFFICE BOX 871                        *Check all that apply.*
RALEIGH, NC  27602                         ☐ Contingent
                                           ☒ Unliquidated
                                           ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
Undetermined                               Contingent Tax Liability

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                           ☐ No
**Specify code subsection of PRIORITY unsecured**  ☒ Yes
**claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 10 of 160

Debtor   CIBER, Inc.
         Name

Case number (if known)   17-10772 (BLS)

---

**Part 1.**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40** **Priority creditor's name and mailing address**    $ Undetermined

NORTH DAKOTA OFFICE OF THE STATE TAX COMMISSIONER
600 E. BOULEVARD AVE
BISMARCK, ND  58505-0599

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.41** **Priority creditor's name and mailing address**    $ Undetermined

OHIO REGIONAL INCOME TAXATION AGENCY
10107 BRECKSVILLE ROAD
BRECKSVILLE, OH  44141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.42** **Priority creditor's name and mailing address**    $ Undetermined

OKLAHOMA TAX COMMISSION
2501 NORTH LINCOLN BOULEVARD
CONNORS BUIDLING, CAPITOL COMPLEX
OKLAHOMA CITY, OK  73194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.43** **Priority creditor's name and mailing address**    $ Undetermined

PUERTO RICO DEPARTAMENTO DE HACIENDA
DEPARTMENT OF TREASURY
INTENDENTE RAMÍREZ BUILDING
SAN JUAN, PR  00901-

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

| 2.44 | **Priority creditor's name and mailing address** | | $34,901.20 | $12,850.00 |
|---|---|---|---|---|

| Redaction | As of the petition filing date, the claim is: |
|---|---|
| ADDRESS ON FILE | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | Unpaid Commissions Claim |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☒ No   ☐ Yes |

| 2.45 | **Priority creditor's name and mailing address** | | $123,750.00 | $12,850.00 |
|---|---|---|---|---|

| Redaction | As of the petition filing date, the claim is: |
|---|---|
| ADDRESS ON FILE | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | Unpaid Commissions Claim |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☒ No   ☐ Yes |

| 2.46 | **Priority creditor's name and mailing address** | | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

| Redaction | As of the petition filing date, the claim is: |
|---|---|
| ADDRESS ON FILE | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | Unpaid Commissions Claim |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☒ No   ☐ Yes |

| 2.47 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

| Redaction | As of the petition filing date, the claim is: |
|---|---|
| ADDRESS ON FILE | *Check all that apply.* |
| | ☒ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | 2017 Commission |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | ☒ No   ☐ Yes |

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 12 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|--------|-------------|------------------------|----------------|
|        | Name        |                        |                |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address — $20,987.00 — $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.49** Priority creditor's name and mailing address — $10,247.00 — $10,247.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.50** Priority creditor's name and mailing address — $3,000.00 — $3,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.51** Priority creditor's name and mailing address — $23,610.00 — $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|--------|-------------|--|--------------------------|----------------|
| | Name | | | |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.52** Priority creditor's name and mailing address — $5,648.00 — $5,648.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.53** Priority creditor's name and mailing address — $5,000.00 — $5,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.54** Priority creditor's name and mailing address — $1,500.00 — $1,500.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.55** Priority creditor's name and mailing address — $26,232.06 — $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.56** | **Priority creditor's name and mailing address** | $21,996.80 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.57** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.58** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.59** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 15 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.60**  **Priority creditor's name and mailing address** — $ Underdetermined / $ Underdetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.61**  **Priority creditor's name and mailing address** — $31,825.00 / $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.62**  **Priority creditor's name and mailing address** — $62,036.28 / $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.63**  **Priority creditor's name and mailing address** — $53,834.39 / $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 16 of 160

Debtor     CIBER, Inc.
_____
           Name

Case number (if known)    17-10772 (BLS)
                       _____

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.64** **Priority creditor's name and mailing address**

Redaction
ADDRESS ON FILE

Total claim: $10,493.00   Priority amount: $10,493.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.65** **Priority creditor's name and mailing address**

Redaction
ADDRESS ON FILE

Total claim: $15,000.00   Priority amount: $12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.66** **Priority creditor's name and mailing address**

Redaction
ADDRESS ON FILE

Total claim: $10,870.00   Priority amount: $10,870.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.67** **Priority creditor's name and mailing address**

Redaction
ADDRESS ON FILE

Total claim: $22,937.90   Priority amount: $12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 17 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.68 | **Priority creditor's name and mailing address** | $9,247.00 | $9,247.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.69 | **Priority creditor's name and mailing address** | $54,530.85 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.70 | **Priority creditor's name and mailing address** | $16,371.28 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.71 | **Priority creditor's name and mailing address** | $23,000.00 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.72**  **Priority creditor's name and mailing address**    $1,000.00    $1,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.73**  **Priority creditor's name and mailing address**    $3,000.00    $3,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.74**  **Priority creditor's name and mailing address**    $4,234.93    $4,234.93

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.75**  **Priority creditor's name and mailing address**    $34,090.58    $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 19 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.76** **Priority creditor's name and mailing address** — $6,747.00 — $6,747.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.77** **Priority creditor's name and mailing address** — $297,600.00 — $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.78** **Priority creditor's name and mailing address** — $5,000.00 — $5,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.79** **Priority creditor's name and mailing address** — $2,623.00 — $2,623.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F — **Schedule E/F: Creditors Who Have Unsecured Claims** — Page 20 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.80** Priority creditor's name and mailing address | $15,638.40 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.81** Priority creditor's name and mailing address | $70,538.47 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.82** Priority creditor's name and mailing address | $33,417.15 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.83** Priority creditor's name and mailing address | $375.00 | $375.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|---|
| | Name | | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.84** | **Priority creditor's name and mailing address** — $4,123.00 — $4,123.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.85** | **Priority creditor's name and mailing address** — $11,011.00 — $11,011.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.86** | **Priority creditor's name and mailing address** — $11,623.00 — $11,623.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.87** | **Priority creditor's name and mailing address** — $182,211.33 — $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 22 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.88** Priority creditor's name and mailing address | $11,236.68 | $11,236.68

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.89** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.90** Priority creditor's name and mailing address | $2,070.98 | $2,070.98

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.91** Priority creditor's name and mailing address | $48,700.00 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 23 of 160

Debtor     CIBER, Inc.
_____
           Name

Case number (if known)  17-10772 (BLS)

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.92 | **Priority creditor's name and mailing address** | $73,000.00 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.93 | **Priority creditor's name and mailing address** | $661.84 | $661.84 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.94 | **Priority creditor's name and mailing address** | $13,117.00 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.95 | **Priority creditor's name and mailing address** | $22,254.35 | $12,850.00 |
|---|---|---|---|

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 24 of 160

Debtor    CIBER, Inc.
_____
Name

Case number *(if known)*   17-10772 (BLS)
_____

---

**Part 1.**   **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.96**   **Priority creditor's name and mailing address**     $6,586.90     $6,586.90

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.97**   **Priority creditor's name and mailing address**     $43,063.88     $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.98**   **Priority creditor's name and mailing address**     $3,500.00     $3,500.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.99**   **Priority creditor's name and mailing address**     $ Undetermined     $ Undetermined

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
2017 Commission

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 25 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100  Priority creditor's name and mailing address**   $67,459.28   $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.101  Priority creditor's name and mailing address**   $4,463.80   $4,463.80

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.102  Priority creditor's name and mailing address**   $7,197.00   $7,197.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.103  Priority creditor's name and mailing address**   $10,493.00   $10,493.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 26 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)*    17-10772 (BLS)
_____

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.104** | **Priority creditor's name and mailing address** | | $11,763.28 | $11,763.28

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.105** | **Priority creditor's name and mailing address** | | $2,122.00 | $2,122.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.106** | **Priority creditor's name and mailing address** | | $3,000.00 | $3,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.107** | **Priority creditor's name and mailing address** | | $27,647.00 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 27 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| | | |

**2.108** | **Priority creditor's name and mailing address** | | $1,500.00 | $1,500.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.109** | **Priority creditor's name and mailing address** | | $18,114.00 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.110** | **Priority creditor's name and mailing address** | | $73,600.00 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.111** | **Priority creditor's name and mailing address** | | $43,794.20 | $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 28 of 160

Debtor      CIBER, Inc.
            _____          Case number (if known)  17-10772 (BLS)
            Name

| Part 1. | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.112** Priority creditor's name and mailing address | $6,120.00 | $6,120.00

Redaction
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Commissions Claim

Last 4 digits of account number

Is the claim subject to offset?

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

☒ No
☐ Yes

---

**2.113** Priority creditor's name and mailing address | $5,623.00 | $5,623.00

Redaction
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Commissions Claim

Last 4 digits of account number

Is the claim subject to offset?

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

☒ No
☐ Yes

---

**2.114** Priority creditor's name and mailing address | $1,001.91 | $1,001.91

Redaction
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Commissions Claim

Last 4 digits of account number

Is the claim subject to offset?

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

☒ No
☐ Yes

---

**2.115** Priority creditor's name and mailing address | $29,417.07 | $12,850.00

Redaction
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Commissions Claim

Last 4 digits of account number

Is the claim subject to offset?

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 29 of 160

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.116** **Priority creditor's name and mailing address**   $3,623.00   $3,623.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.117** **Priority creditor's name and mailing address**   $1,500.00   $1,500.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.118** **Priority creditor's name and mailing address**   $42,220.80   $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.119** **Priority creditor's name and mailing address**   $134,474.98   $12,850.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 30 of 160

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| | | |

**2.120** Priority creditor's name and mailing address — $10,247.00 — $10,247.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Unpaid Commissions Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.121** Priority creditor's name and mailing address — $ Undetermined

REVENU QUÉBEC
3800, RUE DE MARLY
QUÉBEC, QC  G1X 4A5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.122** Priority creditor's name and mailing address — $ Undetermined

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI  02908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.123** Priority creditor's name and mailing address — $ Undetermined

ROSS TOWNSHIP
1000 ROSS MUNICIPAL DRIVE
PITTSBURGH, PA  15237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 31 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.124**  **Priority creditor's name and mailing address**                                                       $ Underdetermined

SOUTH BUFFALO TOWNSHIP
384 IRON BRIDGE ROAD
FREEPORT, PA  16229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.125**  **Priority creditor's name and mailing address**                                                       $ Underdetermined

SOUTH DAKOTA UNEMPLOYMENT INSURANCE
DIVISION - TAX UNITY
SOUTH DAKOTA DEPARTMENT OF LABOR AND
REGULATION
420 S. ROOSEVELT
ABERDEEN, SD  57402-4730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.126**  **Priority creditor's name and mailing address**                                                       $ Underdetermined

SPRINGETTSBURY TOWNSHIP
SPRINGETTSBURY TAX COLLECTOR
1501 MT ZION ROAD
YORK, PA  17402-9084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.127**  **Priority creditor's name and mailing address**                                                       $ Underdetermined

STATE OF ARIZONA DEPARTMENT OF REVENUE
PO BOX 29010
PHOENIX, AZ  85038-9010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    CIBER, Inc.
_____    Case number (if known)  17-10772 (BLS)
          Name

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** | **Priority creditor's name and mailing address** | | $ Undetermined |

STATE OF CALIFORNIA
STATE BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA  94279-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.129** | **Priority creditor's name and mailing address** | | $ Undetermined |

STATE OF COLORADO
TAXATION DIVISION
PO BOX 17087
DENVER, CO  80217-0087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.130** | **Priority creditor's name and mailing address** | | $ Undetermined |

STATE OF HAWAII DEPARTMENT OF TAXATION
PO BOX 259
HONOLULU, HI  98609-0259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.131** | **Priority creditor's name and mailing address** | | $ Undetermined |

STATE OF MARYLAND
REVENUE ADMINISTRATION DIVISION
TAXYPAYER SERVICE STATION
ANNAPOLIS, MD  21411-0011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 33 of 160

Debtor    CIBER, Inc.
_____
Name

Case number (if known)    17-10772 (BLS)
_____

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.132** | **Priority creditor's name and mailing address** | $ Underdetermined

STATE OF MISSISSIPPI - BANKRUPTCY
PO BOX 22808
JACKSON, MS 39225-2808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.133** | **Priority creditor's name and mailing address** | $ Underdetermined

STATE OF MISSOURI SALES/USE TAX
PO BOX 840
JEFFERSON CITY, MO 65105-0840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.134** | **Priority creditor's name and mailing address** | $ Underdetermined

STATE OF NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.135** | **Priority creditor's name and mailing address** | $ Underdetermined

SWATARA TOWNSHIP
MUNICIPAL BUILDING
599 EISENHOWER BOULEVARD
HARRISBURG, PA 17111-2397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 34 of 160

Debtor    CIBER, Inc.                                     Case number *(if known)* __17-10772 (BLS)__
         Name

## Part 1.  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.136**

**Priority creditor's name and mailing address**                      $ Undetermined

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX  78774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.137**

**Priority creditor's name and mailing address**                      $ Undetermined

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528, CAPITOL STATION
AUSTIN, TX  78711-3528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.138**

**Priority creditor's name and mailing address**                      $ Undetermined

THE BOROUGH OF COLLERVILLE, PA
491 E. MAIN STREET
COLLERVILLE, PA  19426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.139**

**Priority creditor's name and mailing address**                      $ Undetermined

THE BOROUGH OF FORREST HILLS, PA
BOROUGH TAX COLLECTOR
2071 ARDMORE BLVD
PITTSBURGH, PA  15221-3626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor     CIBER, Inc.
           Name

Case number (if known)   17-10772 (BLS)

| Part 1. | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.140** | **Priority creditor's name and mailing address** | | $ Undetermined

THE TOWNSHIP OF UPPER DUBLIN
801 LOCH ALSH AVENUE
FORT WASHINGTON, PA  19034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.141** | **Priority creditor's name and mailing address** | | $ Undetermined

TOWNSHIP OF CHARTIERS, PA
CAROL A. WARCHOLAK, ELECTED TAX
COLLECTOR
TOWNSHIP MUNICIPAL BUILDING
HOUSTON, PA  15342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.142** | **Priority creditor's name and mailing address** | | $ Undetermined

UPPER DARBY TOWNSHIP
UPPER DARBY MUNICIPAL BUILDING
100 GARRETT RD
UPPER DARBY, PA  19082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.143** | **Priority creditor's name and mailing address** | | $ Undetermined

UPPER PROVIDENCE TOWNSHIP, PA
JULIE MULLIN, TAX COLLECTOR
1286 BLACK ROCK ROAD
PHOENIXVILLE, PA  19460

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 36 of 160

Debtor   CIBER, Inc.
_____   Case number (if known) _17-10772 (BLS)_
Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.144**  **Priority creditor's name and mailing address**                                  $ Undetermined

US TREASURY
IRS CENTER
5045 E BUTLER AVENUE
FRESNO, CA  93727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.145**  **Priority creditor's name and mailing address**                                  $ Undetermined

UTAH STATE TAX COMMISSION
2150 NORTH 1950 WEST
SALT LAKE CITY, UT  84134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.146**  **Priority creditor's name and mailing address**                                  $ Undetermined

VIRGINIA TAX
OFFICE OF CUSTOMER SERVICES
PO BOX 1115
RICHMOND, VA 23218-1115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.147**  **Priority creditor's name and mailing address**                                  $ Undetermined

WARRINGTON TOWNSHIP
JOHN P. MOHAN, TOWNSHIP TAX COLLECTOR
272 TITUS AVENUE SUITE 112C
WARRINGTON, PA  18976

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 37 of 160

Debtor    CIBER, Inc.
          _____
          Name

Case number *(if known)*    17-10772 (BLS)

---

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.148**  **Priority creditor's name and mailing address**    $ Underdetermined

WASHINGTON DC OFFICE OF TAX AND
REVENUE
1101 4TH STREET, SW
SUITE 270 WEST
WASHINGTON, DC  20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.149**  **Priority creditor's name and mailing address**    $ Underdetermined

WEST VIRGINIA STATE TAX DEPARTMENT
SALES & USE TAX
1001 LEE ST. E.
CHARLESTON, WV  25301-1725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.150**  **Priority creditor's name and mailing address**    $ Underdetermined

WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK ROAD
MADISON, WI  53713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.151**  **Priority creditor's name and mailing address**    $ Underdetermined

WYOMING DEPARTMENT OF REVENUE
EXCISE TAX DIVISION
122 WEST 25TH STREET
CHEYENNE, WY  82002-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Contingent Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  CIBER, Inc.
_____
Name

Case number *(if known)* 17-10772 (BLS)

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
101 SOUTH TRYON LP
TIER OPERATING PARTNERSHIP LP
5950 SHERRY LANE #700
DALLAS, TX 75225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                21,319.40

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.2** Nonpriority creditor's name and mailing address
4C SOLUTIONS INC
42 BEACH ST
UNIT 4A
BOSTON, MA 02111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                59,210.00

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.3** Nonpriority creditor's name and mailing address
9 DRAGON CONSULTING LLC
221 SOUTH MELVILLE ST
PHILADELPHIA, PA 19139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                22,000.00

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.4** Nonpriority creditor's name and mailing address
A-CHECK AMERICA INC
327 W. BROADWAY
GLENDALE, CA 91204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                218.95

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.5** Nonpriority creditor's name and mailing address
ACCELSOIR INC
13800 COPPERMINE RD
1ST FLOOR #425
HERNDON, VA 20171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                28,600.00

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

**3.6** Nonpriority creditor's name and mailing address
ACCESS POINT INC
PO BOX 842447
BOSTON, MA 02284-2447

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                1,137.34

Date or dates debt was incurred     Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|--------|-------------|--------------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | | $26,855.03 |
|-----|----|---|---|

ACCURATENOW
HIREASE, LLC
340 COMMERCE AVE
SUITE 9
SOUTHERN PINES, NC  28387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $162.14 |
|-----|----|---|---|

ACCUTECH DATA SUPPLIERS INC
PO BOX 6930
VENTURA, CA  93006-6930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $47,552.00 |
|-----|----|---|---|

ACE TECHNOLOGIES, INC.
2375 ZANKER ROAD, SUITE 250
SAN JOSE, CA  95131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $31,590.00 |
|------|----|---|---|

ACLAT INC
5 E. COLLEGE DR STE 100
ARLINGTON HEIGHTS, IL  60004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | $1,180.13 |
|------|----|---|---|

Acuity Specialty Hospital of Ohio Valley
4697 Harrison Street, 2nd floor
Bellaire, OH  43906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 40 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.12  Nonpriority creditor's name and mailing address

$44,480.00

ACUMEN ENTERPRISES INC
2002 CASA DULCE WAY
PLUMAS LAKE, CA  95961-9051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.13  Nonpriority creditor's name and mailing address

$1,613.25

ADCOM WORLDWIDE
PO BOX 844722
DALLAS, TX  75284-4722

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.14  Nonpriority creditor's name and mailing address

$2,900.00

ADOBE SYSTEMS INCORPORATED
ATTN: ACCOUNTS RECEIVABLE
345 PARK AVE
SAN JOSE, CA  95110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.15  Nonpriority creditor's name and mailing address

$135.00

ADT SECURITY SERVICES INC.
2250 WEST PINEHURST BLVD.
SUITE 100
ADDISON, IL  60101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.16  Nonpriority creditor's name and mailing address

$277.50

ADVANCED NETWORK MANAGEMENT INC
PO BOX 561489
DENVER, CO  80256-1489

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | | $43,540.00

ADVENT GLOBAL SOLUTIONS, INC.
12777 JONES ROAD
SUITE 445
HOUSTON, TX 77070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | | $4,456.40

AFFINITI PA LLC
9208 WATERFORD CENTRE BLVD.
SUITE 150
AUSTIN, TX 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

AGILE 1
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | | $66,311.28

AGILE ENTERPRISE SOLUTIONS, INC.
1316 RIVER RIDGE DRIVE
COLLIERVILLE, TN 38017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | | $302,743.40

AGILE GLOBAL SOLUTIONS, INC
13405 FOLSOM BLVD
SUITE #515
FOLSOM, CA 95630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**  **Nonpriority creditor's name and mailing address**    $28,160.00

AGILE ZONE LLC
1606 SOUTH HURON #972804
YPSILANT, MI 48197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23**  **Nonpriority creditor's name and mailing address**    $11,351.03

ALI, MELISSIA J.
MELISSIA ALI CONSULTING
2354 N WATTS ST
PORTLAND, OR 97217-6836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24**  **Nonpriority creditor's name and mailing address**    $26,137.50

ALLOCENT LLC
20216 29TH AVE SE
BOTHELL, WA 98012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25**  **Nonpriority creditor's name and mailing address**    $16.34

ALMESTICA, ANGEL A
P.O. BOX 335
GUAYNABO , PR 009700335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.26**  **Nonpriority creditor's name and mailing address**    $ Undetermined

ALTIFY
803 KIRKLAND AVE STE 100
KIRKLAND, WA 98033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.27 | **Nonpriority creditor's name and mailing address** | $2,812.50 |

AMALGAMATED CAPITAL PARTNERS LLP
1912 SUNDERLAND PLACE NW
FIRST FLOOR
WASHINGTON, DC  20036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.28 | **Nonpriority creditor's name and mailing address** | $31,131.75 |

AMENSYS INC
860 HEBRON PKWY
SUITE 604
LEWISVILLE, TX  75057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.29 | **Nonpriority creditor's name and mailing address** | $32,252.38 |

AMERICAN CENTER LLC
27777 FRANKLIN RD
SOUTHFIELD, MI  48034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.30 | **Nonpriority creditor's name and mailing address** | $870.00 |

AMERICAN COACH LIMOUSINE-DENVER
1514 S. FRASER WAY
AURORA, CO  80012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.31 | **Nonpriority creditor's name and mailing address** | $9,436.68 |

AMERICAN PARTNERS
BG STAFFING LLC
5000 LEGACY DREIVE
SUITE 350
PLANO, TX  75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 44 of 160 |

Debtor  CIBER, Inc.
_____
Name

Case number (if known) __17-10772 (BLS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.32 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

AMERICAN REGISTRY OF INTERNET NUMBERSLTD
PO BOX 232290
CENTREVILLE, VA  20120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $19,740.00 |
|---|---|---|---|

AMERICAN UNIT, INC.
2901 N DALLAS PKWY, # 333
PLANO, TX  75093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $99,669.00 |
|---|---|---|---|

AMTEX ENTERPRISES, INC
4699 OLD IRONSIDES DRIVE
SUITE 270
SANTA CLARA, CA  95054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $29,495.34 |
|---|---|---|---|

ANDHUS TECHNOLOGIES INC
650 E. DEVON STREET, STE 131
ITASCA, IL  60143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $41,200.00 |
|---|---|---|---|

AON CONSULTING/RADFORD SURVEYS
PO BOX 100137
PASADENA, CA  91189-0137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $2,494.40 |
|---|---|---|---|

APC WORKFORCE SOLUTIONS LLC
ATTN: ACCOUNTS PAYABLE
420 S. ORANGE AVE., STE 600
ORLANDO, FL  32801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

APPLICATION VERIFICATION INC
825 EAST PITTSBURGH PLAZA
EAST PITTSBURGH, PA  15112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $3,526.28 |
|---|---|---|---|

ARAMARK CORPORATION
9620 E 40TH AVE
DENVER, CO  80238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $1,602.81 |
|---|---|---|---|

ARAMARK REFRESHMENT SERVICES
970 RITTENHOUSE ROAD
SUITE 100
NORRISTOWN, PA  19403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $61,011.40 |
|---|---|---|---|

ARBITECH LLC
15330 BARRANCA PKWY
IRVINE, CA  92618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    CIBER, Inc.
_____
Name

Case number (if known) ___17-10772 (BLS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

ARISMA GROUP LLC
1846 E ROSEMEADE PKWY
SUITE 200
CARROLLTON, TX  75007

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.43 | Nonpriority creditor's name and mailing address | | $12,000.00 |
|---|---|---|---|

ARNSTEIN&LEHR LLP
120 S.RIVERSIDE PLAZA SUITE 1200
CHICAGO, IL  60606

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.44 | Nonpriority creditor's name and mailing address | | $247,879.11 |
|---|---|---|---|

ARROW ENTERPRISE COMPUTING SOLUTION INC
13219 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.45 | Nonpriority creditor's name and mailing address | | $915.00 |
|---|---|---|---|

ARROW GLOBAL ASSET DISPOSITION INC
62795 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0627

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.46 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

ASHLEE GRAVELY
,

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 47 of 160

Debtor ___CIBER, Inc._____   Case number *(if known)* ___17-10772 (BLS)___
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

$11,868.50

ASTON CARTER INC
ALLEGIS GROUP HOLDINGS INC
7301 PARKWAY DRIVE
HANOVER, MD  21076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** |

$24,609.66

AT&T
P O BOX 830018
BALTIMORE, MD  21283-0018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** |

$21,366.00

AT&T
NATIONAL BUSINESS SERVICES
PO BOX 78405
PHOENIX, AZ  85062-8405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** |

$11,868.62

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL  60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** |

$4,533.60

ATEM CORPORATION
275 SARATOGA AVE., STE 260
SANTA CLARA, CA  95050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 48 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|--------|-------------|------------------------|----------------|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | | $40,480.00 |
|------|---|---|---|

AVCO CONSULTING INC
PARK NATIONAL BANK
FOR THE ACCOUNT OF AVCO CONSULTING INC
P.O. BOX 2069
MOUNT VERNON, OH  43050-7269

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $7,162.19 |
|------|---|---|---|

AVENTION INC
PO BOX 416426
BOSTON, MA  02241-6426

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $57,840.68 |
|------|---|---|---|

AVNET INC
PO BOX 535721
ATLANTA, GA  30353-5721

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $2.27 |
|------|---|---|---|

BALADEVAN, AJISH K
3013 RUDDER LN
BLOOMINGTON, IL  61704

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $2.79 |
|------|---|---|---|

BANDARU, VIDYA D
3201 ORIOLE WAY
#2
BLOOMINGTON, IL  61704

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 49 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**    Nonpriority creditor's name and mailing address                                      $1.77

BANDI , JANAKIRAM
PO BOX 66738
#74526
ST. LOUIS , MO  63166

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.58**    Nonpriority creditor's name and mailing address                                      $4,228.13

BATON ROUGE COURT REPORTES LLC
12016 JUSTICE AVENUE
BATON ROUGE, LA  70816

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59**    Nonpriority creditor's name and mailing address                                      $10,042.70

BEACON ADVISORS INC
1912 N HUDSON AVENUE
CHICAGO, IL  60614

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60**    Nonpriority creditor's name and mailing address                                      $74,014.36

BEACON HILL STAFFING GROUP LLC
PO BOX 846193
BOSTON, MA  02284-6193

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61**    Nonpriority creditor's name and mailing address                                      $ Undetermined

BEAM SUNTORY INC.
510 LAKE COOK ROAD , IL
DEERFIELD, IL  60015

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 50 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | Nonpriority creditor's name and mailing address | | $1.47 |
|---|---|---|---|

BELL, SCOTT A
1321 GREEN STREET
HARRISBURG, PA  17102

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | Nonpriority creditor's name and mailing address | | $21,775.00 |
|---|---|---|---|

BERACHAH TECHNOLGIES INC
1245 HURSTVIEW DR
SIUTE 202D
HURST, TX  76053

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

BIRD AND BIRD
ATTN: NICHOLAS PERRY, PARTNER
15 FETTER LANE
LONDON, EC4A 1JP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.65 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

BIRD AND BIRD
ATTN: NICHOLAS PERRY, PARTNER
15 FETTER LANE
LONDON, EC4A 1JP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | Nonpriority creditor's name and mailing address | | $28,176.00 |
|---|---|---|---|

BIZTEKUS INC.
856 ROUTE 206 BUILDING SUITE 15
HILLSBOROUGH, NJ  08844

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

BLUE CROSS BLUE SHIELD OF NORTH CAROLINA
ATTN: SHERRIE VAN ROOY
5901 CHAPEL HILL ROAD
DURHAM, NC  27707

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**Last 4 digits of account number**

---

**3.68** | **Nonpriority creditor's name and mailing address** | $21,778.09

BLUESTAR
UNITED RADIO INC
3345 POINT PLEASANT RD.
HEBRON, KY  41042

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.69** | **Nonpriority creditor's name and mailing address** | $25,600.00

BNET CONSULTING INC
3529 217TH PL SE
BOTHELL, WA  98021

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.70** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BORENIUS
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**Last 4 digits of account number**

---

**3.71** | **Nonpriority creditor's name and mailing address** | $62.01

BORGSTEDE, ROBERT
110 C STREET
LAKE LOTAWANA, MO  64086

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 52 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | | $19,800.00 |
|---|---|---|---|

BRAIN GRAPH TECHNOLOGIES LLC
11103 MASTERS WAY
ALPHARETTA, GA  30005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.73 | **Nonpriority creditor's name and mailing address** | | $43,439.41 |
|---|---|---|---|

BRAND ALLIANCE LLC
PO BOX 601962
CHARLOTTE, NC  28260-1962

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.74 | **Nonpriority creditor's name and mailing address** | | $11,036.42 |
|---|---|---|---|

BRAND ERP LLC
PO BOX 96282
LAS VEGAS, NV  89193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.75 | **Nonpriority creditor's name and mailing address** | | $3,755.92 |
|---|---|---|---|

BRENTWOOD SCOTTSDALE LLC
C/O WILSON PROPERTY SERVICES INC
8120 E CACTUS RD #300
SCOTTSDALE, AZ  85260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.76 | **Nonpriority creditor's name and mailing address** | | $29,895.50 |
|---|---|---|---|

BRITE SYSTEMS INC
101 WEST OHIO STREET
SUITE 1010
INDIANAPOLIS, IN  46024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 53 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.77 Nonpriority creditor's name and mailing address — $ Undetermined

BROADRIDGE
PO BOX 416423
BOSTON, MA  02241-6423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

### 3.78 Nonpriority creditor's name and mailing address — $ Undetermined

BROWNSTEIN HYATT FARBER SHRECK PC
ATTORNEYS AT LAW
410 SEVENTEENTH ST, SUITE 2200
DENVER, CO  80202-4437

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

### 3.79 Nonpriority creditor's name and mailing address — $ Undetermined

BRYAN CAVE LLP
211 NORTH BROADWAY
SUITE 3600
ST. LOUIS, MO  63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

### 3.80 Nonpriority creditor's name and mailing address — $283.90

BUSINESS INFORMATION GROUP, INC.
PO BOX 1675
SOUTHAMPTON, PA  18966

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.81 Nonpriority creditor's name and mailing address — $19,800.00

BUSITANTS INC
10 DORRANCE ST
SUITE 700
PROVIDENCE, RI  02903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    CIBER, Inc.
_____
Name

Case number (if known) ___17-10772 (BLS)___

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | Nonpriority creditor's name and mailing address | $8,000.00 |
|---|---|---|

BY APPOINTMENT ONLY, INC.
100 BRICKSTONE SQUARE
SUITE 501
ANDOVER, MA  01810

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | $6,481.01 |
|---|---|---|

CA TECHNOLOGIES, INC.
PO BOX 933316
ATLANTA, GA  31193-3316

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

CAMSOFT DATA SYSTEMS, INC.
14241 COURSEY BLVD
EAST BATON ROUGE PARISH, LA  70817

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | $16,818.35 |
|---|---|---|

CANON FINANCIAL SERVICES, INC
PO BOX 4004
CAROL STREAM, IL  60197-4004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | $238.97 |
|---|---|---|

CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA  02241-7632

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    CIBER, Inc.
_____
Name

Case number (if known)  17-10772 (BLS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.87 | **Nonpriority creditor's name and mailing address** | | $797.43 |
|---|---|---|---|

CAREY INTERNATIONAL INC
BILLING DEPARTMENT
PO BOX 842350
BOSTON, MA  02284-2350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $0.15 |
|---|---|---|---|

CARPENTER, ERIC L
206 FIRST AVENUE
EAST GREENWICH , RI  02818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $26,400.00 |
|---|---|---|---|

CAT TECHNOLOGY INC
411 HACKENSACK AVENUE
FLOOR # 7
HACKENSACK, NJ  07601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CCI INC
CENTER FOR CORPORATE INNOVATION INC
10150 NATIONAL BLVD.
LOS ANGELES, CA  90034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | $23,625.00 |
|---|---|---|---|

CENTRAPRISE CORP
3 ETHEL ROAD, SUITE 304
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 56 of 160 |

Debtor    CIBER, Inc.
_____
          Name

Case number (if known)  17-10772 (BLS)
                        _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CENTURYLINK
ATTN: GENERAL COUNSEL
100 CENTURYLINK DRIVE
MONROE, LA  71203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | $189,586.37

CENTURYLINK
PO BOX 1319
CHARLOTTE, NC  28201-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | $1,632,702.93

CENTURYLINK TECHNOLOGY SOLUTIONS
13322 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CERIDIAN (SD WORX)
ATTN: GENERAL COUNSEL
3311 E OLD SHAKOPEE RD
MINNEAPOLIS, MN  55425

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | $30,483.11

CERIDIAN HCM INC
3311 E OLD SHAKOPEE RD
MINNEAPOLIS, MN  55425

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 57 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

CFORIA SOFTWARE
4333 PARK TERRACE DR., STE 201
WESTLAKE, CA  91361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.98**    **Nonpriority creditor's name and mailing address**                                    $12,768.00

CHARTER GLOBAL, INC.
7000 CENTRAL PKWY
SUITE 1100
ATLANTA, GA  30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.99**    **Nonpriority creditor's name and mailing address**                                    $26,600.00

CHATECK INC
22722 29TH DR SE
SUITE 100
BOTHELL, WA  98021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.100**    **Nonpriority creditor's name and mailing address**                                    $12,360.00

CIAK LABORATORIES, INC.
56 PINE STREET SUITE 3A
PROVIDENCE, RI  02903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.101**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

CIBER AG
SPEYERER STRABE 14
HEIDELBERG, 69115 HEIDELBERG
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** German Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 58 of 160

Debtor   CIBER, Inc.
           Name

Case number (if known)   17-10772 (BLS)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CIBER EUROPE LIMITED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** UK Borrower to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CIBER HOLDING GMBH
MITTERMAIERSTRAßE 31
HEIDELBERG, 69115
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** German Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CIBER INTERNATIONAL B.V.
VREDEOORD 105
CX EINDHOVEN, 5621
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Dutch Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** | **Nonpriority creditor's name and mailing address** | $1,497,570.45

CIBER INTERNATIONAL B.V.
VREDEOORD 105
CX EINDHOVEN, 5621
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.106** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CIBER INTERNATIONAL HOLDINGS, C.V.
VREDEOORD 105
CX EINDHOVEN, 5621
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 59 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CIBER Managed Services GmbH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** German Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.108 | **Nonpriority creditor's name and mailing address** | | $12,556.85 |
|---|---|---|---|

CIBER Managed Services GmbH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | | $120,239.04 |
|---|---|---|---|

CIBER NEDERLAND B.V.
EINDHOVEN
MEERKOLLAAN 15
5613
EINDHOVEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.110 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CIBER NEDERLAND B.V.
EINDHOVEN
MEERKOLLAAN 15
5613
EINDHOVEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Dutch Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CIBER UK LTD
62 BUCKINGHAM GATE, 5TH FLOOR
LONDON, SW1E 6AJ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** UK Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    CIBER, Inc.
_____
         Name

Case number *(if known)* ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** |

$794,674.78

CIBER UK LTD
62 BUCKINGHAM GATE, 5TH FLOOR
LONDON, SW1E 6AJ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |

$8,619.00

CIBER-CMC JOINT VENTURE CORPORATION
TANG 13, CMC TOWER
PHO DUY TAN, P. DICH VONG HAU
Q. CAU GIAY
HANOI,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |

$7,637,345.11

CIBERSITES INDIA PRIVATE LIMITED
6TH & 7TH FLOOR, WTC - 3, BLOCK B, BAGMANE WORLD
TECHNOLOGY CENTRE, KR PURAM-MARATHAHALLI RING ROAD,
MAHADEVAPURA
BANGALORE, 560 048
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

$1,646.32

CISCO WEBEX LLC
16720 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

$28,160.00

CITRA GROUP INC
13053 ELM TREE DR
SUITE 102
HERNDON, VA  20171

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | | $2,250.00 |
|---|---|---|---|

CLAVIS CONSULTING CORP
6165 STANSBURY SUMMIT
ALPHARETTA, GA  30005

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.118 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CLIFFORD CHANCE
,

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

| 3.119 | **Nonpriority creditor's name and mailing address** | | $12,000.00 |
|---|---|---|---|

CLOUD ELEMENTS INC
3001 BRIGHTON BLVD
DENVER, CO  80216

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.120 | **Nonpriority creditor's name and mailing address** | | $494.49 |
|---|---|---|---|

COFFEE CONNECTION
1405 S. BYRKIT
MISHAWAKA, IN  46544

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.121 | **Nonpriority creditor's name and mailing address** | | $68,200.00 |
|---|---|---|---|

COLLABORATE SOLUTIONS INC
415 BOSTON TURNPIKE, SUITE 305
SHREWSBURY, MA  01545

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address** | $1,751.04

COMCAST CABLE
PO BOX 3001
SOUTHEASTERN, PA  19398-3001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | $40,382.50

COMCENTRIC INC.
10463 PARK MEADOWS DR.,
SUITE 208
LONE TREE, CO  80124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | $49,203.05

COMERICA BANK
411 W.LAFAYETTE BLVD.
MAIL CODE 3415
DETROIT, MI  48226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | $940.63

COMMUNITY COFFEE COMPANY LLC
PO BOX 919149
DALLAS, TX  75391-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | $8,854.97

COMPU-CALL, INC.
252 JOHN DIETSCH BLVD
NORTH ATTLEBORO, MA  02763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 63 of 160 |
|---|---|---|

Debtor     CIBER, Inc.
           _____     Case number *(if known)* __17-10772 (BLS)__
           Name

| **Part 2:** | **Additional Page** |

| | **Amount of claim** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.127** | **Nonpriority creditor's name and mailing address** | $31,640.00

COMPUBAHN INC
7910 WOODMONT AVE
SUITE 1212
BETHESDA, MD  20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
                                                       ☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | $17,168.00

COMPUNNEL SOFTWARE GROUP INC
103 MORGAN LANE
SUITE 102
PLAINSBORO, NJ  08536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
                                                       ☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | $1,108.00

COMPUTER LAB INTERNATIONAL
CLI INC
735 CHALLENGER ST, UNIT B
BREA, CA  92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
                                                       ☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | $13,920.00

CONGENSYS CORP
3 ETHEL RD STE #307
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
                                                       ☐ No
**Last 4 digits of account number**                    ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | $135,285.45

CONNEXIONS DATA INC
241 MAIN STREET, STE 206
HACKENSACK, NJ  07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
                                                       ☐ No
**Last 4 digits of account number**                    ☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 64 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* __17-10772 (BLS)__

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | | $238,278.70 |
|---|---|---|---|

CONSILIO, LLC
1828 L STREET NW
SUITE 1070
WASHINGTON, DC  20036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | | $28,348.17 |
|---|---|---|---|

CONSULTANTS IN BUSINESS ENGINEERING AND RESEARCH
SWEDEN AB
DROTTNIGGATAN 25
111 51 STOCKHOLM,
SWEDEN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | | $283,330.42 |
|---|---|---|---|

CONSULTANTS IN BUSINESS ENGINEERING RESEARCH, S.L.
PLAZA MANUEL GOMEZ, 2 EDIF - ALFRED MAHOU PLANTA 3
MADRID, 28020
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | | $24,200.00 |
|---|---|---|---|

CORE EDUCATION & TECHNOLOGIES LTD
4390 US RT 1, STE 110
PRINCETON, NJ  08540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | | $20,300.80 |
|---|---|---|---|

CORPORATE AMERICA BUSINESS SOLUTIONS INC
CABS INC
2058 MAPLE AVE
#D2-9
HATFIELD, PA  19440

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___CIBER, Inc._____  Case number (if known) __17-10772 (BLS)__
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** | Nonpriority creditor's name and mailing address | **$2,500.00**

CRAIN COMMUNICATIONS, INC
CRAIN'S DETROIT BUSINESS
1155 GRATIOT AVE.
DETROIT, MI  48207-2997

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | **$199.80**

CRC INDUSTRIES INC
885 LOUIS DRIVE
WARMINSTER, PA  18974

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | **$183.16**

CRYSTAL SPRINGS
PO BOX 530578
ATLANTA, GA  30353-0578

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | **$8,036.25**

CURREN-LANDRIEU LLC
749 AURORA AVENUE, SUITE 4
METAIRIE, LA  70005-2627

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | **$64,240.01**

D AND H DISTRIBUTING CO
PO BOX 056731
LOS ANGELES, CA  90074-6731

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 66 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAHL CONSULTING INC.
370 WABASHA ST. NORTH
ST. PAUL, MN  55102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | $374.07

DAIOHS USA INC
DBA FIRST CHOICE COFFEE SERVICES
5610 W.SLIGH AVE, SUITE 102
TAMPA, FL  33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | $3,400.00

DAMIAN, COSMIN T.
2159 SUPERIOR PLACE
DECATUR, GA  30033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | $0.14

DASILVA, PHILIP E
450 CHASE AVE
LYNDHURST , NJ  07071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | $18,424.00

DATAMIND INC.
7382 SILVER LEAF LANE
WEST BLOOMFIELD, MI  48322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 67 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.147 | **Nonpriority creditor's name and mailing address** | | $315.18 |
|---|---|---|---|

DATAWATCH SYSTEMS INC
4401 EAST WEST HWY 500
BETHSEDA, MD  20814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.148 | **Nonpriority creditor's name and mailing address** | | $11,086.80 |
|---|---|---|---|

DAVID G FIDLER CONSULTING INC
8832 OAK VILLAGE BLVD
LEWIS CENTER, OH  43035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.149 | **Nonpriority creditor's name and mailing address** | | $16,320.00 |
|---|---|---|---|

DAVIS COMPUTER SERVICES INC
PO BOX 750141
NEW ORLEANS, LA  70175-0141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.150 | **Nonpriority creditor's name and mailing address** | | $1.49 |
|---|---|---|---|

DAVIS, MICHELLE L
4201 WILSON BLVD #110484
ARLINGTON , VA  22203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.151 | **Nonpriority creditor's name and mailing address** | | $3.02 |
|---|---|---|---|

DAWSON JR, WILLIAM E
6909 RIDGEWAY DRIVE
SPRINGFIELD , VA  22150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    CIBER, Inc.
_____
          Name

Case number _(if known)_ 17-10772 (BLS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAYTONA STATE COLLEGE
ATTN: GENERAL COUNSEL
1200 W INT'L SPEEDWAY BLVD
DAYTONA BEACH, FL  32114

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | $10,877.55

DDGOV CONSULTING LLC
539 WILLOWBROOK LANE
TALLAHASSEE, FL  32317

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | $30,000.00

DECIPHER SOFTWARE SOLUTIONS LLC
408 BARCELONA DR.
ST. PETERSBURG, FL  33716

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | $137,833.61

DELL MARKETING LP
C/O DELL USA L.P.
PO BOX 534118
ATLANTA, GA  30353-4118

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DELOITTE CONSULTING LLP
ATTN: MS. PATTY KLAUCK
4022 SELLS DR.
HERMITAGE, TN  37076

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 69 of 160

Debtor___CIBER, Inc._____     Case number (if known)___17-10772 (BLS)___
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.157 | **Nonpriority creditor's name and mailing address** | $16,878.00 |
|---|---|---|

DEREXTECHNOLOGIES INC
111 S.FRANK E. RODGERS BLVD.
SUITE#306
HARRISON, NJ 07029

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | $118,130.00 |
|---|---|---|

DICE HOLDINGS INC
4101 NW URBANDALE DRIVE
URBANDALE, IA 50322

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | $30.00 |
|---|---|---|

DIRECTV INC
PO BOX 5006
CAROL STREAM, IL 60197-5006

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | $11,250.00 |
|---|---|---|

DISCOVERORG LLC
UNIT 94
PO BOX 4500
PORTLAND, OR 97208

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DISNEY WORLDWIDE SERVICES-IQN/PNW
6465 GREENWOOD PLAZA BLVD, STE. 800
CENTENNIAL, CO 98104

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* __17-10772 (BLS)__

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.162 | **Nonpriority creditor's name and mailing address** | $27,536.00 |

DIVENSI INC.
13620 NE 20TH STREET
SUITE H
BELLEVUE, WA  98005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | $42,066.00 |

DOMINION TECHNOLOGY SERVICES CORP INC
3900 WESTERRE PKWY STE 300
RICHMOND, VA  23233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | $82,526.28 |

DOUBLE-TAKE SOFTWARE INC.
DEPT CH 10875
PALATINE, IL  60055-0875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | $2,559.86 |

DOUBLERADIUS INC
2022 VAN BUREN AVE., STE 100
INDIAN TRAIL, NC  28079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | $232.20 |

DOUMAR MARTIN PLLC
1530 WILSON BLVD
SUITE 430
ARLINGTON, VA  22209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 71 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.167 | **Nonpriority creditor's name and mailing address** | | $50,000.00 |
|---|---|---|---|

DYNAMIC NETWORK SERVICES INC
DEPT CH 19875
PALATINE, IL  60055-9875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | | $26,560.00 |
|---|---|---|---|

DYNATRACE LLC
COMPUWARE HOLDING CORP
1 CAMPUS MARTIUS
DETROIT, MI  48226-5009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | | $8,640.00 |
|---|---|---|---|

E TRADE FINANCIAL CORP SERVICES
ATTN: ACCOUNTS RECEIVABLE
PO BOX 3512
ARLINGTON, VA  22203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | | $26,695.48 |
|---|---|---|---|

E-BASE TECHNOLGIES INC
39159 PASEO PADRE PKWY
SUITE 206
FREMONT, CA  94538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | | $26,600.00 |
|---|---|---|---|

E3 GLOBAL INC
810 S MASON ROAD
SUITE #311
KATY, TX  77450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.172 | **Nonpriority creditor's name and mailing address** | | $1,217.15 |
|---|---|---|---|

EARTHLINK BUSINESS
PO BOX 2252
BIRMINGHAM, AL  35246-1058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.173 | **Nonpriority creditor's name and mailing address** | | $300.16 |
|---|---|---|---|

EASTERN MANAGED PRINT NETWORKS LLC
EASTERN COPY PRODUCTS
LOCKBOX #3992
PO BOX 8500
PHILADELPHIA, PA  19178-3992

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.174 | **Nonpriority creditor's name and mailing address** | | $132.77 |
|---|---|---|---|

EBERZ, BRIAN
209 COUNTY CLAIRE LN
ASTON, PA  19014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.175 | **Nonpriority creditor's name and mailing address** | | $477,908.50 |
|---|---|---|---|

EDATAFORCE CONSULTING LLC
4500 FULLER DRIVE, #125
IRVING, TX  75038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.176 | **Nonpriority creditor's name and mailing address** | | $1.83 |
|---|---|---|---|

EGART, STEPHEN
9212 CADDY SHACK CIRCLE
ST. LOUIS , MO  63127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 73 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* 17-10772 (BLS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.177 | **Nonpriority creditor's name and mailing address** | | $188.40 |
|---|---|---|---|

EMBARQUE HOLDINGS INC
BILLING DEPARTMENT
PO BOX 842350
BOSTON, MA  02284-2350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | | $4,809.00 |
|---|---|---|---|

EMPLOYERS UNITY LLC
P.O. BOX 173836
DENVER, CO  80217-3836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

ENTERPRISE RENT-A-CAR
DAMAGE RECOVERY
PO BOX 801770
KANSAS CITY, MA  64180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | | $474,038.00 |
|---|---|---|---|

ENTERPRISE SERVICES LLC
PO BOX 281935
ATLANTA, GA  30384-1935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | | $33,288.00 |
|---|---|---|---|

EPISERVER, INC
542 AMHERST STREET
NASHUA, NH  03063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    CIBER, Inc.
          _____
          Name

Case number *(if known)* __17-10772 (BLS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182**

**Nonpriority creditor's name and mailing address**

$9,469.57

EQUEST
2010 CROW CANYON PLACE
SUITE 100-10016
SAN RAMON, CA  94583

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.183**

**Nonpriority creditor's name and mailing address**

$11,663.10

EQUITY GROUP FOUR LLC
LBX - 1053
P.O. BOX 145200
CINCINNATI, OH  45250-5200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.184**

**Nonpriority creditor's name and mailing address**

$178,000.00

ERNST AND YOUNG LLP
PNC BANK-PHILADELPHIA 828135
PO BOX 828135
PHILADELPHIA, PA  19182-8135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.185**

**Nonpriority creditor's name and mailing address**

$0.34

ESPOSITO, JOSEPH R
615 DUQUESNE BLVD.
BRICK, NJ  08723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.186**

**Nonpriority creditor's name and mailing address**

$13,358.00

ETI SPHINX INC.
505 MAISONNEUVE WEST
SUITE 400
MONTREAL, QC  H3A 3C2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 75 of 160

Debtor     CIBER, Inc.
           _____     Case number (if known) ___17-10772 (BLS)___
           Name

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | | $28,700.00 |
|---|---|---|---|

EVEREST COMPUTERS INC
875 OLD ROSWELL ROAD
SUITE E-400
ROSWELL, GA  30076

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.188 | **Nonpriority creditor's name and mailing address** | | $17,120.00 |
|---|---|---|---|

EVERGE GROUP LLC
4965 PRESTON PARK BLVD
SUITE 700
PLANO, TX  75093

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.189 | **Nonpriority creditor's name and mailing address** | | $7,335.98 |
|---|---|---|---|

EXPEDIENT/CONTINENTAL BROADBAND
LOCKBOX 9886
PO BOX 8500
PHILADELPHIA, PA  19178-8500

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.190 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

Experis ManpowerGroup, S.L.U., a subsidiary of the ManpowerGroup
Steet Lagasca 88
1st Floor
Madrid, 28001
SPAIN

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.191 | **Nonpriority creditor's name and mailing address** | | $71,432.50 |
|---|---|---|---|

EZ SOLUTIONS INC
10 LAKE DR, SUITE 101
EAST WINDSOR, NJ  08520

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 76 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* __17-10772 (BLS)__

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.192 | **Nonpriority creditor's name and mailing address** | | $9,907.43 |
|---|---|---|---|

FEDEX
PO BOX 1140
MEMPHIS, TN  38101-1140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | | $636.12 |
|---|---|---|---|

FIRST CHOICE COFFEE SERVICES
5610 SLIGH AVE, SUITE 106
TAMPA, FL  33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address** | | $150.00 |
|---|---|---|---|

FORD, ELISE Z.
2814 CHATSWOOD DRIVE
TROPHY CLUB, TX  76262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | | $45,870.56 |
|---|---|---|---|

FORT DEARBORN LIFE INSURANCE COMPANY
36788 EAGLE WAY
CHICAGO, IL  60678-1367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

FREEMAN MATHIS
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 77 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | | $15,200.00 |
|---|---|---|---|

FRESCO CONSULTING INC
1090 JORDAN LN
ALPHARETTA, GA  30004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.198 | **Nonpriority creditor's name and mailing address** | | $5,052.41 |
|---|---|---|---|

FRONTEO USA, INC
ACCOUNTS RECEIVABLE
3 LAGOON DR., SUITE 180
REDWOOD CITY, CA  94065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.199 | **Nonpriority creditor's name and mailing address** | | $44,415.00 |
|---|---|---|---|

FSTONE TECHNOLOGIES LLC
30 KNIGHTSBRIDGE ROAD
STE 525
PISCATAWAY, NJ  08854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.200 | **Nonpriority creditor's name and mailing address** | | $11,520.00 |
|---|---|---|---|

FUSION PLUS SOLUTIONS INC
3 ETHEL RD, STE # 303
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.201 | **Nonpriority creditor's name and mailing address** | | $8,840.00 |
|---|---|---|---|

GALLANT GLOBAL INC.
300 E. ROYAL LN. STE 100
IRVING, TX  75039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 78 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.202

**Nonpriority creditor's name and mailing address**                                  $ Undetermined

GARTNER
ATTN: GENERAL COUNSEL
PO BOX 911319
DALLAS, TX  75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.203

**Nonpriority creditor's name and mailing address**                                  $148,007.02

GARTNER INC
C/O NA CUSTOMER 360 SUMMIT
PO BOX 911319
DALLAS, TX  75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.204

**Nonpriority creditor's name and mailing address**                                  $77.00

GBT US LLC
GBT US III LLC
2401 W BEHREND DR
SUITE 55
PHOENIX, AZ  85027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.205

**Nonpriority creditor's name and mailing address**                                  $29,040.00

GENERIC SOLUTIONS, INC
12200 FORD ROAD
SUITE 484
DALLAS, TX  75234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.206

**Nonpriority creditor's name and mailing address**                                  $1,187.50

GIBSON ARNOLD AND ASSOCIATES INC
ACCOUNTING DEPARTMENT
PO BOX 18110
GOLDEN, CO  80402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 79 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.207 | **Nonpriority creditor's name and mailing address** | | $287,889.93 |
|---|---|---|---|

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | | $409.80 |
|---|---|---|---|

GLOBAL CONSUMER DIRECT LLC
1073 WILLA SPRINGS DR
STE 1021
WINTER SPRINGS, FL 32708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | | $23,152.50 |
|---|---|---|---|

GLOBAL INFORMATION TECHNOLOGY INC.
8907 REGENTS PARK DRIVE, SUITE 310
TAMPA, FL 33647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | | $2,481.76 |
|---|---|---|---|

GLOBAL TECHNOLOGY RESOURCES INC.
990 S. BROADWAY, STE 400
DENVER, CO 80209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | | $97,843.50 |
|---|---|---|---|

GLOBALLOGIC INC
LOCKBOX# 008121
PO BOX 74008121
CHICAGO, IL 60674-8121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 80 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212    Nonpriority creditor's name and mailing address**                                   $3,979.80

GLOBALPOINT INC
850 CAROLIER LANE 4TH FL
NORTH BRUNSWICK, NJ  08902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.213    Nonpriority creditor's name and mailing address**                                   $1.95

GOMES, ANTHONY P
15585 TRAVERSER CT.
WOODBRIDGE, VA  22193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

**3.214    Nonpriority creditor's name and mailing address**                                   $ Undetermined

GOVERNMENT OF THE VIRGIN ISLANDS
UNCLAIMED PROPERTY DIVISION
NO. 5049 KONGENS GADE
CHARLOTTE AMALIE
ST. THOMAS, 00802
VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

**3.215    Nonpriority creditor's name and mailing address**                                   $125,100.00

GP STRATEGIES CORPORATION
70 CORPORATE CENTER
11000 BROKEN LAND PARKWAY
SUITE 200
COLUMBIA, MD  21044-3555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.216    Nonpriority creditor's name and mailing address**                                   $69,389.90

GPIF TUSCANY PLAZA LLC
GPIF TUSCANY LP
777 MAIN ST
SUITE 2260
FORT WORTH, TX  76102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 81 of 160

Debtor    CIBER, Inc.
          _____          Case number (if known) __17-10772 (BLS)__
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | $22,034.34 |

GR8SOLUTIONS
RASMUS MADSEN
CVR: 31950716
AERTEVEJ 11 4TH
BRONSHOJ, 2700
DENMARK

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | $173,426.64 |

GRANT THORNTON LLP
1901 S MEYERS RD
SUITE 455
OAKBROOK TERRACE, IL 60181

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | $33,696.00 |

GRAPHIC TECHNOLOGIES INC.
235 HUGHES ROAD
SUITE A
MADISON, AL 35758

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** | $6.00 |

GXS INC.
9711 WASHINGTONIAN BLVD
STE 700
GAITHERSBURG, MD 20878

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | $17,700.00 |

HALL GROUP SOLUTIONS LLC
8601 SOUTH YATES BLVD
CHICAGO, IL 60617

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* __17-10772 (BLS)__

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.222 **Nonpriority creditor's name and mailing address** | $ Undetermined |

HAWAII DEPARTMENT OF TRANSPORTATION
869 PUNCHBOWL STREET
HONOLULU, HI 96813-5097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.223 **Nonpriority creditor's name and mailing address** | $4,900.00 |

HAYSTACK NEEDLE LLC
2280 EIGHTH AVENUE
SUITE 10B
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.224 **Nonpriority creditor's name and mailing address** | $51,057.56 |

HCL GLOBAL SYSTEMS INC
24543 INDOPLEX CIRCLE
SUITE# 220
FARMINGTON HILLS, MI 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.225 **Nonpriority creditor's name and mailing address** | $1,820.00 |

Heizer Paul LLP
600 Grant St #650
Denver, CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.226 **Nonpriority creditor's name and mailing address** | $1,059.29 |

HERTZ CORPORATION
P O BOX 25485
OKLAHOMA CITY, OK 73125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 83 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227**  **Nonpriority creditor's name and mailing address**                                       $ Underdetermined

HEWLETT-PACKARD
ATTN: GENERAL COUNSEL
8000 FOOTHILLS BLVD
ROSEVILLE, CA  95747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.228**  **Nonpriority creditor's name and mailing address**                                       $18,880.00

HG CHICAGO CONSULTING LLC
39475 13 MILE RD. SUITE 201
NOVI, MI  48377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.229**  **Nonpriority creditor's name and mailing address**                                       $4,950.00

HIGHER LOGIC LLC
1600 WILSON BLVD
SUITE 400
ARLINGTON, VA  22209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.230**  **Nonpriority creditor's name and mailing address**                                       $244.94

HIGHWOODS REALTY LIMITED PARTENSHIP
PO BOX 409343
ATLANTA, GA  30384-9343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.231**  **Nonpriority creditor's name and mailing address**                                       $ Underdetermined

HIREVUE INC
10876 S RIVER FRONT PKWY
SUITE 600
SOUTH JORDAN, UT  84095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 84 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

HIW KC ORLANDO LLC
HIGHWOODS REALTY LIMITED PARTNERSHIP
3100 SMOKETREE COURT
SUITE 600
RALEIGH, NC  27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.233**   **Nonpriority creditor's name and mailing address**                                      $673.39

HOBART AND WILLIAM SMITH COLLEGES
300 PULTENEY STREET
GENEVA, NY  14456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.234**   **Nonpriority creditor's name and mailing address**                                      $1,200.00

HOEDL PROPERTIES LLC
PO BOX 7016
KANSAS CITY, MO  64113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.235**   **Nonpriority creditor's name and mailing address**                                      $174,858.63

HOLLAND AND HART LLP
ATTORNEYS AT LAW
PO BOX 8749
DENVER, CO  80201-8749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.236**   **Nonpriority creditor's name and mailing address**                                      $237.00

HONDA OF AMERICA MFG.,INC
24000 HONDA PARKWAY
MARYSVILLE, OH  43040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 85 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) ___17-10772 (BLS)___

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.237** | **Nonpriority creditor's name and mailing address** | $24,880.00

HORIZON INTERNATIONAL TRD. INC.
385 CONCORD AVE. #104
BELMONT, MA  02478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | $10,217.71

HYLAND SOFTWARE, INC
LAWLOGIX, A DIVISION OF HYLAND
ATTN: ACCOUNTS RECEIVABLE
28501 CLEMENS RD
WESTLAKE, OH  44145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | $19,656.00

I-LINK SOLUTION INC
1760 RESTON PARKWAY, STE 214
RESTON, VA  20190

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | $1,212,001.00

IBM CREDIT LLC
ONE NORTH CASTLE DRIVE
ARMONK, NY  10504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Line of Credit

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | $45,154.00

IBRAIN TECHNOLOGIES INC
1233 ARBOR BLUFF CIRCLE
BALLWIN, MO  63021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 86 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.242 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

IDLEWILD LEGAL SOLUTIONS LLC
640 COOK STREET
DENVER, CO  80206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.243 | **Nonpriority creditor's name and mailing address** | | $6,323.50 |
|---|---|---|---|

ILF PROPERTIES LLC
400 ANDREWS STREET
SUITE 500
ROCHESTER, NY  14604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.244 | **Nonpriority creditor's name and mailing address** | | $25,515.00 |
|---|---|---|---|

IMETRIS CORPORATION
162 S. INDUSTRIAL DR.
SALINE, MI  48176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.245 | **Nonpriority creditor's name and mailing address** | | $24,236.00 |
|---|---|---|---|

INDU LLC DBA INTIGROW
2760 PEACHTREE INDUSTRIAL BLVD
SUITE D
DULUTH, GA  30097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.246 | **Nonpriority creditor's name and mailing address** | | $33.00 |
|---|---|---|---|

INFO CUBIC LLC
9250 E COSTILLA AVE., #230
GREENWOOD VILLAGE, CO  80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 87 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247** | **Nonpriority creditor's name and mailing address** | | $24,640.00

INFOMERICA INC
252 TOWNE VILLAGE DR.
CARY, NC 27513

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.248** | **Nonpriority creditor's name and mailing address** | | $3,600.00

INFONERO INC.
855 45TH ST S
UNIT C
FARGO, ND 58103

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.249** | **Nonpriority creditor's name and mailing address** | | $127,507.70

INFOR US INC
ATTN: MEIGAN GRIMM
13560 MORRIS RD., STE 4100
ALPHARETTA, GA 30004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.250** | **Nonpriority creditor's name and mailing address** | | $16,720.36

INFORMATION ARCHITECHS INC.
5870 IRISHTOWN RD.
BETHEL PARK, PA 15102

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.251** | **Nonpriority creditor's name and mailing address** | | $67,647.83

INFOTECH SPECTRUM INC
2060 WALSH AVE
#130
SANTA CLARA, CA 95050

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 88 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** Nonpriority creditor's name and mailing address — $102,702.22

INGRAM MICRO INC
PO BOX 415034
BOSTON, MA  02241-5034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.253** Nonpriority creditor's name and mailing address — $113.88

INTEGRA CERTIFIED DOCUMENT DES
PO BOX 1278
ELKART, IN  46515-1278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.254** Nonpriority creditor's name and mailing address — $1,519.70

INTEGRA TELECOM
PO BOX 2966
MILWAUKEE, WI  53201-2966

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.255** Nonpriority creditor's name and mailing address — $25,350.00

INTELLISWIFT SOFTWARE INC
39600 BALENTINE DRIVE
SUITE 200
NEWARK, CA  94560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.256** Nonpriority creditor's name and mailing address — $7,004.65

INTERACTIVE INTELLIGENCE ADMIN
INTERACTIVE INTELLIGENCE GROUP INC
7601 INTERACTIVE WAY
INDIANAPOLIS, IN  46278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

INTERNATIONAL SOS ASSISTANCE INC                     **As of the petition filing date, the claim is:**
3600 HORIZON BOULEVARD, SUITE 300                    *Check all that apply.*
TREVOSE, PA  19053
                                                     ☒ Contingent
                                                     ☒ Unliquidated
                                                     ☐ Disputed

                                                     **Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☒ Yes

---

**3.258**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

IQ NAVIGATOR                                          **As of the petition filing date, the claim is:**
3200 EAST CARSON STREET                              *Check all that apply.*
LAKEWOOD, CA  90712
                                                     ☒ Contingent
                                                     ☒ Unliquidated
                                                     ☐ Disputed

                                                     **Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☒ Yes

---

**3.259**  **Nonpriority creditor's name and mailing address**                                                    $7,442.77

IRON MOUNTAIN                                         **As of the petition filing date, the claim is:**
PO BOX 915026                                        *Check all that apply.*
DALLAS, TX  75391-5026
                                                     ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

                                                     **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.260**  **Nonpriority creditor's name and mailing address**                                                    $2,000.00

IRON MOUNTAIN INTELLECTUAL PROPERTY MGMT             **As of the petition filing date, the claim is:**
PO BOX 27131                                         *Check all that apply.*
NEW YORK, NY  10087-7131
                                                     ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

                                                     **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.261**  **Nonpriority creditor's name and mailing address**                                                    $31,974.00

ISPHIER LLC                                           **As of the petition filing date, the claim is:**
206 BROOKSIDE CT                                     *Check all that apply.*
MANCHESTER, CT  06042
                                                     ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

                                                     **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 90 of 160 |
|---|---|---|

Debtor      CIBER, Inc.
_____      Case number *(if known)* ___17-10772 (BLS)___
            Name

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.262 | **Nonpriority creditor's name and mailing address** | | $8,000.00 |
|---|---|---|---|

ISPIRER SYSTEMS, LLC
19125 NORTH CREEK PKWY STE 120
BOTHELL, WA  98011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.263 | **Nonpriority creditor's name and mailing address** | | $250.00 |
|---|---|---|---|

IT SOLUTIONS GROUP, INC.
9718 SEEMAN RD
SUITE 100
UNION, IL  60180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.264 | **Nonpriority creditor's name and mailing address** | | $31,622.40 |
|---|---|---|---|

IT SPIN INC
9555 LEBANON RD
SUITE 203
FRISCO, TX  75035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.265 | **Nonpriority creditor's name and mailing address** | | $22,520.69 |
|---|---|---|---|

IVANTI INC.
10808 S. RIVER FRONT PARKWAY
SUITE 200
SOUTH JORDAN, UT  84095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.266 | **Nonpriority creditor's name and mailing address** | | $750.00 |
|---|---|---|---|

J2 GLOBAL COMMUNICATIONS
6922 HOLLYWOOD BLVD.
LOS ANGELES, CA  90028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 91 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.267 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

JACOBS, PAUL
8634 E. ILIFF DR.
DENVER, CO  80231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | | $0.14 |
|---|---|---|---|

JAFOLLA, JEFF
3960 HEATHER LANE
DOYLESTOWN, PA  18902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | | $168.36 |
|---|---|---|---|

JAYCO INC
PO BOX 460
903 S MAIN ST
MIDDLEBURY, IN  46540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | | $45,668.85 |
|---|---|---|---|

JD AND D ENTERPRISES
100 ROSS STREET
LOBBY MEZZANINE
PITTSBURGH, PA  15219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | | $19,200.00 |
|---|---|---|---|

JKM SOLUTIONS LLC
8440 SHOE OVERLOOK DR
FISHERS, IN  46038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.272**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

JODEL JEROME
,

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.273**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

JOELE FRANK, WILKINSON BRIMMER KATCHER
622 THIRD AVENUE
NEW YORK, NY  10017

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.274**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

JUAN GALVEZ
,

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.275**  **Nonpriority creditor's name and mailing address**                                                      $14,442.40

K A DAILY INC
701 PENNSYLVANIA AVENUE
OAKMONT, PA  15139

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.276**  **Nonpriority creditor's name and mailing address**                                                      $546.24

KALLURI, SANDEEP
15300 37TH AVE N
APT A219
PLYMOUTH, MN  55446

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) __17-10772 (BLS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.277 | **Nonpriority creditor's name and mailing address** | | $24,080.00 |
|---|---|---|---|

KALVI CONSULTING SERVICES INC
2775 152ND AVENUE NE
BUILDING-8F
REDMOND, WA  98052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | | $37,800.00 |
|---|---|---|---|

KAPITAL DATA CORP
50 DIVISION STREET SUITE 501
SOMERVILLE, NJ  08876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

KEMP LITTLE
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | | $81.09 |
|---|---|---|---|

KENNETH ANTONIE LAW
5542 NORTH MORGAN ST
APT 201
ALEXANDRIA, VA  22312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | | $1.51 |
|---|---|---|---|

KERR, TODD
11714 GREAT OWL CIRC LE
RESTON, VA  20194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      CIBER, Inc.
            _____          Case number (if known) ___17-10772 (BLS)___
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282** | **Nonpriority creditor's name and mailing address** | | $750.27

KEY-RITE SECURITY LOCK & SAFE INC
5570 E.YALE AVE.
DENVER, CO  80222-5204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | | $18,720.00

KEYPIXEL SOFTWARE SOLUTIONS LLC
777 WASHINGTON RD, SUIT: 1
PARLIN, NJ  08859

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

KILPATRICK TOWNSEND AND STOCKTON LLP
1100 PEACHTREE ST., NE
SUITE 2800
ATLANTA, GA  30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | | $67,844.18

KILROY REALTY LP
ATTN: HEATHER MOORE
12200 WEST OLYMPIC BLVD., STE 200
LOS ANGELES, CA  90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | | $28,400.00

KIP INFORMATION TECHNOLOGIES INC
3325 N ARLINGTON HEIGHTS RD
SUITE 400C
ARLINGTON HEIGHTS, IL  60004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 95 of 160

Debtor    CIBER, Inc.
_____
          Name

                                              Case number (if known) ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.287 | **Nonpriority creditor's name and mailing address** | | $90,858.92 |

KNJ INC.
1106-A BROADWAY
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | | $40,180.00 |

KORAY OZCUBUKCU
15620 SE 24TH STREET
BELLEVUE, WA 98008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | | $30,780.00 |

KPVP VENTURES LLC
2337 ALL SAINTS LANE
PLANO, TX 75025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

KROMANN REUMERT
,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | | $20,720.00 |

KRYPTO IT SOLUTIONS INC
1001 DURHAM AVE
SUITE 202
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 96 of 160

Debtor    CIBER, Inc.
_____    Case number *(if known)* _17-10772 (BLS)_
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.    **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.292 | **Nonpriority creditor's name and mailing address** | | $144.00 |

KWAME TRANSPORTATION SERVICES
308 DOVER HEIGHTS TRL
MANSFIELD, TX  76063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**    ☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | | $12,900.00 |

LAINE STRATEGY GROUP
919 CONGRESS AVE.
SUITE 1400
AUSTIN, TX  78701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**    ☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | | $10,200.00 |

LAP PETROLEUM LLC
2434 GUM ROAD
CHESAPEAKE, VA  23321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**    ☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | | $64,915.00 |

LAW OFFICES OF BRIKHO AND KALLABAT PC
7031 ORCHARD LAKE RD
SUITE 302
WEST BLOOMFIELD, MI  48322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**    ☐ Yes

| 3.296 | **Nonpriority creditor's name and mailing address** | | $489.88 |

LAZ FLORIDA PARKING LLC
PO BOX 865036
ORLANDO, FL  32886-5036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**    ☐ Yes

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)* ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.297 | **Nonpriority creditor's name and mailing address** | | $11,798.79 |

LEVEL 3 COMUNICATIONS LLC
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.298 | **Nonpriority creditor's name and mailing address** | | $3,525.00 |

LEWIS BESS WILLIAMS & WEESE P.C.
1560 BROADWAY
SUITE 1400
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.299 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

LEWIS SILKIN
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

| 3.300 | **Nonpriority creditor's name and mailing address** | | $168,009.50 |

LIC PLANO OFFICE BUILDING INC
2000 MCKINNEY
SUITE 1000
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.301 | **Nonpriority creditor's name and mailing address** | | $3,145.00 |

LIGHTEDGE SOLUTIONS INC.
215 10TH STREET
SUITE 1000
DES MOINES, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 98 of 160

Debtor      CIBER, Inc.
            _____
            Name

Case number *(if known)* __17-10772 (BLS)__

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address** | | $6,500.00 |
|---|---|---|---|

LIGHTS SOFTWARE INTEGRATION AND INNOVATION LLC
11 W BROAD STREET
PO BOX 354
ELIZABETHVILLE, PA  17023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.303 | **Nonpriority creditor's name and mailing address** | | $207,596.73 |
|---|---|---|---|

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.304 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

LINKLATERS
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.305 | **Nonpriority creditor's name and mailing address** | | $50,739.94 |
|---|---|---|---|

LINLO PROPERTIES VII, LP
1013 MUMMA RD, STE 100
LEMOYNE, PA  17043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.306 | **Nonpriority creditor's name and mailing address** | | $23,088.56 |
|---|---|---|---|

LIPPERT COMPONENTS INC
3501 COUNTY ROAD 6 EAST
ELKHART, IN  46514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 99 of 160

Debtor    CIBER, Inc.
_____
         Name

Case number (if known) __17-10772 (BLS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307** | **Nonpriority creditor's name and mailing address** | $54,303.95

LITTLER MENDELSON PC
2301 MCGEE STREET
8TH FLOOR
KANSAS CITY, MO  64108

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | $60,270.00

LOGINSOFT CONSULTING LLC
4437 BROOKFIELD CORPORATE DR
SUITE 101
CHANTILLY, VA  20151

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | $228.79

LOGISTERRA INC
6190-K FAIRMOUNT AVE
SAN DIEGO, CA  92120

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | $24,128.00

LORSIV TECHNOLOGIES INC
3080 OGDEN AVENUE
SUITE 102
LISLE, IL  60532

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LS SELBORNE HOUSE LIMITED
5 STRAND
LONDON, WC2N 5AF
UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to Lease Agreement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 100 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.312 | **Nonpriority creditor's name and mailing address** | | $2,541.44 |
|---|---|---|---|

LUTHERAN CHURCH OF HOPE
ATTN ADAM BURTON
925 JORDAN CREEK PKWY
WEST DES MOINES, IA  50266-5952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.313 | **Nonpriority creditor's name and mailing address** | | $37,833.62 |
|---|---|---|---|

M & R CONSULTANTS CORP
700 TECHNOLOGY PARK
SUITE 203
BILLERICA, MA  01821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | | $34,354.36 |
|---|---|---|---|

MADISON TECHNOLOGY GROUP LLC
600 17TH STREET
SUITE 2800 SOUTH
DENVER, CO  80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | | $346.00 |
|---|---|---|---|

MANGIA BEVI CAFE
6363 S. FIDDLER'S GREEN CIRCLE
GREENWOOD VILLAGE, CO  80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | | $40,000.00 |
|---|---|---|---|

MAXIM GROUP LLC
405 LEXINGTON AVE 2ND FLOOR
NEW YORK, NY  10174

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    CIBER, Inc.
_____    Case number *(if known)* __17-10772 (BLS)__
          Name

---

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.317** | **Nonpriority creditor's name and mailing address** | $8,917.50

MAYER CONSULTING GROUP LLC
307 TANNAHILL ST
DEARBORN, MI 48124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.318** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MCAFEE
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.319** | **Nonpriority creditor's name and mailing address** | $669.76

MCCARTNEY, KARI O
1325 WILLOW PARK WAY
CUMMING, GA 30041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.320** | **Nonpriority creditor's name and mailing address** | $229,096.87

MCCORRISTON MILLER MUKAI MACKINNON LLP
PO BOX 2800
HONOLULU, HI 96803-2800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.321** | **Nonpriority creditor's name and mailing address** | $14,339.50

MCCRACKEN, MONTGOMERY
WALKER AND RHOADS LLP
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.322 | **Nonpriority creditor's name and mailing address** | | $3,645.00 |
|---|---|---|---|

MCCRANIE, SISTRUNK, ANZELMO, HARDY, MCDANIEL & WELCH LLC
MCDANIEL AND WELCH LLC
3445 N. CAUSEWAY BLVD.
SUITE 800
METAIRIE, LA  70002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.323 | **Nonpriority creditor's name and mailing address** | | $60,410.00 |
|---|---|---|---|

MCKULA INC
140 MISTY MEADOW RD
MT. PLEASANT, PA  15666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.324 | **Nonpriority creditor's name and mailing address** | | $30,350.00 |
|---|---|---|---|

MERCER (US) INC
PO BOX 905234
CHARLOTTE, NC  28290-5234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.325 | **Nonpriority creditor's name and mailing address** | | $3,120.00 |
|---|---|---|---|

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN  55170-9638

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.326 | **Nonpriority creditor's name and mailing address** | | $34,946.00 |
|---|---|---|---|

MICAN TECHNOLOGIES LLC
7899 BAYMEADOWS WAY
SUITE 6
JACKSONVILLE, FL  32256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 103 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.327** | **Nonpriority creditor's name and mailing address** | $9,166.53

MICRO FOCUS US, INC.
DEPTARTMENT 1294
DENVER, CO  80291-1294

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.328** | **Nonpriority creditor's name and mailing address** | $28,447.77

MICROVISION SOLUTIONS LLC
256-06 HILLSIDE AVE
FLORAL PARK, NY  11001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.329** | **Nonpriority creditor's name and mailing address** | $2,786.53

MIDLAND INFORMATION SYSTEMS INC
2130 PLATINUM RD
APOPKA, FL  32703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.330** | **Nonpriority creditor's name and mailing address** | $2,318.75

MLA SOLUTIONS PRACTICE GROUP LLC
ALLEGIS GROUP HOLDINGS INC
7301 PARKWAY DRIVE
HANOVER, MD  21076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.331** | **Nonpriority creditor's name and mailing address** | $10,220.00

MOBILE SOLUTIONS SERVICES INC
6766 SOUTH REVERE PARKWAY
SUITE 100C
CENTENNIAL, CO  80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 104 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.332**  **Nonpriority creditor's name and mailing address**                                        $8,095.69

MOBILITY SERVICES INTERNATIONAL LLC
ONE LIBERTY LANE EAST
HAMPTON, NH  03842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.333**  **Nonpriority creditor's name and mailing address**                                       $142,307.69

MONSTER, INC.
FILE 70104
LOS ANGELES, CA  90074-0104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.334**  **Nonpriority creditor's name and mailing address**                                       $33,235.00

MOVEFORWARD SOLUTIONS LLC
3717 45TH AVE NE
TACOMA, WA  98422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.335**  **Nonpriority creditor's name and mailing address**                                       $32,256.00

MOVEMENT SEARCH LLC
20 W WASHINGTON ST
SUITE 14
CLARKSTON, MI  48346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.336**  **Nonpriority creditor's name and mailing address**                                          $1.85

MUJTABA, FAHD
45487 LOST TRAIL TERRACE
STERLING, VA  20164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 105 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.337 | **Nonpriority creditor's name and mailing address** | | $33,000.00 |
|---|---|---|---|

MULTIVISION INC.
10565 FAIRFAX BLVD.
SUITE 301
FAIRFAX, VA  22030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.338 | **Nonpriority creditor's name and mailing address** | | $402.45 |
|---|---|---|---|

MUZAK LLC
PO BOX 71070
CHARLOTTE, NC  28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.339 | **Nonpriority creditor's name and mailing address** | | $414.61 |
|---|---|---|---|

MYFLORIDAMARKETPLACE
P.O. BOX 5497
TALLAHASSEE, FL  32314-5497

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.340 | **Nonpriority creditor's name and mailing address** | | $9,421.96 |
|---|---|---|---|

NASDAQ CORPORATE SOLUTIONS LLC
LBX #11700
PO BOX 780700
PHILADELPHIA, PA  19178-0700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.341 | **Nonpriority creditor's name and mailing address** | | $6,000.00 |
|---|---|---|---|

NASHVILLE TECHNOLOGY COUNCIL
105 BROADWAY
NASHVILLE, TN  37201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|---|
| | Name | | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342**  **Nonpriority creditor's name and mailing address**  $6,039.00

NATIONAL CORPORATE HOUSING INC
365 HERNDON PARKWAY
SUITE 111
HERNDON, VA  20170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.343**  **Nonpriority creditor's name and mailing address**  $762.73

NAWROT, CHRISTIE  M
2600 NORTH RD.
12013 E.
CORNELL, IL  61319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344**  **Nonpriority creditor's name and mailing address**  $28,600.00

NEO PRISM SOLUTIONS LLC
917 N PLUM GROVE RD
SUITE C
SCHAUMBURG, IL  60173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.345**  **Nonpriority creditor's name and mailing address**  $38,720.00

NEW YORK TECHNOLOGY PARTNERS INC
111 TOWN SQUARE PLACE
STE 1236
JERSEY CITY, NJ  07310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.346**  **Nonpriority creditor's name and mailing address**  $11,977.24

NON STOP PRODUCTIONS
2349 CHERRY STREET
DENVER, CO  80207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 107 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|--------|-------------|--------------------------|----------------|
|        | Name        |                          |                |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.347** | **Nonpriority creditor's name and mailing address** | $92,310.00

NYSE MARKET INC
11 WALL STREET, ATTN: TAX DEPT.
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.348** | **Nonpriority creditor's name and mailing address** | $3,558.20

OFFICE DEPOT, INC.
PO BOX 630813
CINCINNATI, OH 45263-0813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.349** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS
PUERTO RICO UNCLAIMED PROPERTY DIVISION
PO BOX 11855
SAN JUAN, PUERTO RICO, 00910-3855

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.350** | **Nonpriority creditor's name and mailing address** | $11,967.26

ONE EAST WACKER PARTNERS LLC
C/O AMTRUST REALTY CORP
ONE EAST WACKER, SUITE 1200
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.351** | **Nonpriority creditor's name and mailing address** | $955.78

ONESTREAM NETWORKS LLC
500 LEE RD
SUITE 200
ROCHESTER, NY 14606-4261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 108 of 160 |
|----------------------|---------------------------------------------------|-----------------|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.352 | **Nonpriority creditor's name and mailing address** | | $36,585.60 |
|---|---|---|---|

ONLY IT CONSULTING LLC
2200 W HIGGINS ROAD
SUITE 315
HOFFMAN ESTATES, IL  60169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.353 | **Nonpriority creditor's name and mailing address** | | $48,400.00 |
|---|---|---|---|

OPENLOGIX CORPORATION
28345 BECK ROAD
SUITE 308
WIXOM, MI  48393

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | | $18,011.97 |
|---|---|---|---|

ORACLE AMERICA INC
PO BOX 71028
CHICAGO, IL  60694

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | | $41,920.00 |
|---|---|---|---|

ORALAB INC
1361 GREENRIDGE TRAIL
LITHONIA, GA  30058-2203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | | $43,200.00 |
|---|---|---|---|

ORDUSION TECHNOLOGIES INC
3883 ROGERS BRIDGE ROAD
SUITE 504
DULUTH, GA  30097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.357 | **Nonpriority creditor's name and mailing address** | | $80,720.00 |
|---|---|---|---|

ORIGIN TO FUTURE, INC
7800 PRESTON ROAD SUITE 127
PLANO, TX  75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

OSBORNE CLARK
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | | $36,800.00 |
|---|---|---|---|

PANZER SOLUTIONS
50 WASHINGTON STREET, 9TH FLOOR
NORWALK, CT  06850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | | $32,340.00 |
|---|---|---|---|

PARADIGM INFOTECH INC
8830 STANFORD BLVD
SUITE 312
COLUMBIA, MD  21045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | | $20,860.00 |
|---|---|---|---|

PARAMOUNT GLOBAL SOLUTIONS INC
924 S BELT LINE RD
COPPELL, TX  75019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 110 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** | **Nonpriority creditor's name and mailing address** | $32,960.00

PARAMOUNT SOFTWARE SOLUTIONS INC
4030 OLD MILTON PARKWAY
SUITE 200
ALPHARETTA, GA  30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.363** | **Nonpriority creditor's name and mailing address** | $475.00

PARK FIRM LLC
120-34 QUEENS BLVD
STE 300
KEW GARDENS, NY  11415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.364** | **Nonpriority creditor's name and mailing address** | $1,329.15

PEAR WORKPLACE SOLUTIONS
1515 ARAPAHOE ST
TOWER 1, SUITE 100
DENVER, CO  80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.365** | **Nonpriority creditor's name and mailing address** | $224.00

PENNSYLVANIA STATE POLICE
PO BOX 62041
HARRISBURG, PA  17106-2041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.366** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PENNSYLVANIA TURNPIKE COMMISSION
P.O. BOX 67676
HARRISBURG, PA  17106-7676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 111 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** **Nonpriority creditor's name and mailing address**                                            $23,184.00

PEOPLENTECH LLC
1604 SPRING HILL ROAD
SUITE 302
VIENNA, VA  22182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**                                            $1,796.00

PEOPLESERVE PRS INC
643 VFW PKWY STE 201
CHESTNUT HILL, MA  02467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**                                            $11,200.00

PEOPLETECHGROUP INC
12819 SE 38TH ST, #151
BELLEVUE, WA  98006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**                                            $4,800.00

PERFORMANCE SYSTEM NETWORK INTEGRATION
KENTH FUCANAN
2507 KRUGEL ST
HATBORO, PA  19040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**                                            $236.50

PERFORMANCE TELECOM, INC.
611 CENTRAL PARK DR
SANFORD, FL  32771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      CIBER, Inc.
            _____
            Name

                                                    Case number (if known) ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.372 | **Nonpriority creditor's name and mailing address** | | $598.50 |

PERKINS COIE LLP
ATTN: CLIENT ACCOUNTING
1201 THIRD AVE, SUITE 4900
SEATTLE, WA  98101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | | $1,165.65 |

Personal Court Reporters Inc.
316 W. 2nd Street, Suite 200
Los Angelos, CA  90012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | | $14,400.00 |

PETERMAN CONSULTING INC
2462 WATERSCAPE TRAIL
SNELLVILLE, GA  30078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | | $20,860.40 |

Philips Lighting North America Corporation
200 Franklin Square Drive
Somerset, NJ  08873

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | | $2,203.53 |

PHILLIPS OFFICE SOLUTIONS
PHILLIPS OFFICE PRODUCTS INC
501 FULLING MILL RD
MIDDLETON, PA  17057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 113 of 160

Debtor    CIBER, Inc.
_____
Name

Case number (if known) ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377** | **Nonpriority creditor's name and mailing address** | $19,110.00

PILAR DEFREEST LLC
3811 DIAMANTE PLACE
ENCINO, CA  91436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | $14,356.87

PITNEY BOWES GLOBAL FINANCIAL SERVICES
FIRST EXPRESS REMITTANCE PROCESSING
5101 INTERCHANGE WAY
LOUISVILLE, KY  40229-2161

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | $31.26

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY  40285-6042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | $345.00

PLANTS UNLIMITED INC
10515 E 40TH AVE
SUITE 106
DENVER, CO  80239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | $1,781.25

PM RESOURCE GROUP LLC
219 SCOTT STREET
SUITE 165
BEAUFORT, SC  29902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 114 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.382** | **Nonpriority creditor's name and mailing address** | | $28,800.00

POLLUX CONSULTANCY SERVICES LLC
20106 BENDING CREEK PL
TAMPA, FL  33647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.383** | **Nonpriority creditor's name and mailing address** | | $8,750.00

PR NEWSWIRE ASSOCIATION LLC
810 SEVENTH AVENUE 35TH FLOOR
NEW YORK, NY  10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.384** | **Nonpriority creditor's name and mailing address** | | $95,450.00

PRESTIGE STAFFING LLC
8010 ROSWELL ROAD
SUITE 330
ATLANTA, GA  30350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.385** | **Nonpriority creditor's name and mailing address** | | $13,919.11

PROCURRI LLC
5825 PEACHTREE CORNERS EAST
SUITE A
NORCROSS, GA  30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.386** | **Nonpriority creditor's name and mailing address** | | $90.45

PROSHRED SECURITY
25 INDUSTRIAL BLVD
PAOLI, PA  19301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 115 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.387 | **Nonpriority creditor's name and mailing address** | | $251.97 |
|---|---|---|---|

PROTECTION ONE
PO BOX 5714
CAROL STREAM, IL  60197-5714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | | $0.79 |
|---|---|---|---|

PULIKKATHARA, ROMEO X
7827 BARBETON DRIVE
HOUSTON, TX  77036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | | $13,260.60 |
|---|---|---|---|

QLIK TECH INC.
PO BOX 405841
ATLANTA, GA  30384-5841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | | $65,206.03 |
|---|---|---|---|

QUADRANT EXHIBITS INC
DYNAMIC MANAGEMENT INC
15009 HESTA STREET
POWAY, CA  92064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | | $1,152.00 |
|---|---|---|---|

Quadrant Resource LLC
4170 148th Ave NE
Redmond, WA  98052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.392** | **Nonpriority creditor's name and mailing address** | $5,090.00

QUEST CONSULTING SERVICES
5100 SEMINOLE CT.
GODFREY, IL  62035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.393** | **Nonpriority creditor's name and mailing address** | $ Undetermined

QUIGG PARTNERS
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.394** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RANDSTAD PROFESSIONALS US, LP, D/B/A RANDSTAD
SOURCERIGHT
925 NORTHPOINT PARKWAY
ATTN: SENIOR VICE PRESIDENT - MSP OPERATIONS
ALPHARETTA, GA  30005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit/Rebate

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.395** | **Nonpriority creditor's name and mailing address** | $32,374.12

RDB-NJR OFFICE HOLDINGS LLC
HIGHWOODS REALTY LIMITED PARTNERSHIP
ATTN: ACCOUNTS RECEIVABLE
3100 SMOETREE COURT, SUITE 600
RALEIGH, NC  27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.396** | **Nonpriority creditor's name and mailing address** | $3.16

READYREFRESH BY NESTLE
PO BOX 856680
LOUISVILLE, KY  40285-6680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 117 of 160 |
|---|---|---|

Debtor      CIBER, Inc.
_____
            Name

Case number *(if known)*  17-10772 (BLS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.397** | **Nonpriority creditor's name and mailing address** | $171,859.48

READYTALK
P.O. BOX 975375
DALLAS, TX  75397-5375

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RECHTSANWALTEN FALKNER
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.399** | **Nonpriority creditor's name and mailing address** | $4,000.00

Redaction
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** | **Nonpriority creditor's name and mailing address** | $17,512.94

REED SMITH LLP
225 FIFTH AVENUE
PITTSBURGH, PA  15222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** | **Nonpriority creditor's name and mailing address** | $135.00

REFURBISHED SOLUTIONS INC
994 BLUE MOUNTAIN CIRCLE
THOUSAND OAKS, CA  91362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402**

**Nonpriority creditor's name and mailing address**                                                  $2,214.86

REGUS MANAGEMENT GROUP LLC
REGUS CORPORATION
15305 DALLAS PARKWAY
SUITE 400
ADDISON, TX  75001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.403**

**Nonpriority creditor's name and mailing address**                                                  $240.14

REGUS MANAGEMENT GROUP LLC
REGUS CORPORATION
15305 DALLAS PARKWAY
SUITE 1400
ADDISON, TX  75001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.404**

**Nonpriority creditor's name and mailing address**                                                  $3,036.64

REGUS MANAGEMENT GROUP LLC
NJ, BERKELEY HEIGHTS
100 CONNELL DR, 2ND FLOOR
BERKELEY HEIGHTS, NJ  07922

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.405**

**Nonpriority creditor's name and mailing address**                                                  $0.08

RENZULLI, ROBERT L
18931 HANSEN ST.
OMAHA, NE  68130

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.406**

**Nonpriority creditor's name and mailing address**                                                  $22,425.00

REVENUE2
SOPHIA FARINA LLC
1812 KRISTY COURT
LONGMONT, CO  80504

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 119 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.407 | Nonpriority creditor's name and mailing address | | $4,384.01 |
|---|---|---|---|

RICOH USA INC
PO BOX 827577
PHILADELPHIA, PA  19182-7577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.408 | Nonpriority creditor's name and mailing address | | $15,000.00 |
|---|---|---|---|

RIDGE POLICY GROUP LLC
1140 CONNECTICUT AVE NW
SUITE 510
WASHINGTON, DC  20036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.409 | Nonpriority creditor's name and mailing address | | $16,280.10 |
|---|---|---|---|

ROBERT HALF LEGAL
P.O. BOX 743295
LOS ANGELES, CA  90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.410 | Nonpriority creditor's name and mailing address | | $1,440.82 |
|---|---|---|---|

ROCKET SOFTWARE INC
PO BOX 842965
BOSTON, MA  02284-2965

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.411 | Nonpriority creditor's name and mailing address | | $1.48 |
|---|---|---|---|

RODRIGUEZ, PAULINE D
151 BURR ROAD
LEESVILLE, LA  71446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 120 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.412 | **Nonpriority creditor's name and mailing address** | | $3,912.61 |
|---|---|---|---|

ROLEPOINT INC
645 HARRISON ST
SUITE 200
SAN FRANCISCO, CA  94107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.413 | **Nonpriority creditor's name and mailing address** | | $11,847.10 |
|---|---|---|---|

ROSSI STAFFING LLC
1374 S ELIZABETH STREET
DENVER, CO  80210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.414 | **Nonpriority creditor's name and mailing address** | | $288.61 |
|---|---|---|---|

ROYER'S FLOWERS
PO BOX 330
LEBANON, PA  17042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.415 | **Nonpriority creditor's name and mailing address** | | $421,776.87 |
|---|---|---|---|

RUBIN TECHNOLOGY LLC
12547 HUNTINGTON TRACE
ALPHARETTA, GA  30005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.416 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RUNNER EDQ
ATTN: GREG MARINELLO, PRESIDENT | CHIEF REVENUE OFFICER
2424 N FEDERAL HWY, SUITE 100
BOCA RATON, FL  33431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 121 of 160 |
|---|---|---|

Debtor    CIBER, Inc.
_____
Name

Case number (if known) __17-10772 (BLS)__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.417 | Nonpriority creditor's name and mailing address | | $7,350.00 |
|---|---|---|---|

S & P CAPITAL IQ LLC
STANDARD & POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | | $4,686.50 |
|---|---|---|---|

S AND R PROFESSIONALS LP
12123 MILLSTREAM WAY
HOUSTON, TX  77041

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | | $1,478.42 |
|---|---|---|---|

S2 SOLUTIONS CO
8507 KENTUCKY DERBY DR
ODESSA, FL  33556

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | | $4,662.00 |
|---|---|---|---|

SAGE SOFTWARE INC
PO BOX 404927
ATLANTA, GA  30384-4927

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | | $18,630.00 |
|---|---|---|---|

SAI TECHNOLOGIES LLC
8295 TOURNAMENT DRIVE
SUITE #150
MEMPHIS, TN  38125

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 122 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.422 | **Nonpriority creditor's name and mailing address** | | $10,200.00 |
|---|---|---|---|

SAIDURVEN, INC
43860 GOSHEN FARM CT
LEESBURG, VA  20176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.423 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SALESFORCE.COM INC
PO BOX 203141
DALLAS, TX  75320-3141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.424 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SAMANTHA HARRIS
25235 ARLINGTON ST
ROSEVILLE, MI  48066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.425 | **Nonpriority creditor's name and mailing address** | | $15,371.99 |
|---|---|---|---|

SAN CONSULTING INC
4038 Berkley Drive
Jackson, MS  39211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.426 | **Nonpriority creditor's name and mailing address** | | $631.00 |
|---|---|---|---|

SANY, KOUROSH C
20389 FALLS WAY TERRACE
POTOMAC FALLS, VA  20165

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 123 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address | $ Underdetermined

SAP
ATTN: CHRISTOPHER J. WAXMAN, ASSISTANT GENERAL COUNSEL
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA  19073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.428** Nonpriority creditor's name and mailing address | $3,343,127.96

SAP AMERICA INC.
P O BOX 7780-824024
PHILADELPHIA, PA  19182-4024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.429** Nonpriority creditor's name and mailing address | $25,752.00

SAPPHIRE IT SERVICES INC
10701 CORPORATE DR
SUITE 146
STAFFORD, TX  77477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.430** Nonpriority creditor's name and mailing address | $25,000.00

SAYTU INC
38798 ALTURA ST
FREMONT, CA  94536-4402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.431** Nonpriority creditor's name and mailing address | $22,849.00

SBP CONSULTING INC
4900 38TH AVENUE, STE #5
MOLINE, IL  61265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 124 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.432 | **Nonpriority creditor's name and mailing address** | | $55,000.00 |
|---|---|---|---|

SCADEA SOLUTIONS INC
100 FRANKLIN SQUARE DR
SUITE 304
SOMERSET, NJ  08873

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.433 | **Nonpriority creditor's name and mailing address** | | $1,409,920.19 |
|---|---|---|---|

SCANSOURCE POS & BARCODE
SCANSOURCE INC
6 LOGUE COURT
GREENVILLE, SC  29615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.434 | **Nonpriority creditor's name and mailing address** | | $800.00 |
|---|---|---|---|

SCHAKRA INC
4004, 148TH AVE NE
BLDG K2
REDMOND, WA  98052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.435 | **Nonpriority creditor's name and mailing address** | | $11,500.00 |
|---|---|---|---|

SCHELLMAN & COMPANY, LLC
4010 WEST BOY SCOUT BLVD STE 600
TAMPA, FL  33607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.436 | **Nonpriority creditor's name and mailing address** | | $105,786.00 |
|---|---|---|---|

SEDNA CONSULTING GROUP INC
860 ROUTE 1 N SUITE 101
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 125 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | | $13,829.75 |
|---|---|---|---|

SH & COMPANY, INC.
151 ROY LANE
HUNTINGDON VALLEY, PA  19006

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.438 | **Nonpriority creditor's name and mailing address** | | $69,202.69 |
|---|---|---|---|

SHI  INTERNATIONAL CORP.
PO BOX 8500-41155
PHILADELPHIA, PA  19178

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.439 | **Nonpriority creditor's name and mailing address** | | $73.72 |
|---|---|---|---|

SHIMAR RECYCLING, INC
PO BOX 11219
DURHAM, NC  27703

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.440 | **Nonpriority creditor's name and mailing address** | | $9,120.00 |
|---|---|---|---|

SHIRLEY HOLLYWOOD AND ASSOCIATES INC
101 W FARMERS RD.
SUITE B
SEAGOVILLE, TX  75159

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.441 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SHOOSMITHS
,

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 126 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.442 | **Nonpriority creditor's name and mailing address** | | $431.05 |
|---|---|---|---|

SHRED-IT USA LLC
SHRED-IT US JV LLC
11101 FRANKLIN AVE, STE 100
FRANKLIN PARK, IL  60131-1403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.443 | **Nonpriority creditor's name and mailing address** | | $522,498.06 |
|---|---|---|---|

SKILLSOFT CORPORATION
BANK OF AMERICA
LOCKBOX 405527
6000 FELDWOOD ROAD
COLLEGE PARK, GA  30349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.444 | **Nonpriority creditor's name and mailing address** | | $28,110.00 |
|---|---|---|---|

SMART WORKS LLC
55 CARTER DR
SUITE 107
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.445 | **Nonpriority creditor's name and mailing address** | | $2,796.00 |
|---|---|---|---|

SMPL SOLUTIONS INC
3778 W SMALL ROAD
LAPORTE, IN  46350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.446 | **Nonpriority creditor's name and mailing address** | | $20,457.20 |
|---|---|---|---|

SOFTCOM INC
5310 MAPLE VALLEY CT.
CENTERVILLE, VA  20120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | | $24,153.00 |
|---|---|---|---|

SOFTECH INTERNATIONAL RESOURCES, INC
3300 HOLCOMB BRIDGE RD
SUITE 216
PEACHTREE CORNERS, GA  30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** | | $30,021.58 |
|---|---|---|---|

SOLSTICE SYSTEMS AND TECHNOLOGY LLC
1445 WORTHINGTON WOODS BLVD.
SUITE 110
WORTHINGTON, OH  43085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.449 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SOLTYSINSKI, KAWECKI, SZLEZ
,

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.450 | **Nonpriority creditor's name and mailing address** | | $2,605.00 |
|---|---|---|---|

SOLUTIONS AND ASSOCIATES
2372 RAMBLIN DR
BATTLE CREEK, MI  49014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.451 | **Nonpriority creditor's name and mailing address** | | $4,290.00 |
|---|---|---|---|

SOURCEINFOTECH INC
40 BRUNSWICK AVE, SUITE 200
EDISON, NJ  08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 128 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|--------|-------------|------------------------|----------------|
|        | Name        |                        |                |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.452** | **Nonpriority creditor's name and mailing address** | $1,005.00

SOUTH BEND CUBS
SWING-BATTER-SWING LLC
501 W.SOUTH ST
SOUTH BEND, IN  46601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | $17,105.53

SPECIAL COUNSEL
DEPT. CH 14305
PALATINE, IL  60055-4305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SPECIAL COUNSEL
DEPT. CH 14305
PALATINE, IL  60055-4305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | $9,333.00

SPECIAL OLYMPICS FLORIDA INC
1915 DON WICKHAM DR
CLERMONT, FL  34711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | $53.00

SPECTRUM HEALTH MEDICAL GROUP
OCCUPATIONAL HEALTH
PO BOX 2048
GRAND RAPIDS, MI  49501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 129 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known)   17-10772 (BLS)
                         _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457** | **Nonpriority creditor's name and mailing address** | $30,937.92

SPERIDIAN TECHNOLOGIES
2400 LOUISIANA BLVD
BUILDING 3
ALBUQUERQUE, NM 87110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | $1,767.60

SPRINT
P O BOX 62012
BALTIMORE, MD 21264-2012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | $46,200.00

SQUARESOFT COMPUTER CORP
22555 SE 32ND STREET
SAMMAMISH, WA 98075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | $2,210.00

SRIMATRIX INC
1255 W 15TH STREET, STE 815
PLANO, TX 75075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | $10,425.00

SRS CRESA LEASE ADMINISTRATION LLC
8343 DOUGLAS AVENUE
SUITE 200
DALLAS, TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 130 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462** | **Nonpriority creditor's name and mailing address** | $2,994.74

STANFORD HOSPITAL AND CLINICS
C/O BSI HEALTHCARE SERVICES
946 52ND ST SE
GRAND RAPIDS, MI  49508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.463** | **Nonpriority creditor's name and mailing address** | $141,432.73

STARTECH INC
169 CANARY CT.
HOT SPRINGS, AR  71913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.464** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF ALABAMA UNCLAIMED PROPERTY DIVISION
P.O. BOX 302520
MONTGOMERY, AL  36130-2520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.465** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF ALASKA UNCLAIMED PROPERTY DIVISION
STATE OF ALASKA - TREASURY DIVISION
PO BOX 110405
JUNEAU, AK  99811-0405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.466** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF ARIZONA UNCLAIMED PROPERTY DIVISION
1600 W MONROE DIVISION CODE:10
PHOENIX, AZ  85007-2650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) _17-10772 (BLS)__

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF ARKANSAS UNCLAIMED PROPERTY DIVISION
ARKANSAS AUDITOR OF STATE
1401 WEST CAPITOL AVENUE, SUITE 325
LITTLE ROCK, AR  72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.468 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF CALIFORNIA UNCLAIMED PROPERTY DIVISION
CALIFORNIA STATE CONTROLLER'S OFFICE
10600 WHITE ROCK ROAD, SUITE 141
RANCHO CORDOVA, CA  95670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.469 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF COLORADO UNCLAIMED PROPERTY DIVISION
THE GREAT COLORADO PAYBACK OFFICE
1580 LOGAN ST., STE. 500
DENVER, CO  80203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.470 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
PO BOX 5065
HARTFORD, CT  06102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.471 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF DELAWARE UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF FINANCE, DIVISION OF REVENUE
STATE ESCHEATOR
P.O. BOX 8931
WILMINGTON, DE  19801-3509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    CIBER, Inc.
_____
            Name

Case number (if known) __17-10772 (BLS)__

---

**Part 2:    Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.472** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF FLORIDA UNCLAIMED PROPERTY BUREAU
FLORIDA DEPARTMENT OF FINANCIAL SERVICES
200 E. GAINES STREET
TALLAHASSEE, FL  32399-0358

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.473** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF GEORGIA UNCLAIMED PROPERTY DIVISION
GEORGIA DEPARTMENT OF REVENUE
LOCAL GOVERNMENT SERVICES
4245 INTERNATIONAL PARKWAY, SUITE A
HAPEVILLE, GA  30349-1824

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.474** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF HAWAII UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF BUDGET AND FINANCE
P. O. BOX 150
HONOLULU, HI  96810

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.475** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF IDAHO UNCLAIMED PROPERTY PROGRAM
STATE TAX COMMISSION
P.O. BOX 70012
BOISE, ID  70012

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.476** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
OFFICE OF STATE TREASURER
P.O. BOX 19495
SPRINGFIELD, IL  62794-9495

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 133 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) ___17-10772 (BLS)___

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.477** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF INDIANA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE ATTORNEY GENERAL
PO BOX 2504
GREENWOOD, IN  46142

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.478** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF IOWA UNCLAIMED PROPERTY DIVISION
GREAT IOWA TREASURE HUNT
LUCAS STATE OFFICE BUILDING
321 E. 12TH ST., 1ST FLOOR.
DES MOINES, IA  50319

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.479** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF KANSAS UNCLAIMED PROPERTY DIVISION
KANSAS STATE TREASURER
900 SW JACKSON, SUITE 201
TOPEKA, KS  66612-1235

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.480** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF KENTUCKY UNCLAIMED PROPERTY DIVISION
KENTUCKY STATE TREASURY
1050 US HIGHWAY 127 SOUTH, SUITE 100
FRANKFORT, KY  40601

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.481** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF LOUISIANA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
P.O. BOX 91010
BATON ROUGE, LA  70821-9010

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page 134 of 160

Debtor      CIBER, Inc.
_____
            Name

Case number *(if known)* ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF MAINE UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
ATTN: UNCLAIMED PROPERTY
39 STATE HOUSE STATION
AUGUSTA, ME  04333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF MARYLAND UNCLAIMED PROPERTY UNIT
COMPTROLLER OF MARYLAND
301 W. PRESTON STREET
BALTIMORE, MD  21201-2385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF MASSACHUSETTS UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF THE STATE TREASURER
ABANDONED PROPERTY DIVISION
ONE ASHBURTON PLACE, 12TH FLOOR
BOSTON, MA  02108-1608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF MICHIGAN UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
PO BOX 30756
LANSING, MI  48909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STATE OF MINNESOTA UNCLAIMED PROPERTY PROGRAM
MINNESOTA DEPARTMENT OF COMMERCE
85 7TH PLACE EAST, SUITE 500
ST. PAUL, MN  55101-2198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 135 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.487**

**Nonpriority creditor's name and mailing address**

$ Undetermined

STATE OF MISSISSIPPI UNCLAIMED PROPERTY DIVISION
MISSISSIPPI TREASURY
PO BOX 138
JACKSON, MS 39205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.488**

**Nonpriority creditor's name and mailing address**

$ Undetermined

STATE OF MISSOURI UNCLAIMED PROPERTY SECTION
STATE TREASURER'S OFFICE
P.O. BOX 1004
JEFFERSON CITY, MO 65102-1272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.489**

**Nonpriority creditor's name and mailing address**

$ Undetermined

STATE OF MONTANA UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF REVENUE
ATTN: UNCLAIMED PROPERTY
P.O. BOX 5805
HELENA, MT 59604-5805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.490**

**Nonpriority creditor's name and mailing address**

$ Undetermined

STATE OF NEBRASKA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
809 P ST
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.491**

**Nonpriority creditor's name and mailing address**

$ Undetermined

STATE OF NEVADA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
555 E WASHINGTON AVENUE, SUITE 4200
LAS VEGAS, NV 89101-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.492 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STATE OF NEW HAMPSHIRE UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
25 CAPITOL STREET, ROOM 205
CONCORD, NH  03301

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
P.O. BOX 214
TRENTON, NJ  08695-0214

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STATE OF NEW MEXICO UNCLAIMED PROPERTY DIVISION
TAXATION & REVENUE DEPARTMENT
P.O. BOX 25123
SANTA FE, NM  87504-5123

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE STREET, 8TH FLOOR
ALBANY, NY  12236

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
DEPARTMENT OF STATE TREASURER
325 NORTH SALISBURY STREET
RALEIGH, NC  27603-1385

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497**    **Nonpriority creditor's name and mailing address**      $ Undetermined

STATE OF NORTH DAKOTA UNCLAIMED PROPERTY DIVISION
STATE LAND DEPARTMENT
P.O. BOX 5523
BISMARCK, ND  58506-5523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.498**    **Nonpriority creditor's name and mailing address**      $ Undetermined

STATE OF OHIO UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET, 20TH FLOOR
COLUMBUS, OH  43215-6108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.499**    **Nonpriority creditor's name and mailing address**      $ Undetermined

STATE OF OKLAHOMA UNCLAIMED PROPERTY DIVISION
OKLAHOMA STATE TREASURER
4545 N. LINCOLN BLVD., STE. 106
OKLAHOMA CITY, OK  73105-3413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500**    **Nonpriority creditor's name and mailing address**      $ Undetermined

STATE OF OREGON UNCLAIMED PROPERTY DIVISION
DIVISION OF STATE LANDS - TRUST PROPERTY SECTION
775 SUMMER ST. NE #100
SALEM, OR  97301-1279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.501**    **Nonpriority creditor's name and mailing address**      $ Undetermined

STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA  17105-1837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502** Nonpriority creditor's name and mailing address                                    $ Undetermined

STATE OF RHODE ISLAND UNCLAIMED PROPERTY DIVISION
OFFICE OF THE GENERAL TREASURER
P.O. BOX 1435
PROVIDENCE, RI 02901

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.503** Nonpriority creditor's name and mailing address                                    $ Undetermined

STATE OF SOUTH CAROLINA UNCLAIMED PROPERTY PROGRAM
STATE TREASURER'S OFFICE
P. O. BOX 11778
COLUMBIA, SC 29211

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.504** Nonpriority creditor's name and mailing address                                    $ Undetermined

STATE OF SOUTH DAKOTA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
500 EAST CAPITOL AVE, SUITE 212
PIERRE, SD 57501-5070

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.505** Nonpriority creditor's name and mailing address                                    $ Undetermined

STATE OF TENNESSEE UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
ANDREW JACKSON BLDG., 9TH FLOOR
500 DEADERICK STREET
NASHVILLE, TN 37243-0242

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.506** Nonpriority creditor's name and mailing address                                    $ Undetermined

STATE OF TEXAS UNCLAIMED PROPERTY DIVISION
COMPTROLLER OF PUBLIC ACCOUNTS
POST OFFICE BOX 12019
AUSTIN, TX 78711-2019

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.507 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

STATE OF UTAH UNCLAIMED PROPERTY DIVISION
STATE TREASURER'S OFFICE
341 SOUTH MAIN ST., 5TH FLOOR
SALT LAKE CITY, UT  84111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

STATE OF VERMONT UNCLAIMED PROPERTY DIVISION
VERMONT STATE TREASURER
ABANDONED PROPERTY DIVISION
PAVILLION BUILDING 109 STATE STREET, 4TH FLOOR
MONTPELIER, VT  05609-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.509 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

STATE OF VIRGINIA UNCLAIMED PROPERTY DIVISION
VIRGINIA DEPARTMENT OF THE TREASURY
DIVISION OF UNCLAIMED PROPERTY
P.O. BOX 2478
RICHMOND, VA  23218-2478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

STATE OF WASHINGTON UNCLAIMED PROPERTY SECTION
DEPARTMENT OF REVENUE
PO BOX 47477
OLYMPIA, WA  98504-7477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.511 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

STATE OF WEST VIRGINIA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
ONE PLAYERS CLUB DRIVE
CHARLESTON, WV  25311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.512 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF WISCONSIN UNCLAIMED PROPERTY UNIT
STATE TREASURER'S OFFICE
P.O. BOX 2114
MADISON, WI  53701-2114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.513 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

STATE OF WYOMING UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
2515 WARREN AVENUE, SUITE 502
CHEYENNE, WY  82002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.514 | **Nonpriority creditor's name and mailing address** | $3,875.63 |
|---|---|---|

STATE STREET CORP
ATTN: JOE CRONIN
CHANNEL CENTER, 1 IRON STREET
BOSTON, MA  02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.515 | **Nonpriority creditor's name and mailing address** | $141.00 |
|---|---|---|

STERLING TALENT SOLUTIONS
STERLING INFOSYSTEMS INC
NEWARK POST OFFICE
PO BOX 35626
NEWARK, NJ  07193-5626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.516 | **Nonpriority creditor's name and mailing address** | $3,496.00 |
|---|---|---|

STIVERS STAFFING SERVICES
200 WEST MONROE STREET
CHICAGO, IL  60606-5015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) __17-10772 (BLS)__

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.517 | **Nonpriority creditor's name and mailing address** | $25,000.00 |

STONEGATE CAPITAL PARTNERS INC
8201 PRESTON ROAD
SUITE 325
DALLAS, TX  75225

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.518 | **Nonpriority creditor's name and mailing address** | $125,920.26 |

STRADLEY RONON STEVENS AND YOUNG LLP
C/O CIBER, INC
ACCOUNTS PAYABLE
6363 FIDDLERS GREEN CIRCLE #1400
GREENWOOD VILLAGE, CO  80111

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.519 | **Nonpriority creditor's name and mailing address** | $5,851.14 |

STREAKWAVE WIRELESS INC
840 JURY CT
SAN JOSE, CA  95112

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.520 | **Nonpriority creditor's name and mailing address** | $381.60 |

SUPERIOR WATER SOLUTIONS LLC
4700 WESTPORT ROAD
MECHANICSBURG, PA  17050

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.521 | **Nonpriority creditor's name and mailing address** | $41.85 |

SUPREME SYSTEMS INTERNATIONAL INC
5651 W 120TH STREET
ALSIP, IL  60803

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 142 of 160

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.522 | **Nonpriority creditor's name and mailing address** | | $36,990.00 |
|---|---|---|---|

SUVINAR INC
704 228TH AVE #173
SAMMAMISH, WA  98075

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.523 | **Nonpriority creditor's name and mailing address** | | $200.74 |
|---|---|---|---|

SWEENEY JR., THOMAS J.
5252 CEDARVILLE AVE.
SHEFFIELD VILLAGE, OH  44054

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.524 | **Nonpriority creditor's name and mailing address** | | $273,423.05 |
|---|---|---|---|

SYMMETRIX SOLUTIONS
6455 S YOSEMITE STREET
SUITE 520
GREENWOOD VILLAGE, CO  80111

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.525 | **Nonpriority creditor's name and mailing address** | | $20,038.00 |
|---|---|---|---|

SYNERGY MICRO SOLUTIONS LLC
15 CHRYSLER
IRVINE, CA  92618

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.526 | **Nonpriority creditor's name and mailing address** | | $370,298.93 |
|---|---|---|---|

SYNNEX CORPORATION
5845 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 143 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.527 | **Nonpriority creditor's name and mailing address** | | $22,152.00 |
|---|---|---|---|

SYSFORE TECHNOLOGIES INC
11465, JOHNS CREEK PARKWAY
SUITE #180
JOHNS CREEK, GA  30097

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | | $19,600.00 |
|---|---|---|---|

SYSTEM SOFT TECHNOLOGIES INC
3000 BAYPORT PLAZA, STE 840
TAMPA, FL  33607

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | | $19,267.10 |
|---|---|---|---|

T-MOBILE
P.O. BOX 742596
CINCINNATI, OH  45274-2596

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | | $28,950.00 |
|---|---|---|---|

T. RIEDEL & ASSOCIATES INC
11411 OGDEN MILLS DRIVE #104
LAS VEGAS, NV  89135

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | | $5,206.32 |
|---|---|---|---|

T2 TECHNOLOGIES, INC
5595 S. CURTICE ST
LITTLETON, CO  80120

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    CIBER, Inc.
_____
         Name

Case number (if known) __17-10772 (BLS)__

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.532 | Nonpriority creditor's name and mailing address | | $111,962.38 |
|---|---|---|---|

TAYLOR PORTER BROOKS & PHILLIPS
451 FLORIDA STREET
8TH FLOOR
BATON ROUGE, LA  70801

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.533 | Nonpriority creditor's name and mailing address | | $23,015.22 |
|---|---|---|---|

TCDC PARTNERSHIP LLC
C/O THE DILWEG COMPANIES, LLC
5310 SOUTH ALSTON AVE., SUITE 210
DURHAM, NC  27713

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.534 | Nonpriority creditor's name and mailing address | | $51,219.30 |
|---|---|---|---|

TECH DATA CORPORATION
25121 NETWORK PLACE
CHICAGO, IL  60673-1251

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.535 | Nonpriority creditor's name and mailing address | | $76,776.00 |
|---|---|---|---|

TECHNOGEN INC
(FORMERLY SYSCOM TECHNOLOGIES INC)
4229 LAFAYETTE CENTER DRIVE
STE 1880
CHANTILLY, VA  20151

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.536 | Nonpriority creditor's name and mailing address | | $58,910.00 |
|---|---|---|---|

TECHNOLOGY RESOURCE SERVICES, INC.
20283 STATE ROAD 7
BOCA RATON, FL  33498

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 145 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* 17-10772 (BLS) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.537** | **Nonpriority creditor's name and mailing address** | $15,245.63

TECHNOSOFT CORPORATION
28411 N. WESTERN HIGHWAY
SUITE 640
SOUTHFIELD, MI 48034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.538** | **Nonpriority creditor's name and mailing address** | $1,550,000.00

THE BOSTON CONSULTING GROUP INC
PO BOX 75200
CHICAGO, IL 60675-5200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.539** | **Nonpriority creditor's name and mailing address** | $740.08

THE CREATIVE GROUP
PO BOX 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.540** | **Nonpriority creditor's name and mailing address** | $3,985.33

THE DENVER POST
101 W. COLFAX AVE
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.541** | **Nonpriority creditor's name and mailing address** | $646.84

THE DOUGLAS STEWART COMPANY INC
2402 ADVANCE ROAD
MADISON, WI 53718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 146 of 160

Debtor    CIBER, Inc.
_____          Case number *(if known)* ___17-10772 (BLS)___
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.542 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

THOMSON REUTERS
33317 TREASURY CENTER
CHICAGO, IL 60694-3300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | | $13,493.00 |

THOMSON WEST
WEST PAYMENT CENTER
P.O. BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | | $18,886.00 |

THRIVESOFT INC
22623 44TH DR SE
BOTHELL, WA 98021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | | $500.00 |

THRONE LAW OFFICE PC
ATTN: ANABELA GOMES
PO BOX 828
CHEYENNE, WY 82001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | | $53.70 |

TOHTI, GHEYRET
13621 KRISTIN PLACE
HERNDON, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 147 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.547** **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

TOPCONTRACTS GMBH
MITTERMAIERSTRAßE 31
HEIDELBERG, 69115
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** German Borrower and Guarantor to Credit Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.548** **Nonpriority creditor's name and mailing address**                                                    $5,612.82

Trailer Transit Inc.
1130 E US Highway 20
Porter, IN  46304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.549** **Nonpriority creditor's name and mailing address**                                                    $13,371.56

TRANSAMERICA TRAINING MANAGEMENT INC
6505 BLUE LAGOON DR
SUITE 105
MIAMI, FL  33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.550** **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

TRANSLEGAL
,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.551** **Nonpriority creditor's name and mailing address**                                                    $38,880.00

TRINGAPPS INC
511 5TH AVENUE
SUITE 1425
NEW YORK, NY  10176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 148 of 160

Debtor __CIBER, Inc._____
Name

Case number (if known) __17-10772 (BLS)__

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.552 | **Nonpriority creditor's name and mailing address** | $90.00 |

TRUESCREEN INC
PO BOX 1675
SOUTHAMPTON, PA  18966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.553 | **Nonpriority creditor's name and mailing address** | $25,217.00 |

TTP SOLUTIONS LLC
154 MARTHA LEEVILLE RD.
LEBANON, TN  37090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.554 | **Nonpriority creditor's name and mailing address** | $2,052.31 |

TW TELECOM
LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO  80291-0182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.555 | **Nonpriority creditor's name and mailing address** | $884.22 |

TYCO INTEGRATED SECURITY LLC
KEYSTONE US MANAGEMENT INC
10405 CROSSPOINT BLVD
INDIANAPOLIS, IN  46256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.556 | **Nonpriority creditor's name and mailing address** | $755.41 |

U-HAUL
PO BOX 52128
PHOENIX, AZ  85072-2128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 149 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.557** | **Nonpriority creditor's name and mailing address** | $ Undetermined

U.S. SECURITIES AND EXCHANGE COMMISION
BANKRUPTCY DEPARTMENT
OFFICE OF INVESTOR EDUCATION AND ASSISTANCE
100 F ST NE
WASHINGTON, DC  20549

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.558** | **Nonpriority creditor's name and mailing address** | $ Undetermined

UL DQS, INC.
ATTN: GENERAL COUNSEL
1130 WEST LAKE COOK RD
SUITE 340
BUFFALO GROVE, IL  60089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.559** | **Nonpriority creditor's name and mailing address** | $40,680.00

UNIVERSAL TECHNOLOGY SOLUTIONS LLC
54 RED ROCK
IRVINE, CA  92604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.560** | **Nonpriority creditor's name and mailing address** | $95.00

UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATION P.C.
P.O. BOX 55407
BIRMINGHAM, AL  35255-5407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.561** | **Nonpriority creditor's name and mailing address** | $3,011.98

UNSI, INC
GTT COMMUNICATIONS INC FKA UNSI
DEPT 111071
PO BOX 150421
HARTFORD, CT  06115-0421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 150 of 160

Debtor      CIBER, Inc.
_____
            Name

Case number *(if known)* ___17-10772 (BLS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.562** | **Nonpriority creditor's name and mailing address** | $82,228.00

US TECH SOLUTIONS INC
10 EXCHANGE PLACE
SUITE #1820
JERSEY CITY, NJ  07302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | $35,292.00

USM BUSINESS SYSTEMS, INC
14175 SULLYFIELD CIRCLE
SUITE 400
CHANTILLY, VA  20151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | $63,764.00

UVS INFOTECH LLC
603 SEVENTH ST, SUITE #302
LAUREL, MD  20707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | $46,118.46

V-SOFT CONSULTING GROUP, INC
2115 STANLEY GAULT PARKWAY
SUITE 200
LOUISVILLE, KY  40223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | $24,000.00

VAN STATEN & ASSOCIATES LLC
750 NORTH CEDAR STREET
SUITE 3
LANSING, MI  48906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 151 of 160

Debtor    CIBER, Inc.
_____
          Name

Case number (if known) __17-10772 (BLS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.567** | **Nonpriority creditor's name and mailing address** | $17,408.00

VENTURES UNLIMITED INC
309 FELLOWSHIP ROAD, SUITE 200
MOUNT LAUREL, NJ  08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.568** | **Nonpriority creditor's name and mailing address** | $21,600.00

VERISM SYSTEMS INC
2401 STANWELL DR
SUITE 460-3
CONCORD, CA  94520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.569** | **Nonpriority creditor's name and mailing address** | $18,781.95

VERIZON
PO BOX 646
BALTIMORE, MD  21265-0646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.570** | **Nonpriority creditor's name and mailing address** | $55,682.00

VIDHWAN INC
DBA E-SOLUTIONS
2 N MARKET STREET
SUITE 400
SAN JOSE, CA  95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.571** | **Nonpriority creditor's name and mailing address** | $ Undetermined

VINSON & ELKINS LLP
1001 FANNIN STREET
SUITE 2500
HOUSTON, TX  77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.572** | **Nonpriority creditor's name and mailing address** | | $1,750.00

VISANOW.COM INC
350 N LASALLE ST
SUITE 1400
CHICAGO, IL  60654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.573** | **Nonpriority creditor's name and mailing address** | | $35,840.00

VISION IT SERVICES INC
38345 W. TEN MILE RD
SUITE 340
FRAMINGTON HILLS, MI  48335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.574** | **Nonpriority creditor's name and mailing address** | | $11,254.47

VONAGE BUSINESS INC
DEPT LA 24441
PASADENA, CA  91185-4441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.575** | **Nonpriority creditor's name and mailing address** | | $40,820.00

VPJ CONSULTING LLC
37 MARYLAND AVENUE
UNIT 535
ROCKVILLE, MD  20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.576** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

WASHINGTON DC UNLCAIMED PROPERTY DIVISION
OFFICE OF THE CHIEF FINANCIAL OFFICER
1350 PENNSYLVANIA AVENUE, NW, SUITE 203
WASHINGTON, DC  20004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 153 of 160 |
|---|---|---|

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577** | **Nonpriority creditor's name and mailing address** | $42,401.01

WAV, INC.
PO BOX 7656
CAROL STREAM, IL  60197-7656

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.578** | **Nonpriority creditor's name and mailing address** | $869.30

WEEKES, MICHAEL
48 BAYHEAD LANE
OSPREY, FL  34229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.579** | **Nonpriority creditor's name and mailing address** | $3,511.51

WELLS FARGO SHAREOWNER SERVICES
SHAREOWNER SERVICES
PO BOX 64875
ST. PAUL, MN  55164-0875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.580** | **Nonpriority creditor's name and mailing address** | $16,288.64

WESTLAKES KPG III LLC
PO BOX 713873
CINCINNATI, OH  45271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.581** | **Nonpriority creditor's name and mailing address** | $101,179.60

WILSON SONSINI GOODRICH AND ROSATI PC
PO BOX 742866
LOS ANGELES, CA  90074-2866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582** | **Nonpriority creditor's name and mailing address** | $13,280.96

WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA  50010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | $6,250.00

WORKOUTLOUD LLC
4330 NORTH SHORE DR
ORONO, MN  55364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | $16,680.00

XCELTECH INC
2136 GALLOWS ROAD
SUITE F
DUNN LORING, VA  22027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | $38,256.85

XEROX CORPORATION
LOCKBOX #3992
PO BOX 8500
PHILADELPHIA, PA  19178-3992

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | $237.75

YALE MARKETING, LLC
25 ORVILLE DRIVE
SUITE 100
BOHEMIA, NY  11716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 155 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.587**   **Nonpriority creditor's name and mailing address**                                                        $26,280.00

YOCHANA IT SOLUTIONS INC
23000 COMMERCE DRIVE
FARMINGTON HILLS, MI  48335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.588**   **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

ZAYO
1821 30TH STREET
UNIT A
BOULDER, CO  80301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Legal Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.589**   **Nonpriority creditor's name and mailing address**                                                        $35,772.90

ZAYO GROUP LLC
PO BOX 952136
DALLAS, TX  75395-2136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.590**   **Nonpriority creditor's name and mailing address**                                                        $ Undetermined

ZIMMERMAN, LE ROY S.
3920 MARKET STREET
SUITE 351
CAMP HILL, PA  17011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☒ Yes

---

**3.591**   **Nonpriority creditor's name and mailing address**                                                        $25,275.60

ZODIAC SOLUTIONS INC
270 WEST LANCASTER AVE.
SUITE H-2
MALVERN, PA  19355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 156 of 160

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.592 | **Nonpriority creditor's name and mailing address** | | $28,820.00 |
|---|---|---|---|

ZUVEN TECHNOLOGIES INC
2222 W SPRING CREEK PKWY
#102
PLANO, TX  75023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  CIBER, Inc.
        Name

Case number (if known)  17-10772 (BLS)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  PENNSYLVANIA TURNPIKE COMMISSION<br>C/O ARCHER & GREINER, P.C. / JEFFREY M. SCOTT & JEFFREY M. KOLANSKY<br>ONE LIBERTY PLACE, 32ND FLOOR<br>1650 MARKET STREET<br>PHILIDELPHIA, PA  19103-7393 | Line 366<br><br>☐ Not listed. Explain _____ | |
| 2  HAWAII DEPARTMENT OF TRANSPORTATION<br>C/O KASOWITZ BENSON TORRES LLP / JASON TAKENOUCHI<br>101 CALIFORNIA STREET<br>SUITE 2300<br>SAN FRANCISCO, CA  94111 | Line 222<br><br>☐ Not listed. Explain _____ | |
| 3  CAMSOFT DATA SYSTEMS, INC.<br>C/O MELACON RIMES / JASON L. MELANCON<br>6700 JEFFERSON HWY.<br>BLDG. 6<br>BATON ROUGE, LA  70884 | Line 84<br><br>☐ Not listed. Explain _____ | |
| 4  DAYTONA STATE COLLEGE<br>C/O HOLLAND & KNIGHT<br>315 SOUTH CALHOUN STREET, SUITE 600<br>TALLAHASSEE, FL  32301 | Line 152<br><br>☐ Not listed. Explain _____ | |
| 5  JODEL JEROME<br>C/O THE LAW OFFICE OF LOUIZA TARASSOVA<br>2050 STATE ROAD 436, UNIT 144<br>WINTER PARK, FL  32792 | Line 272<br><br>☐ Not listed. Explain _____ | |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 159 of 160

Debtor    CIBER, Inc.
          _____    Case number *(if known)* 17-10772 (BLS)
          Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ _____ 2,002,823.57 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 33,797,794.87 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 35,800,618.44 <br> + undetermined amounts |

---

**Fill in this information to identify the case:**

Debtor name  CIBER, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                    (State)

Case number (If known):  17-10772 (BLS) _____  Chapter  11

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Vendor Agreement | 101 South Tryon Lp <br> 15601 Dallas Parkway <br> Suite 600 <br> Attn:  Lease Administration <br> Addison, TX  75001 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Staffing Services - 08/30/2016 | 1Mpact First <br> 2417 43RD ST <br> APT 3. SUITE A <br> ASTORIA, NY  11103 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Independent Consultant Agreement, dated 7 October 2016, between 3Bridge Solutions LLC and Seller | 3Bridge Solutions Llc <br> 3Bridge Solutions LLC <br> 920 Second Avenue S, Suite 650 <br> Minneapolis, MN  55402 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Staffing Services - 05/05/2016 | 4C Solutions, Inc. <br> 42 Beach Street <br> Boston, MA  02111 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Staffing Services - 06/16/2016 | 9 Dragon Consulting, Llc <br> 221. S. Melville St. <br> Philadelphia, PA  19139 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of 190

Debtor    CIBER, Inc.
          Name                                                      Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/21/2015 | A Better Consultant, Llc<br>1805 N. Quesada St.<br>Arlington, VA  22205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | A-Check America Inc<br>PO BOX 29048<br>GLENDALE, CA  91209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, dated March 21, 2014, between AARP SERVICES, INC. and Seller | Aarp<br>601 E St. NW<br>Attn.: Sarah Mika,<br>SVP and General Counsel<br>Washington, DC  20049 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement, dated 2/25/08, between AARP and Seller | Aarp<br>601 E St. NW<br>Attn.: Sarah Mika,<br>SVP and General Counsel<br>Washington, DC  20049 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - October 25, 2013 | Aarp<br>601 E St Nw<br>Washington, DC  20049-0001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Abc, Inc.<br>Researching Address<br>, |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated January 4, 2016, between Absorption Systems and Seller | Absorption Systems<br>436 Creamery Way<br>Exton, PA  19341 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name
                                                        Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Accel Networks Llc<br>4905 34 STREET SOUTH<br>#227<br>ST PETERSBURG, FL 33715 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/14/2016 | Accelsoir<br>13800 Coppermine Road<br>#118<br>Herndon, VA 20171 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Access Point Inc<br>1100 CRESCENT GREEN<br>SUITE 109<br>CARY, NC 27511-8105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Accuratenow<br>HIREASE, LLC<br>7515 IRVINE CENTER DRIVE<br>IRVINE, NC 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Accutech Data Suppliers Inc<br>PO BOX 6930<br>VENTURA, CA 93006-6930 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 11/28/2011 | Ace Technologies<br>237 S. Zanker Road<br>Suite 250<br>San Jose, CA 95131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/20/2016 | Aclat, Inc.<br>5 East College Drive<br>Suite 100<br>Arlington Heights, IL 60004 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.             Case number *(if known)*   17-10772 (BLS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement, dated June 13, 2013, between Acro Service Corporation and Seller | Acro Service Corporation<br>39209 West Six Mile Road<br>Suite 250<br>Livonia, MI  48152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Associate Vendor Agreement, dated August 19, 2016, between Acro Service Corporation and Seller | Acro Service Corporation<br>39209 West Six Mile Road<br>Suite 250<br>Livonia, MI  48152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Subcontracting Agreement, dated January 15, 2016, between ACT 1 Group Inc. (dba Agile-1) and Seller | Act 1 Group Inc. (D/B/A Agile-1)<br>1999 W. 190th Street<br>Torrance, CA  90504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement, dated December 2, 2011, between Actifio, Inc. and Seller | Actifio, Inc.<br>333 Wyman Street<br>Waltham, MA  02541 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Acuity Specialty Hospital Of Ohio Valley<br>4697 Harrison Street, 2nd floor<br>Bellaire, OH  43906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 09/25/2013 | Acumen Solutions<br>2002 Casa Dulce Way<br>Plumas Lake, CA  95961 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Adcom Worldwide<br>PO BOX 844722<br>DALLAS, TX  75284-4722 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          _____
          Name

Case number *(if known)*  17-10772 (BLS)
                          _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement, dated November 11, 2011, between the Administrative Office of Pennsylvania Courts and Seller, as amended as of March 12, 2015 | Administrative Office Of Pennsylvania Courts Attn: Leah Somers 601 Commonwealth Ave, Ste 1500 PO Box 61260 Harrisburg, PA 17106-1260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Adobe Systems Incorporated ATTN: ACCOUNTS RECEIVABLE 345 PARK AVE SAN JOSE, CA 95110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 08/14/2013 | Adroit Associates Inc. 100 Wood Ave South Suite 108 Iselin, NJ 08830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/21/2014 | Adroit Software Inc. 276 Turnpike Road #222 Westborough, MA 01581 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Adt Security Services Inc. 2250 WEST PINEHURST BLVD. SUITE 100 ADDISON, IL 60101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Associate Supplier Master Services Agreement EMC ASMSA#6430, dated August 26, 2016, between Advantage Technical Resourcing, Inc. and Seller | Advantage Technical Resourcing, Inc. 220 Norwood Park South Norwood, MA 02062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Associate Supplier Master Services Agreement, VCE Company, LLC, ASMSA #6430, dated July 21, 2015 | Advantage Technical Resourcing, Inc. 220 Norwood Park South Norwood, MA 02062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          _____    Case number (if known)  17-10772 (BLS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Advent Global Solutions, Inc.<br>12777 JONES ROAD #445<br>HOUSTON, TX 77070 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated April 5, 2012, between Adventist Health System Sunbelt Healthcare Corporation and Seller | Adventist Health System<br>Attn: Joel Littell<br>902 Inspiration Ave<br>Altamonte Springs, FL 32714 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated May 13, 2016, between AECOM and Seller | Aecom<br>300 S. Grand Ave., 2nd Floor<br>Attn: Director, IT Procurement<br>Los Angeles, CA 90071 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated May 21, 2012, between AES Big Sky, LLC and Seller | Aes Big Sky, Llc<br>4300 Wilson Boulevard<br>Attn: Hugo Vasquez<br>Arlington, VA 22203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Affiniti Pa Llc<br>9208 WATERFORD CENTRE BLVD.<br>SUITE 150<br>AUSTIN, TX 78758 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Contract NC105, undated, between Agency for State Technology (f/k/a Northwood Shared Resource Center) and Seller | Agency For State Technology (Formerly Northwood Shared Resource Center)<br>ATTN: RONDA PEARSON<br>2585 SHUMARD OAK BLVD<br>TALLAHASSEE, FL 32399 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Agile 1<br>100 Universal City Plaza<br>Universal City, CA 91608 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 01/21/2013 | Agile Enterprise Solutions Inc.<br>1620 Central Avenue<br>#202<br>Cheyenne, WY  82001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 11/17/2009 | Agile Global Solutions Inc.<br>Attn:  Raja Krishnan<br>13389 Folsom Boulevard<br>#300-143<br>Folsom, CA  95630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 09/09/2016 | Agile Zone<br>10158 E. Avondale Dr.<br>Ypsilanti, MI 48198 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Ainsworth Pet Nutrition<br>984 Water St.<br>Meadville, PA  16335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 02/22/2016 | Ak Group Llc<br>6195 Old Brownsville Road<br>Memphis, TN  38135 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Alabama State University<br>915 S Jackson St<br>Montgomery, AL  36104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Employement and Confidentiality Agreement - 09/16/2016 | Alan Glaesar<br>7211 SHILOH ROAD<br>MIDLOTHIAN, TX  76065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Alcoa Energy Services<br>390 Park Ave.<br>New York, NY  10022 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.49** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Services Agreement - April 1, 2010 | Allegheny Technologies Incorporated<br>Attn: Derek Ausk<br>1000 Six PPG Place, 9th Floor<br>Pittsburgh, PA  15222 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.50** | **State what the contract or lease is for and the nature of the debtor's interest** | Share Purchase Agreement, dated as of February 3, 2017 | Allgeier Se<br>Dr. Christopher Große<br>Wehrlestraße 12<br>Munich, D-81679<br>GERMANY |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.51** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Allianz Global Investors Us<br>555 Mission St Ste 1700 #1700 #3000<br>San Francisco, CA  94105 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.52** | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 12/29/2013 | Allocent Llc<br>22722 29th Drive SE<br>Bothell, WA  98021 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.53** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Amcor<br>10521 S. Highway, M-52<br>Manchester, MI  48158 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services Agreement, dated February 11, 2013, between Amdocs, Inc. and Seller | Amdocs, Inc.<br>Attn: Shauntel Villarreal<br>2301 North Greenville Avenue<br>Richardson, TX  75082 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor ____CIBER, Inc._____     Case number (if known) __17-10772 (BLS)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services Agreement, dated January 17, 2013, between Amdocs, Inc. and Seller | Amdocs, Inc. Attn: Shauntel Villarreal 2301 North Greenville Avenue Richardson, TX  75082 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 12/15/2016 | Amensys Inc. Attn:  Contracts Department 860 Hebron Pkwy Suite# 604, Lewisville, TX  75057 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated February 25, 2016, between American Apparel, LLC and Seller | American Apparel, Llc 747 Warehouse Street Attn.:  Chief Information Officer Attn.: Senior Counsel Los Angeles, CA  90021 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement,  dated [unknown], between American Apparel, LLC and Seller | American Apparel, Llc 747 Warehouse Street Los Angeles, CA  90021 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Use Agreement, dated May 12, 2014, between American Association of Poison Control Centers and Seller | American Association Of Poison Control Centers 515 King St Ste 500 Suite 510 Alexandria, VA  22314 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Consulting Services Agreement - October 13, 2005 | American Association Of Poison Control Centers 515 King St Ste 500 Suite 510 Alexandria, VA  22314 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated May 15, 2016, between American Cast Iron Pipe Company and Seller | American Cast Iron Pipe Company 1501 31 51 Ave North Attn: John Barnhart Birmingham, AL  35207 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor     CIBER, Inc.                                                Case number (if known)  17-10772 (BLS)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | American Center Llc<br>27777 FRANKLIN RD<br>SOUTHFIELD, MI  48034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 27777 Franklin Road, Suite 1050, Southfield, Michigan 48034 - 06/26/2015 | American Center, Llc<br>One Towne Square<br>Suite 1600<br>Southfield, MI  48076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement, dated February 26, 2016, between American CyberSystems, Inc. and Seller | American Cybersystems, Inc.<br>2400 Meadowbrook Parkway<br>Attn.: General Counsel<br>Duluth, GA  30096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Services Commercial Account Agreement - 05/24/2010 | American Express Travel Related Services Company, Inc.<br>Corporate Services Operations<br>AESC-P<br>20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ  85027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | American Integrity Mga, Llc<br>5426 Bay Center Dr #650,<br>Tampa, FL  33609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 10, 2017, between American Integrity MGA, LLC and Seller | American Integrity Mga, Llc<br>5426 Bay Center Dr #650<br>Attn.: Victor Mandes<br>Tampa, FL  33609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | American Partners<br>BG STAFFING LLC<br>5000 LEGACY DREIVE<br>SUITE 350<br>PLANO, TX  75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name                                                    Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | American Registry Of Internet Numbersltd 3635 CONCORDE PARKWAY SUITE 200 CHANTILLY, VA 20151 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | American Unit, Inc. 2901 N. Dallas Pkwy, Suite 333 Plano, TX 75093 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Contracting Services Agreement, dated July 17, 2006, between AmerisourceBergan Corp. and Seller | Amiersourcebergan Corp. 1300 Morris Drive Chesterbrook, PA 19087 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 11/09/2009 | Amtek Enterprises, Inc. 4699 Old Ironside Dr., Ste. 270 Santa Clara, CA 95054 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Amtex Enterprises, Inc 4699 Old Ironside Dr., Ste. 270 Santa Clara, CA 95054 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 05/01/2014 | Amtex Systems Inc. 50 Broad Street 801 New York, NY 10004 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement - 11/03/2011 | Andhus Technologies, Inc. 650 E. Devon Ave. Suite 131 Itasca, NY 60143 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor _____CIBER, Inc._____          Case number (if known) __17-10772 (BLS)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | CiberLaw Maintenance and Support Agreement, dated October 1, 2015, between Anoka County Attorney and Seller. | Anoka County Attorney 2100 3rd Avenue Anoka, MN  55503-2265 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated July 2009, between AO North America and Seller | Ao North America Attn: Don Webb Development Manager 1700 Russell Road Paoli, PA  19301 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Aon Consulting/Radford Surveys PO BOX 100137 PASADENA, CA  91189-0137 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Staffing Company Agreement - March 10, 2014 | Apc Workforce Solutions Llc,  D/B/A Zerochaos ATTN: ACCOUNTS PAYABLE 420 S. ORANGE AVE., STE 600 ORLANDO, FL  32801 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Indirect Materials And Logistics Services Purchasing – General Terms & Conditions | Apc Workforce Solutions Llc, D/B/A Zerochaos ATTN: ACCOUNTS PAYABLE 420 S. ORANGE AVE., STE 600 ORLANDO, FL  32801 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | ZeroChaos User Access and License Agreement - 3/22/2014 | Apc Workforce Solutions, Llc D/B/A Zerochaos ATTN: ACCOUNTS PAYABLE 420 S. ORANGE AVE., STE 600 ORLANDO, FL  32801 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Pay Agent Services Agreement - 3/31/2015 | Apc Workforce Solutions, Llc D/B/A Zerochaos ATTN: ACCOUNTS PAYABLE 420 S. ORANGE AVE., STE 600 ORLANDO, FL  32801 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Debtor ____CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Application Verification Inc<br>825 EAST PITTSBURGH PLAZA<br>EAST PITTSBURGH, PA  15112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Aramark Refreshment Services<br>102 MAYFIELD AVE<br>EDISON, NJ  08837 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Arbitech Llc<br>15330 BARRANCA PKWY<br>IRVINE, CA  92618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 05/11/2015 | Arisma Group Llc<br>1846 E. Rosemeade Pkwy<br>Carrollton, TX  75056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated February 13, 2014, between Arizona Chemical Company, LLC and Seller | Arizona Chemical Company, Llc<br>4600 Touchton Road East<br>Suite 1200<br>Jacksonville, FL  32246 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Reciprocal Confidential Disclosure Agreement, dated February 13, 2014, between Arizona Chemical Company, LLC and Seller | Arizona Chemical Company, Llc<br>4600 Touchton Road East<br>Suite 1200<br>Jacksonville, FL  32246 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Arlington County and Seller | Arlington County<br>Attn: Ajit Arya<br>2100 Claredon Blvd, Ste 302<br>Arlington, VA  22201 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name                                                    Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Arrow Enterprise Computing Solution Inc 13219 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Arrow Global Asset Disposition Inc 62795 COLLECTION CENTER DRIVE CHICAGO, IL  60693-0627 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 1, 2016, between Ascensia Diabetes Care US Inc. and Seller | Ascensia Diabetes Care Us Inc. 5 Wood Hollow Road Attn: Procurement Parsippany, NJ  07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated December 1, 2013, between AstraZeneca Pharmaceuticals LP and Seller | Astrazeneca Pharmaceuticals Lp PO BOX 15437 WILMINGTON, DE  19850-5437 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | At&T NATIONAL BUSINESS SERVICES PO BOX 78405 PHOENIX, AZ  85062-8405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | At&T Corp NATIONAL BUSINESS SERVICES PO BOX 9004 CAROL STREAM, IL  60197-9004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Telecom Services - 03/11/2014 | At&T Mobility National Accounts Llc NATIONAL BUSINESS SERVICES PO BOX 9004 CAROL STREAM, IL  60197-9004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Atem Corporation<br>275 SARATOGA AVE., STE 260<br>SANTA CLARA, CA  95050 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Attunity, Inc. Reseller Agreement, dated June 3, 2015, between Attunity, Inc. and Seller | Attunity, Inc.<br>Attunity, Inc.<br>70 Blancahrd Road<br>Burlington, MA  01803 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 07/25/2016 | Avco Consulting Inc.<br>38 Front Street<br>Unit #4<br>Worcester, MA  06108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Avention Inc<br>300 BAKER AVENUE<br>CONCORD, MA  01742 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated October 20, 2016, between AvidXchange, Inc. and Seller | Avidxchange, Inc.<br>1111 Metropolitan Avenue, Suite 650<br>Attn: Legal Department<br>Charlotte, NC  28204 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Avis and Budget Worldwide Rate Agreement - 08/15/2016 | Avis Budget Car Rental, Llc<br>6 Sylvan Way<br>Parsippany, NJ  07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Agreement - 08/15/2012 | Avis Budget Car Rental, Llc<br>6 Sylvan Way<br>Parsippany, NJ  07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___CIBER, Inc._____
 Name

Case number *(if known)* __17-10772 (BLS)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.104** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Avnet Inc<br>11305 FOUR POINTS DRIVE<br>BUILDING 1 SUITE 170<br>AUSTIN, TX  78726 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.105** | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Staffing Services Agreement - 06/12/2015 | Axsium Group Ltd.<br>Attn:  Legal Department<br>67 Mowat Avenue<br>Suite 432<br>Toronto, ON  M6K 3E3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.106** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Service Agreement For Professional Services - September 1, 2011 | Bayer Business And Technology Services Llc<br>100 Bayer Road<br>Pittsburgh, PA  15205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.107** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Service Agreement - March 4, 1997 | Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, PA  15205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.108** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement for Professional Services, dated January 6, 2017, between Bayer U.S. LLC and Seller | Bayer U.S. Llc<br>100 Bayer Boulevard<br>Whippany, NJ  07981 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.109** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated February 3, 2016, between Baylor Miraca Genetics Labs and Seller | Baylor Miraca Genetics Labs<br>2450 Holcombe Blvd.<br>Suite 0104<br>Houston, TX  77021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.110** | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 01/01/2014 | Bayside Technology, Llc<br>11668 Claymont Cir.<br>Windermere, FL  34786 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     CIBER, Inc.
           Name

Case number (if known)  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated April 11, 2016, between BBA Aviation USA Inc. and Seller | Bba Aviation Usa Inc.<br>201 S. Orange Ave.<br>Attn: Legal Dept, Suite 1290<br>Orlando, FL  32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated April 28, 2016, between BBVA Bancomer and Seller | Bbva Bancomer<br>5075 Westheimer Road<br>Suite 1260 West<br>Houston, TX  77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Bcs Group Llc<br>4005 HARDIN CREEK RD<br>CLIFTON, TN  38425 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement, dated June 9, 2011, between BCS Group, LLC and Seller | Bcs Group, Llc<br>4005 HARDIN CREEK RD<br>CLIFTON, TN  38425 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Beacon Hill Staffing Group Llc<br>152 Bowdoin St<br>Boston, MA  02108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Beam Global<br>222 W Merchandise Mart Plaza #470, 16th Floor<br>Chicago, IL  60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - September 14, 2016 | Beam Suntory Inc.<br>510 Lake Cook Road , IL<br>Deerfield, IL  60015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Beeline Managed Supplier Program Supplier Services Agreement, undated, between Beeline.com, Inc. and Seller | Beeline.Com, Inc. Attn: Ronald Mowat 36455 Corporate Dr Farmington Hills, MI 48331 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 101 South Tryon Street, Suite 2550, Charlotte, North Carolina 28280 - 05/31/2010 | Behringer Harvard 101 S. Tryon Lp 15601 Dallas Parkway Suite 600 Attn: Lease Administration Addison, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Benton County, Wa District Attorney 620 Market Street Prosser, WA 99350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/14/2016 | Berachah Technologies Inc. 1245 Hurstview Dr. Suite 202D Hurst , TX 76053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Big Heart Pet Brands - Canada ONE MARITIME PLAZA SAN FRANCISCO, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 13, 2015, between Big-D Corporation and Seller | Big-D Corporation Attn: Shaun Orr 404 W 400 S Salt Lake City, UT 84101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Bigheartpetbrand One Maritime Plaza San Francisco, CA 94119-3575 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 05/04/2015 | Biltmore Technology Inc. 10997 W 179th Terr Bucyrus, KS  66013 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 12/05/2016 | Biztekus Inc. 856 Route 206 Building C Suite 15, Hillsborough NJ 08844 Building C Suite 15 Hillsborough, NJ  08844 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Placement Agreement, dated September 10, 2016, between Bloomz and Seller | Bloomz 8335 165th Ave. Redmond, WA  98052 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Placement Agreement, dated October 10, 2016, between Bloomz and Seller | Bloomz 8335 165th Ave Redmond, WA  98052 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Insurance Plan Agreement | Blue Care Network 20500 Civic Center Drive MC C440 Attention: Josandra Horvath Southfield, MI  48076 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Blue Cross / Blue Shield Of Nc P.O Box 2291 Durham, NC  27702 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Blue Cross / Blue Shield Of Ri 500 Exchange St Providence, RI  02903 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor _____CIBER, Inc._____        Case number (if known) __17-10772 (BLS)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Blue Cross Blue Shield Of Michigan<br>600 East Lafayette Boulevard<br>Detroit, MI  48226 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting and Services agreement, dated April 16, 2009, between Blue Cross Blue and Blue Shield of North Carolina and Seller | Blue Cross Blue Shield Of North Carolina<br>5901 Chapel Hill Road<br>Attn: Manager, Talent Acquisition<br>Durham, NC  27707 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Non-Exclusive Agency Agreement, dated May 16, 2016, between Blue Cross and Blue Shield of North Carolina and Seller | Blue Cross Blue Shield Of North Carolina<br>5901 Chapel Hill Road<br>Attn: Manager, Talent Acquisition<br>Durham, NC  27707 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Blue Valley Ks Unified School Dist 229<br>15201 Monrovia St<br>Shawnee Mission, KS  66221 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Bluestar<br>28487 NETWORK PLACE<br>CHICAGO, IL  60673-1284 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Bmc Software, Inc.<br>PO BOX 301165<br>DALLAS, TX  75303-1165 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/05/2015 | Bnet Consulting Inc.<br>3529 217th PL SE<br>Bothell, WA  98021 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name                                                    Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate addendum dated March 1, 2012, between The Board of Trustees of the Leland Stanford Junior University and Seller | Board Of Trustees Of The Leland Stanford Junior University 340 Bonair Siding Road Purchasing and Contracts, Attn.: Marina Morilla Stanford, CA  94305-7250 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Stanford University Master Consultant Services Agreement Not-To-Exceed, dated March 1, 2012 | Board Of Trustees Of The Leland Stanford Junior University 340 Bonair Siding Road Purchasing and Contracts, Attn.: Marina Morilla Stanford, CA  94305-7250 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Technical Assistance Agreement, dated November 14, 2014, between the Boeing Company and Seller | Boeing Company Attn: Diane Hornsby 707 South Grady Way, Triton Towers Three Renton, WA  98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 1, 2009, between The Boeing Company and Seller | Boeing Company ATTN: MARY BARTLETT PO BOX 3707 M/S 6X-85 SEATTLE, WA  98124-2207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Boise Paper Holding Co. 1111 W Jefferson St Suite 200 Boise, ID  83702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement - 06/06/2011 | Booby Stevenson 6601 E. POWERS GREENWOOD VILLAGE, CO  80111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Boston Market Corp. 14103 Denver West Parkway Golden, CO  80401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
Name

Case number *(if known)* 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 01/31/2017 | Brain Graph Technologies, Llc<br>11103 Masters Way<br>Alpharetta, GA  30005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Brand Alliance Llc<br>ACTIVATE PROMOTIONAL MARKETING LLC<br>13325 SOUTH POINT BLVD, SUITE 100<br>CHARLOTTE, NC  28273 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/17/2015 | Brand Elp, Llc<br>4575 Dean Martin Dr.<br>#2306<br>Las Vegas, NV  89103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement, dated February 27, 2015, between Brand ERP, LLC and Seller | Brand Erp, Llc<br>4575 Dean Martin Dr. Unit 2306<br>Las Vegas, NV  89103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated May 26, 2016, between Branding Brand, Inc. and Seller | Branding Brand, Inc.<br>2313 E. Carson Street<br>Attn: Legal Department<br>Pittsburgh, PA  15203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/01/2015 | Brenda Ferguson<br>7277 BRIGHTON CT.<br>CASTLE ROCK, CO  80108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Brentwood Scottsdale Llc<br>C/O WILSON PROPERTY SERVICES INC<br>8120 E CACTUS RD #300<br>SCOTTSDALE, AZ  85260 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 8700 East Vista Bonita Drive, Suite 100, Scottsdale, Arizona 85255 - 06/26/2014 | Brentwood Scottsdale, Llc c/o Wilson Property Services, LLC 8120 East Cactus Road Suite 300 Attn: Property Management Division Scottsdale, AZ 85260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/30/2017 | Bridgetown Consulting Group Inc. 200 Centennial Ave. Suite 200 Piscataway, NJ 08854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Brite Systems Inc 101 WEST OHIO STREET SUITE 1010 INDIANAPOLIS, IN 46024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement-Staff Augmentation dated September 23, 2015, between Brook Solutions, LLC and Seller | Brook Solutions, Llc 2500 Dallas PKWY Attn: Legal Department Plano, TX 75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/06/2016 | Bry Co 1605 Aqueduct Ct. Tom's River, NJ 08755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Business Information Group, Inc. PO BOX 1675 SOUTHAMPTON, PA 18966 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 01/04/2017 | Busitants Inc. 10 Dorrance St. Suite 700 Providence, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____    Case number *(if known)* __17-10772 (BLS)__
                        Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Butte County Consolidated Courts<br>One Court Street<br>Oroville, CA  95965 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | By Appointment Only, Inc.<br>100 BRICKSTONE SQUARE<br>SUITE 501<br>ANDOVER, MA  01810 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Byndl Amc, Llc<br>13555 SE 36th St, Suite 270<br>Bellevue, WA  98006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ca Inc.<br>PO BOX 933316<br>ATLANTA, GA  31193-3316 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Partner Foundation Agreement, dated September 30, 2014, between CA, Inc and Seller | Ca, Llc<br>Researching Address<br>, |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Cabela'S - Canada<br>1 Cabela Dr.<br>Sidney, NE  69160 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement - 2/10/2016 | Cabela'S Incorporated<br>Attn: IT Procurement<br>PO Box 219<br>Sidney, NE  69162 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.167** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Agreement - August 3, 2010 | Cabela'S Incorporated<br>Attn: IT Procurement<br>PO Box 219<br>Sidney, NE  69162 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.168** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated September 3, 2014, between Calaveras County and Seller | Calaveras County<br>Calaveras County District Attorney's Office, Barbara Yook, District Attorney<br>891 Mountain Ranch Road<br>San Andreas, CA  95249 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.169** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated November 4, 2016, between Calaveras County and Seller | Calaveras County<br>Calaveras County District Attorney's Office, Barbara Yook, District Attorney<br>891 Mountain Ranch Road<br>San Andreas, CA  95249 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.170** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated August 25, 2015, between Calaveras County and Seller | Calaveras County<br>Calaveras County District Attorney's Office, Barbara Yook, District Attorney<br>891 Mountain Ranch Road<br>San Andreas, CA  95249 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.171** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 01/25/2015 | Calculum Partners, Llc<br>3218 E. Colonial Drive<br>Suite G<br>Orlando, FL  32803 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.172** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement (No. S10A-0005), effective August 25, 2010, between California State Teachers' Retirement System ("CalSTRS") and Seller | Calstrs<br>California State Teachers' Retirement System<br>100 Waterfront Place, Mail Stop 30<br>West Sacramento , CA  95605 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.173** | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement (for purchase and implementation of Attunity Gold Client Solution Suite Software) (No. 4400001454), dated March 31, 2016 | Calstrs<br>Joseph Isaacs, Senior Administrative Analyst<br>California State Teachers' Retirement System, 100 Waterfront Place, Mail Stop []<br>West Sacramento, CA  95605 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name                                                          Case number (if known)  17-10772 (BLS)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement, effective June 30, 2011, between CalSTRS and Seller | Calstrs<br>California State Teachers' Retirement System<br>100 Waterfront Place, Mail Stop 30<br>West Sacramento , CA  95605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 01/14/2015 | Camano Solutions Llc<br>2632 30TH CT NE<br>ISSAQUAH, WA  98029 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Canon Financial Services, Inc<br>14904 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Capgemini America, Inc.<br>GA-Ravinia Admin Office<br>Atlanta, WA  98006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement, dated October 16, 2013, between Capgemini Financial Services USA and Seller | Capgemini Financial Services Usa<br>Capgemini Financial Services USA Inc.<br>6400 Shafer Court, Suite 100<br>Rosemont , IL  60018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 01/22/2013 | Carol Kline<br>751 International Isle Drive<br>Castle Rock, CO  80108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Carolina Biological Supply Co<br>2700 York Road<br>Burlington, NC  27215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 26 of 190

Debtor    CIBER, Inc.
Name    Case number (if known)  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 01/05/2016 | Casey Zaugg<br>14767 HADDINGTON RD<br>DRAPER, UT  84020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 01/01/2014 | Cassandra Nguyen<br>1301 NORMANDY DRIVE<br>SOUTHLAKE, TX  76092 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/16/2016 | Cat Technology Inc.<br>411 Hackensack Avenue<br>Floor 7<br>Hackensack, NJ  07601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Assignment to Ron Hoyle (Consultant), attached to General Services Agreement, dated May 7, 2003, between Central Steel & Wire Company and Seller | Central Steel & Wire Company<br>Attn: Frank Budz<br>3000 W 51 ST<br>Chicago, IL  60632-2122 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/24/2015 | Centraprise Corp<br>3 Ethel Rd<br>Suite 304<br>Edison , NJ  08817 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement - 07/14/2011 | Centurylink<br>PO BOX 1319<br>CHARLOTTE, NC  28201-1319 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Centurylink<br>PO BOX 1319<br>CHARLOTTE, NC  28201-1319 |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 27 of 190

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Centurylink Technology Solutions<br>13322 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693-0133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.189** | State what the contract or lease is for and the nature of the debtor's interest | Ceridian Change Control / Agreement Amendment Form, dated November 10, 2014 | Ceridian Change Control<br>Corporate Offices<br>3311 E. Old Shakopee Road<br>Minneapolis, MN  55425 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.190** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ceridian Hcm Inc<br>3311 E OLD SHAKOPEE RD<br>MINNEAPOLIS, MN  55425 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.191** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - May 27, 2015 | Ceridian Hcm, Inc.<br>3311 E OLD SHAKOPEE RD<br>MINNEAPOLIS, MN  55425 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.192** | State what the contract or lease is for and the nature of the debtor's interest | Agreement, dated October 13, 2014, between Ceridian UK Limited and Seller | Ceridian Uk Limited<br>100 Longwater Avenue<br>GreenPark<br>Reading, RG2 6GP<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.193** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Services Agreement (Interface Modification for Faculty Workload and Teaching Assignments) (No. 16C0020), dated September 9, 2016 | Cerritos Community College District<br>Rick Miranda, VP of Academic Affairs<br>Cerritos Community College District, Purchasing Department, 11110 Alondra Boulevard<br>Norwalk, CA  90650 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.194** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Services Agreement (No. 14C0175), dated April 29, 2015, between Cerritos Community College District and Seller | Cerritos Community College District<br>Mark B. Logan, CPM, CPPO, Director of Purchasing<br>Cerritos Community College District, Purchasing Department, 11110 Alondra Boulevard<br>Norwalk, CA  90650 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)* 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Placement Agreement, dated April 3, 2017, between Chardam Gear and Seller | Chardam Gear<br>Mound Road<br>Sterling Heights, MI |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Chardham Gear<br>40805 Mound Road<br>Sterling Heights, MI  48310 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Employement and Confidentiality Agreement - 01/21/2016 | Charles Parker<br>2417 CORBY DR. PLANO<br>PLANO, TX  75025 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/26/2016 | Charter Global Inc.<br>7000 Central Parkway<br>Suite 1100<br>Atlanta, GA  30328 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/14/2015 | Chateck, Inc.<br>22722 29th Dr SE<br>Suite 100<br>Bothell, WA  98021 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Chg Healthcare<br>6440 S Millrock Drive<br>Salt Lake City, UT  84121 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated June 24, 2015, between Chiltern International, Inc. and Seller | Chiltern International, Inc.<br>4000 Centre Green Way, Ste. 300<br>Attn: General Counsel<br>Cary, NC  27513 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.202** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 06/27/2011 | Chris Batson<br>5920 S. AKRON CIRCLE<br>GREENWOOD VILLAGE, CO  80111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.203** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/14/2014 | Christian Mezger<br>28 CORAL PLACE<br>GREENWOOD VILLAGE, CO  80111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Christopher & Banks<br>2400 Xenium Ln N<br>Plymouth, MN  55441 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ciak Laboratories, Inc.<br>56 PINE STREET SUITE 3-A<br>PROVIDENCE, RI  02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ciber Deutschland Ag<br>6 WESTBELT<br>WAYNE, NJ  7470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Resource Sharing Agreement, dated January 1, 2012, between Ciber Germany and Seller | Ciber Germany<br>SPEYERER STRABE 14<br>HEIDELBERG, 69115 HEIDELBERG<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Resource Sharing Agreement, dated January 1, 2012, between Ciber Germany and Seller) | Ciber Germany<br>SPEYERER STRABE 14<br>HEIDELBERG, 69115 HEIDELBERG<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____
　　　　　　　Name

Case number *(if known)* __17-10772 (BLS)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement SAP Consulting and First Level Support for End Customer: AXENS, effective December 11, 2013 | Ciber Managed Services Gmbg (Ciber Ag/Germany) FAHNENBERGPLATZ 1 FREIBURG, 79098 FREIBURG GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement Service Management Support for End Customer: Merz Pharma GmbH & Co, dated February 5, 2014 | Ciber Managed Services Gmbh (Ciber Ag/Germany) FAHNENBERGPLATZ 1 FREIBURG, 79098 FREIBURG GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Inter-company Project Agreement to the Professional Services Agreement, dated April 15, 2014, between Ciber NL and Seller | Ciber Nl EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Inter-company Project Agreement to the Professional Services Agreement, dated May 1, 2014, between Ciber NL and Seller | Ciber Nl EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Inter-company Project Agreement to the Professional Services Agreement, dated June 1, 2014, between Ciber NL and Seller | Ciber Nl EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Inter-company Project Agreement to the Professional Services Agreement, dated July 1, 2014, between Ciber NL and Seller | Ciber Nl EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Inter-company PLS NA Project Agreement, dated March 27, 2014, between Ciber NL and Seller | Ciber Nl EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company PLS NA Project Agreement, dated June 30, 2014, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company PLS NA Project Agreement, dated September 1, 2014, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company PLS NA Project Agreement - Team2 Ram-Up (Dec), dated November 19, 2014, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated May 4, 2015, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated September 24, 2015, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated December 11, 2015, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated January 20, 2016, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated May 23, 2016, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Inter-company Project Agreement to the Professional Services Agreement, dated May 19, 2014, between Ciber NL and Seller | Ciber NI EINDHOVEN MEERKOLLAAN 15 5613 EINDHOVEN, NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Intercompany Project Agreement for Novartis - eLogBook, dated January 1, 2014, between Ciber Novasoft and Seller | Ciber Novasoft SPEYERER STRABE 14 HEIDELBERG, 69115 HEIDELBERG GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Intercompany Project Agreement for ESSBASE consulting resources for Beam Global, dated January 31, 2014, between CIBER Owning Organization and Seller | Ciber Owning Organization Researching Address , |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Intercompany Project Agreement for ESSBASE consulting resources for Beam Global, dated August 1, 2013, between CIBER Owning Organization and Seller | Ciber Owning Organization Researching Address , |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Cincinnati Bell Company ANY DISTANCE P O BOX 741840 CINCINNATI, OH  45274-1840 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Indirect Channel Partner Agreement, dated March 2011, between Cisco Systems, Inc and Seller | Cisco Systems, Inc. 170 West Tasman Drive San Jose, CA  95134-1706 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       Page 33 of 190

Debtor     CIBER, Inc.                       Case number *(if known)* __17-10772 (BLS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Cisco Webex Llc<br>16720 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Citicorp North America, Inc<br>399 Park Ave<br>New York, NY  10022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/01/2016 | Citra Group Inc.<br>13053 Elm Tree Drive<br>Suite 102<br>Herndon, VA  20171 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Infor/Lawson Upgrade | City And Borough Of Juneau<br>Attn: Matt Scranton, MIS Director<br>155 S. Seward Street<br>Juneau, AK  99801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | City Of Arlington, Tx<br>101 West Abram Street<br>Arlington, TX  76010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Contract Employee Services Agreement (No. 1100373), dated May 15, 2014, between City of Charlotte and Seller | City Of Charlotte<br>Kay Elmore, Chief Procurement Officer<br>City of Charlotte 600 East Fourth St.<br>Charlotte, NC  28202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Contract to Provide IT Contract Professional Services (No. 2016000679), December 1, 2015, between City of Charlotte and Seller | City Of Charlotte<br>Kay Elmore, Chief Procurement Officer<br>City of Charlotte 600 East Fourth St.<br>Charlotte, NC  28202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
Name

Case number (if known)    17-10772 (BLS)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement dated 10/24/2016 | City Of Fort Lauderdale, A Florida Municipality<br>100 North Andrews Avenue<br>Fort Lauderdale, FL 33301-1016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | City Of Philadelphia Pa<br>City Hall, Room 215<br>Philadelphia, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement (Computer and Information Services) (No. 140505), dated June 6, 2014 | City Of Philadelphia, Office Of Innovation And Technology<br>Office of Innovation and Technology [Att. Chris Donato]<br>1234 Market St. 18th Floor.<br>Philadelphia, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Agreement, Agreement 15-113 for On-Call IT Development Support Services - Ciber, Inc., dated February 10, 2016 | City Of Seattle - Dot<br>Jim Thurnau<br>Seattle Department of Transportation<br>700 Fifth Avenue, Suite 3800<br>PO Box 34996<br>Seattle, WA 98124-4996 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | City Of South Salt Lake<br>220 East Morris Ave, Ste. 200<br>South Salt Lake, UT 84115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated April 24, 2014, between City of Syracuse and Seller | City Of Syracuse<br>233 East Washington Street<br>Syracuse, NY 13202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | City Of Tallahassee<br>300 S. Adams St.<br>Tallahassee, FL 32301 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
                Name                                                                     Case number *(if known)*   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Clark Co Dept Of Social Services-Aces<br>500 S Grand Central Pkwy<br>Las Vegas, NV  89155 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement, dated July 1, 2014, between Clark County, Nevada and Seller | Clark County, Nevada<br>Chief Information Officer, Clark County Department of Information Technology<br>500 South Grand Central Parkway, 4th Floor<br>Las Vegas, NV  89106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Tier 1 Support for Computer Related Temporary Technical or Professional Services, dated April 1, 2014 | Clark County, Nevada<br>Chief Information Officer, Clark County Department of Information Technology<br>500 South Grand Central Parkway, 4th Floor<br>Las Vegas, NV  89106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/14/2016 | Clavis Consulting Corp.<br>6165 Stansbury Summit<br>Alpharetta, GA  30005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Cloud Elements Inc<br>3001 BRIGHTON BLVD<br>SUITE 653<br>DENVER, CO  80216 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Any direct or indirect interest held by Sellers in Ciber – CMC Joint Venture Corporation | Cmc Joint Venture Corporation<br>08th floor<br>CMC Tower Duy Tan Street<br>Cau Giay District Hanoi<br>.<br>VIETNAM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Co Dept Of Human Services<br>4113 S. Julian Way<br>Denver, CO  80236 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____    Case number *(if known)* __17-10772 (BLS)__
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Coffee Connection<br>1405 S. BYRKIT<br>MISHAWAKA, IN  46544 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/15/2015 | Colin Leckie Consulting Llc<br>5490 Yellowstone Trail<br>Minnetrista, MN  55331 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/22/2013 | Collaborate Solutions Inc.<br>415 Boston Turnpike<br>#305<br>Shrewsbury, MA  01545 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Colorado State University<br>601 South Howes Street 1029 Campus Delivery<br>Fort Collins, CO  80523-1029 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated May 22, 2014, between Colusa County Superior Court and Seller | Colusa County Superior Court<br>Colusa County Superior Court<br>532 Oak St.<br>Colusa, CA  95932 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated June 29, 2015, between Colusa County Superior Court and Seller | Colusa County Superior Court<br>Colusa County Superior Court<br>532 Oak St.<br>Colusa, CA  95932 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated July 26, 2016, between Colusa County Superior Court and Seller | Colusa County Superior Court<br>Colusa County Superior Court<br>532 Oak St.<br>Colusa, CA  95932 |
|  | State the term remaining<br>List the contract number of any government contract | | |

Debtor     CIBER, Inc.
                   Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.258** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Comcast Cable<br>PO BOX 1577<br>NEWARK, NJ  07101-1577 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.259** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/10/2015 | Comcentric Inc.<br>10463 Park Meadows Dr.<br>#208<br>Lone Tree, CO  80124 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.260** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Comerica Bank<br>411 W.LAFAYETTE BLVD.<br>MAIL CODE 3415<br>DETROIT, MI  48226 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.261** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 111 North Magnolia Avenue, Suite 1000, Orlando, Florida 32801 - 06/27/2016 | Comerica Corporate Real Estate<br>c/o CB Richard Ellis<br>Portfolio Administration Services<br>3501 Hamlin Road<br>MC 2220<br>Auburn Hills, MI  48236 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.262** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/24/2015 | Command Consulting Inc.<br>8191 E. 131st Ct<br>Thornton, CO  80602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.263** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract - 05/26/2016 | Commonwealth Of Massachusetts<br>CRIMINAL HISTORY SYSTEMS BOARD<br>ATTN: CORI UNIT<br>200 ARLINGTON ST, STE 2200<br>CHELSEA, MA  02150 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.264** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Community Coffee Company Llc<br>PO BOX 919149<br>DALLAS, TX  75391-9149 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.265** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated December 3, 2016, between Community Teamwork, Inc. and Seller | Community Teamwork, Inc. Attn: Ann Sirois 45 Kirk Street Lowell, MA 01852 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.266** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 12/11/2014 | Compass Consulting Llc 5 GLITTERING SKY ALISO VIEJO, CA 92656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.267** | State what the contract or lease is for and the nature of the debtor's interest | Work Order to Subcontract Agreement - 03/09/2011 | Compest Solutions, Inc. Attn: Farhana Azam 45 Knightsbridge Road Suite 20 Piscataway, NJ 08854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.268** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement, dated February 6, 2015, between Comprehensive Health Management, Inc. and Seller | Comprehensive Health Management, Inc. 8735 Henderson Road Tampa, FL 33634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.269** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Services Agreement - May 1, 2012 | Comprehensive Health Management, Inc. 8735 Henderson Road #N/A Tampa, FL 33634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.270** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Compu-Call, Inc. 252 JOHN DIETSCH BLVD NORTH ATTLEBORO, MA 02763 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.271** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/16/2015 | Compubahn Inc. 7910 Woodmont Ave. #1212 Bethesda, MD 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 39 of 190

Debtor      CIBER, Inc.
                    Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/07/2016 | Compunnel Software Group Inc.<br>103 Morgan Lane<br>Suite 102<br>Plainsboro, NJ  08536 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.273** | State what the contract or lease is for and the nature of the debtor's interest | Michigan Staff Augmentation Management Program Subcontractor Agreement, dated 3 March 2016, between COMPUTER AID, INC. and Seller | Computer Aid, Inc.<br>200 Riverview Plaza, 1st Floor<br>Trenton, NJ  08611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.274** | State what the contract or lease is for and the nature of the debtor's interest | Agreement, dated July 5, 2015, between Computer Aid, Inc. and Seller | Computer Aid, Inc.<br>200 Riverview Plaza, 1st Floor<br>Trenton, NJ  08611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.275** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Services Agreement Mandatory Terms and Conditions, dated December 17, 2015, between Computer Aid, Inc. and Seller | Computer Aid, Inc.<br>200 Riverview Plaza, 1st Floor<br>Trenton, NJ  08611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.276** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Computer Aid, Inc. - Nc<br>20301 Mail Service Ctr<br>Raleigh, NC  27699-0300 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.277** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Computer Aid, Inc. - Nj<br>200 Riverview Plaza, 1st Floor<br>Trenton, NJ  08611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.278** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Computer Aid, Inc. - Pa<br>PO Box 3365<br>Harrisburg, PA  17105-3365 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ____CIBER, Inc._____        Case number *(if known)* __17-10772 (BLS)__
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Computer Lab International<br>CLI INC<br>735 CHALLENGER ST, UNIT B<br>BREA, CA  92821 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | COMSYS Information Technology Services, Inc. Vendor Agreement, dated, February 16, 2007 | Comsys Information Technology Services, Inc.<br>COMSYS Information Technology Services, Inc.<br>5330 Stadium Trace Parkway, Suite 335<br>Birmingham , AL  35244 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary Staffing Agreement, dated October 28, 2015 | Comsys Information Technology Services, Inc.<br>COMSYS Information Technology Services, Inc.<br>5330 Stadium Trace Parkway, Suite 335<br>Birmingham , AL  35244 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 02/24/2017 | Congensys Corp.<br>3 Ethel Rd<br>Suite #307A<br>Edison , NJ  08817 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, undated, between ConnectYourCare and Seller | Connectyourcare<br>Attn: Bryan Shrock<br>307 International Circle Suite 200<br>Hunt Valley, MD  21030 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/28/2015 | Connexions Data Inc.<br>241 Main Street<br>Hackensack, NJ  07601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | legal support services - 05/25/2016 | Consilio Llc<br>1828 L STREET NW<br>SUITE 1070<br>WASHINGTON, DC  20036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Core Education & Technologies Ltd<br>4390 US RT 1, STE 110<br>PRINCETON, NJ  08540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/05/2015 | Core Etl<br>4390 US 1<br>Suite 110<br>Princeton, NJ  08540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Corporate America Business Solutions Inc<br>1007 ORANGE STREET<br>SUITE 1414<br>NEMOURS BLDG<br>WILMINGTON, DE  19801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Recruiter/Staffing Agreement, dated April 12, 2016, between Corporate One Federal Credit Union and Seller | Corporate One Federal Credit Union<br>Attn: Prashanta Pradhan<br>12724 Gran Bay Parkway West Ste 100<br>Jacksonville, FL  32258 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 03/14/2012 | Cosmic - J Llc<br>1340 Old Chainbridge Road<br>Suite 2013<br>McLean, VA  22101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Cosmin T Damian<br>2159 SUPERIOR PLACE<br>DECATUR, GA  30033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Agreement No. R15-05-A, dated October 1, 2015, between Port Authority of Allegheny County and Seller | County Of Allegheny<br>345 Sixth Avenue, Third Floor<br>Attn.:: Willie Bedenbaugh, Director of IT Management & Planning<br>Pittsburgh, PA  15222-2527 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor _____CIBER, Inc._____    Case number *(if known)* __17-10772 (BLS)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Agreement, dated April 29, 2014, between the County of Allegheny and Seller | County Of Allegheny<br>345 Sixth Avenue, Third Floor<br>Attn.:: Willie Bedenbaugh, Director of IT Management & Planning<br>Pittsburgh, PA  15222-2527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Agreement, dated July 1, 2016, between the County of Allegheny and Seller | County Of Allegheny<br>345 Sixth Avenue, Third Floor<br>Attn.:: Willie Bedenbaugh, Director of IT Management & Planning<br>Pittsburgh, PA  15222-2527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Personal/Professional Service Agreement, commencing January 1, 2014, between County of Hennepin, State of Minnesota and Seller | County Of Hennepin, State Of Minnesota<br>A-2300 Government Center<br>Attn: County Administrator<br>Minneapolis, MN  55487 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreement, dated September 17, 2016, between County of San Joaquin and Seller | County Of Joaquin<br>222 E. Weber Ave<br>Room 202<br>Stockton, CA  95202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Agreement, dated March 11, 2014, between County of Santa Clara and Seller | County Of Santa Clara<br>1555 Berger Drive Bldg 2<br>3rd Floor<br>San Jose, CA  95112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated February 5, 2013, between County of Sonoma and Seller | County Of Sonoma<br>575 Administration Drive,<br>Suite 104A<br>Santa Rosa,, CA  95403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated December 16, 2014, between County of Tehama and Seller | County Of Tehama<br>Attn: Mark Montalvo<br>633 Washington St Room 38<br>Red Bluff, CA  96080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated December 19, 2015, between County of Tehama and Seller | County Of Tehema<br>Attn: Mark Montalvo<br>633 Washington St Room 38<br>Red Bluff, CA  96080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Crain Communications, Inc<br>16309 COLLECTIONS CENTER DR.<br>CHICAGO, IL  60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Crc Industries Inc<br>885 Louis Drive<br>Warminster, PA  18974 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Crc Industries Inc<br>885 Louis Drive<br>Warminster, PA  18974 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Building Lease, dated August 24, 2015, Leased Real Property located at 6312 S. Fiddlers Green Circle, Suites 600E, 550N and 320E, Greenwood Village, Colorado 8011 | Cref Tuscany Plaza Llc<br>6312 S FIDDLERS GREEN CIR<br>SUITE 130E<br>GREENWOOD VILLAGE, CO  80111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Asset Purchase Agreement by and between Seller, as seller, and CRGT Inc., as purchaser, dated as of January 21, 2012 | Crgt Inc.<br>4800 LEGATO RD STE 600<br>FAIRFAX, VA  22033-4055 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | engagement agreement - 10/06/2014 | Crowell & Moring Llp<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor _____CIBER, Inc._____    Case number *(if known)* __17-10772 (BLS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.307** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/06/2015 | Crown Vision Tech Group<br>1400 Preston Road<br>Suite 400<br>Plano, TX  75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.308** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Crystal Springs<br>4830 W KENNEDY BLVD. STE. 48<br>ONE URBAN CENTER<br>TAMPA, FL  33609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.309** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Csc<br>PO BOX 13397<br>PHILADELPHIA, PA  19101-3397 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.310** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between CSX Non-IT Companies / CTB, Inc. and Seller | Csx Non-It Companies; Ctb, Inc.<br>Attn: Kathleen Brandt<br>500 Water St<br>Jacksonville, FL  32202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.311** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ctb Inc.<br>PO Box 2000<br>Milford, IN  46542-2000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.312** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated June 27, 2016, between CTIS, Inc. and Seller | Ctis, Inc.<br>One Research Court<br>Suite 200<br>Attn: Connie Dalton Ezerski, VP - Corporate Services<br>Rockville, MD  20850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.313** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between CuraScript Specialty Distribution (Express Scripts, Inc.) and Seller | Curascript Specialty Distribution<br>Express Scripts, Inc.<br>Attn: Garrett Grahn<br>1 Express Way<br>St. Louis, MO  63121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/03/2016 | Cyberbest Technology Inc. 1367 S. International Parkway Suite 2061 Lake Mary , FL  32746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | D And H Distributing Co 2525 N. 7TH STREET HARRISBURG, PA  17110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement, dated May 24, 2016, between D+H Exosun and Seller | D+H Exosun Technopole Bordeaux Montesquieu 8 allée Pierre Gilles de Gennes Martillac, 33650 FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement, dated July 24, 2015, between D+H USA Corporation and Seller. | D+H Usa Corporation (Previously Harland Financial Solutions, Inc.) 400 SW 6th Avenue, Suite 200 Attn.: Lisa Meek, VP PPMD Portland, OR  97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 27, 2012, between D+H USA Corporation (f/k/a Harland Financial Solutions, Inc.) and Seller | D+H Usa Corporation (Previously Harland Financial Solutions, Inc.) 400 SW 6th Avenue, Suite 200 Attn.: Lisa Meek, VP PPMD Portland, OR  97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - January 27, 2012 | D+H Usa Corporation F/K/A Harland Financial Solutions, Inc. 400 SW 6th Avenue, Suite 200 Attn.: Lisa Meek, VP PPMD Portland, OR  97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Sub Supplier Contract For Contract Labor - December 30, 2014 | Dahl Consulting Inc. 370 Wabasha St. North St. Paul, MN  55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract for IT Contract Labor Services, effective October 1, 2016 | Dahl Consulting Inc. 418 County Road D East St. Paul, MN  55117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Daimlerchrysler Corporation Professional Services Agreement - February 13, 2006 | Daimlerchrysler Corporation 70546 Stuttgart , GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Daiohs Usa Inc DBA FIRST CHOICE COFFEE SERVICES 105 OLIVIA STREET MCKEES ROCKS, PA  15136-0231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | CiberLaw Maintenance and Support Agreement, dated October 1, 2015, between County of Dakota, Minnesota and Seller | Dakota County, Mn Dakota County Attorney's Office 1590 Highway 55 Hastings, MN  55033 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Dakota State College and Seller | Dakota State College 820 N Washington Ave. Madison, SD  57042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated October 6, 2016, between Data Recognition Corporation and Seller | Data Recognition Corporation Data Recognition Corporation, 13490 Bass Lake Rd Attn: Kyle Fagen Maple Grove, MN  55311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement, dated June 10, 2008, between Data393 and Seller, as amended | Data393 393 Inverness Parkway Englewood, CO  80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ____CIBER, Inc._____
            Name

Case number (if known) __17-10772 (BLS)____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/26/2015 | Datamind Inc.<br>7382 Silver Leaf Lane<br>West Bloomfield, MI 48322 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Datawatch Systems Inc<br>4401 EAST WEST HWY 500<br>BETHSEDA, MD 20814 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Employement and Confidentiality Agreement - 09/03/2014 | David Arcemont<br>5001 STONEWICK COURT<br>PLANO, TX 75093 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 02/01/2013 | David G. Fidler Consulting, Inc.<br>7667 Storrington Place<br>Lewis Center, OH 43055 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | David K Bauerle<br>6126 CANTRELL WAY<br>PARKER, CO 80134 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Davis + Henderson Corporation<br>605 Crescent Executive Court, Suite 600<br>Lake Mary, FL 32746 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 09/03/2013 | Davis Computer Services, Inc.<br>P.O. Box 750141<br>New Orleans, LA 70175 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name                                                    Case number (if known) 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Daytona State College 1200 W. Int?l Speedway Blvd. - P.O. Box 2811 Daytona Beach, FL  32120-2811 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement, undated, between Enterprise DB Corporation and Seller | Db Corporation 34 Crosby Drive Suite 201 Bedford, MA  01730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/23/2016 | Db Logics Llc 255 Gladeside Path Suwanee, GA  30024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ddgov Consulting Llc 539 WILLOWBROOK LANE TALLAHASSEE, FL  32317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | De Dept Of Health And Social Services 655 S Bay Rd-Blue Hen Center Suite 4-B Dover, DE  19901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | General Purchase Conditions, dated April 4, 2016, between De Lage Landen Financial and Seller | De Lage Landen Financial 1111 Old Eagle School Road Wayne, PA  19087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreement - 01/01/2013 | Dearborn National Life Insurance Company 1020 31st Street Downers Grove, IL  60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
Name

Case number (if known) __17-10772 (BLS)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Long Term Disability Insurance | Dearborn National Life Insurance Company 1020 31st Street Downers Grove, IL 60515 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Optional Life Insurance Policy | Dearborn National Life Insurance Company 1020 31st Street Downers Grove, IL 60515 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 09/22/2016 | Decipher Software Solutions, Llc 2861 Executive Dr. Suite 210 Clearwater, FL 33762 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/16/2016 | Deep River Consulting, Llc 105 Stone Hill Dr. Pottstown, PA 19464 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Professional Services, dated December 30, 2013, between Dekalb County and Seller | Dekalb County One Microsoft Way Redmond, WA 98052 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Professional Services, dated April 13, 2016, between Dekalb County, Georgia and Seller. | Dekalb County Chief Executive Officer Clark Harrison Center 330 West Ponce de Leon Avenue 6th Floor Decatur, GA 30030 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Dekalb County It Professional Service 120 W Trinity Place Decatur, GA 30030 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement, dated May 30, 2014, between Del Monte Foods, Incorporated and Seller | Del Monte Foods, Incorporated<br>205 North Wiget Lane<br>Walnut Creek, CA 94598 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Dell Professional Services<br>115 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated July 26, 2011, between Delphi Automotive Systems, LLC and Seller | Delphi Automotive Systems, Llc<br>5725 Delphi Drive<br>Troy, MI 48098 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/19/2015 | Derex Technologies, Inc.<br>111 S Frank E Rodgers Blvd<br>#306<br>Harrison , NJ 07029 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 01/27/2016 | Devaney Consulting Solutions<br>2707 Colby Avenue<br>Everett, WA 98201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/10/2016 | Dextra Llc<br>122 Arbor Manors Drive<br>Coppell, TX 75019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Dice Holdings Inc<br>4101 NW URBANDALE DRIVE<br>URBANDALE, IA 50322 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - 10/15/2010 | Discoverorg, Llc<br>12518 NE 95TH STREET<br>VANCOUVER, WA  98682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, dated October 30, 2014, between Walt Disney Parks and Resorts Online and Seller | Disney<br>500 South Buena Vista Street<br>Burbank, CA  91521 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services (#97009kb), dated September 8, 1997, between Magical Cruise Company, Limited, d/b/a Disney Cruise Line, and Seller | Disney<br>500 South Buena Vista Street<br>Burbank, CA  91521 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Transition Personnel Agreement, dated February 27, 2015, between Disney Worldwide Services, Inc. and Seller | Disney Worldwide Services, Inc.<br>Disney Worldwide Services, Inc.<br>Attention: Sourcing & Procurement<br>500 S. Buena Vista Street<br>Burbank, CA  91505 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Divensi Inc.<br>13620 NE 20TH STREET<br>SUITE H<br>BELLEVUE, WA  98005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master It Services Agreement - February 28, 2014 | Domestic Operating Company, Inc., As Successor In Interest To Hilton<br>Attn: Accounts Payable<br>509 S. Poplar St.<br>Lagrange, IN  46761 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Dominion Technology Services Corp Inc<br>3900 WESTERRE PKWY STE 300<br>RICHMOND, VA  23233 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____     Case number (if known) __17-10772 (BLS)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - 09/30/2010 | Domino Technologies 6211 Lookout Dr Mechanicsburg, PA 17050 |
| | State the term remaining List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Domino Technologies, Inc. 6211 Lookout Dr Mechanicsburg, PA 17050 |
| | State the term remaining List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/05/2012 | Don Stoner 4639 E. WATERMAN ST. GILBERT, AZ 85297 |
| | State the term remaining List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Reciprocal Subcontract Agreement - 11/05/2015 | Doppio Group 620 Folsom Street Suite 100 San Francisco, CA 94107 |
| | State the term remaining List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Doubleradius Inc 2022 VAN BUREN AVE., STE 100 INDIAN TRAIL, NC 28079 |
| | State the term remaining List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/11/2015 | Drbs Associates 558 N. Laurel Valley Dr. Azusa, CA 91702 |
| | State the term remaining List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Drivetime 4020 E Indian School Road Phoenix, AZ 85018 |
| | State the term remaining List the contract number of any government contract | | |

Debtor     CIBER, Inc.
          Name

Case number *(if known)* 17-10772 (BLS)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 05/19/2015 | Dtsc, Inc.<br>3900 Westerre Parkway<br>Suite 300<br>Richmond, VA  23233 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 11/10/2009 | Ducom Systems Inc.<br>8902 Woodgrove Ridge Ct.<br>Boynton Beach, FL  33473 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Supplemental Labor Services Agreement - January 14, 2004 | Duke Energy Corporation<br>400 S. Tryon St. Mail Code ST 1417 PO Box 1006<br>Charlotte, NC  28201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Outside Services Agreement, dated April 16, 2015, between Duke University/Duke University Health System and Seller | Duke University<br>Duke University Health System<br>Attn: John Campbell<br>714 9th Street Box 90056 Suite 105<br>Durham, NC  27705 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Dvbe Technology Group<br>333 University Avenue, #200<br>Sacramento, CA  95825 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated December 30, 2012, between Dwyer Instruments and Seller | Dwyer Instruments<br>102 Indiana Hwy 212<br>Michigan City, IN  46360 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Dynamic Network Services Inc<br>DEPT CH 19875<br>PALATINE, IL  60055-9875 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Dynatrace Llc<br>COMPUWARE HOLDING CORP<br>1 CAMPUS MARTIUS<br>DETROIT, MI  48226-5009 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/10/2013 | E-Base Technologies Inc.<br>39159 Paseo Padre Pkwy<br>#206<br>Fremont, CA  94538 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/12/2016 | E-Solutions Inc.<br>2 North Market Street<br>Suite 400<br>San Jose, CA  95113 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/13/2017 | E3 Global Inc.<br>810 S. Mason Road<br>Suite 311<br>Katy, TX  77450 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Earthlink Business<br>ONE COMMUNICATIONS AN EARTHLINK BUSINESS COMPANY<br>5 WALL STREET<br>BURLINGTON, MA  01803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Eastern Managed Print Networks Llc<br>1224 WEST GENESEE STREET<br>SYRACUSE, NY  13204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ebay<br>935 1st Avenue<br>Kigh of Prussia, PA  19406 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name                                                    Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 05/09/2016 | Ebyte Technologies Inc.<br>7855 N.W. 12th Street<br>Miami, FL  33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ecolab<br>360 Wabasha Street North<br>St. Paul, MN  55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Conferencing Services Agreement - 01/01/2016 | Ecovate Inc. D/B/A Readytalk<br>1900 16th Street<br>6th Floor<br>Denver, CO  80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 11/16/2009 | Edataforce Consulting Llc<br>545 E. John Carpenter Freeway<br>Suite 300<br>Irving, TX  75062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 8, 2014, between Edgewell Personal Care Brands, LLC and Seller | Edgewell Personal Care Brands, Llc<br>Attn: Kathy Swann<br>1350 Timberlake Manor Pkwy<br>Chesterfield, MO  63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Egencia Global Agreement - 11/28/2012 | Egencia Travel India Private Limited<br>333 108th Ave, NE,<br>Bellevue, WA  98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Egencia Global Agreement - 11/28/2012 | Egencia, Llc<br>333 108th Ave, NE,<br>Bellevue, WA  98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/09/2015 | Elev8 Solutions Group<br>2718 Constant Landing<br>Marietta, GA 30066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Elsevier Inc.<br>The Boulevard, Langford Ln<br>Oxfordshire, Oxford, OX5 1GB<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Emhart Fastening Teknologies, Inc.<br>49201 Gratiot Ave<br>Chesterfield, CT 48051 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Employers Unity Llc<br>P.O. BOX 173836<br>DENVER, CO 80217-3836 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 11/13/2013 | Employvision Inc.<br>1100 Cornwall Road<br>Suite 115<br>Monmouth Junction , NJ 08852 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Enterprise Rent-A-Car<br>DAMAGE RECOVERY<br>PO BOX 801770<br>KANSAS CITY, MA 64180 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Episerver, Inc<br>542 AMHERST STREET<br>NASHUA, NH 03063 |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 57 of 190

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Equest<br>2010 CROW CANYON PLACE<br>SUITE 100-10016<br>SAN RAMON, CA  94583 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 50 E-Business Way, Suite 140, Sharonville, Ohio 45241 | Equity Group Four, Llc<br>4870 Walnut Woods Lane<br>Cincinnati, OH  45243 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 10/30/2003 | Eric Borcherding<br>3884 BEACON WOODS DR<br>CLEVES, OH  45002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services, dated Sept. 8, 1997, between ESPN and Seller | Espn<br>ESPN 201 E. Pine Street, Suite 300<br>Orlando, FL  32801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Eti Sphinx Inc.<br>505 MAISONNEUVE WEST<br>SUITE 400<br>MONTREAL, QC  H3A 3C2<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Regional Agreement for Europe, dated November 25, 2015, between European Owens Corning Fiberglas, SPRL and Seller | European Owens Corning Fiberglas, Sprl<br>Chaussee de la Hulpe 166<br>Attn.: Legal Department<br>Brussels, 01170<br>BELGIUM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/22/2016 | Everest Computers<br>875 Old Roswell Road<br>Suite E-400<br>Roswell, GA  30076 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)__
           Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Everett Mso Inc<br>3901 Hoyt Ave<br>Everett, WA  98206-0989 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | Teaming Agreement - 12/08/2015 | Everge Group Llc<br>4965 Preston Park Blvd<br>Suite 700<br>Plano, TX  75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/09/2015 | Everge Group Llc<br>4965 Preston Park Blvd<br>Suite 700<br>Plano, TX  75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 10, 2016, between Evoqua Water Technologies and Seller | Evoqua Water Technologies<br>Darren Deeter<br>181 Thorn Hill Road<br><br>Warrendale, PA  15086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement, dated March 3, 2016 between Evoqua Water Technologies and Seller | Evoqua Water Technologies<br>COMPANY: Evoqua Water Technologies LLC<br>ATIENTION: Ryan Dreliszak<br>181 Thorn Hill Road<br>Warrendale, PA  15086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/10/2015 | Excelon Solutions Llc<br>650 S. Edmonds Lane<br>Suite 107<br>Lewisville , TX  750167 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Exosun<br>400 Oyster Pt. Blvd.<br>South San Francisco, CA  94080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
                Name                                                          Case number (if known)  17-10772 (BLS)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Expedient/Continental Broadband<br>CONTINENTAL BROADBAND PENNSYLVANIA LLC<br>810 PARISH ST.<br>PITTSBURGH, PA  15220 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Experis Ciber<br>1740 GOLDEN MILE HIGHWAY<br>MONROEVILLE, PA  15146 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated November 30, 2016, between Express Scripts Holding Company and Seller | Express Scripts Holding Company<br>Express Scripts Holding Company [Attn: Vice President Corporate Procurement]<br>One Express Way<br>St. Louis, MO  63121 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Channel Partner Terms and Conditions | Extreme Networks<br>6480 Via Del Oro<br>San Jose, CA  95119 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 04/21/2016 | Ez Solutions Inc.<br>10 Lake Drive<br>#101<br>East Windsor, NJ  08520 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Fairfax County, Va<br>12000 Government<br>Fairfax, VA  22035 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated March 1, 2016, between Family Health Network and affiliates and Seller | Family Health Network<br>Christine Kourouklis<br>Chief Financial Officer<br>332 S. Green St, Suite 400<br>Chicago , IL  60607 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor ___CIBER, Inc._____     Case number (if known) __17-10772 (BLS)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Professional Services Agreement - April 13, 2010 | Fannie Mae<br>13150 Worldgate Drive Building OB1<br>Herndon, VA  20170 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | General Terms and Conditions of FCA US | Fca Us<br>Attn: Susan Seklar<br>26311 Lawrence Ave<br>Centerline, MI  48015 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | FedEx Pricing Agreement - 04/15/2009 | Federal Express Corporation<br>ATTN: CHRISTOPHER RAINES<br>3640 HACKS CROSS ROAD<br>BLDG D, 2ND FLOOR<br>MEMPHIS, TN  38125-8800 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Federal Home Loan Bank of Chicago and Seller | Federal Home Loan Bank Of Chicago<br>200 E. Randolph Drive<br>Chicago , IL  60601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Recruiter Contingency Fee Agreement, dated June 6, 2016, between Federal·Mogul Motorparts Corporation and Seller | Federal Mogul Motorparts Corporation<br>27300 w. 11 Mile Rd.<br>Southfield, MI  48034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Recruiter Contingency Fee Agreement, dated July 7, 2016, between FederalMogul Motorparts Corporation and Seller | Federal Mogul Motorparts Corporation<br>27300 w. 11 Mile Rd.<br>Southfield, MI  48034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Recruiter Contingency Fee Agreement - Direct Hire, dated July 1, 2016, between Federal·Mogul Motorparts Corporation and Seller | Federal Mogul Motorparts Corporation<br>27300 w. 11 Mile Rd.<br>Southfield, MI  48034 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          _____
          Name

Case number (if known)  17-10772 (BLS)
                        _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** | **State what the contract or lease is for and the nature of the debtor's interest**  Customer Agreement | Federated Mutual Insurance Company<br>121 East Park Square<br>Owatonna, MN  55060-3046 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.427** | **State what the contract or lease is for and the nature of the debtor's interest**  Package Shipping - 04/15/2009 | Fedex Ground Package System, Inc.<br>ATTN: CHRISTOPHER RAINES<br>3640 HACKS CROSS ROAD<br>BLDG D, 2ND FLOOR<br>MEMPHIS, TN  38125-8800 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.428** | **State what the contract or lease is for and the nature of the debtor's interest**  Supplier End User License and Nondisclosure Agreement, undated, between Fieldglass, Inc. and Seller | Fieldglass, Inc.<br>Fieldglass, Inc. [Attn: Chief Financial Officer]<br>125 S. Wacker Dr. Suite 2400<br>Chicago, IL  60606 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.429** | **State what the contract or lease is for and the nature of the debtor's interest**  Vendor Agreement | First Choice Coffee Services<br>1460 COMBERMERE DR<br>TROY, MI  48083 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.430** | **State what the contract or lease is for and the nature of the debtor's interest**  Subcontractor Agreement, October 13, 2014, between First Data Government Solutions, LP, and Seller | First Data Government Solutions, Lp<br>Contract Manager<br>Government Contracts Manager<br>First Data Government Solutions, LP<br>11 311 Cornell Park Drive<br>Cincinatti, OH  45242 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.431** | **State what the contract or lease is for and the nature of the debtor's interest**  Master Services Agreement, undated, between First National Bank of Pittsburgh and Seller | First National Bank Of Pittsburgh<br>Attn: Prashanth Cannanbilla<br>12 Federal St., 3rd Flr<br>Pittsburgh, PA  15212 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.432** | **State what the contract or lease is for and the nature of the debtor's interest**  Customer Agreement | Fl Dept Of Revenue<br>501 S Calhoun St Rm 143 rm 143<br>Tallahassee, FL  32399 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |

Debtor ___CIBER, Inc._____    Case number *(if known)* __17-10772 (BLS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Fl Dept Of Transportation<br>263 Mile Post Building 5315<br>Ocoee, FL  34761 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Florida Agency For State Technology<br>2555 Shumard Oak BLvd<br>Tallahassee, FL  32399-0710 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Florida Department Of Health<br>4052 Bald Cypress Way<br>Tallahassee, FL  32399 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, undated, between Florida Hospital and Seller | Florida Hospital<br>Attn Carlos Escobar<br>AVP Information Systems<br>600 Courtland Street<br>Orlando, FL  32804 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Center Supplement, dated October 24, 2014, between The District Board of Trustees of Florida State College at Jacksonville and Seller | Florida State College At Jacksonville<br>501 West Street<br>Jacksonville, FL  32202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement (Contract number C-14-080; FSCJ contract # 2015-04 MSA), dated October 24, 2014 | Florida State College At Jacksonville<br>501 West Street<br>Jacksonville, FL  32202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Terms and Conditions for Non-Production Goods and Services, dated December 1, 2007, between Ford Motor Company and Seller | Ford Motor Company<br>Attn: Marcy Klevorn<br>1 American Road<br>Dearborn, MI  48126 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | PII Supplemental Terms and Conditions, undated, incorporated into the Global Terms and Conditions between Ford Motor Company and Seller | Ford Motor Company<br>1 American Rd.<br>Dearborn, MI  48126 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Security Supplemental Terms and Conditions, undated, incorporated into the Global Terms and Conditions | Ford Motor Company<br>1 American Rd.<br>Dearborn, MI  48126 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Fort Dearborn Life Insurance Company<br>36788 EAGLE WAY<br>CHICAGO, IL  60678-1367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, undated, between Fresenius Medical Care and Seller | Frenesius Medical Care<br>Attn: Brian Middlecoat<br>32 Harwell Avenue<br>Lexington, MA  02421 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 04/11/2016 | Fresco Consulting Inc.<br>1090 Jordan Lane<br>Alpharetta, GA  30004 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Fresenius Medical Care<br>32 Harwell Avenue<br>Lexington, MA  02421 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Fronteo Usa, Inc<br>ACCOUNTS RECEIVABLE<br>3 LAGOON DR., SUITE 180<br>REDWOOD CITY, CA  94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
_____
          Name

Case number *(if known)*  17-10772 (BLS)
_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - 04/01/2010 | Frontier Airlines Inc. 7001 Tower Road Attention: Cheryl Dykhoff, Manager, Sales & Event Support Denver, CO  80249 |
| | State the term remaining List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/09/2015 | Fstone Technologies Llc 30 Knightsbridge Road Suite 525 Piscataway, NJ  08854 |
| | State the term remaining List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Fuchs Lubricants Co ATTN: MIKE GARAVAGLIA 17050 LATHROP AVE HARVEY, IL  60426 |
| | State the term remaining List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Full Beauty Brands 2300 Southeastern Ave Indianapolis, IN  46201 |
| | State the term remaining List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/17/2016 | Fusion Plus Solutions Inc. 3 Ethel Road Suite 303 Edison , NJ  08817 |
| | State the term remaining List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/03/2017 | Gallant Global Inc. 300 E. Royal Lane Suite 100 Irving, TX  75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Gardner Denver and Seller | Gardner Denver Attn: Patrick Elliott 1800 Gardner Expressway Qunicy, IL  61356 |
| | State the term remaining List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement - 02/01/2014 | Garnter, Inc.<br>56 Top Gallant Road<br>Stamford, CT  06804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Gartner, Inc. Service Agreement for Ciber, dated January 29, 2014, between Gartner, Inc. and Seller | Gartner, Inc.<br>C/O NA CUSTOMER 360 SUMMIT<br>PO BOX 911319<br>DALLAS, TX  75391-1319 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Gartner, Inc. Service Agreement for CIBER, dated January 15, 2016, between Gartner, Inc. and Seller | Gartner, Inc.<br>C/O NA CUSTOMER 360 SUMMIT<br>PO BOX 911319<br>DALLAS, TX  75391-1319 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated March 1, 2004, between the Gates Corporation and Seller | Gates Corporation<br>1551 Wewatta<br>Attn: General Counsel & IS Contracts<br>Denver, CO  80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated May 16, 2016, between Gateway Health Plan, LP and Seller | Gateway Health Plan, Lp<br>Four Gateway Center, Attn: Vice President, Information Technology<br>444 Liberty Avenue, Suite 2100<br>Pittsburgh, PA  15222-1222 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | Business Travel Services - 03/03/2015 | Gbt Travel Services Uk Limited<br>Amex House<br>Edward Street<br>Brighton, BN88 1AH<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement | Gbt Travel Services Uk Limited<br>Amex House<br>Edward Street<br>Brighton, BN88 1AH<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
                Name
                                                    Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Travel Services - 03/17/2016 | Gbt Us Llc<br>GBT US III LLC<br>2401 W BEHREND DR<br>SUITE 55<br>PHOENIX, AZ  85027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated September 22, 2016, between GCI Communication Corp. and Seller | Gci Communication Corp.<br>2550 Denali Street<br>Anchorage, AK  99503 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement, dated March 1, 2017, between General DataTech and Seller | General Datatech<br>999 Metromedia Place<br>Dallas, TX  75247 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 07/12/2016 | Generic Solutions Inc.<br>12200 Ford Road<br>Suite 484<br>Dallas, TX  75234 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 03/10/2017 | Genisis Tech Solutions<br>856 Route 206<br>Building C<br>Suite 15<br>Hillsborough, NJ  08844 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Georgia Alabama User Group Inc<br>780 JOHNSON FERRY RD NE<br>SUITE 800<br>ATLANTA, GA  30342 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Service - 01/31/2013 | Gibson Arnold<br>1030 Johnson Road<br>Suite 100<br>Golden, CO  80401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)    17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.468** | State what the contract or lease is for and the nature of the debtor's interest | Legal Services | Gibson Arnold & Associates, Inc.<br>1030 Johnson Road<br>Suite 100<br>Golden, CO  80401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.469** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated November 25, 2014, between Glendale Community College and Seller | Glendale Community College<br>1500 N. Verdugo Rd.<br>Attn: Susan Courtey<br>Glendale, CA  91206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.470** | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated January 13, 2017, between Glenn Superior Court of California County of Glenn and Seller | Glenn Superior Court Of California, County Of Glenn<br>526 West Sycamore Street<br>Willows, CA  95088 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.471** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated July 25, 2014, between Global Knowledge Training LLC and Seller | Globak Knowledge Training Llc<br>9000 Regency Parkway Suite 400<br>Attn: General Counsel<br>Cary, NC  27519 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.472** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Global Consumer Direct Llc<br>1073 WILLA SPRINGS DR<br>STE 1021<br>WINTER SPRINGS, FL  32708 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.473** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/29/2016 | Global Information Technology Inc.<br>8907 Regents Park Drive<br>Suite 310<br>Tampa, FL  33647 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.474** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Global Technology Resources Inc.<br>990 S. BROADWAY, STE 400<br>DENVER, CO  80209 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/20/2015 | Globallogic<br>1741 TECHNOLOGY DRIVE<br>4TH FLOOR<br>SAN JOSE, CA  95110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Globalpoint Inc<br>850 CAROLIER LANE 4TH FL<br>NORTH BRUNSWICK, NJ  08902 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 11/12/2016 | Gloria Kunik<br>9 WINDWHISPER LN<br>ANNAPOLIS, MD  21403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 03/07/2014 | Gm-Bleu Consulting Inc.<br>9051 ECHELON POINT DRIVE 4013<br>UNIT # 1001<br>LAS VEGAS, NV  89149 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Government Of The District Of Columbia<br>DEPARTMENT OF EMPLOYMENT SERVICES<br>OFFICE OF UNEMPLOYMENT COMPENSATION<br>PO BOX 96664<br>WASHINGTON, DC  20090-6664 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Gp Strategies Corporation<br>70 CORPORATE CENTER<br>11000 BROKEN LAND PARKAWAY<br>SUITE 200<br>COLUMBIA, MD  21044-3555 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 6312 S. Fiddlers Green Circle, Suites 600E, 550N, And 320E, Greenwood Village, Colorado 80111 - 08/24/2015 | Gpif Tuscany Plaza, Llc<br>c/o Crescent Property Management LLC<br>Attn: Property Manager<br>6312 S. Fiddlers Green Circle<br>Suite 130E<br>Greenwood Village, CO  80111 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name                                                    Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/06/2015 | Gr8 Solutions Llc<br>Ertevej 11<br>4th 2700<br>Bronsjoi,<br>DENMARK |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/04/2015 | Graham & Weston<br>3645 Marketplace Blvd.<br>Suite 130-33<br>Atlanta, GA  30344 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated October 20, 2015, between Grand Rapids Community College and Seller | Grand Rapids Community College<br>Grand Rapids<br>, MI |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 01/29/2007 | Grant Thornton Internatioanal Group<br>Attention: General Counsel<br>175 West Jackson Blvd., #2000<br>Chicago, IL  60604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Consulting Services Agreement - January 29, 2007 | Grant Thornton International<br>Attn: General Counsel<br>175 West Jackson Blvd., #2000<br>Chicago, IL  60604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Grant Thornton, Llp<br>175 W. Jackson Blvd. 3rd Floor<br>Chicago, IL  60604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Graphic Technologies Inc.<br>235 HUGHES ROAD<br>SUITE A<br>MADISON, AL  35758 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name                                          Case number (if known)  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/11/2016 | Griffin Global Systems<br>319 Clematis Street<br>#1006<br>West Palm Beach, FL  33401 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Company Agreement, dated December 4, 2015, between Guidant Group, Inc. and Seller | Guidant Group, Inc.<br>3414 Peachtree Rd, NE<br>Suite 375, Attn: Contracts Administrator<br>Atlanta, GA  30326 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - October 18, 2013 | Guidesoft, Inc. Dba Knowledge Services<br>5875 Castle Creek Parkway<br>Suite 400<br>Indianapolis, IN  46250 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Software Services Agreement, commencing March 1, 2017, between Gwinnett County, Georgia and Seller | Gwinnett County, Ga<br>75 Langley Drive<br>Lawrenceville, GA  30046 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Agreement, commencing March 1, 2017, between Gwinnett County, Georgia and Seller | Gwinnett County, Ga<br>75 Langley Drive<br>Lawrenceville, GA  30046 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Agreement, commencing February 1, 2017, between Gwinnett County, Georgia and Seller | Gwinnett County, Ga<br>75 Langley Drive<br>Lawrenceville, GA  30046 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Software Services Agreement, commencing February 1, 2017, between Gwinnett County, Georgia and Seller | Gwinnett County, Ga<br>75 Langley Drive<br>Lawrenceville, GA  30046 |
|  | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Solution Support Agreement / Software Services Agreement - June 1, 2006 | Gwinnett County, Georgia<br>Attn: Frank Cepela<br>75 Langley Dr<br>Lawrenceville, GA  30046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Gxs Inc.<br>9711 WASHINGTONIAN BLVD<br>STE 700<br>GAITHERSBURG, MD  20878 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | H.J. Heinz Company<br>357 Sixth Avenue<br>Pittsburgh, PA  15222 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/05/2016 | Hall Group Solutions<br>70 West Madison St.<br>Suite 1400<br>Chicago, IL  60602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Harpercollins Publishers and Seller | Harpercollins Publishers<br>195 Broadway<br>New York, NY  10007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated March 29, 2016, between Harris County, a political subdivision organized under the laws of the State of Texas and Seller | Harris County, Texas<br>406 Caroline, 4th Floor<br>Harris County Central Technology Services,<br>Attn: Ron Starbuck<br>Houston, TX  77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated February 26, 2013 | Harris County, Texas<br>7701 Wilshire Place Blvd.<br>Harris County Toll Road Authority, Attn: Director<br>Houston, TX  77040 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Haystack Needle Llc 2280 EIGHTH AVENUE SUITE 10B NEW YORK, NY  10027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/16/2016 | Hcl Global Systems Inc. 24543 Indoplex Circle Suite 220 Farmington Hills, MI  48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for Professional Services, dated August 15, 2012, between Health Care Service Corporation and Seller | Health Care Service Corporation Attn: Curt Evrard 300 E. Randolph St. Chicago, IL  60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Supplier Agreement, dated October 25, 2011, between Health Management Systems, Inc. and Seller | Health Management Systems, Inc. Attn: Human Resources 5615 High Point Drive Irving, TX  75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Business Partner Agreement, dated December 9, 2011, between Help/Systems, L.L.C. and Seller | Help/Systems, L.L.C. HSYSTEMS TOP HOLDINGS INC 6455 CITY WEST PARKWAY EDEN PRAIRIE, MN  55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Davis + Henderson USA Corporation and Seller | Henderson Usa Corporation Wendy Sherrock, Sr. Director of Process Engineering 605 Crescent Executive Court, Suite 600 Lake Mary, FL  32746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement, dated March 29, 2016, between Henry M Jackson Foundation and Seller | Henry M Jackson Foundation Attn: Stephen Goodwin 6720 A Rockledge Drive Bethesda, MD  20817 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Consolidated Services Agreement - June 16, 2015 | Hewlett-Packard Company<br>13207 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Double Fence Ela For Msp And Outsourcers - April 22, 2011 | Hewlett-Packard Company<br>13207 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Hg Chicago Consulting Llc<br>39475 13 MILE RD. SUITE 201<br>NOVI, MI  48377 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Agreement #Proc-2010-000455 (4910U50806), undated, between HGST, Inc. and Seller | Hgst, Inc.<br>5601 Great Oaks Parkway<br>San Jose, CA  95119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Higher Logic Llc<br>1600 WILSON BLVD<br>SUITE 400<br>ARLINGTON, VA  22209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 4343 Anchor Plaza Parkway, Suite 290, Tampa, Florida 33634 - 08/01/2013 | Highwood Properties, Inc.<br>3100 Smoketree Court<br>Suite 600<br>Raleigh, NC  27604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Highwoods Parking<br>3100 Smoketree Court,<br>Suite 600<br>Raleigh, NC  27604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name                                              Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Master IT Services Agreement, dated February 28, 2014 | Hilton Domestic Operating Company, Inc.<br>7930 Jone Branch Drive<br>Attn: Vice President -- Application Development<br>McLean, VA 22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Hilton Hotels Corporation<br>15305 N Dallas Parkway Suite 600<br>Addison, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 01/19/2017 | Hire It People, Inc.<br>1761 S Street NW<br>LL4<br>Washington, DC 20009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 19, 2017, between Hire It People, Inc. and Seller | Hire It People, Inc.<br>1761 S Street NW<br>LL4<br>Washington, DC 20009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | Extended Workforce Subscriber Agreement - 08/26/2016 | Hireright, Inc.<br>5151 California<br>Attn: Contracts Department<br>Irvine, CA 92617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Supplier Agreement, dated October 25, 2011, between HMS Business Services, Inc. and Seller | Hms Business Services, Inc.<br>5615 High Point Drive<br>Attn: Human Resources<br>Irving, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Hobart And William Smith Colleges<br>300 Pulteney St.<br>Geneva, NY 14456 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement | Hobart And William Smith Colleges<br>300 Pulteney St.<br>Geneva, NY  14456 |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Vendor Agreement | Hoedl Properties Llc<br>PO BOX 7016<br>KANSAS CITY, MO  64113 |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease Agreement - 7221 West 79Th Street, Suite 208, Overland Park, Kansas 66204 - 06/01/2013 | Hoedl Properties, Llc<br>P.O. Box 7016<br>Kansas City, MO  64113 |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Vendor Agreement | Honda Of America<br>Attn: June Smith<br>24000 Honda Parkway<br>Marysville, OH  43040 |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement | Honda Of America Mfg.<br>24000 Honda Parkway<br>Marysville, OH  43040 |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing Services - 11/18/2016 | Horizon International<br>384 Concord Avenue<br>#106<br>Belmont, MA  02478 |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Direct Placement Agreement, dated 4 November 2016, between Howard Ternes Packaging and Seller | Howard Ternes Packaging<br>Howard Ternes Packaging<br>35257 Industrial Road<br>Livonia, MI  48150 |

Debtor  CIBER, Inc.
_____
Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated 9 June 2015, between Howard Ternes Packaging and Seller | Howard Ternes Packaging<br>Howard Ternes Packaging<br>35257 Industrial Road<br>Livonia, MI  48150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Hp Enterprise Services, Llc<br>5400 Legacy Drive<br>Plano, TX  75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Service - 03/01/2016 | Hp Enterprise Services, Llc<br>Attn: Andy Tonkovich<br>5400 Legacy Drive<br>Plano, TX  75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 1, 2017, between HP Hood LLC and Seller | Hp Hood Llc<br>6 Kimball Lane<br>Suite 400,<br>Lynnfield, MA  01940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | HP U.S. Partner Agreement | Hp U.S.<br>Attn: Accounts Payable<br>15555 Cutten Rd.<br>Houston, TX  77070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | Hpe Enterprise Services, Llc<br>Attn: Andy Tonkovich<br>5400 Legacy Drive<br>Plano, TX  75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement, dated December 3, 2012, between Hudson Advisors LLC and Seller | Hudson Advisors Llc<br>2711 North Haskell Avenue, Suite 1800<br>Attn: Legal Department<br>Dallas, TX  75204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
              Name                                                Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated July 26, 2013, between Hudson Advisors LLC and Seller | Hudson Advisors Llc 2711 North Haskell Avenue, Suite 1800 Attn: Legal Department Dallas, TX 75204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Hudson Advisors, Llc. 2711 N Haskell Ave #1800 Dallas, TX 75204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 11/22/2013 | Human Performance Management Llc Attn:  Steven Katz 1539 Kirts Blvd #202 Troy, MI 48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 30, 2015, between Hunter Douglass, Inc and Seller | Hunter Douglass, Inc. One Duette Way Broomfield, CO 80020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Hyland Software, Inc LAWLOGIX, A DIVISION OF HYLAND ATTN: ACCOUNTS RECEIVABLE 28501 CLEMENS RD WESTLAKE, OH 44145 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/07/2016 | I-Link Solutions 1760 Reston Pkwy Ste 214 Reston, VA 20190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | IBM Business Partner Agreement for Solution Providers, dated December 1, 2016, between IBM Corporation and Seller | Ibm Corporation ATTN: JOHN QUIMBY 700 STATE ROAD 46E BATESVILLE, IN 47006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____    Case number (if known) __17-10772 (BLS)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Wholesale Financing, dated as of March 9, 2004, by and between Seller and IBM Credit LLC | Ibm Credit Llc<br>4111 NORTHSIDE PARKWAY<br>ATLANTA, GA  30327 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Sales Master Agreement for Resellers, dated August 30, 2016, between IBM Credit LLC and Seller | Ibm Credit Llc<br>4111 NORTHSIDE PARKWAY<br>ATLANTA, GA  30327 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/20/2016 | Ibrain Technologies Inc.<br>1233 Arbor Bluff Circle<br>Ballwin, MO  63021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement, dated February 10, 2017, between IC Compliance LLC d/b/a TalentWave and Seller | Ic Compliance Llc D/B/A Talentwave<br>Catherine Chidyausiku, SVP Legal and Compliance<br>1065 E. Hillsdale Blvd., Suite 300<br>Foster City, CA  94404 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Independent Supplier Consolidated Billing Agreement, dated February 10, 2017, between IC Compliance LLC d/b/a Icon Professional Services and Seller | Ic Compliance Llc Dba Icon Professional Services<br>1065 E. Hillsdale Blvd.<br>Suite 300<br>Foster City, CA  94405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/05/2016 | Idc Technologies<br>1851 McCarthy Boulevard<br>Suite 116<br>Milpitas, CA  95133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/01/2015 | Idexcel Inc.<br>459 Herndon Parkway<br>#11<br>Herndon, VA  20170 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     CIBER, Inc.
           Name
Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ilf Properties Llc<br>400 ANDREWS STREET<br>SUITE 500<br>ROCHESTER, NY 14604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 400 Andrews Street, Rochester, New York 14604 - 03/21/2013 | Ilf Properties, Llc<br>400 Andrews Street<br>Suite 500<br>Rochester, NY 14604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/27/2011 | Imetris Corp.<br>162 S. INDUSTRIAL DR.<br>SALINE, MI 48176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/05/2015 | Impellent Technologies Inc.<br>1431 Greenway Drive<br># 800<br>Irving, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/07/2012 | In-Time Infotech Inc.<br>32262 Cedar Blvd.<br>Newark, CA 94560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Indu Llc Dba Intigrow<br>2760 PEACHTREE INDUSTRIAL BLVD<br>SUITE D<br>DULUTH, GA 30097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 05/05/2015 | Inficare Inc.<br>22375 Broderick Drive<br>Ste. 225<br>Dulles, VA 20166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.559** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/16/2015 | Infisight<br>2447 HIGH ST<br>DENVER, CO  80205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.560** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Info Cubic Llc<br>9250 E COSTILLA AVE., #230<br>GREENWOOD VILLAGE, CO  80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.561** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Infomerica Inc<br>252 TOWNE VILLAGE DR.<br>CARY, NC  27513 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.562** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/21/2016 | Infonero Inc.<br>6020 Bennett Court S<br>Fargo, ND  58103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.563** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/23/2015 | Infopro Systems Inc.<br>2752 Forgue Drive<br>Suite 100A<br>Naperville, IL  60566 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.564** | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement by and between Seller, as seller, and Infor (US), Inc., as purchaser, dated as of March 20, 2017 | Infor (Us), Inc.<br>c/o Pepper Hamilton LLP<br>Attn: Thomas P. Dwyer, Esq.<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.565** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Information Architechs Inc.<br>5870 IRISHTOWN RD.<br>BETHEL PARK, PA  15102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     CIBER, Inc.                    Case number *(if known)* _17-10772 (BLS)_
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.566** | State what the contract or lease is for and the nature of the debtor's interest | Teaming Agreement, dated June 14, 2016, between Information Builders, Inc. and Seller | Information Builders, Inc.<br>Two Penn Plaza<br>New York, NY 10121-2898 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.567** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/23/2014 | Infotech Spectrum Inc.<br>2060 Walsh Ave, #130<br>Santa Clara, CA 95050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.568** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ingram Micro Inc<br>1600 E ST ANDREW PL<br>PO BOX 25125<br>SANTA ANA, CA 92799-5125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.569** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Service - 11/12/2013 | Inside Edge Legal, Llcsm<br>7301 Parkway Drive<br>Hanover, MD 21076 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.570** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Insight Portfolio Group<br>767 5th Avenue<br>New York City, NY 10153 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.571** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - 06/13/2014 | Institute Of International Education, Inc.<br>809 United Nations Plaza<br>New York, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.572** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Integra Certified Document Des<br>INTEGRA CERTIFIED DOC DESTRUCTION LLC<br>PO BOX 1278<br>ELKART, IN 46515-1278 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Integra Telecom<br>PO BOX 2966<br>MILWAUKEE, WI 53201-2966 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement, dated January 13, 2017, between Integrated Grants Solutions LLC and Seller | Integrated Grants Solutions Llc<br>465 BRICKELL AVE<br>5103<br>MIAMI, FL 33131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement, dated January 13, 2017, between Integrated Solutions Consulting and Seller | Integrated Solutions Consulting<br>7733 Forsyth Blvd, 11th Floor<br>Clayton, MO 63105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/13/2017 | Integrated Solutions Consulting<br>7733 Forsyth Blvd<br>11th floor<br>Clayton , MO 63105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/07/2015 | Integrated Technology And Solutions Llc<br>501 Cambria Avenue<br>Bensalem, PA 19020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/26/2015 | Intellipeople Inc.<br>2001 Butterfield Road<br>Downers Grove, IL 60515 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/23/2016 | Intelliswift Software Inc.<br>39600 Balentine Drive<br>Suite 200<br>Newark, CA 94560 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name                                                          Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Intermec Technologies Corporation<br>6001 36TH AVE W<br>EVERETT, WA  98203-1264 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - San Francisco Technology License Agreement - June 23, 1999 | International Business Machines Corporation<br>NORTH CASTLE DRIVE<br>ARMONK, NY  10504 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Consulting Services Agreement - July 8, 2009 | International Transmission Company<br>27175 Energy Way<br>Novi, MI  48377 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated March 31, 2016, between Interval Leisure Group, Inc. and Seller | Interval Leisure Group, Inc.<br>Interval Leisure Group, LLC<br>6262 Sunset Drive<br>Miami, FL  33143 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposed Services Agreement, dated January 1, 2015, between Iowa Department of Public Health and Seller | Iowa Department Of Public Health<br>Lucas State Office Building,<br>321 E. 12th Street<br>Attn.: Brenda Dobson, Chief, Bureau of Nutrition and Health Promotion<br>Des Moines, IA  50319-0075 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Iq Navigator<br>3200 East Carson Street<br>Lakewood, CA  90712 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Iron Mountain<br>PO BOX 27128<br>NEW YORK, NY  10087-7128 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Iron Mountain Intellectual Property Mgmt<br>PO BOX 27131<br>NEW YORK, NY  10087-7131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 05/14/2014 | Isgf Inc.<br>100 E. Pine Street<br>Suite 204<br>Orlando, FL  32801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 02/18/2014 | Isphier<br>206 Brookside Court<br>Manchester, CT  06042 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | MSA | Ispirer Systems Llc<br>19125 NORTH CREEK PKWY STE 120<br>BOTHELL, WA  98011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/13/2015 | It America Inc.<br>100 Metroplex Drive<br>Suite 207<br>Edison , NJ  08817 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/09/2017 | It Resource Solutions.Net<br>80 Orville Drive<br>Suite 100<br>East Setauket, NY  11716 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | It Solutions Group, Inc.<br>9718 SEEMAN RD<br>SUITE 100<br>UNION, IL  60180 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name                                                    Case number *(if known)*  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.594** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/27/2013 | It Spin Inc.<br>9555 Lebanon Road<br>Ste. 203<br>Frisco, TX 75035 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.595** | State what the contract or lease is for and the nature of the debtor's interest | Independent Placement Agency Agreement, dated August 19, 2016, between iTutorGroup, Inc. and Seller | Itutorgroup, Inc.<br>3945 Freedom Circle<br>No. 500<br>Santa Clara, CA |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.596** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Ivanti Inc.<br>10808 S. RIVER FRONT PARKWAY<br>SUITE 200<br>SOUTH JORDAN, UT 84095 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.597** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | J2 Global Communications<br>6922 HOLLYWOOD BLVD.<br>LOS ANGELES, CA 90028 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.598** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Jayco Inc<br>PO BOX 460<br>903 S MAIN ST<br>MIDDLEBURY, IN 46540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.599** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Jd And D Enterprises<br>100 ROSS STREET<br>LOBBY MEZZANINE<br>PITTSBURGH, PA 15219 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.600** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 4 Smithfield Street, Fourth Floor, Fifth Floor, And Eight Floor, Pittsburgh, Pennsylvania 15222 - 11/20/2000 | Jd&D Enterprises<br>P.O. Box 23555<br>Pittsburgh, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____      Case number (if known) __17-10772 (BLS)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Jf Shea Inc<br>655 Brea Canyon Rd.<br>Walnut, CA  91788 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 14, 2016, between Jim Beam Brands Co. and Seller | Jim Beam Brands Co.<br>Attn: Chief Information Officer<br>510 Lake Cook Road<br>Deerfield, IL  60015-5610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/18/2015 | Jkm Solutions Llc<br>8440 Shoe Overlook Dr.<br>Fishers , IN  46038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | John Hancock Usis<br>601 Congress St.<br>Boston, MA  02210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Employement And Confidentiality Agreement | John Mccarthy<br>10235 BIRCHLINE DRIVE<br>SPRING, TX  77379 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/25/2013 | Johnson Network Associates Llc<br>Attn:  Afriana Johnson<br>5050 Quorum Drive<br>#700<br>Dallas, TX  75254 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Response to RFP - 09/18/2014 | Joseph Kallabat & Associates, P.C.<br>7031 Orchard Lake Road<br>Suite 302<br>West Bloomfield, MI  48322 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     CIBER, Inc.
           Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 01/23/2015 | Justin Crake<br>3742 WHITEHALL DRIVE<br>DALLAS, TX  75229 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 12/17/2013 | Ka Daily Inc.<br>701 Pennsylvania Avenue<br>Oakmont, PA  15139 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Kaiser Foundation Health Plan Inc<br>DEPARTMENT 1697<br>DENVER, CO  80271-1697 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/24/2014 | Kalvi Consulting<br>2775 152nd Avenue NE<br>Building 8-F<br>Redmond, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Kansas City Southern<br>427 W 12th Street<br>Kansas City, MO  64105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/04/2016 | Kapital Data Corp.<br>50 Division Street<br>Suite 501<br>Somerville, PA  08876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated May 7, 2015, between Kaspick & Company, LLC and Seller | Kaspick & Company, Llc<br>203 Redwood Shores Parkway<br>General<br>Counsel: KASPICK and named Supplier, Attention Law Department;<br>Redwood Shores, CA  94065 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/13/2017 | Katalyst Technologies Inc. 500 Davis Street Suite 701 Evanston, IL  60201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Kelly Outsourcing & Consulting Group 5000 Davis Drive PO Box 14627 Research Triangle Park, NC  27709-4627 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Secondary Supplier Agreement, dated undated, between Kelly Services, Inc. and Seller | Kelly Services, Inc. Attn: David Toste 999 W. Big Beaver Rd. Troy, MI  48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding, dated December 11, 2016, between Kelly Services and Seller | Kelly Services, Inc. Attn: General Counsel 999 West Big Beaver Road Troy, MI  48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 1, 2015, between Kennametal Inc. and Seller | Kennametal Inc. ATTN: SOURCING 1600 Technology Way Latrobe, PA  15650 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Key-Rite Security Lock & Safe Inc 5570 E.YALE AVE. DENVER, CO  80222-5204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/29/2016 | Keypixel Software Solutions 777 Washington Road Suite 1 Parlin, NJ  08859 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 10230 Ne Points Drive, Suites 540 And 550, Kirkland, Washington 98033 | Kilroy Realty , L.P. c/o Kilroy Realty Corporate Attn:  Legal Department 12200 West Olympic Boulevard Suite 200 Los Angeles, CA  90064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Kilroy Realty Lp ATTN: HEATHER MOORE 12200 WEST OLYMPIC BLVD., STE 200 LOS ANGELES, CA  90064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Technology Contract, dated June 10, 2016, between King County, Washington and Seller | King County, Washington Michael Tu 401 5th Avenue, Suite 600 Seattle, WA  98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 08/14/2012 | Kip Information Technologies Inc. 3325 North Arlington Heights Rd Suite 400C Arlington Heights, IL  60004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 05/19/2016 | Kip It Usa KIP Information Technologies Inc. 3325 North Arlington Heights Rd Suite 400C Arlington Heights, IL  60004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement, effective December 7, 2006, between KNG International, Inc. and Metanor Enterprise Solutions LLC | Kng International, Inc. 2102 E. Karcher Rd Nampa, ID  83687 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 08/06/2014 | Koray Ozcubukcu 15620 SE 24TH STREET BELLEVUE, WA  98008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 01/09/2017 | Kpvp Ventures<br>RAJENDRAN MANOHAR<br>2337 ALL SAINTS LANE<br>PLANO, TX  75025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting/Programming/Master Services Agreement, dated January 1, 2012, between Kraft Foods Global, Inc. and Seller | Kraft Foods International (Eu) Ltd.<br>Kraft Foods Global, Inc.<br>KRAFT FOODS GLOBAL, INC.<br>3 Lakes Dr<br>Northfield, IL  60093-2753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated August 5, 2015, between KRG Technologies, Inc. and Seller | Krg Technologies, Inc.<br>25000 Avenue Stanford, Suite 243<br>Valencia, CA  91344 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 02/10/2016 | Krypto It Solutions. Inc.<br>285 Durham Avenue<br>Suite 4<br>South Plainfield, NJ  07080 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | La Dept Of Children & Family Svcs<br>627 N. 4th St<br>Baton Rouge, LA  70802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | La Dept Of Education<br>1201 North third Street, 4th Floor<br>Baton Rouge, LA  70802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | La Dept Of Health And Hospitals<br>1450 Poydras Street, Suite 1631<br>New orleans, LA  70112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 91 of 190

Debtor  ___CIBER, Inc._____  Case number (if known) __17-10772 (BLS)__
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | La District Attorneys Association<br>15045 River Road<br>Hahnville, LA  70057 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Labcorp<br>PO BOX 12140<br>BURLINGTON, NC  27216-2140 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Laine Strategy Group<br>919 CONGRESS AVE.<br>SUITE 1400<br>AUSTIN, TX  78701 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Lake County, Ca<br>255 N. Forbes Street,<br>Lakeport, CA  95453 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Engagement agreement - 08/01/2013 | Lane E. Hammond<br>7369 Rochester Ct<br>Castle Pines, CO  80108 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Lansing Board Of Water And Light<br>1232 Haco Drive<br>Lansing, MI  48912 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Lap Petroleum Llc<br>2434 GUM ROAD<br>CHESAPEAKE, VA  23321 |
|  | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 92 of 190

Debtor    CIBER, Inc.                                                    Case number *(if known)*  17-10772 (BLS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Engagement, dated September 21, 2015, between Lares, LLC and Seller | Lares, Llc<br>PO BOX 310065<br>NEWINGTON, CT  06131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, effective July 1, 2014, between Lassen County Superior Court and Seller | Lassen County Superior Court<br>County of Lassen Courthouse<br>2610 Riverside Drive<br>Susanville, CA  96130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, effective July 1, 2015, between Lassen County Superior Court and Seller | Lassen County Superior Court<br>County of Lassen Courthouse<br>2610 Riverside Drive<br>Susanville, CA  96130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, effective July 1, 2016, between Lassen County Superior Court and Seller | Lassen County Superior Court<br>County of Lassen Courthouse<br>2610 Riverside Drive<br>Susanville, CA  96130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, effective January 1, 2015, between Office of the District Attorney, Lassen County and Seller | Lassen County, Office Of The District Attorney<br>Stacey L. Montgomer, District Attorney<br>220 South Lassen Street<br>Susanville, CA  96130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 02/21/2013 | Latisys-Denver, Llc<br>393 Inverness Pkwy<br>Englewood, CO  80112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Law Offices Of Brikho And Kallabat Pc<br>29992 NORTHWESTERN HIGHWAY<br>SUITE C<br>FARMINGTON HILLS, MI  48334 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     CIBER, Inc.
           Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.650** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/01/2015 | Lawrence Honing<br>5893 DEVEREAUX LANE<br>PITTSBURGH, PA  15232 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.651** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Lawson Great Lakes User Group<br>ATTN: KIM DIEHL<br>741 MORTON ST<br>BATAVIA, IL  60510 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.652** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Laz Florida Parking Llc<br>PO BOX 865036<br>ORLANDO, FL  32886-5036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.653** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Laz Parking<br>PO BOX 281093<br>ATLANTA, GA  30384-1093 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.654** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 08/27/2012 | Lec And Associates Llc<br>7190 Hartman Road<br>Murrayville, GA  30564 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.655** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/14/2015 | Lenora Systems Inc.<br>2705 152nd Ave NE<br>Bldg 6<br>Suite M<br>Redmond, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.656** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Level 3 Communications Llc<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO  80021 |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 94 of 190

Debtor        CIBER, Inc.
              Name                                                     Case number (if known)   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | Perceptive Software Reseller Agreement, dated October 29, 2014, between Lexmark International Ltd and Seller | Lexmark International Ltd PERCEPTIVE SOFTWARE USA INC 8900 RENNER BLVD LENEXA, KS  66219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement, dated October 8, 2014, related to the Leased Real Property located at 6860 Dallas Parkway, Suite 700, Plano, Texas 75024 | Lic Plano Office Building, Inc. 2000 MCKINNEY SUITE 1000 DALLAS, TX  75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Lightedge Solutions Inc. 215 10TH STREET SUITE 1000 DES MOINES, IA  50309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 03/20/2014 | Lights Software Integration & Innovation 11 WEST BROAD STREET PO BOX 354 ELIZABETHVILLE, PA  17023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Original Lease Agreement And, If Applicable, Any And All Amendments - 07/14/2016 | Lincoln Orlando Holdings, Llc 111 N. Magnolia Avenue Suite 1500 Orlando, FL  32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Service - 12/22/2015 | Linkedin 2029 Stierlin Ct Mountain View, CA  94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Linlo Properties Vii, Lp 1013 MUMMA RD, STE 100 LEMOYNE, PA  17043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
        Name

Case number *(if known)* __17-10772 (BLS)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Lippert Components Inc<br>3501 COUNTY ROAD 6 EAST<br>ELKHART, IN  46514 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Lockton<br>8110 E. Union Ave., Suite 700<br>Denver, CO  80237 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Service - 05/03/2010 | Lockton Companies, Llc<br>444 W. 47th Street<br>Suite 900<br>Kansas City, MO  64112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/02/2014 | Logic Rule Inc.<br>10900 NE 8th St.<br>Ste 1000<br>Bellevue, WA  98004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/06/2015 | Loginsoft Consulting<br>4437 Brookfield Corp Drive<br>Chantilly, VA  20151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Logisterra Inc<br>6190-K FAIRMOUNT AVE<br>SAN DIEGO, CA  92120 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated January 26, 2017, between Lorain County Community College and Seller | Lorain County Community College<br>1005 North Abbe Road<br>Elyria, OH  44035 |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 96 of 190

Debtor      CIBER, Inc.
            Name                                                 Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 05/25/2016 | Lorsiv<br>830 E. Higgins Rd.<br>Suite 111J<br>Schaumburg, IL  60173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Implementation Agreement - December 6, 2012 | Los Angeles Community College District<br>770 Wilshire Boulevard<br>Los Angeles, CA  90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services, dated September 7, 2014, between Los Rios Community College District and Seller | Los Rios Community College District<br>Los Rios Community College District, Tania Walden, Interim Director, General Services<br>1919 Spanos Court<br>Sacramento, CA  95825 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services, dated June 2, 2014, between Los Rios Community College District and Seller | Los Rios Community College District<br>Los Rios Community College District, Tania Walden, Interim Director, General Services<br>1919 Spanos Court<br>Sacramento, CA  95825 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Software Maintenance Agreement - March 3, 2015 | Louisiana Department Of Health & Hospitals<br>ATTN: MARGARET SMITH<br>PO BOX 61979<br>NEW ORLEANS, LA  70161-1979 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Consulting Services Agreement - January 28, 2015 | Louisiana Workforce Commission<br>1001 N. 23rd Street<br>Baton Rouge, LA  70802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Lease, dated December 18, 2015, related to the Leased Real Property, located at 62 Buckingham Gate, Fifth Floor, London SW1 | Ls Selborne House Limited<br>Selborne House<br>54-60 Victoria Street<br>London, SW1P 4ZT<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
                Name                                                                Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Lutheran Church Of Hope<br>ATTN ADAM BURTON<br>925 JORDAN CREEK PKWY<br>WEST DES MOINES, IA  50266-5952 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | M & R Consultants Corp<br>700 TECHNOLOGY PARK<br>SUITE 203<br>BILLERICA, MA  01821 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 10/24/2013 | Ma Consulting Service Llc<br>1742 SE 47th Ct<br>Bellevue, WA  98006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ma Department Of Public Health<br>63 Fountain Street, Third floor<br>Framingham, MA  01702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ma Department Of Transportation<br>10th Floor 1 Ashburton Place<br>Boston, MA  02108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 1235 Westlakes Drive, Second Floor, Berwyn, Pennsylvania 19312 - 05/24/2013 | Mack-Cali Pennsylvania Realty Associates, Lp<br>c/o Mack-Cali Realty Corporation<br>P.O. Box 7817<br>Attention: Executive Vice President and General Counsel<br>Edison, NJ  08818-7817 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/23/2015 | Macom Consulting<br>969 Market St<br>Unit 610<br>San Diego, CA  92101 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Macquarie Holdings (Usa), Inc.<br>125 West 55th Street<br>New York, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Madison Gas And Electric Company<br>Attn: Steven Dykstra<br>133 S. Blair Street<br>Madison, WI 53701-1231 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/20/2013 | Madison Technology Group Llc<br>Attn: Brian Lledkte, Managing Partner<br>600 17th St.<br>Suite 2800 South<br>Denver, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Agreement For Professional Services (#97009Kb) - September 8, 1997 | Magical Cruise Company, Limited, D/B/A Disney Cruise Line<br>3 Queen Caroline Street<br>Hammersmith<br>London, W6 9PE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated 23 September 2016, between Maiden Global Serving Company and Seller | Maiden Global Services Company, Llc<br>Robert Muir, VP Enterprise Apps<br>6000 Midlantic (?)<br>Mt. Laurel, NJ |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Manatee County Public Schools<br>215 Manatee Avenue West<br>Bradenton, FL 34205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated August 16, 2016, between Manhattan Beachwear, Inc. and Seller | Manhattan Beachwear, Inc.<br>Attn: Derrick Andrews<br>10700 Valley View Street<br>Cypress, CA 90630 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.692** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Manitoba Liquor And Lotteries<br>830 Empress St.<br>Winnipeg, MB  R3G 3H3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.693** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Of Sublease Dated 7/26/2016 – 6312 S. Fiddlers Green Circle, Fifth Floor, Greenwood Village, Co 80111 | Marca Global, Llc<br>ATTN: LEGAL DEPARTMENT<br>6312 SOUTH FIDDLERS GREEN CIRCLE<br>SUITE 550N<br>Denver, CO  80111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.694** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Supplier Agreement, dated September 4, 2014, between Marchon Partners LLC and Seller | Marchon Partners Llc<br>10 Post Office Square<br>Boston, MA  02109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.695** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Maryland Dept Of Health & Mental Hygiene<br>201 West Preston Street<br>Baltimore, MD  21201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.696** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated December 1, 2015, between Maryland Institute College of Art and Seller | Maryland Institute College Of Art<br>Attn: Susan Miltenberger<br>1401 W Mt Royal Ave<br>Baltimore, MD  21217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.697** | State what the contract or lease is for and the nature of the debtor's interest | Contingency Agency Agreement, effective July 20, 2016, between Massachusetts Financial Services Company and Seller | Massachusetts Financial Services Company<br>MSF Investment Management<br>111 Huntington Avenue<br>Boston, MA  02199 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.698** | State what the contract or lease is for and the nature of the debtor's interest | Direct Placement Agreement, dated June 24, 2016, between Mastronardi Produce and Seller | Mastronardi Produce<br>Attn: Jeffrey Uchida<br>36121 Schoolcraft<br>Livonia, MI  48150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*    17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | Statement Of Work - 06/01/2014 | Maverick Solutions, Llc<br>3150 ROGERS RD, STE.200<br>WAKE FOREST, NC  27587 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 05/07/2014 | Maverick Solutions, Llc<br>3150 ROGERS RD, STE.200<br>WAKE FOREST, NC  27587 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Mayer Consulting Group Llc<br>307 TANNAHILL ST<br>DEARBORN, MI  48124 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement, dated August 18, 2014, between Mayo Clinic and Seller | Mayo Clinic<br>Mayo Privacy Officer<br>200 First Street SW<br>Rochester, MN  55905 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Mayo System-Wide Business Associate Agreement, dated December 21, 2015, between Mayo Clinic and Seller | Mayo Clinic<br>Mayo Privacy Officer<br>200 First Street SW<br>Rochester, MN  55905 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement, dated September 2, 2014, between Mayo Foundation for Medical Education & Research and Seller | Mayo Foundation For Medical Education & Research<br>Supply Chain Management [Attn: Supply Chain Division  Chair, 210 Bldg 4-10 F]<br>200 First St. SW<br>Rochester, MN  55905 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Agency Agreement, undated, between Mayo Foundation for Medical Education and Research and Seller | Mayo Foundation For Medical Education & Research<br>Supply Chain Management [Attn: Supply Chain Division  Chair, 210 Bldg 4-10 F]<br>200 First St. SW<br>Rochester, MN  55905 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/30/2015 | Mckula Inc. Suite 216 Norvelt Plaza Norvelt, PA  15666 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Medica Msa (Service Agreement) | Medica Health Management Llc And Medica Research Foundation D/B/A Medica Research Institute Attn: Rob Edmonds 401 Carlson Pkwy Minnetonka, MN  55305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/01/2016 | Melissa Ali Consulting 25 Muricata Avenue Mt. Maunganui, NEW ZEALAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 12/22/2013 | Memco Computer, Inc. 13414 SE 43d St Bellevue, WA  98006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated July 5, 2016, between Mendota Insurance and Seller | Mendota Insurance Mendota Insurance [Attn: Julie Roettger] 2805 Dodd Road Suite 300 Eagan , MN  55121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/20/2015 | Mentis Systems Inc. 10900 NE 8th St. Suite 1000 Bellevue, WA  98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Service Provider Agreement, dated December 2, 2010, between Mercedes-Benz USA, LLC and Seller | Mercedes-Benz Usa, Llc Mercedes-Benz USA, LLC [Attn: Dianna Du Preez] One Mercedes Drive PO Box 350 Montvale, NJ  07645 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
         Name

Case number (if known) __17-10772 (BLS)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contract Related To The Standard Terms And Conditions (# 2014Stc) - June 1, 2015 | Metropolitan Government Of Nashville And Davidson County Acting By And Through Its Duly Created Electric Power Board Operating Under The Name Of Nashville Electric Service c/o Nashville Electric Service 1214 Church Street Nashville, TN 37246 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | IT Staff Augmentation Services for Applications Development and Program Management, Contract No. 1-16-C042, awarded April 19, 2016 | Metropolitan Washington Airports Authority 1 Aviation Circle, Suite 154 Attn.: Procurement and Contracts Dept., MA-29, Contracting Officer Felipe Dominguez Washington, DC 20001-6000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Mfs Investment Management 500 BOYLSTON ST LBBY 3 BOSTON, MA 02116-3741 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 4, 2017, between MHI Shared Services America, Inc. and Seller | Mhi Shared Services America, Inc. MHI Shared Services America Inc. 400 Colonial Center Parkway Suite 350 Lake Mary, FL 32746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 9, 2017, between Miami University and Seller | Miami University 324 Hoyt Hall Attn: Pat Powers Oxford, OH 45056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Interim Staffing Miami University of Ohio, dated January 9, 2017, between Miami University of Ohio and Seller | Miami University Of Ohio Attn: Bob Black 103 Hoyt Hall Oxford, OH 45056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/03/2013 | Mican Technologies Llc 7899 Baymeadows Way Suite #6 Jacksonville, FL 32256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
                  Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement - 12/21/2015 | Michael Boustridge<br>2729 WELBORN STREET<br>DALLAS, TX  75219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/17/2012 | Michael Dillon<br>1529 De La Vina<br>Santa Barbara, CA  93101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Micro Focus Us, Inc.<br>DEPTARTMENT 1294<br>DENVER, CO  80291-1294 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Microsoft Corp (Commercial)<br>1 Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Software License | Microsoft Corporation<br>Legal and Corporate Affairs<br>Volume Licensing Group<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | Software License - 06/19/2014 | Microsoft Corporation<br>Legal and Corporate Affairs<br>Volume Licensing Group<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Partner Network Agreement (accepted January 27, 2011) | Microsoft Corporation<br>Legal and Corporate Affairs<br>Volume Licensing Group<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | Enterprise Agreement | Microsoft Corporation<br>Legal and Corporate Affairs<br>Volume Licensing Group<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | Business and Services Agreement | Microsoft Corporation<br>Legal and Corporate Affairs<br>Volume Licensing Group<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | Master Outsourced Services Agreement, dated July 1, 2016, between Microsoft Corporation and Seller | Microsoft Corporation<br>Brian Weber<br>One Microsoft Way<br>Redmond, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | IT Services - 01/01/2014 | Microsoft Licensing, Gp<br>1950 N Stemmons Fwy<br>Ste 5010 LB #824267<br>Dallas, TX  75207 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/30/2015 | Microvision Solutions Llc<br>256-06 Hillside Avenue<br>Floral Park, NY  11001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Midland Information Systems Inc<br>2130 PLATINUM ROAD<br>APOPKA, FL  32703 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Midwest Lawson User Group<br>1510 ST. OLAF COLLEGE<br>NORTHFIELD, MN  55057 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)_____
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** State what the contract or lease is for and the nature of the debtor's interest — Legal services - 04/11/2001<br><br>State the term remaining<br>List the contract number of any government contract | Miles & Stockbridge P.C.<br>10 light Street<br>Baltimore, MD  21202 |
| **2.735** State what the contract or lease is for and the nature of the debtor's interest — Staffing Services - 11/04/2015<br><br>State the term remaining<br>List the contract number of any government contract | Minkara Inc.<br>20784 Eskridge Ct<br>Sterling, VA  20165 |
| **2.736** State what the contract or lease is for and the nature of the debtor's interest — Professional Services Agreement, undated, between Mississippi Department of Employment Security and Seller<br><br>State the term remaining<br>List the contract number of any government contract | Mississippi Department Of Employment Security<br>1235 Echelon Pkwy<br>Jackson, MS  39213 |
| **2.737** State what the contract or lease is for and the nature of the debtor's interest — Contract for Professional Services (No. 16-00106), dated June 8, 2016, between Mississippi Department of Environmental Quality and Seller<br><br>State the term remaining<br>List the contract number of any government contract | Mississippi Department Of Environmental Quality<br>Gary C. Rikard, Executive Director, Mississippi Department of Environmental Quality<br>PO Box 2261<br>Jackson , MS  39225 |
| **2.738** State what the contract or lease is for and the nature of the debtor's interest — Contract for Professional Services, dated March 25, 2015, between Mississippi Department of Environmental Quality and Seller<br><br>State the term remaining<br>List the contract number of any government contract | Mississippi Department Of Environmental Quality<br>Gary C. Rikard, Executive Director, Mississippi Department of Environmental Quality<br>PO Box 2261<br>Jackson , MS  39225 |
| **2.739** State what the contract or lease is for and the nature of the debtor's interest — Contract for Professional Services (No. 16-00050), dated 11 February 2016, between Mississippi Department of Environmental Quality and Seller<br><br>State the term remaining<br>List the contract number of any government contract | Mississippi Department Of Environmental Quality<br>Gary C. Rikard, Executive Director, Mississippi Department of Environmental Quality<br>PO Box 2261<br>Jackson , MS  39225 |
| **2.740** State what the contract or lease is for and the nature of the debtor's interest — Professional Services Agreement, dated May 1, 2015, between Mississippi Department of Human Services and Seller<br><br>State the term remaining<br>List the contract number of any government contract | Mississippi Department Of Human Services<br>Craig P. Orgeron, Ph.D.<br>Executive Director, Mississippi Department of Information Technology Services<br>3771 Eastwood Drive<br><br>3771 Eastwood Drive, MS  39211 |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.741** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 40392), dated April 28, 2014 | Mississippi Department Of Information Technology Serices As Contracting Agent For The Mississippi Department Of Education Office Of Child Nutrition <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.742** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 40858), dated March 19, 2014 | Mississippi Department Of Information Technology Serices As Contracting Agent For The Mississippi Department Of Employment Security <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.743** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 42527), dated August 31, 2016 | Mississippi Department Of Information Technology Serices As Contracting Agent For The Mississippi Department Of Human Services <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.744** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 43026), dated March 31, 2017 | Mississippi Department Of Information Technology Serices As Contracting Agent For The Mississippi Division Of Education <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.745** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 40986), dated July 19, 2014 | Mississippi Department Of Information Technology Serices As Contracting Agent For The Mississippi Division Of Medicaid <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.746** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Professional Services Agreement (Project Number 40607), dated June 13, 2014 | Mississippi Department Of Information Technology Services, As Contracting Agent For The Mississippi Department Of Finance And Administration <br> Craig P. Orgeron, Ph.D., Executive Director, Mississippi Department of Information Technology Services <br> 3771 Eastwood Drive <br> Jackson , MS  39211 |
| **2.747** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Customer Agreement - Business Associate Agreement - July 22, 2014 | Mississippi Division Of Medicaid <br> 550 high St #1000 <br> Jackson, MS  39201 |

Debtor    CIBER, Inc.
                Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated July 5, 2016, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated June 17, 2015, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated December 16, 2016, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated July 23, 2015, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated December 13, 2016, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated June 29, 2015, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement, dated December 16, 2015, between Mississippi Supreme Court Administrative Office of Courts and Seller | Mississippi Supreme Court Administrative Office Of Courts Kevin Lackey, Mississippi Supreme Court 450 High St. Jackson, MS  39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     CIBER, Inc.
           Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Mitsubishi Heavy Industries America, Inc<br>20 East Greenway Plaza<br>Suite 830<br>Houston, TX  77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated November 11, 2014, between Mitsubishi Hitachi Power Systems Americas, Inc. and Seller | Mitsubishi Hitachi Power Systems Americas, Inc.<br>Mitsubishi Hitachi Power Systems Americas, Inc<br>100 Colonial Center Parkway Suite 500<br>Lake Mary, FL  32746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | Legal Services | Mla-Solution'S Practice Group, Llc<br>7317 Parkway Drive S.<br>ATTN:  Nicole Free<br>Hanover, MD  21076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Mms Medical Supply<br>13400 Lakefront Drive<br>Earth City, MO  96045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Mobile Solutions Services Inc<br>6766 SOUTH REVERE PARKWAY<br>SUITE 100C<br>CENTENNIAL, CO  80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | U.S. Value Added Reseller Agreement, dated July 20, 2009, between MobileFrame LLC and Seller | Mobileframe Llc<br>101 Blossom Hill Road<br>Los Gatos, CA  95032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Mobility Services International Llc<br>ONE LIBERTY LANE EAST<br>HAMPTON, NH  03842 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.                                                    Case number *(if known)*   17-10772 (BLS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.762** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/12/2015 | Momentum Solutions Llc<br>18 Fife Street<br>Stafford, VA  22554 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.763** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Service - 12/09/2014 | Monster Worldwide, Inc.<br>622 Third Avenue<br>39th Floor<br>New York, NY  10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.764** | State what the contract or lease is for and the nature of the debtor's interest | Contract #8351000174BB, undated, between Montgomery County, Maryland and Seller | Montgomery County, Maryland<br>Attn: Karen Plucinski<br>101 Monroe St FL 15<br>Rockville, MD  20850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.765** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Moveforward Solutions Llc<br>3717 45TH AVE NE<br>TACOMA, WA  98422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.766** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/20/2016 | Movement Search And Deliver<br>20 West Washington<br>Clarkston, MI  48346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.767** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/30/2015 | Mrcc Techforza<br>700 Technology Park Drive<br>Suite #203<br>Balerica, MA  01821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.768** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ms Dept Of Education<br>500 Greymont Ave, Suite F<br>Jackson, MS  39201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ms Dept Of Finance & Administration<br>501 N West St #1201a<br>Jackson, MS  39201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ms Dept Of Human Svcs<br>750 North State Street<br>Jackson, MS  39205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ms Dept Of It Services-Crimes<br>PO Box 220<br>Jackson, MS  39205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ms Dept. Of Employment Security<br>1235 Echelon Pkwy<br>Jackson, MS  39213 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Business Agreement - 9/28/2001 | Msli Gp<br>915 L Street, Suite C 103<br>Sacramento, CA  95814 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Terms Of Business For Supplying Contract Personnel - October 18, 2000 | Msx International Engineering Services,Inc.<br>1 American Road<br>CAMPBELLFIELD, VIC, 3061 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Business for Supplying Contract Personnel, dated November 11, 2015, between MSX International India LTD and Seller | Msx International India Ltd<br>MSX International India (Private) Ltd. c/o MSX Americas, Inc.<br>One Detroit Center, 500 Woodward Avenue, 19th Floor<br>Detroit, MI  48226 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.776** | State what the contract or lease is for and the nature of the debtor's interest | Contract No. 4400000825, undated, between Multnomah County and Seller | Multnomah County<br>421 SW Oak Street<br>Suite 610<br>Portland, OR 97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.777** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Multnomah County District Attorney<br>1120 SW 5th Avenue #1530<br>Portland, OR 97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.778** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Multnomah County, Or<br>421 SW Oak Street<br>Suite 610<br>Portland, OR 97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.779** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 4100 Edison Lakes Parkway, Mishawaka, Indiana 46545 - 03/27/2008 | Mutualbank<br>f/k/a MFB Financial<br>P.O. Box 528<br>Mishawaka, IN 46546 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.780** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Muzak Llc<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.781** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated August 1, 2011, between Mylan Inc. and Seller | Mylan Inc.<br>Attn: Ashish Jajoo<br>P.O. Box 3310<br>Morgantown, WV 26504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.782** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated December 12, 2016, between Myndshft Technologies, LLC and Seller | Myndshft Technologies, Llc<br>3450 N Higley Road<br>Building # Suite 108<br>Attn.: Stacy Wince<br>Mesa, AZ 85215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.783** | State what the contract or lease is for and the nature of the debtor's interest | Standard Terms and Conditions (# 2014STC), dated June 1, 2015 | Nashville Electric Service<br>Teresa Broyles-Aplin<br>Title: Executive Vice President & CFO<br>1214 Church Street<br>Nashville, TN  37246 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.784** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Nashville Technology Council<br>105 BROADWAY<br>NASHVILLE, TN  37201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.785** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 01/17/2015 | Nathan Hlavin<br>62905 CRIMSON DR.<br>WASHINGTON, MI  48094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.786** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 09/03/2015 | Nathaniel Holley<br>28308 WEST SAVANNAH TRAIL<br>LAKE BARRINGTON, IL  60010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.787** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | National Cement<br>15821 Ventura Blvd<br>Encino, CA  91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.788** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated November 13, 2015, between National Council of Child Support Directors (NCCSD) and Seller | National Council Of Child Support Directors (Nccsd)<br>400 SW 8th Street<br>Suite H<br>Des Moines, IA  50309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.789** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, dated August 31, 2016, between National Geographic Society and Seller | National Geographic Society<br>1145 Seventeenth Street, NW<br>Attn.: James Giordano<br>Washington, DC  20036-4688 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Nationwide<br>DVM INSURANCE AGENCY<br>FILE 50939<br>LOS ANGELES, CA  90074-0939 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Nc Dept Of Transportation<br>4101 Capital Blvd<br>Raleigh, NC  27604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Nc Dept. Of Environmental & Natural Res<br>512 N Salisbury St<br>Raleigh, NC  27604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Nebraska Dept Of Health And Human Serv<br>PO Box 95026 301 Centennial Mall South<br>Lincoln, NE  95026 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/07/2016 | Neoprism Solutions<br>917 N. Plum Grove Rd.<br>Suite C<br>Schaumburg, IL  60173 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Information Systems Services Agreement, dated January 31, 2014 | Nestle Regional Globe Office North America, Inc.<br>901 Chouteau Ave.<br>A -- Bldg.<br>St. Louis, MO  63102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Agreement, undated, between Netherlands Support Command Ministry of Defence and Seller | Netherlands Support Command Ministry Of Defence<br>PO Box 20701<br>2500 ES The Hauge<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)* __17-10772 (BLS)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.797** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Services of Independent Contractor, dated January 31, 2014, between Nevada State Gaming Control Board and Seller | Nevada State Gaming Control Board<br>1919 College Parkway<br>Carson City,, NV  89706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.798** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Nevada System Education-System Comp.<br>6375 W. Charleston Blvd<br>Las Vegas, NV  89146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.799** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | New York Institute Of Technology<br>Northern Blvd PO Box 8000<br>Old Westbury, NY  11568 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.800** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/15/2016 | New York Technology Partners<br>111 Town Square Place<br>Jersey City, NJ |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.801** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/11/2015 | Nexlevel Consulting Services Llc<br>1122 Parkview Drive<br>New Kensington, PA  15068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.802** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/18/2013 | Nic Info Tek Inc.<br>Attn:  Kiran S<br>12218 North 56th Street<br>Tampa, FL  33617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.803** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/02/2016 | Nirvanabit Corp.<br>6699 Vista Drive<br>Suite 99100<br>West Des Moines, IA  50266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | North Dakota Dept Of Health<br>600 East Boulevard Ave<br>Bismarck, ND  58505 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Northeast Wisconsin Technical College<br>2740 W Mason St<br>Green Bay, WI  54307 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Northwood Shared Resource Center<br>1940 North Monroe Street, Suite 80<br>Tallahassee, FL  32399-0710 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 06/23/2015 | Nrit Software Solutions<br>1340 Highway 36<br>Suite 9<br>Airport Plaza<br>Hazlet, NJ  07730 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated May 14, 2015, between NS International and Seller | Ns International<br>600 Wilshire Drive<br>Troy, MI  48084 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 06/01/2015 | Nsit Solutions<br>1405 Route 18<br>Suite 106<br>Old Bridge, NJ  08857 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Staffing Services - 02/27/2017 | Ntt Data<br>Attn: Santosh Yalamarthy<br>100 City Square<br>Boston, MA  02129 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement, dated May 1, 2015, between NTT Data Global Solutions Corporation and Seller | Ntt Data Global Solutions Corporation<br>3-3<br>Toyosu 3-Chome, Koto-ku<br>Tokyo,<br>JAPAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Object Technology Solutions Inc.<br>6363 COLLEGE BLVD, STE 310<br>OVERLAND PARK, KS  66211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 08/07/2014 | Ocean Bright Consulting Inc.<br>26941 CABOT ROAD SUITE 127<br>LAGUNA HILLS, CA  92653 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement - 09/19/2014 | Ocean Coast Software Inc.<br>7 MONTREAUX<br>NEWPORT COAST, CA  92657 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Office Depot, Inc.<br>PO BOX 630813<br>CINCINNATI, OH  45263-0813 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Award/Contract (#Cfopd-10-C-025) - May 25, 2010 | Office Of The Chief Financial Officer (Ocfo) Washington Dc,  Office Of Financial Operations<br>1350 Pennsylvania Avenue, NW<br>Suite 203<br>Washington, DC  20004 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 17th Judicial District, dated as of April 1, 2016 | Office Of The District Attorney Of The 17Th Judicial District<br>17th Judicial District<br>Camille A. Morvant, District Attorney<br>103 Maronge Street, Suite A<br>Thibodaux, LA  70301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 23rd Judicial District, dated as of March 1, 2016 | Office Of The District Attorney Of The 23Rd Judicial District<br>23rd Judicial District<br>Ricky L Babin, District Attorney<br>305 Chetimatches Street<br>Donaldsonville, LA  70346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 29th Judicial District, dated as of April 1, 2016 | Office Of The District Attorney Of The 29Th Judicial District<br>29th Judicial District<br>Joel T. Chaisson II, District Attorney<br>15045 River Road<br>Hahnville, LA  70057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 2nd Judicial District, dated as of November 1, 2016 | Office Of The District Attorney Of The 2Nd Judicial District<br>2nd Judicial District<br>Danny Newell, District Attorney, 100 Courthouse Drive, Room 103<br>Arcadia, LA  71001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated January 1, 2016, between the Office of the District Attorney of the 36th Judicial District and Seller | Office Of The District Attorney Of The 36Th Judicial District<br>36th Judicial District<br>James R Lestage, District Attorney<br>124 South Stewart Street<br>DeRidder, LA  70634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 38th Judicial District, dated as of January 1, 2017 | Office Of The District Attorney Of The 38Th Judicial District<br>38th Judicial District<br>Jennifer A Jones, District Attorney<br>110 Smith Circle, Suite B<br>Cameron, LA  70631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 42nd Judicial District, dated as of August 1, 2016 | Office Of The District Attorney Of The 42Nd Judicial District<br>42nd Judicial District<br>Gary Evans, District Attorney<br>206 Adams Street<br>Mansfield, LA  71052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated March 1, 2016, between the Office of the District Attorney Orleans Judicial District and Seller | Office Of The District Attorney Orleans Judicial District<br>Leon A. Cannizzaro, Jr., District Attorney<br>619 S. White Street<br>New Orleans, LA  70119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
                  Name

Case number (if known) 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.825** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, effective May 1, 2016, between Office of the Lake County District Attorney and Seller | Office Of The Lake County District Attorney<br>Don A. Anderson, District Attorney<br>255 North Forbes Street<br>Lakeport, CA 95453 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.826** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, effective April 16, 2014, between Office of the Lake County District Attorney and Seller | Office Of The Lake County District Attorney<br>Don A. Anderson, District Attorney<br>255 North Forbes Street<br>Lakeport, CA 95453 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.827** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, effective May 1, 2015, between Office of the Lake County District Attorney and Seller | Office Of The Lake County District Attorney<br>Don A. Anderson, District Attorney<br>255 North Forbes Street<br>Lakeport, CA 95453 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.828** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated April 7, 2015, between Office of the Prosecuting Attorney and Seller | Office Of The Prosecuting Attorney<br>Office of the Prosecuting Attorney<br>Benton County 7320 W. Quinault<br>Kennewick, WA 99335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.829** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated February 25, 2014, between Office of the Prosecuting Attorney and Seller | Office Of The Prosecuting Attorney<br>Office of the Prosecuting Attorney<br>Benton County 7320 W. Quinault<br>Kennewick, WA 99335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.830** | **State what the contract or lease is for and the nature of the debtor's interest** | Solution Support Services Agreement, dated May 4, 2016, between Office of the Prosecuting Attorney and Seller | Office Of The Prosecuting Attorney<br>Office of the Prosecuting Attorney<br>Benton County 7320 W. Quinault<br>Kennewick, WA 99335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.831** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Ohio Department Of Taxation<br>P.O. BOX 2678<br>COLUMBUS, OH 43216-2678 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor      CIBER, Inc.
            Name                                                    Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ohio University<br>HDL Center 385<br>Athens, OH  45701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement, dated May 13, 2009, between  Ohio University of Athens and Seller | Ohio University Of Athens<br>Attn: Shelley Ruff<br>HDL Center 385<br>Athens, OH  45701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | Comprehensive Independent Contractor Agreement, dated May 25, 2016, between Ohio University of Athens and Seller | Ohio University Of Athens<br>Attn: Shelley Ruff<br>HDL Center 385<br>Athens, OH  45701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - One East Wacker Drive, Suite 3110, Chicago, Illinois 60601 - 02/07/2012 | One East Wacker Llc<br>One East Wacker Drive<br>Chicago, IL  60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Only It Consulting Llc<br>2200 W HIGGINS ROAD<br>SUITE 315<br>HOFFMAN ESTATES, IL  60169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated October 31, 2016, between Open Dealer Exchange, LLC and Seller | Open Dealer Exchange, Llc<br>27777 Franklin Road<br>Suite 1850<br>Southfield, MI  48034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | Direct Placement Agreement, dated January 24, 2017, between Open Dealer Exchange, LLC and Seller | Open Dealer Exchange, Llc<br>27777 Franklin Road<br>Suite 1850<br>Southfield, MI  48034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____                    Case number (if known) __17-10772 (BLS)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/11/2016 | Openlogix Corporation<br>28345 Beck Road<br>Suite 308<br>Wixom, MI  48393 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Optimal Solutions & Technologies, Inc.<br>1800 Elmerton Ave<br>Harrisburg, PA  17110 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Cloud Service Agreement - 03/19/2016 | Oracle America, Inc.<br>500 Oracle Parkway<br>Attn:General Counsel, Legal Department<br>Redwood Shores, CA  94065 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement - 01/09/2016 | Oracle America, Inc.<br>500 Oracle Parkway<br>Attn:General Counsel, Legal Department<br>Redwood Shores, CA  94065 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Provider Agreement, dated July 24, 2013, between Oracle America, Inc. and Seller | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, CA  94065 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 04/16/2016 | Oralab Inc.<br>1430 Stone Mountain Lithonia Road<br>Lithonia, GA  30058 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order and Staffing Services Agreement, dated as of September 2, 2016, between Oralab, Inc. and Seller | Oralab, Inc.<br>Ademola Dada<br>1430 Stone Mountain Lithonia Road<br>Lithonia, GA  30058 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor ___CIBER, Inc._____   Case number *(if known)* __17-10772 (BLS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Orange County, Fl Information Systems<br>201 S Rosalind Ave<br>Orlando, FL  32801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Orange County, Fl Public Schools<br>445 W Amelia St<br>Orlando, FL  32801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 10/05/2012 | Ordusion Technologies Inc.<br>Attn:  Legal Department<br>3883 Rodgers Bridge Road<br>Suite 504<br>Duluth, GA  30097 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/11/2015 | Origin To Future Inc.<br>7800 Preston Road<br>Suite 127<br>Plano, TX  75024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement, dated October 7, 2015, between OST, Inc. and Seller | Ost, Inc.<br>2101 L St NW<br>Suite 800<br>Washington, DC  20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Professional Services Agreement - March 5, 2012 | Owens Corning Sales Llc<br>62366 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 07/31/2013 | Pantar Solutions Inc.<br>1112 S. Tryon St.<br>Suite 755<br>Charlotte, NC  28284 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.                                        Case number (if known)  17-10772 (BLS)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/17/2016 | Panzer Solutions Llc<br>50 Washington Street<br>9th Floor<br>SONO Corporate Center<br>Norwalk, CT 06854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 10/16/2014 | Paradigm Infortech Inc.<br>8830 Stanford Blvd<br>Suite 312<br>Columbia, MD 21045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 29, 2016, between Paragon Asset Recovery Services, Inc. and Seller | Paragon Asset Recovery Services, Inc.<br>420 Rouser Rd., Bldg 3, Suite 300<br>Attn.: Matthew Mitcheltree<br>Coraopolis, PA 15108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/18/2016 | Paramount Global Solutions Inc.<br>924 S. Beltline Road<br>Coppell, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/20/2016 | Paramount Software Solutions Inc.<br>4030 Old Milton Parkway<br>Alpharetta, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/16/2016 | Paramount Software Solutions Inc.<br>4030 Old Milton Parkway<br>Alpharetta, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Park Firm Llc<br>120-34 QUEENS BLVD<br>STE 300<br>KEW GARDENS, NY 11415 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known) 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 05/23/2005 | Patricia K. Sottili<br>16 Eaton Drive<br>North Caldwell, NJ  07006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 06/28/2013 | Peak Performance Technologies<br>4920 Atlanta Highway<br>Suite 406<br>Alpharetta, GA  30004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Pear Workplace Solutions<br>1515 ARAPAHOE ST<br>TOWER 1, SUITE 100<br>DENVER, CO  80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | Direct Placement  Agreement, dated November 3, 2016, between Pegasus Transtech and Seller | Pegasus Transtech<br>4301 W. Boy Scout Blvd #550<br>Tampa, FL  33607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Pennsylvania State Police<br>PO BOX 62041<br>HARRISBURG, PA  17106-2041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | Agreement No. 3119 (Phase 1) | Pennsylvania Turnpike Commission<br>Attn: Mark P. Compton, Chief Executive Officer<br>700 S. Eisenhower Blvd.<br>Middletown, PA  17057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | Agreement No. 3609 | Pennsylvania Turnpike Commission<br>Attn: Mark P. Compton, Chief Executive Officer<br>700 S. Eisenhower Blvd.<br>Middletown, PA  17057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 124 of 190

Debtor    CIBER, Inc.
          Name                                                         Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | Agreement No. 3119 (Phase 2 – Amendment 2) | Pennsylvania Turnpike Commission<br>Attn: Mark P. Compton, Chief Executive Officer<br>700 S. Eisenhower Blvd.<br>Middletown, PA 17057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/12/2016 | People Tech Group Inc.<br>15809 Bear Creek Pkwy<br>Suite 410<br>Redmond, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/14/2009 | Peoplentech Llc<br>6066 Leesburg Pike<br>Suite 410<br>Falls Church, VA 22041 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 06/24/2014 | Peopleserve Prs Inc.<br>Attn: Linda Moreski<br>643 VFW Pkwy<br>Chestnut Hill, MA 02467 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 24, 2013, between Perceptive Software, Inc. and Seller | Perceptive Software, Inc.<br>ACCOUNTING DEPARTMENT<br>PO BOX 872869<br>KANSAS CITY, MO 64187-2869 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Software License - 03/31/2014 | Perceptive Software, Llc<br>22701 W 68th Terrace<br>Shawnee, KS 66226 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Performance System Network Integration<br>KENTH FUCANAN<br>2507 KRUGEL ST<br>HATBORO, PA 19040 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.874** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Performance Telecom, Inc.<br>611 CENTRAL PARK DR<br>SANFORD, FL  32771 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.875** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Perkins Coie Llp<br>1201 THIRD AVENUE, SUITE 4900<br>SEATTLE, WA  98101-3099 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.876** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/08/2016 | Peterman Consulting Inc.<br>2462 Waterscape Tr<br>Snellville, GA  30078 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.877** | State what the contract or lease is for and the nature of the debtor's interest | Co-Operation Agreement (MSA), dated January 1, 2013, between Philips (U.S.A.) and Seller | Philips (U.S.A.)<br>Attn: Sarah Anderson<br>150 Presidential Way, 5th Floor<br>Woburn, MA  01801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.878** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Philips Lighting North America Corporation<br>200 Franklin Square Drive<br>Somerset, NJ  08873 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.879** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Phillips Office Solutions<br>PHILLIPS OFFICE PRODUCTS INC<br>501 FULLING MILL RD<br>MIDDLETON, PA  17057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.880** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/05/2015 | Pilar Defreest Llc<br>3811 Diamante Place<br>Encino, CA  91436 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.       Case number *(if known)*   17-10772 (BLS)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.881** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 2/11/2016 | Pitney Bowes<br>P. O. BOX 856390<br>LOUISVILLE, KY 40285-6390 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.882** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 2017, between Plum Healthcare Group and Seller | Plum Healthcare Group<br>100 E. San Marcos Blvd.<br>Suite 200<br>San Marcos, CA 92059 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.883** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Pm Resource Group Llc<br>219 SCOTT STREET<br>SUITE 165<br>BEAUFORT, SC 29902 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.884** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 11, 2011, between PNC Bank, National Association and Seller | Pnc Bank, National Association<br>Attn: Robert Boone<br>1 PNC Plaza 249 5th Ave<br>Pittsburgh, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.885** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 07/22/2016 | Pollux Consultancy Services<br>20106 Bending Creek Pl.<br>Tampa, FL 33647 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.886** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 15, 2016, between Polyconcept North America, Inc. and Seller | Polyconcept North America, Inc.<br>400 Hunt Valley Road<br>Attention: General Counsel<br>New Kensington, PA 15068 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.887** | State what the contract or lease is for and the nature of the debtor's interest | Agency Services Agreement, dated February 2, 2015, between Pontoon Solutions, Inc. and Seller | Pontoon Solutions, Inc.<br>1301 Riverplace Boulevard<br>Suite 1000<br>Jacksonville, FL 33207 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Access and Services Agreement, dated October 9, 2015, between Pontoon Solutions, Inc. and Seller | Pontoon Solutions, Inc. 1301 Riverplace Boulevard Suite 1000 Jacksonville, FL  33207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | Pontoon Managed Supplier Program Supplier Services Agreement, dated January 3, 2015, between Pontoon Solutions, Inc. and Seller | Pontoon Solutions, Inc. 1301 Riverplace Boulevard Suite 1000 Jacksonville, FL  33207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Port Authority Of Pittsburgh 345 6th Ave Floor 3 Pittsburgh, PA  15222 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | Media Services Agreement - 08/15/2016 | Pr Newswire 810 SEVENTH AVENUE 35TH FLOOR NEW YORK, NY  10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 09/14/2015 | Precision Task Group Inc. 9801 Westheimer Suite 803 Houston, TX  77042 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated March 2015, between Presbyterian Medical Services and Seller | Presbyterian Medical Services 1422 Paseo de Peralta Santa Fe, NM  87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 11/30/2016 | Prestige Staffing Llc 8010 Roswell Road Suite 330 Roswell, GA  30350 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Services Agreement, undated, between Prime Workforce Solutions, LLC and Seller | Prime Workforce Solutions, Llc<br>3031 West Grand Blvd.<br>Suite 600<br>Detroit, MI  48202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated February 9, 2015, between Prince Agri Products, Inc. and Seller | Prince Agri Products, Inc.<br>229 Radio Road<br>Quincy, IL  62306 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Pro Unlimited<br>1 Riverfront Plaza<br>Corning, NY  14831 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Procurri Llc<br>5825 PEACHTREE CORNERS EAST<br>SUITE A<br>NORCROSS, GA  30092 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/17/2017 | Prolifics<br>5 Hanover Square<br>Suite 2001<br>New York, NY  10004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated October 11, 2013, between Prologis and Seller | Prologis<br>Attn: Sheryl Darnell<br>4545 Airport Way<br>Denver, CO  80239 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated December 21, 2016, between Promontory Financial Group, LLC and Seller | Promontory Financial Group, Llc<br>801 17th Street, NW Suite 1100<br>Wasington, DC  20006 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  __CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)__
       <span>Name</span>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.902** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement, dated December 16, 2014, between Promontory Financial Group, LLC and Seller | Promontory Financial Group, Llc<br>801 17th Street NW<br>Washington, DC  20006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.903** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/14/2016 | Propelsys Technologies Llc<br>4975 Preston Park Blvd.<br>Suite 70<br>Plano, TX  75093 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.904** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Proshred Security<br>134 PENNSYLVANIA AVENUE<br>MALVERN, PA  19355 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.905** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Protection One<br>PO BOX 219044<br>KANSAS CITY, MO  64121-9044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.906** | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement, dated May 28, 2016, between Pure Storage, Inc. and Seller | Pure Storage, Inc.<br>28741 NETWORK PLACE<br>CHICAGO, IL  60673-1287 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.907** | State what the contract or lease is for and the nature of the debtor's interest | Sub-Contractor Agreement, dated April 4, 2017, between Q Consulting and Seller | Q Consulting<br>600 Highway 169 South<br>Suite 730<br>Minneapolis, MN  55426 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.908** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Qlik Tech Inc.<br>25686 NETWORK PL<br>CHICAGO, IL  60673-1256 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Quadrant Exhibits Inc<br>DYNAMIC MANAGEMENT INC<br>15009 HESTA STREET<br>POWAY, CA  92064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | CenturyLink Total Advantage Agreement, dated September 16, 2013, between Quest Communications Company, LLC d/b/a CenturyLink QCC | Quest Communications Company, Llc D/B/A Centurylink Qcc<br>Centurylink Communications, LLC - Bankruptcy<br>931 14th St Suite 900<br>Denver, CO  80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 07/13/2011 | Quest Consulting Services<br>5100 SEMINOLE CT.<br>GODFREY, IL  62035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Agreement, dated April 4, 2002, between Quest Diagnostics Incorporated and Seller | Quest Diagnostics Incorporated<br>Attn: Mark Ramey<br>3 Giralda Farms<br>Madison, NJ  07940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement, dated July 16, 2015, between Quest Diagnostics Incorporated and Seller | Quest Diagnostics Incorporated<br>Attn: Mark Ramey<br>3 Giralda Farms<br>Madison, NJ  07940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Letter Agreement - 11/14/2006 | Quest Diagnostics Incorporated<br>Attn: Mark Ramey<br>3 Giralda Farms<br>Madison, NJ  07940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | Agreement, undated, between Radial, Inc. and Seller | Radial, Inc.<br>Attn: Accounts Payable<br>935 First Avenue<br>King of Prussia, PA  19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Ralston Purina Company<br>Checkerboard Square<br>St. Louis, MO  63164 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Supplier Agreement, dated October 31, 2016, between Randstad Professionals US, LP, d/b/a Randstad Sourceright, and Seller | Randstad Professionals Us, Lp, D/B/A Randstad Sourceright<br>925 Northpoint Parkway<br>Attn: Senior Vice President - MSP Operations<br>Alpharetta, GA  30005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Diversity Associate Supplier Agreement, dated June 15, 2015, between Randstad Professionals US, LP, d/b/a Randstad Sourceright, and Seller | Randstad Professionals Us, Lp, D/B/A Randstad Sourceright<br>925 Northpoint Parkway<br>Attn: Senior Vice President - MSP Operations<br>Alpharetta, GA  30005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Rdb-Njr Office Holdings Llc<br>4343 ANCHOR PLAZA PARKWAY<br>SUITE 1<br>TAMPA, FL  33634 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Readyrefresh By Nestle<br>PO BOX 856680<br>LOUISVILLE, KY  40285-6680 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated June 10, 2016, between Reddy Ice Corporation and Seller | Reddy Ice Corporation<br>5720 LBJ Freeway, Suite 200<br>Dallas, TX  75240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Refurbished Solutions Inc<br>638 LINDERO CANYON ROAD #41<br>OAK PARK, CA  91377-5457 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | University of California Professional Services Agreement (No. 131431A40), dated September 1, 2012 | Regents Of The University Of California 1608 Rhode Island Ave NW Washington, DC  20036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Regional Income Tax Agency ATTN: BC-DAVID GOIST PO BOX 477900 BROADVIEW HEIGHTS, OH  44147-0537 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 1500 District Avenue, First And Second Floors, Burlington, Massachusetts 01803 - 02/25/2016 | Regus 100 Connell Drive 2nd Floor Berkeley Heights, NJ  07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 100 Connell Drive, Berkeley Heights, New Jersey 07922 - 02/25/2016 | Regus 100 Connell Drive 2nd Floor Berkeley Heights, NJ  07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 320 Seven Springs Way, Office Numbers 236 And 243, Brentwood, Tennessee 37027 - 09/29/2016 | Regus 100 Connell Drive 2nd Floor Berkeley Heights, NJ  07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Regus Management Group Llc 16427 NORTH SCOTTSDALE ROAD SUITE 410 SCOTTSDALE, AZ  85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Revenue2 1812 KRISTY CT LONGMONT, CO  80504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name

Case number *(if known)*  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.930** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/04/2011 | Revere It Llc<br>402 Amherst Street<br>Ste. 405<br>Nashua, NH  03063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.931** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated October 26, 2012, between Rhode Island Department of Health and Seller | Rhode Island Department Of Health<br>3 Capitol Hill<br>Providence, RI  02908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.932** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ri Department Of Corrections<br>18 Slate Hill Road<br>Cranston, RI  02920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.933** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ri Dept. Of Health<br>3 Capitol Hill, Room 302<br>Providence, RI  02908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.934** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/02/2015 | Richard Vattimo<br>4540 HAMMOCKS DR<br>GENESEO, NY  14454 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.935** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Rightsourcing, Inc<br>200 1st Street Southwest<br>Rochester, MN  55905 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.936** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 06/30/2014 | Risingsoft Software Services Llc<br>4517 KINGSTON AVE<br>LISLE, IL  60532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.937** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement, undated, between Robert Allen Group Inc. and Seller | Robert Allen Group Inc.<br>Attn: Bob Powers<br>225 Foxboro Blvd.<br>Foxboro, MA  02035 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.938** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Services | Robert Half<br>21925 Field Parkway<br>Suite 100<br>ATTN:  Cindy Lagerhausen<br>Deer Park, IL  60011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.939** | **State what the contract or lease is for and the nature of the debtor's interest** | Employement and Confidentiality Agreement - 08/31/2015 | Robert Jason<br>Researching Address<br>, |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.940** | **State what the contract or lease is for and the nature of the debtor's interest** | Employement and Confidentiality Agreement - 04/01/2015 | Robert Strong<br>1635 CONWAY ISLE CIRCLE<br>BELLE ISLE, FL  32809 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.941** | **State what the contract or lease is for and the nature of the debtor's interest** | Partner Agreement, dated July 30, 2012, between Rocket Software (US) LLC and Seller | Rocket Software (Us) Llc<br>PO BOX 842965<br>BOSTON, MA  02284-2965 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.942** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Rocket Software Inc<br>PO BOX 842965<br>BOSTON, MA  02284-2965 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.943** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Rolepoint Inc<br>129 BEULAH STREET<br>SAN FRANCISCO, CA  94117 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | _CIBER, Inc._ | Case number _(if known)_ _17-10772 (BLS)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Royal Netherlands Air Force<br>6620 S. Air Guard Way, BLDG 9<br>Tucson, AZ  85706-6073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Royer'S Flowers<br>PO BOX 330<br>LEBANON, PA  17042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/25/2016 | Rubin Technologies<br>12547 Huntington Trace<br>Alpharetta, GA  30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement, dated April 4, 2016, between Ruckus Wireless, Inc. and Seller | Ruckus Wireless, Inc.<br>350 West Java Drive<br>Sunnyvale, CA  94089 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 12/10/2014 | Rwd Consulting<br>5 Willard Lane<br>Lynnfield, MA  01940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | S & P Capital Iq Llc<br>33356 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693-0333 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 08/08/2012 | S & R Professionals, Lp<br>Attn:  Rama Gorgala<br>12123 Millstream Way<br>Houston, TX  77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.951** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/16/2015 | S2 Solutions<br>8507 Kentucky Derby Drive<br>Odessa, FL  33556 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.952** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated August 2, 2016, between Sabert Corporation and Seller | Sabert Corporation<br>Attn: Mike Freeman<br>879 Main St # 899<br>Sayreville, NJ  08872 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.953** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Sage Software Inc<br>14855 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.954** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/08/2016 | Sai Technologies Llc<br>8295 Tournament Drive<br>Suite #150<br>Memphis, TN  38125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.955** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 06/17/2013 | Saidurven Inc.<br>43860 Goshen Farm Ct.<br>Leesburg, VA  20176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.956** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement, dated September 25, 2014, between Saint Elizabeth Healthcare and Seller | Saint Elizabeth Healthcare<br>Attn: Roy French<br>90 Allstate Parkway Suite 300<br>Markham, ON  L3R 6H3<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.957** | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement - 07/30/2016 | Salesforce.Com, Inc.<br>The Landmark @ One Market<br>Suite 300<br>San Francisco, CA  94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement - 07/25/2011 | Salesforce.Com, Inc.<br>The Landmark @ One Market<br>Suite 300<br>San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Salt Lake City Dept Of Airports<br>PO Box 145550<br>Salt Lake City, UT 84114-5550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Samaritan Health Services<br>2625 S 10th Street<br>Lebanon, OR 97355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | San Consulting Inc<br>4038 BERKLEY DRIVE<br>JACKSON, MS 39211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated June 27, 2014, between San Diego Community College District and Seller | San Diego Community College District<br>San Diego Community College District<br>Legal Services Office<br>San Diego,, CA 92108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | San Francisco State University<br>1600 Holloway Ave.<br>San Francisco, CA 94132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | San Joaquin County<br>44 N San Joaquin St #640<br>Stockton, CA 95202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Sandeep Kalluri<br>15300 37TH AVE N<br>APT A219<br>PLYMOUTH, MN  55446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated June 12, 2013, between SanMar and Seller | Sanmar<br>Attn: Cody Palmer<br>22833 SE Black Nugget Road, Suite 130<br>Issaquah, WA  98029 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated June 30, 2014, between Santa Clara County Social Services Agency and Seller | Santa Clara County Social Services Agency<br>333 West Julian Street<br>San Jose, CA  95110-2335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Santa Clara County, Ca District Attorney<br>70 W Hedding St<br>San Jose, CA  95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Santa Clara County, Ca Public Defender'S<br>120 West Mission Street<br>San Jose, CA  95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Services Agreement - March 12, 2013 | Santa Clara County, California<br>1555 Berger Dr Building 2, 3rd Floor<br>San Jose, CA  95112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Santa Clara Probation Department<br>840 Guadalupe Pkwy<br>San Jose, CA  95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | SAP PartnerEdge Master Partner Agreement effective 3/14116 | Sap<br>Attn: Lil Giovanzana, C.P.M.<br>2700 Camino Ramon, Ste. 400<br>San Ramon, CA  94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | Order Form for SAP Cloud Services effective 12/31114 (as amended), SAP Reference No. 0220438276 | Sap<br>Attn: Lil Giovanzana, C.P.M.<br>2700 Camino Ramon, Ste. 400<br>San Ramon, CA  94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | Order Form #2 - SAP HANA Enterprise Cloud Services, effective June 5th 2015 - S0#240057333 | Sap<br>Attn: Lil Giovanzana, C.P.M.<br>2700 Camino Ramon, Ste. 400<br>San Ramon, CA  94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | Order Form #3 - SAP HANA Enterprise Cloud Services, effective June 5th 2015 -SO #240056298 | Sap<br>Attn: Lil Giovanzana, C.P.M.<br>2700 Camino Ramon, Ste. 400<br>San Ramon, CA  94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | Order Form for SAP HANA Enterprise Cloud Services effective 12/31/14 (as amended) -S0#240078654 | Sap<br>Attn: Lil Giovanzana, C.P.M.<br>2700 Camino Ramon, Ste. 400<br>San Ramon, CA  94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Sap Services General Terms And Conditions | Sap<br>3999 W Chester Pike<br>Newtown Square, PA  19073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | SAP Services General Terms and Conditions | Sap Services<br>PO BOX 828795<br>PHILADELPHIA, PA  19182-8795 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.979** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/22/2016 | Sapphire It Services Inc.<br>10701 Corporate Drive<br>Suite #146<br>Stafford , TX  77477 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.980** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 11/22/2016 | Sapphire It Services Inc.<br>10701 Corporate Dr.<br>Suite 146<br>Stafford, TX  77477 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.981** | State what the contract or lease is for and the nature of the debtor's interest | Master Services and Reseller Agreement - 07/14/2011 | Savvis Communications Corporation<br>CenturyLink<br>Attn: Marcy M. Heronimus, Senior Corporate Counsel<br>1801 California St. Floor 9<br>Denver, CO  80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.982** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | Savvis Communications Corporation<br>CenturyLink<br>Attn: Marcy M. Heronimus, Senior Corporate Counsel<br>1801 California St. Floor 9<br>Denver, CO  80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.983** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/28/2015 | Saytu<br>38798 Altura Street<br>Fremont, CA  94536 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.984** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Sbp Consulting Inc<br>4900 38TH AVENUE, STE #5<br>MOLINE, IL  61265 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.985** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/27/2015 | Scadea Solutions<br>100 Franklin Square Drive<br>#304<br>Somerset, NJ  08873 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.986 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Scansource Pos & Barcode<br>Attn: Gerry Lyons, Chief Financial Officer<br>6 Logue Court<br>Greenville, SC  29615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.987 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Schakra Inc<br>4004, 148TH AVE NE<br>BLDG K2<br>REDMOND, WA  98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.988 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Schellman & Company, Llc<br>4010 WEST BOY SCOUT BLVD STE 600<br>TAMPA, FL  33607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated February 1, 2016, between The School Board of Lee County and Seller | School Board Of Lee County<br>2855 Colonial Blvd.<br>Fort Myers, FL  33966 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 06/29/2016 | Scott Kozak<br>2910 S ADAMS ST<br>DENVER, CO  80210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Seattle Jobs Initiative<br>830 4th Avenue South, Suite 206<br>Seattle, WA  98135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Sedna Consulting Group Inc<br>860 ROUTE 1 NORTH SUITE 101<br>EDISON, NJ  08817 |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 142 of 190

Debtor      CIBER, Inc.
            Name                                            Case number (if known)   17-10772 (BLS)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement, dated August 17, 2006, between SEI Global Services, Inc. and Seller | Sei Global Services Inc 1 Freedom Valley Drive Oaks, PA 19456 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Sei Investments, Inc. 1 Freedom Valley Dr. Oaks, PA 19456 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement - 08/22/2014 | Select Selling Inc., D/B/A The Tas Group, Inc. 803 Kirkland Ave Suite 100 Kirkland, WA 98033 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | Tas Group Standard Terms And Conditions Of Select Selling, Inc. | Select Selling Inc., D/B/A The Tas Group, Inc. 803 Kirkland Ave Suite 100 Kirkland, WA 98033 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, April 23, 2013, between Senhieser New Mexico and Seller | Senhieser New Mexico Attn: Sean Donovan 5321 Wilshire Ave NE Albuquerque, NM 87111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Sennheiser Nm Llc 5321 Wilshire Ave NE Albuquerque, NM 87111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Sevone 4550 New Linden Hill, Suite 300 Wilmington, DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
        Name

Case number *(if known)* __17-10772 (BLS)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | Master Installment Payment Agreement, dated December 31, 2014, between SG Equipment Finance USA Corp. and Vitamin Cottage Natural Food Markets, Inc. | Sg Equipment Finance Usa Corp. And Vitamin Cottage Natural Food Markets, Inc. 480 Washington Blvd Jersey City, NJ  07310 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Sh & Company, Inc. 151 ROY LANE HUNTINGDON VALLEY, PA  19006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated February 11, 2014, between the Sheridan College Institute of Technology and Advanced Learning and Seller | Sheridan College Institute Of Technology And Advanced Learning 1430 Trafalgar Rd. Oakville, ON L6H 4J6 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Shi  International Corp. 290 DAVIDSON AVENUE SOMERSET, NJ  08873 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Shimar Recycling, Inc PO BOX 11219 DURHAM, NC  27703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement - 10/18/2006 | Shirley Hollywood And Associates 101 W. Farmers Suite B Seagoville, TX  75159 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/25/2013 | Showmax Llc 2620 Spring Harbor Drive Cumming, GA  30041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Shred-It Usa Llc<br>PO BOX 13574<br>NEW YORK, NY  10087-3574 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated August 31, 2016, between Simms Fishing Products and Seller | Simms Fishing Products<br>177 Garden Drive<br>Bozeman, MT  59718 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - 06/20/2016 | Six Continents Hotels, Inc.<br>Three Ravinia Drive<br>Suite 100<br>atlanta, GA  30346 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - 04/01/2016 | Sixt Gmbh & Co. Autovermietung Kg<br>Zugstizstrasse 1<br>Pullach, 82049<br>GERMANY |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - 01/31/2015 | Skillsoft Corporation<br>BANK OF AMERICA<br>LOCKBOX 405527<br>6000 FELDWOOD ROAD<br>COLLEGE PARK, GA  30349 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest | Master License Agreement - 06/30/2003 | Skillsoft Corporation<br>BANK OF AMERICA<br>LOCKBOX 405527<br>6000 FELDWOOD ROAD<br>COLLEGE PARK, GA  30349 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest | Direct Placement Agreement, dated June 14, 2016, between SkyKick and Seller | Skykick<br>200 W. Thomas St.<br>#400<br>Seattle, WA  98119 |
|  | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 145 of 190

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/17/2016 | Smart Works Llc
55 Carter Drive
Suite 107
West Edison, NJ  08817 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 27, 2017, between SmarTek21, LLC and Seller | Smartek21, Llc
12910 Totem Lake Blvd NE
Suite 200
Kirkland, WA  98034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 03/27/2017 | Smarttek 21 Llc
12910 Totem Lake Blvd. NE
Suite 200
Kirkland, WA  98034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Smpl Solutions Inc
3778 W SMALL ROAD
LAPORTE, IN  46350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 08/20/2014 | Sms Professional Services Llc
2455 MEDLOCK COMMONS
DECATUR, GA  30030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest | Master Partner Agreement, dated April 11, 2012, between SMS, System Maintenance Service, Incorporated and Seller | Sms, System Maintenance Service, Incorporated
2455 MEDLOCK COMMONS
DECATUR, GA  30030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | SOASTA Alliance Program Agreement, dated November 7, 2014, between SOASTA, Inc. and Seller | Soasta, Inc.
444 Catsro St., Fourth Floor
Mountain View, CA  94041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name
                                                          Case number (if known) 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1021** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement - 02/10/2012 | Softcom, Inc.<br>5310 Maple Valley Ct.<br>Centreville, VA  20120 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1022** | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 11/29/2016 | Softech International Resources Inc.<br>3306 Holcomb Bridge Rd.<br>Suite 216<br>Peachtree Corners, GA  30092 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1023** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Solano County Office Of The District Att<br>675 Texas St Ste 2600<br>Fairfield, CA  94533 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1024** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement - 11/01/2013 | Solstice Systems & Technology Llc<br>1445 Worthington Woods Blvd.<br>Suite 110<br>Worthington, OH  43085 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1025** | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 05/31/2015 | Sonata Enterprises Inc.<br>7 Oak Road<br>Philadelphia , PA  19118 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1026** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 12/01/2014 | Sourceinfotech Inc.<br>40 Brunswick Avenue<br>Suite 200<br>Edison , NJ  08817 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.1027** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | South Bend Cubs<br>P.O. BOX 4218<br>SOUTH BEND, IN  46634 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 147 of 190

Debtor    CIBER, Inc.
          _____    Case number (if known)  17-10772 (BLS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated June 24, 2016, between South Salt Lake and Seller | South Salt Lake City<br>Attn: Accounts Payable<br>220 East Morris Ave, Ste. 200<br>South Salt Lake, UT 84115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - 02/01/2016 | Southwest Airlines Co<br>2702 Love Field Drive<br>Attention: Silke Koehnecke, Sr. Manager, Corporate Sales<br>Dallas, TX 75235 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | Master Software License Agreement, January 1, 2004, between Sparrow Health Systems and Seller | Sparrow Health Systems<br>Attn: Dorothea Kaiser<br>1215 E. Michigan Ave.<br>Lansing, MI 48912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | Legal Services | Special Counsel<br>1660 Lincoln Street<br>Suite 2505<br>ATTN: Marya Brancio<br>Denver, CO 80264 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Special Olympics Florida Inc<br>1915 DON WICKHAM DR<br>CLERMONT, FL 34711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Spectrum Health<br>100 Michigan Street NE<br>Grand Rapids, MI 49503 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Spectrum Health Medical Group<br>OCCUPATIONAL HEALTH<br>1840 WEALTHY ST SE<br>GRAND RAPIDS, MI 49506 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     CIBER, Inc.
           Name                                              Case number (if known)  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1035** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement - 09/21/2012 | Speridan Technologies Llc<br>Attn:  Operations Manager<br>2021 Girard Blvd. SE<br>Albuquerque, NM  87106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1036** | State what the contract or lease is for and the nature of the debtor's interest | Custom Service Agreement - 03/24/2009 | Sprint Solutions, Inc.<br>Attn: VP Legal Dept. - Sales & Distribution<br>Mailstop: KSOPHT0101-Z2525<br>Overland Park, KS  66251 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1037** | State what the contract or lease is for and the nature of the debtor's interest | Contingent Worker Master Services Agreement - 07/01/2005 | Sprint/United Management Company<br>PO Box 219100<br>Kansas City, MO  64121-9100 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1038** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 01/08/2016 | Squaresoft Computer Corp.<br>22555 SE 32nd Street<br>Sammamish, WA  98075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1039** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Srimatrix Inc<br>1255 W 15TH STREET, STE 815<br>PLANO, TX  75075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1040** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 600 Wilson Lane, Suite A, Mechanicsburg, Pennsylvania 17055 - 09/26/2005 | St. John Holdings, Inc.<br>320 King of Prussia Road<br>Radnor, PA  19087 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.1041** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Standard Parking<br>SP+ CORP.<br>P.O. BOX 788295<br>PHILADELPHIA, PA  19178-8295 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
              Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | Stanford University Contract No. 60044038, dated December 9, 2013, between Stanford Graduate School of Business and Seller | Stanford Graduate School Of Business 655 Knight Way Stanford, CA 94305 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Stanford Hospital And Clinics C/O BSI HEALTHCARE SERVICES 946 52ND ST SE GRAND RAPIDS, MI 49508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Consultant Services, dated July 10, 2014, between Stanford Hospital and Clinics and Seller | Stanford Hospital And Clinics C/O BSI HEALTHCARE SERVICES 946 52ND ST SE GRAND RAPIDS, MI 49508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | Chainwide Discount - 04/08/2016 | Starwood Hotels & Resorts Attn: Reshma Patel 9002 San Marco Court Orlando, FL 32819 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement, dated March 23, 2007, between Starwood Vacation Ownership and Seller | Starwood Vacation Ownership 8802 Vistana Centre Drive Orlando, FL 32821 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Support Services Agreement - State Farm Insurance - #003840242 | State Farm Insurance Attn: Melanie Lastrapes 1 State Farm Plaza Bloomington, IL 61710 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Consulting Services Agreement - June 2, 2006 | State Farm Mutual Automobile Insurance Company Attn: Melanie Lastrapes 1 State Farm Plaza Bloomington, IL 61710 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name                                                    Case number *(if known)* 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Support Services Agreement Ii (#003763577) - October 3, 2002 | State Farm Mutual Automobile Insurance Company<br>Attn: Melanie Lastrapes<br>1 State Farm Plaza<br>Bloomington, IL 61710 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract For Services Of Independent Contractor - March 11, 2014 | State Gaming Control Board (Nevada)<br>555 East Washington Avenue<br>Suite 2600<br>Las Vegas, NV 89101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract No. 98Iha00458 - 10/19/2011 | State Of Colorado<br>1700 Broadway<br>Suite 200<br>Denver, CO 80290 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract, dated May 14, 2014, between State of Florida, Dept. of Revenue and Seller | State Of Florida<br>Department Of Revenue<br>Sarah Fixel<br>Information Services Program<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd CCOC#2-2267<br>Tallahassee, FL 32399-0100 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest | Contract Renewal, dated as of July 1, 2016, between State of Florida, Dept. of Revenue and Seller | State Of Florida<br>Department Of Revenue<br>5050 W TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The Order Terms And Conditions | State Of Florida<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The Request For Quote No. #Central20160509-Mainframe Consultant | State Of Florida<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1056** | State what the contract or lease is for and the nature of the debtor's interest | Information Technology Consulting (Contract No 973-561-10-1), effective March 1, 2016 | State Of Florida<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL  32399 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1057** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Consulting And Staff Augmentation Services In The Areas Of Analysis And Design | State Of Florida,  Department Of Management Services<br>Office of the Secretary<br>4050 Esplanade Way<br>Tallahassee, FL  32399-0950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1058** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The Request For Proposal For Information Technology - July 10, 2009 | State Of Florida,  Through The Department Of Management Services, Division Of State Purchase<br>4050 Esplanade Way<br>Tallahassee, FL  32399-0950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1059** | State what the contract or lease is for and the nature of the debtor's interest | Information Technology Staff Augmentation Services State Term Contract No. 80101507-SA-15-1, effective March 1, 2017 | State Of Florida, Department Of Management Services, Division Of State Purchasing,<br>4050 Esplanade Way<br>Tallahassee, FL  32399-0950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1060** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Software License Agreement - 38869 | State Of Georgia<br>214 State Capitol<br>Atlanta , GA  30334 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1061** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Goods or Services, dated as of September 30, 2008 | State Of Hawaii Department Of Transportation<br>Aliiaimoku Building<br>869 Punchbowl Street<br>Honolulu, HI  96813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1062** | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 10th Judicial District, dated as of July 1, 2016 | State Of Louisiana<br>10Th Judicial District<br>Office of the District Attorney, 10th Judicial 1District, Van H. Kyzar, District Attorney<br>200 Church St.<br>Natchitoches, LA  71458 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
Name                                                    Case number (if known) 17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | CRIMES Work Order, dated November 30, 2016, between the 10th Judicial District Office of the District Attorney and Seller | State Of Louisiana<br>10Th Judicial District Office Of The District Attorney<br>10th Judicial District<br>Melissa Williams and Billy Joe Harrington<br>, LA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 11th Judicial District, dated as of August 1, 2016 | State Of Louisiana<br>11Th Judicial District<br>Office of the District Attorney, 11th Judicial District, Don M. Burkett, District Attorney<br>495 S. Capitol St.<br>Many, LA  71449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 12th Judicial District, dated as of August 1, 2016 | State Of Louisiana<br>12Th Judicial District<br>Office of the District Attorney, 12th Judicial District, Charles A. Riddle, III, District Attorney<br>417 North Main St.<br>Marksville, LA  71351 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 15th Judicial District, dated as of August 1, 2016 | State Of Louisiana<br>15Th Judicial District<br>Office of the District Attorney, 15th Judicial District, Kieth A. Stutes, District Attorney<br>800 South Buchanan, 6th Floor<br>Lafayette, LA  70501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | Solutions Support Services Agreement State of Louisiana Office of the District Attorney – 1st Judicial District, dated as of July 1, 2016 | State Of Louisiana<br>1St Judicial District<br>Office of the District Attorney, 1st Judicial District<br>501 Texas St.<br>Shreveport, LA  71101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | Software Support and Maintenance Agreement by and between Seller and the State of Louisiana Department of Education, dated as of July 1, 2016 | State Of Louisiana<br>Department Of Education<br>The Department of Education<br>101 North Third St.<br>Baton Rouge, LA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Software Support And Maintenance Agreement - March 2, 2015 | State Of Louisiana Department Of Childen & Family Services<br>SDU/Tribal Order Payee<br>P.O. Box 260222<br>Baton Rouge, LA  70826-0222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
_____
Name

Case number *(if known)*    17-10772 (BLS)
_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Software Support And Maintenance Agreement - July 1, 2016 | State Of Louisiana Department Of Education<br>101 North Third St.<br>#N/A<br>Baton Rouge, LA  70801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement, dated June 1, 2014 | State Of Louisiana Department Of Health & Hospitals, Office Of Public Health & Center For Preventative Health Nutrition Services - Wic Program<br>P.O. Box 629<br>Baton Rouge, LA  70821-0629 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Software Support And Maintenance Agreement - March 3, 2015 | State Of Louisiana Department Of Health And Hospitals<br>P.O. Box 629<br>Baton Rouge, LA  70821-0629 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Solutions Support Services Agreement - April 1, 2016 | State Of Louisiana Office Of The District Attorney - 17Th Judicial District<br>Attn: Camille A. Morvant, II, District Attorney<br>103 Maronge St.<br>PO Box 431<br>Thibodaux, LA  70302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Solutions Support Services Agreement -  March 1, 2016 | State Of Louisiana Office Of The District Attorney - 23Rd Judicial District<br>Attn: Ricky Babin, District Attorney<br>828 S. Irma Ave<br>Gonzales, LA  70737 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Solutions Support Services Agreement -  April 1, 2016 | State Of Louisiana Office Of The District Attorney - 29Th Judicial District<br>St. Charles Parish Courthouse (Parish Government Seat)<br>15045 River Road (LA 18)<br>P.O. Box 302<br>Hahnville, LA  70057 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Solutions Support Services Agreement - November 1, 2016 | State Of Louisiana Office Of The District Attorney - 2Nd Judicial District<br>100 Courthouse Drive<br>Suite 2200<br>Arcadia, LA  71001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor <u>CIBER, Inc.</u>
Name

Case number *(if known)* <u>17-10772 (BLS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Solutions Support Services Agreement - January 1, 2017 | State Of Louisiana Office Of The District Attorney - 38Th Judicial District 3102 Avenue G Hondo, TX  78861 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Solutions Support Services Agreement -  August 1, 2016 | State Of Louisiana Office Of The District Attorney - 42Nd Judicial District Office of the District Attorney 911 Lee Avenue Lafayette, LA  70501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Solutions Support Services Agreement -  April 1, 2016 | State Of Louisiana Office Of The District Attorney - Orleans Judicial District 619 South White Street New Orleans, LA  70119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Software Support And Maintenance Agreement - January 28, 2015 | State Of Louisiana Workforce Commission 1001 North 23rd Street Baton Rouge, LA  70804-9094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | Contract, dated January 8, 2016, between State of Louisiana, Division of Administration, Office of Technology Services and Seller | State Of Louisiana, Division Of Administration, Office Of Technology Services 1201 N. Third Street, Ste. 7-210 Baton Rouge, LA  70802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement, dated March 2, 2015, between State of Louisiana, Division of Administration, Office of Technology Services, and Seller | State Of Louisiana, Division Of Administration, Office Of Technology Services, On Behalf Of The Department Of Children & Family Services 1201 N. Third Street, Ste. 7-210 Baton Rouge, LA  70802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | Small Procurement Contract, dated July 1, 2014, between the State of Maryland, acting through the Department of Health and Mental Hygiene, and Seller | State Of Maryland Department Of Health And Mental Hygiene Herbert R. O'Conor State Office Building 201 W. Preston Street Baltimore, MD  21201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor       CIBER, Inc.
                  Name                                                    Case number (if known)   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | Small Procurement Contract, dated July 1, 2015, between the State of Maryland, acting through the Department of Health and Mental Hygiene, and Seller | State Of Maryland<br>Department Of Health And Mental Hygiene<br>Herbert R. O'Conor State Office Building<br>201 W. Preston Street<br>Baltimore, MD  21201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest | Small Procurement Contract, dated July 1, 2016, between the State of Maryland, acting through the Department of Health and Mental Hygiene, and Seller | State Of Maryland<br>Department Of Health And Mental Hygiene<br>Herbert R. O'Conor State Office Building<br>201 W. Preston Street<br>Baltimore, MD  21201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest | Small Procurement Contract, dated January 13, 2014 | State Of Maryland<br>Department Of Health And Mental Hygiene<br>Herbert R. O'Conor State Office Building<br>201 W. Preston Street<br>Baltimore, MD  21201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | State Of Michigan<br>320 S. Walnut<br>Lansing, MI  48933 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement, dated June 29, 2012, between Mississippi Dept. of Human Services and Seller | State Of Mississippi<br>Department Of Human Services<br>3771 Eastwood Drive<br>Jacksonville, MS  39211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement, dated July 22, 2014, between Mississippi Division of Medicaid and Seller | State Of Mississippi<br>Division Of Medicaid<br>550 High Street, Suite 1000<br>Office of the Governor<br>Division of Medicaid<br>Jacksonville, MS  39201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract Award for Contract No. 60180 0 4, Contract to Supply and Deliver MIS for Nebraska WIC Program to the State of Nebraska, dated April 16, 2014 | State Of Nebraska<br>State Purchasing Bureau<br><br>301 Centennial Mall South, 1st Fl<br><br>Lincoln, NE  68508 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | Contract Award Terms and Conditions (#60180 O4 Transfer), dated June 2, 2014 | State Of Nebraska<br>State Purchasing Bureau<br><br>301 Centennial Mall South, 1st Fl<br><br>Lincoln, NE  68508 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | State Of Nevada, Doit<br>755 N Roop St Ste 202<br>Carson City, NV  89701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement dated October 30, 2014, between State of New York and Seller | State Of New York<br>233 East Washington Street<br>Syracuse, NY  13202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Bid No. Its-009440 For It Supplemental Staffing Providers - October 5, 2015 | State Of North Carolina Office Of Information Technology Services Statewide It Procurement Office<br>PO Box 17209<br>Raleigh, NC  27619-7209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | Technology Contract, dated December 23, 2014, between State of North Dakota, acting through its Department of Health and Seller | State Of North Dakota<br>North Dakota Dept. of Health,<br>600 East Boulevard Ave.<br>Dept. 301<br>Attn.: Amy Cannon, Contract Administrator<br>Bismarck, ND  58505-0200 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The Request For Proposal No. 7548873 For Computer Technical Support Services | State Of Rhode Island<br>CORPORATIONS DIVISION<br>100 N MAIN ST<br>PROVIDENCE, RI  02903-1335 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Deliverables-Based Information Technology Services, dated June 20, 2013 | State Of Texas, Acting By And Through The Department Of Information Resources<br>Grace Windbigler, Enterprise Contract Management, Dep't of Information Resources<br>300 W. 15th St. Suite 1300<br>Austin, TX  78701 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | State of Utah Contract # 146280, dated April 1, 2014, between Utah Department of Health and Seller | State Of Utah Department Of Technology Services And The Utah Department Of The Health Email: Dana Gauthier, dgauthier@utah.gov , |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services (No. 27091), dated June 25, 2014 | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: Bram Kranichfeld] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated March 27, 2014 | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: Bram Kranichfeld] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated March 26, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated June 29, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated September 29, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated January 7, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont Department Of State'S Attorneys And Sherrifs Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill] 12 Baldwin St. Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          _____          Case number (if known) __17-10772 (BLS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services (No. 27658), dated September 30, 2014 | State Of Vermont<br>Department Of State'S Attorneys And Sherrifs<br>Vermont Department of State's Attorneys & Sheriffs [Attn: Bram Kranichfeld]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated December 28, 2016, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont<br>Department Of State'S Attorneys And Sherrifs<br>Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated March 28, 2016, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont<br>Department Of State'S Attorneys And Sherrifs<br>Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated December 21, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont<br>Department Of State'S Attorneys And Sherrifs<br>Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | Standard Contract for Services, dated December 19, 2015, between the State of Vermont, Department of State's Attorneys and Sheriffs and Seller | State Of Vermont<br>Department Of State'S Attorneys And Sherrifs<br>Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | Contract #25587, undated, between State of Vermont Office of State's Attorneys and Seller | State Of Vermont<br>Office Of State'S Attorneys<br>Vermont Department of State's Attorneys & Sheriffs [Attn: David J. Cahill]<br>12 Baldwin St.<br>Montpelier, VT  05633 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The Request For Proposal No. 1697-Dph-Bc - 09/13/2010 | State Of Washington<br>DEPARTMENT OF REVENUE<br>PO BOX 34053<br>SEATTLE, WA  98124-1053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
Name

Case number (if known)   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | Master Contract T08-MST-632, dated June 13, 2007, between the State of Washington Department of Information Services and Seller | State Of Washington Department Of Information Services PO Box 41408 Olympia, WA  98504-1408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Final Contract & Terms Addendum - 08/26/2010 | State Of Wisconsin Department Of Health Services Wic Program P.O. Box 2659 Madison, WI  53701-2659 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | Contract Extension, dated August 2015, between Wisconsin Division of Public Health of the Department of Health Services (DHS) and Seller | State Of Wisconsin, Wisconsin Division Of Public Health Of The Department Of Health Services (Dhs) P.O. Box 2659 Madison, WI  53701-2659 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated September 13, 2016, between State Street Bank and Trust Company and Seller | State Street Bank And Trust Company One Lincoln Street, Boston,, MA  02111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for the Supply of Temporary Workers in the United States, dated September 13, 2016, between State Street Bank and Trust Company and Seller | State Street Bank And Trust Company One Lincoln Street, Boston,, MA  02111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated November 10, 2009, between State Street Bank and Trust Company and Seller | State Street Bank And Trust Company State Street Bank and Trust Company 100 Huntington A venue, Copley Tower One Attention: Maiy Kyle Douglas Boston, MA  02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | State Street Corp 1 Lincoln St. Boston, MA  02111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   CIBER, Inc.
         Name
Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Sterling Talent Solutions<br>STERLING INFOSYSTEMS INC<br>1 STATE STREET PLAZA 24TH FLOOR<br>NEW YORK, NY  10004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Stonewall Solutions, Inc.<br>1511 Pontiac Ave<br>Cranston, RI  02908 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Stragistics Technology and Seller | Stragistics Technology<br>Attn: Hughetta Dudley<br>220 S. Main St.<br>Memphis, TN  38103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/09/2013 | Strategic Resources International Inc.<br>Attn:  Bhahrath Sreerangam<br>777 Washington Road<br>Parlin, NJ  08859 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Streakwave Wireless Inc<br>840 JURY CT<br>SAN JOSE, CA  95112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement, undated, between Streebo, Inc. and Seller | Streebo, Inc.<br>6666 Harwin Drive, Ste 500<br>Houston, TX  77036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Stryker Corporation and Seller | Stryker Corporation<br>2825 AIRVIEW BLVD<br>KALAMAZOO, MI  49002 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
Name

Case number *(if known)* ___17-10772 (BLS)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 11/08/2013 | Subrahmanyan Balasundaram, Consultant<br>1815 Northcross Place N<br>Collierville, TN  38017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest | Sungard Availability Services Associate Partner Agreement, dated June 24, 2014, between Sungard Availability Services LP and Seller | Sungard Availability Services Lp<br>PO BOX 91233<br>CHICAGO, IL  60693 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest | Solution Support Services Agreement, dated October 16, 2015, between Superior Court of California, County of Butte and Seller | Superior Court Of California, County Of Butte<br>One Court Street<br>Oroville, CA  95965 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated July 1, 2014, between Superior Court of San Francisco and Seller | Superior Court Of San Francisco<br>850 Bryant Street,<br>Room 306<br>San Francisco, CA  94103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Superior Water Solutions Llc<br>4700 WESTPORT DRIVE<br>SUITE 300<br>MECHANICSBURG, PA  17055 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Services Agreement, commencing October 17, 2016, between Superior Workforce Solutions, Inc. and Seller | Superior Workforce Solutions, Inc.<br>250 International Drive, P.O. Box 9057<br>Attn: Contracts Department<br>Williamsville, NY  14231-9057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Supreme Systems International Inc<br>5651 W 120TH STREET<br>ALSIP, IL  60803 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
                  Name                                                    Case number *(if known)*   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 11/20/2009 | Supremesoft Corporation<br>1608 Springhill Road<br>Suite 210<br>Vienna, VA  22182 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 10/13/2015 | Suvinar Inc.<br>704 228th Avenue<br>#173<br>Sammamish, WA  98075 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Symmetrix Solutions<br>6455 S YOSEMITE STREET<br>SUITE 520<br>GREENWOOD VILLAGE, CO  80111 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Synergy Micro Solutions Llc<br>15 CHRYSLER<br>IRVINE, CA  92618 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Synnex Corporation<br>5845 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 06/06/2015 | Sysfore Technologies Inc.<br>11465 Johns Creek Parkway<br>Suite 180<br>Johns Creek, GA  30097 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 10/22/2012 | System Soft Technologies Inc.<br>3000 Bayport Drive<br>Suite 840<br>Tampa, FL  33607 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            Page 163 of 190

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing Services - 09/28/2016 **State the term remaining** **List the contract number of any government contract** | System Soft Technologies Llc 3000 Bayport Drive Suite 840 Tampa, FL  33607 |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** Vendor Agreement **State the term remaining** **List the contract number of any government contract** | T-Mobile Attn: Michael Simpson 12920 SE 38th St Bellevue, WA  98006 |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** Customer Agreement - Master Agreement - October 15, 2007 **State the term remaining** **List the contract number of any government contract** | T-Mobile Usa, Inc. 12920 Se 38th St. Bellevue, WA  98006 |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing Services - 11/02/2016 **State the term remaining** **List the contract number of any government contract** | T. Riedel & Associates 11411 Ogden Mills Dr. #104 Las Vegas, NV  89135 |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** Vendor Agreement **State the term remaining** **List the contract number of any government contract** | T2 Technologies, Inc 5595 S. CURTICE ST. LITTLETON, CO  80120 |
| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** Temporary Staffing Agreement, dated October 28, 2015 **State the term remaining** **List the contract number of any government contract** | Tapfin Process Solutions, A Division Of Comsys Information Technology Services, Llc ManpowerGroup, 100 Manpower Place Attn.:  Business Law - North America Milwaukee, WI  53212 |
| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** Customer Agreement **State the term remaining** **List the contract number of any government contract** | Tapfin-Staples 500 Staples Drive Framingham, MA  01702 |

Debtor     CIBER, Inc.
           Name
                                                    Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | State what the contract or lease is for and the nature of the debtor's interest | TAS Group Standard Terms and Conditions of Select Selling Inc. d/b/a The TAS Group, Inc. | Tas Group<br>803 Kirkland Avenue<br>Suite 100<br>Kirkland, WA  98033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1148 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated December 22, 2016, between TaskUS Inc. and Seller | Taskus Inc.<br>3233-C Donald Douglas Loop South<br>Santa Monica, CA  90405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1149 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Tcdc Partnership Llc<br>BANK OF AMERICA LOCKBOX SRV<br>LOCKBOX 741391<br>6000 FELDWOOD RD<br>COLLEGE PARK, GA  30349 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1150 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 5511 Capital Center Drive, Raleigh, North Carolina 27606 | Tcdc Partnership Llc<br>C/O THE DILWEG COMPANIES<br>ATTN: BRUCE KNOTT, CHIEF OPERATING OFFICER<br>5310 S. ALSTON AVE, SUITE 201<br>DURHAM, NC  27713 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1151 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/08/2015 | Technogen Inc.<br>4229 Lafayette Center Drive<br>Suite 1880<br>Chantilly, VA  20151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1152 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/24/2015 | Technology Resource Services Inc.<br>20283 State Road 7<br>Suite 400<br>Boca Raton, FL  33498 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1153 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Technosoft Corporation<br>28411 N. WESTERN HIGHWAY<br>SUITE 640<br>SOUTHFIELD, MI  48034 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      CIBER, Inc.
            Name                                                    Case number *(if known)*   17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1154 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Tehama County<br>633 Washington St Room 38<br>Red Bluff, CA 96080 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1155 | State what the contract or lease is for and the nature of the debtor's interest | Employee Leasing Company Agreement - 09/24/2009 | Tejas Technologies Inc.<br>124 WEST CAPITOL, STE 878<br>LITTLE ROCK, AR 72201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1156 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Tekstar Llc<br>RUA DO SOCORRO, 92<br>CAMPO REAL<br>TURCIFAL, 2565-770<br>PORTUGAL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1157 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Ternes Packaging<br>35275 Industrial Rd<br>Livonia, MI 48150 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1158 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated April 5, 2014 | The Board Of Regents Of The Nevada System Of Higher Education On Behalf Of College Of Southern Nevada<br>6375 W. Charleston Blvd.<br>Las Vegas, NV 89146 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1159 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Technical Assistance Agreement - November 14, 2014 | The Boeing Company<br>ATTN: MARY BARTLETT<br>PO BOX 3707<br>M/S 6X-85<br>SEATTLE, WA 98124-2207 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1160 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | The Creative Group<br>PO BOX 743295<br>LOS ANGELES, CA 90074-3295 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____  Case number *(if known)* __17-10772 (BLS)___
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1161 | State what the contract or lease is for and the nature of the debtor's interest | Legal Services | The Dahill Group<br>44 Cook Street<br>Suite 100<br>Denver, CO  80206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1162 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement (Contract Number C-14-080; Fscj Contract # 2015-04 Msa) - October 24, 2014 | The District Board Of Trustees Of Florida State College At Jacksonville<br>501 West State Street<br>Jacksonville, FL  32202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Dph Contract (#14-254) - September 14, 2013 | The Division Of Public Health Delaware Department Of Health & Social Services<br>1901 N. Du Pont Highway, Main Bldg.<br>New Castle, DE  19720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | The Douglas Stewart Company Inc<br>2402 ADVANCE ROAD<br>MADISON, WI  53718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Department Of Revenue Standard Contract - June 20, 2014 | The Florida Department Of Revenue<br>201 E. Pine Street<br>Suite 300<br>Orlando, FL  32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 11/20/2015 | The Global Venture Llc<br>21263 Park Grove Terr<br>Ashburn , VA  20147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1167 | State what the contract or lease is for and the nature of the debtor's interest | Corporation Account Agreement - 06/24/2015 | The Hertz Corporation<br>225 Brae Boulevard<br>Park Ridge, NJ  07656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number *(if known)*  _17-10772 (BLS)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1168** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Account Agreement - 06/24/2015 | The Hertz Corporation<br>225 Brae Boulevard<br>Park Ridge, NJ  07656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1169** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | The Oas Group, Inc.<br>22811 GREATER MACK AVE STE L2<br>ST CLR SHORES, MI  48080-2057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1170** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | The Pennsylvania State University<br>135 E. Nittany Av. Suite 405<br>State College, PA  16801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1171** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Master Services Agreement - September 30, 2011 | The Pew Charitable Trusts<br>Attn: Chris Contakes<br>901 E Street, NW<br>Washington, DC  20004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1172** | State what the contract or lease is for and the nature of the debtor's interest | General Government Terms and Conditions for Public Service Contracts 2014, dated March 26, 2014 | The Prime Minister, Minister Of General Affairs Of The Netherlands<br>P.O Box 20061<br>250 EB The Hague<br>,<br>NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1173** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | The School Board Of Lee County Florida<br>2855 Colonial Blvd.<br>Fort Myers, FL  33914 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1174** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | The School District Of Philadelphia<br>440 N. Broad Street<br>Philadelphia, PA  19130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ____CIBER, Inc._____
       Name

Case number *(if known)* __17-10772 (BLS)___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Any Contracts Related To The Terms Outlined In The California Multiple Awards Schedule (#3-01-70-1323A) - March 21, 2011 | The State Of California 1500 11th Street Sacremento, CA  95814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1176 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Professional Services Agreement (#41190) - June 9, 2014 | The State Of Mississippi Department Of Information Technology Services On Behalf Of Mississippi Department Of Finance And Administration 3771 Eastwood Drive Jackson, MS  39211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1177 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract For Deliverables-Based Information Technology Services - June 20, 2013 | The State Of Texas, Acting By And Through The Department Of Information Resources Attn: Grace Windbigler, Enterprise Contract Management 300 W. 15th St. Suite 1300 #N/A Austin, TX  78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1178 | State what the contract or lease is for and the nature of the debtor's interest | Toro Consultant Agreement, dated November 11, 2015, between the Toro Company and its Subsidiaries and Seller | The Toro Company And Its Subsidiaries Attn: Toro Legal Counsel 81111 Lyndale Avenue South Bloomington, MN  55420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1179 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Thomas J. Sweeney Jr. 5252 CEDARVILLE AVE. SHEFFIELD VILLAGE, OH  44054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1180 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/30/2015 | Thrivesoft Inc. 22643 44th Drive SE Bothell, WA  98021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1181 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Throne Law Office Pc ATTN: ANABELA GOMES PO BOX 828 CHEYENNE, WY  82001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____
         Name

Case number (if known) __17-10772 (BLS)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest | Direct Placement Agreement, dated October 28, 2016, between ThyssenKrupp Material NA and Seller | Thyssenkrupp Material Na 22355 West 11 Mile Road Southfield, MI 48033 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement, dated March 19, 2007, between ThyssenKrupp Materials North America, Inc. and Seller | Thyssenkrupp Materials North America, Inc. ATTN: THERESA RANDALL 22355 WEST ELEVEN MILE ROAD SOUTHFIELD, MI 48033 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Tiff Advisory Services, Inc. 200 Barr Harbor Ave, Suite 100 Conshohocken, PA 19428 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 03/27/2012 | Tim Van Wyngarden 9512 CHESTNUT ST LENEXA, KS 66220 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Time Warner Cable, Inc. 12012 N MO Pac Expressway Austin, TX 78758 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Timken Company and Seller | Timken Company Attn: Tim Taneyhill 1835-Duebe Ave Sw Canton, OH 44706-2798 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/01/2015 | Timothy Atkinson 9513 CABLE DRIVE KENSINGTON, MD 20895 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|--------|-------------|------------------------|----------------|
|        | Name        |                        |                |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1189** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Tlr Manufacturing Solutions Inc.<br>1038 PATRICIANS LN<br>MONROE, NC  28110-8143 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1190** | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/20/2012 | Tony Phillips<br>Researching Address<br>, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1191** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Tops Markets Llc.<br>6363 Main Street<br>Williamsville, NY  14221-5855 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1192** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Toro<br>8111 Lyndale Ave., South<br>Bloomington, MN  55420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1193** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Toyo Tire USA Corp. and Seller | Toyo Tire Usa Corp.<br>Attn: Anne Holland<br>5665 Plaza Dr.; Suite 300<br>Cypress, CA  90630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1194** | State what the contract or lease is for and the nature of the debtor's interest | Cisco Renewal | Trace3<br>PO Box 843000<br>Los Angeles, CA  90084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1195** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Trader Joe's and Seller | Trader Joe'S<br>Attn: Suzanne Puente<br>800 S. Shamrock Ave<br>Monrovia, CA  91016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1196** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Trailer Transit Inc. Attn: Scott Trojanowski 1130 E US Highway 20 Porter, IN  46304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1197** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 10/26/2016 | Transamerica Training Management 6505 Blue Lagoon Dr. Ste 105 Miami, FL  33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1198** | State what the contract or lease is for and the nature of the debtor's interest | Statement Of Work - 07/11/2014 | Transamerica Training Management, Inc. 6505 BLUE LAGOON DR SUITE 105 MIAMI, FL  33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1199** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement, dated November 7, 2016, between TravelClick and Seller | Travelclick 7 Times Square 38th Floor New York, NY  10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1200** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated August 1, 2014, between Trimac Management Services Limited Partnership and Seller | Trimac Management Services Limited Partnership TRIMAC MANAGEMENT SERVICES LIMITED PARTNERSHIP, by its general partner, TMS(GP) INC. 3215 12 St NE Calgary, AB T237S9 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1201** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Trimac Transportation 3215 12 Street NE Calgary, AB  T237S9 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1202** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 06/05/2016 | Tringapps Inc. 551 5th Avenue Suite #1425 New York, NY  10176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number *(if known)* 17-10772 (BLS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | Recruitment Agreement, effective December 9, 2016, between Trinity Health and Seller | Trinity Health<br>Legal Dept.<br>6312 S. Fiddlers Grn. Cir. Suite 600E<br>Greenwood Village, CO  80111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | Master Temporary Labor Services Agreement, dated June 28, 2016, between Trinity Industries, Inc. and Seller | Trinity Industries, Inc.<br>Attn: Jim Gallegos<br>2525 N. Stemmons Freeway<br>Dallas, TX  75207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 02/18/2016 | Tritan Consulting Inc.<br>600 West DeKalb Pike<br>Suite 350<br>King of Prussia, PA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, undated, between Troy Design & Manufacturing Co. and Seller | Troy Design & Manufacturing<br>Attn: Michael Melvin<br>1 American Road<br>Dearborn, MI  48126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Truescreen Inc<br>PO BOX 1675<br>SOUTHAMPTON, PA  18966 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest | Master Enabling Agreement (Agreement No. 3470), dated May 1, 2012, between the Trustees of the California State University and Seller | Trustees Of The California State University<br>401 Golden Shore<br>Attn.: Darryl Dearborn<br>CSU Office of the Chancellor<br>Long Beach, CA  90802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated February 24, 2016, between Trustees of the California State University and Seller | Trustees Of The California State University<br>Nicole Berracol,<br>415-338-6909<br>benocal@sfsu.edu, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___CIBER, Inc._____     Case number (if known) __17-10772 (BLS)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Ttp Solutions Llc<br>154 MARTHA LEEVILLE RD.<br>LEBANON, TN 37090 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated July 16, 2015, between TVI, Inc d/b/a Savers and Seller | Tvi, Inc. (D/B/A Savers)<br>11400 SE 6th Street<br>Suite 220<br>Bellevue, CA 98004 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Tw Telecom<br>LEVEL 3 COMMUNICATIONS LLC<br>PO BOX 910182<br>DENVER, CO 80291-0182 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Tyco Integrated Security Llc<br>KEYSTONE US MANAGEMENT INC<br>10405 CROSSPOINT BLVD<br>INDIANAPOLIS, IN 46256 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Tyler Technologies,Inc.<br>5949 Sherry Lane<br>Dallas, TX 75225 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | U-Haul<br>PO BOX 52128<br>PHOENIX, AZ 85072-2128 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated March 15, 2017, between U.S. Security Associates, Inc. and Seller | U.S. Security Associates, Inc.<br>Attn: Mike Wells-IT Systems Analyst<br>200 Mansell Court, 5th Floor<br>Roswell, GA 30076 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 174 of 190

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1217** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - 07/01/2015 | United Airlines<br>233 S. Wacker Drive<br>Attention: Vice President of Sales, the Americas<br>Chicago, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1218** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated October 1, 2009, between United Healthcare Services, Inc. and Seller | United Healthcare Services, Inc.<br>Attn: Legal Department - Deptuy General Counsel, Technology and IP<br>United Health Group, 9900 Bren Road East<br>Minnetonka, MN 55343 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1219** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract Services Agreement (It) - January 1, 2016 | United Healthcare Services, Inc.<br>4 Research Drive<br>Shelton, CT 06484 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1220** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated 15 July 2014, between United Natural Foods, Inc. and Seller | United Natural Foods, Inc.<br>Attn: Dan Ratigan<br>313 Iron Horse Way<br>Providence, RI 02908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1221** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 01/19/2015 | United Software Group Inc.<br>Attn: HR Department<br>565 Metro Place South #110<br>Dublin, OH 43017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1222** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Unitedhealthcare Insurance Company<br>22703 NETWORK PLACE<br>CHICAGO, IL 60673-1227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.1223** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Universal City Development Partners<br>1000 Universal Studios Plz<br>Orlando, FL 32819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     CIBER, Inc.                          Case number *(if known)* __17-10772 (BLS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1224** | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 07/01/2016 | Universal Technology Solutions<br>54 Red Rock<br>Irvine, CA  92604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1225** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | University Of Alabama Health Services<br>P.O. BOX 55407<br>BIRMINGHAM, AL  35255-5407 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1226** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, undated, between University of Arkansas for Medical Sciences and Seller | University Of Arkansas For Medical Sciences<br>Attn: Cheryl Lane<br>4301 W Markham Street<br>Little Rock, AR  72204 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1227** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | University Of Baltimore<br>1420 N Charles St.<br>Baltimore, MD  21201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1228** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | University Of California Santa Barbara<br>UC Santa Barbara<br>Santa Barbara, CA  93106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1229** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Service Agreement, dated December 16, 2016, between University of Delaware and Seller | University Of Delaware<br>University of Delaware [Attn: Procurement Services]<br>222 South Chapel St.<br>Newark, DE  19716 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.1230** | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchasing Agreement (No. K-16-00684), dated March 31, 2016 | University Of Houston (On Behalf Of The Department/College/Division/School Of Campus Solutions Services<br>Campus Solutions Services [Attn: Katina McGhee]<br>5000 Gulf Freeway Bldg 3 Rm. 271<br>Houston, TX  77204 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number *(if known)* | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest | Standard Purchasing Agreement (No. K-17-00158), dated October 31, 2016 | University Of Houston (On Behalf Of The Department/College/Division/School Of Campus Solutions Services<br>Campus Solutions Services [Attn: Katina McGhee]<br>5000 Gulf Freeway Bldg 3 Rm. 271<br>Houston, TX  77204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1232 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | University Of Maryland Eastern Shore<br>Administrative Computing Waters Hall, Room 2102<br>Princess Anne, MD  21853 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1233 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement of Terms and Conditions for Procurement of Information Technology Products, Software and Services and Seller | University Of North Carolina, Information Technology Services<br>Information Technology Services<br>211 Manning Drive<br>Chapel Hill, NC  27514 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1234 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | University Of North Texas System<br>PO Box 31120<br>Dallas, TX  75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1235 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | University Of Texas Shared Services<br>601 Colorado St.<br>Austin, TX  78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1236 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated August 4, 2016, between University of Waterloo and Seller | University Of Waterloo<br>200 University Avenue W<br>ATTN: University Secretary & General Counsel<br>Waterloo, ON N2L 3Gl<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1237 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. 15-5282, dated July 30, 2015, between University of Wisconsin-Madison and Seller | University Of Wisconsin-Madison<br>SYSTEM ADMINISTRATION<br>ATTN: ALLEN HESSLBACHER, CPA<br>780 REGENT ST, STE 255<br>MADISON, WI  53715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest | Contract No14-4282, dated April 1, 2015, between University of Wisconsin-Madison and Seller | University Of Wisconsin-Madison SYSTEM ADMINISTRATION ATTN: ALLEN HESSLBACHER, CPA 780 REGENT ST, STE 255 MADISON, WI 53715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest | Master Staffing Agreement, dated 31 July 2009, between Urban Science Applications, Inc. and Seller | Urban Science Applications, Inc. Attn: Matt Bejin 200 Renaissance Center Suite 1800 Detroit, MI 48243 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 03/17/2016 | Us Tech Solutions Inc. 10 Exchange Place Suite 1820 Jersey City, NJ 07302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Uscor Thornwell Administration Annex Columbia, SC 29208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Usm Business Systems, Inc 14175 SULLYFIELD CIR STE 400 CHANTILLY, VA 20151 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - State Of Utah Contract # 146280 - April 1, 2014 | Utah Department Of Health 210 State Capitol Bldg E 310 State Capitol Complex Salt Lake City, UT 84114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/05/2014 | Uvs Infotech Llc 603 7th Street Suite 302 Laurel, MD 20707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 06/27/2014 | V-Soft Consulting Group Inc.<br>2115 Stanley Gault Pkwy.<br>Suite 200<br>Louisville, KY  40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Valero Payment Services Company<br>PO Box 691130<br>San Antonio, TX  78269-1130 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | Lobbying Agreement - 12/01/2016 | Van Staten & Associates<br>750 N. Cedar Street<br>Lansing, MI  48906 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Vazata<br>260 ADRIATIC PARKWAY<br>MCKINNEY, TX  75070 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 06/24/2016 | Ventures Unlimited Inc.<br>309 Fellowship Road<br>East Gate Center<br>Suite 200<br>Mt. Laurel, NJ  08054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 12/11/2013 | Verism Systems Inc.<br>2401 Stanwell Drive<br>Suite 460-3<br>Concord, CA  94520 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 10/31/2014 | Veritis Group Inc.<br>1231 Greenway Drive<br>Suite 1040<br>Irving, TX  75038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CIBER, Inc. | Case number (if known) 17-10772 (BLS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1252 | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement, dated August 11, 2016, between Verizon Sourcing LLC and Seller | Verizon Sourcing Llc<br>One Verizon Way<br>Basking Ridge, NJ  07920 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1253 | State what the contract or lease is for and the nature of the debtor's interest | Telecom Services - 12/14/2010 | Verizon Wireless<br>Attn: Gary Leake<br>600 Hidden Rdg<br>Irving, TX  75038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Vermont Department Of Health<br>289 Hurricane Lane<br>Willistone, VT  05495 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Vermont State'S Attorneys And Sheriffs<br>12 Baldwin St<br>Montpelier, VT  05602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest | Employement and Confidentiality Agreement - 04/01/2015 | Vicki Hickman<br>7095 YARMOUTH DR.<br>WEST BLOOMFIELD, MI  48322 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1257 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Vicki L Boork<br>2724 HICKORY LAWN ROAD<br>ROCHESTER HILLS, MI  48307 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1258 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Vidhwan Inc<br>DBA E-SOLUTIONS<br>2 N MARKET STREET<br>SUITE 400<br>SAN JOSE, CA  95113 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement, dated September 13, 2016, between Viewpost North America, LLC and Seller | Viewpost North America Llc<br>Attn: Denny Voyles<br>2600 Lucien Way, Suite 100<br>Maitland, FL  32751 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest | VIP Partner Program Agreement, dated April 16, 2013, between Virtual Instruments Corporation and Seller | Virtual Instruments Corporation<br>FILE 31303<br>PO BOX 60000<br>SAN FRANCISCO, CA  94160 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 04/24/2014 | Visam Technologies Inc.<br>3011 Internet Blvd<br>Suite #112<br>Frisco, TX  75034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Visanow.Com Inc<br>350 N LASALLE ST<br>SUITE 1400<br>CHICAGO, IL  60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest | Partner Agreement, dated November 29, 2007, between Vision Solutions, Inc. and Seller | Vision Solutions, Inc.<br>15300 BARRANCA PARKWAY<br>IRVINE, CA  92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 10/28/2013 | Visionit Services Usa<br>Attn:  Srinivasarao Nimmagadda<br>38345 West 10 Mile Road<br>Suite 340<br>Farmington Hills, MI  48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 09/04/2014 | Visionsys Inc.<br>1316 River Ridge Dr.<br>Collierville, TN  38017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1266 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Visonpro<br>3031 W. Grand Blvd. Suite 600<br>Detroit, MI  48202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1267 | State what the contract or lease is for and the nature of the debtor's interest | Software Resale Agreement, dated September 13, 2012 | Vitamin Cottage Natural Food Markets, Inc. (Dba Natural Grocers By Vitamin Cottage)<br>Attn: Jesse Nesbitt<br>12612 W Alameda Pkwy<br>Lakewood, CO  80228 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1268 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Vml<br>250 Richards Rd<br>Kansas City, MO  64116 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | Vocollect, Inc. Software License Agreement, dated January 15, 2015, between Vocollect, Inc. and Seller | Vocollect, Inc.<br>703 Rodi Road<br>Pittsburgh, PA  15235 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Vonage Business Inc<br>34232 PACIFIC COAST HIGHWAY SUITE E<br>DANA POINT, CA  92629 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement - 05/05/2014 | Vpj Consulting Llc<br>37 Maryland Avenue Unit 522<br>Rockville, MD  20850 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 09/23/2015 | Vyom Inc.<br>16005 SE 5th Street<br>Bellevue, WA  98008 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | CIBER, Inc. | Case number (if known) | 17-10772 (BLS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Consulting Services, dated August 15, 2016, between W.S. Wilson Corporation and Seller | W.S. Wilson Corporation<br>24 Harbor Park Drive<br>Port Washington, NY 11050 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Wa State Board Community & Tech Colleges<br>3101 Northrup Way<br>Bellevue, WA 98004 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Walt Disney Attractions Technology<br>1200 Grand Central Ave, Floor 02 Office 2718N<br>Glendale, CA 91201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Services Agreement - October 30, 2014 | Walt Disney Parks And Resorts Online<br>500 S Buena Vista St<br>Burbank, CA 91521 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Contract For Personal Services (# Hbe-170) - September 21, 2015 | Washington Health Benefit Exchange<br>810 Jefferson Street SE<br>Olympia, WA 98501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Personal Services (No. HBE-144), dated March 4, 2014, between Washington Health Benefit Exchange and Seller | Washington Health Benefit Exchange<br>Keith Bell<br>521 Capitol Way South<br>Post Office Box 657<br>Olympia, WA 98501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Washington Real Estate Investment Trust<br>6110 EXECUTIVE BLVD., STE 800<br>ROCKVILLE, MD 20852 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name
                                          Case number (if known)   17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Contract Number Sbcts 2012-13-004 - January 16, 2013 | Washington State Board & Technical Colleges Office of the Attorney General Attn: Zachary Mosner, Assistant Attorney General 800 Fifth Avenue Suite 2000 Seattle, WA  98104-3188 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | Contract, dated February 2, 2007, between the Washington State Department of General Administration and Seller | Washington State Department Of General Administration Washington State Department of Revenue Executive Office PO Box 47450 Olympia, WA  98504-7450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Wav, Inc. 2380A Prospect Rd Aurora, IL  60502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest | Wavelink Reseller Agreement, dated May 27, 2010, between Wavelink Corporation and Seller | Wavelink Corporation 5375 North Hiatus Road Sunrise, FL  33351-8781 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Wcg Clinical 202 Carnegie Center, Suite 107 Princeton, NJ  08540 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Wellcare Health Plans, Inc. 8725 Henderson Rd. Tampa, FL  33634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest | Credit Agreement, dated as of May 7, 2012, and amended through Waiver and Amendment No. 15 on April 3, 2017 | Wells Fargo AS ADMINISTRATIVE AGENT ATTN: BUSINESS FINANCE DIVISION MANAGER 2450 COLORADO AVENUE, SUITE 3000W SANTA MONICA, CA  90404-3597 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.
Name                                          Case number (if known) 17-10772 (BLS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Welltower Inc<br>4500 Dorr St<br>Toledo, OH  43615-4040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, undated, between Westchester University of Pennsylvania and Seller | Westchester University Of Pennsylvania<br>PA State System of Higher Education<br>Purchasing Department<br>201 Carter Drive, Suite 200<br>West Chester, PA  19383 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Non-Technical Services Agreement - March 18, 2010 | Western Digital<br>3403 Yerba Buena Rd.<br>San Jose, CA  95135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement, dated December 11, 2016 | Western Digital Technologies, Inc.<br>Attn: Teressa Harnois<br>3403 Yerba Buena Rd.<br>San Jose, CA  95135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest | Terms & Conditions for Purchase of Materials or Services, dated October 1, 2013, between Westinghouse Electric Company LLC and Seller | Westinghouse Electric Company Llc<br>Attn: Darlene Daverio<br>4350 Northern Pike<br>Monroeville, PA  15642 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Westlakes Kpg Iii Llc<br>ONE PRESIDENTIAL BLVD.<br>SUITE 300<br>BALA CYNWYD, PA  19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated March 27, 2017, between White Knight Auto, Inc. and Seller | White Knight Auto, Inc.<br>Attn: Legal Team<br>405 Cameron Street<br>Alexandria, VA  22314 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name
                                                        Case number (if known)  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1294 | State what the contract or lease is for and the nature of the debtor's interest | Whitehat Security, Inc. Reseller Agreement, dated December 31, 2015, between WhiteHat Security, Inc. and Seller | Whitehat Security, Inc. 3970 Freedom Circle Santa Clara, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1295 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | Wi Department Of Health & Family Service 819 North 6th Street Room 609A Milwaukee, WI 53203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1296 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement, dated March 21, 2011, between Wilmington Trust Company and Seller | Wilmington Trust Company Attn: Charles Vogt Vice President, Wealth Advisory Services Rodney Square North 1100 North Market Street Wilmington, DE 19890 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1297 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services, dated March 24, 2016, between Wilmington University and Seller | Wilmington University 320 North DuPont Highway New Castle, DE 19720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1298 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, dated January 6, 2015, between WIRB – Copernicus Group, Inc. and Seller | Wirb-Copernicus Group 212 Carnegie Center Suite 301 Princeton, NJ 08540 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Workoutloud Llc 4330 NORTH SHORE DR ORONO, MN 55364 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest | Agency Recruiting Agreement, dated March 9, 2015, between Wyndham Vacation Ownership, Inc. and Seller | Wyndham Vacation Ownership, Inc. 6277 Sea Harbor Drive Orlando, FL 32821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    CIBER, Inc.                              Case number *(if known)* __17-10772 (BLS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Recruiting Agreement, dated July 28, 2016, between Wyndham Vacation Ownership, Inc. and Seller | Wyndham Vacation Ownership, Inc. 6277 Sea Harbor Drive Orlando, FL  32821 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Any Contracts | Wyoming Supreme Court 2301 Capitol Avenue Cheyenne, WY  82002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 07/29/2014 | Xceed Infotek Inc. Attn:  Surinder Kulhari 1373 S. Nebraska Pl. Chandler, AZ  85286 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Services - 06/02/2016 | Xcel Tech 2136 Gallows Road Suite F DunnLoring, VA  22043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Master Professional Services Agreement – It Services  -  September 1, 2008 | Xerox Capital Services Llc 100 Clinton Avenue South Rochester, NY  14604-1801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | Xerox Corporation Xerox Corporation 800 Phillips Road, Building 205-99P Attn: Global Purchasing, Information Technology Webster, NY  14580 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement, dated January 1, 2004, between Xerox Corporation and Seller | Xerox Corporation Xerox Corporation 800 Phillips Road, Building 205-99P Attn: Global Purchasing, Information Technology Webster, NY  14580 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Software Development And Acquisition Agreement - January 1, 2004 | Xerox Corporation<br>3400 Hillview Avenue, PAHV 108<br>Palo Alto, CA  94304 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | Services Master Agreement No. 7142107 | Xerox Corporation<br>Xerox Corporation<br>800 Phillips Road, Building 205-99P<br>Attn: Global Purchasing, Information Technology<br>Webster, NY  14580 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement - Service Level Agreement - 12/15/2004 | Xim Ebiz Csd/ Web-Dev, Cc<br>Researching Address<br>, |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 05/01/2012 | Xpedite Technologies Inc.<br>8830 Stanford Boulevard<br>Suite 314<br>Columbia, MD  21045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement | Yale Marketing, Llc<br>25 ORVILLE DRIVE<br>SUITE 100<br>BOHEMIA, NY  11716 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 12/01/2016 | Yochana It<br>23000 Commerce Drive<br>Farmington Hills, MI  48335 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 04/04/2016 | Yodhak Llc<br>5401 South Kirkman Road<br>Suite # 310<br>Orlando, FL  32819 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    CIBER, Inc.
          Name

Case number *(if known)*  17-10772 (BLS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1315 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement - 12/01/2009 | Youngsoft Inc. Attn: Vice President 49197 Wixom Tech Drive Suite B Wixom, MI 48393 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1316 | State what the contract or lease is for and the nature of the debtor's interest | Master Business Agreement for Professional IT Services, dated August 27, 2015, between YRC Enterprise Services, Inc. and Seller | Yrc Enterprise Services, Inc. 10990 Roe Avenue Overland Park, KS 66211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1317 | State what the contract or lease is for and the nature of the debtor's interest | Master Business Agreement, dated July 8, 2015, between YRC Enterprise Services, Inc. and Seller | Yrc Enterprise Services, Inc. 10990 Roe Avenue Overland Park, KS 66211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1318 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 02/21/2013 | Zayo Group Uk Limited 4th Floor Harmsworth house 13-15 Bouverie Street London, EC4Y 8DP UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1319 | State what the contract or lease is for and the nature of the debtor's interest | MSA - 02/21/2013, and all amendments | Zayo Group, Llc PO BOX 952136 DALLAS, TX 75395-2136 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1320 | State what the contract or lease is for and the nature of the debtor's interest | Zebra Partnerconnect Program, Program Master Terms and Conditions | Zebra Partnerconnect Program Partnerconnect Program 3 Overlook Point Lincolnshire, IL 60069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1321 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services - 08/22/2016 | Zodiac Solutions 880 E. Swedesford Rd. Wayne, PA 19087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      CIBER, Inc.                                               Case number (if known)  17-10772 (BLS)
            Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1322** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - 10/14/2014 | Zuven Technologies Inc. 222 West Spring Creek Pkwy #102 Plano, TX  75023 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.1323** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement - Subcontractor Agreement - October 16, 2015 | Zycron, Inc. 1214 Church St. Nashville, TN  37246 |
| | **State the term remaining** **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  CIBER, Inc.

United States Bankruptcy Court for the:_____ District of Delaware
                                                                          (State)

Case number (If known):  17-10772 (BLS)

☐ Check if this is an
  amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | CIBER AG | SPEYERER STRABE 14   HEIDELBERG, 69115GERMANY | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | CIBER Consulting, Incorporated | 6312 S. Fiddlers Green Circle, Suite 600E Greenwood Village, CO 80111 | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | CIBER EUROPE LIMITED | 62 BUCKINGHAM GATE, 5TH FLOOR   LONDON, SW1E 6AJUNITED KINGDOM | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | CIBER HOLDING GMBH | MITTERMAIERSTRAßE 31 HEIDELBERG, 69115 GERMANY | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | CIBER INTERNATIONAL B.V. | VREDEOORD 105 CX EINDHOVEN, 5621 NETHERLANDS | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | CIBER INTERNATIONAL HOLDINGS C.V. | VREDEOORD 105 CX EINDHOVEN, 5621 NETHERLANDS | WELLS FARGO BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

Debtor    CIBER, Inc.
_____
Name

Case number *(if known)*  17-10772 (BLS)
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | CIBER International LLC | 6312 S. Fiddlers Green Circle, Suite 600E Greenwood Village, CO  80111 | WELLS FARGO BANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.8 | CIBER MANAGED SERVICES GMBH | FAHNENBERGPLATZ 1   FREIBURG, 79098GERMANY | WELLS FARGO BANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.9 | CIBER NEDERLAND B.V. | MEERKOLLAAN 15 EINDHOVEN, 5613 NETHERLANDS | WELLS FARGO BANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.10 | CIBER UK LTD. | 62 BUCKINGHAM GATE, 5TH FLOOR LONDON, SW1E 6AJ UNITED KINGDOM | WELLS FARGO BANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.11 | TOPCONTRACTS GMBH | MITTERMAIERSTRAßE 31 HEIDELBERG, 69115 GERMANY | WELLS FARGO BANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name   CIBER, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                                    (State)

Case number (*If known*):   17-10772 (BLS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/12/2017              ✗ /s/ Jon Goulding
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Jon Goulding
                                         Printed name

                                         Chief Restructuring Officer
                                         Position or relationship to debtor