**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CIBER, Inc., *et al.*,[1]<br><br>          Debtors. | ) Chapter 11<br>)<br>) Case No. 17-10772 (BLS)<br>)<br>) Jointly Administered<br>)<br>) RE: Docket No. 150<br>) |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Establishing Bidding Procedures and Granting Related Relief and (II) Approving the Bid Protections Related to the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances and Interests* [Docket No. 150] (the "Bidding Procedures Order")[2] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 2, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") conducted an auction (the "Auction") on May 17, 2017, at the offices of Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019. At the conclusion of the Auction, and after consultation with Wells Fargo Bank, N.A. and the Committee, the Debtors selected HTC Global Ventures, LLC ("Purchaser") as the Successful Bidder. The terms of Purchaser's bid, pursuant to which it has agreed to purchase substantially all of the Debtors' assets for a purchase price of $93 million along with the assumption of certain liabilities, are set forth in the executed Asset Purchase Agreement between the Debtors and Purchaser (the "HTC APA"), a copy of which is attached hereto as Exhibit A.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of Debtor CIBER, Inc.'s federal tax identification number (the other Debtors do not have EINs) are: CIBER, Inc. (6833), CIBER International LLC, and CIBER Consulting, Incorporated. The principal place of business for each Debtor is 6312 South Fiddler's Green Circle, Suite 600E, Greenwood Village, CO 80111.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to them in the Bidding Procedures Order.

58682077.1
ny-1284181
58693732.1

Attached hereto as Exhibit B is a redline comparing the HTC APA to the Stalking Horse Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Auction, the Debtors selected Capgemini America, Inc. ("CG America") as the Backup Bidder pursuant to the terms set forth on the record at the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the Sale at the Sale Hearing, which is scheduled to be held on May 19, 2017 at 10:00 a.m. (EDT) before the Honorable Brendan L. Shannon, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated: May 18, 2017
      Wilmington, Delaware

**POLSINELLI PC**

/s/ Justin K. Edelson
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Jarrett Vine (Del. Bar No. 5400)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com
jvine@polsinelli.com

-and-

**MORRISON & FOERSTER LLP**

Brett H. Miller (admitted pro hac vice)
Dennis L. Jenkins (admitted pro hac vice)
Todd M. Goren (admitted pro hac vice)
Daniel J. Harris (admitted pro hac vice)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
brettmiller@mofo.com
djenkins@mofo.com
tgoren@mofo.com
dharris@mofo.com

*Counsel for the Debtors and Debtors-in-Possession*