# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CMTSU Liquidation, Inc., *et al.*,[1]<br>   f/k/a CIBER, Inc., *et al*.<br><br>              Debtors. | Chapter 11<br><br>Case No. 17-10772 (BLS)<br><br>Jointly Administered |
| PENNSYLVANIA TURNPIKE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>CIBER, Inc., *et al*.,<br><br>      Defendants. | Adversary No. 17-50959 (BLS) |

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 20, 2017 AT 2:00 P.M. (ET)[3]

**\*\*PLEASE NOTE THAT THE HEARING TIME HAS BEEN MOVED TO 2:00 P.M. \*\***

**CONTINUED MATTERS**

1. Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 648; Filed: 9/22/2017]

    Response Deadline:    October 17, 2017 at 4:00 p.m.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of Debtor CMTSU Liquidation, Inc.'s federal tax identification number (the other Debtors do not have EINs) are: CMTSU Liquidation, Inc. (6833) (f/k/a CIBER, Inc.), CMTSU Liquidation 2, Inc. (f/k/a CIBER Consulting, Incorporated), and CMTSU Liquidation 3, LLC (f/k/a CIBER International LLC).

[2] **Amended items appear bold.**

[3] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Related Document(s):

    a)    Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 751; Entered: 10/20/2017]

Response(s) Received:    Informal responses received from ACE American Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Pacific Indemnity Company, and Westchester Surplus Lines Insurance Company.

Status:    This matter has been continued to a date to be determined with respect to the responding claimants.  This matter has been continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m. with respect to all of the Exhibit D claimants.  An order has already been entered with respect to the non-responding claimants.

2.    Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 687; Filed: 10/9/2017]

Response Deadline:    November 1, 2017 at 4:00 p.m.

Related Document(s):

    a)    Notice of Hearing [Docket No. 709; Filed: 10/11/2017]

Response(s) Received:

    a)    Response of Lawrence Honig to (I) Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 and (II) Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 812; Filed: 11/8/2017]

Status:    Debtors' counsel intends to submit a revised form of order under certification of counsel with respect to the non-responding claimants.  This matter will be continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m. with respect to all responding claimants.

3.  Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 688; Filed: 10/9/2017]

    Response Deadline:         November 1, 2017 at 4:00 p.m.

    Related Document(s):

    a)  Notice of Hearing [Docket No. 710; Filed: 10/11/2017]

    b)  Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 837; Filed: 11/14/2017]

    Response(s) Received:

    a)  Response of Jeff Parmet & Associates, LLC d/b/a DisputeSoft to Debtor's Third Omnibus (Substantive) Objection to Claims [Docket No. 781; Filed: 10/31/2017]

    b)  Statement of Ciber Global, LLC (f/k/a HTC Global Ventures, LLC) to (i) Debtors Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and (ii) Debtors Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 785; Filed: 11/1/2017]

    c)  Response of Lawrence Honig to (I) Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 and (II) Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 812; Filed: 11/8/2017]

    d)  Informal response by CRG Financial

    e)  Informal response by Hain Capital

    f)  Informal response by Enterprise Services LLC

    g)  Informal response by One East Wacker Partners LLC

    Status:  Debtors' counsel intends to submit a revised form of order under certification of counsel with respect to the non-responding claimants. This matter will be continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m. with respect to all responding claimants.

61417275.1

4.      Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 689; Filed: 10/9/2017]

     <u>Response Deadline</u>:     November 1, 2017 at 4:00 p.m.

     <u>Related Document(s)</u>:

         a)     Notice of Hearing [Docket No. 711; Filed: 10/11/2017]

         b)     Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 838; Filed: 11/14/2017]

         c)     Claims Settlement Stipulation Between CMTSU Liquidation, Inc. and Edward C. Keller, Jr. [Docket No. 865; Filed: 11/22/2017]

     <u>Response(s) Received</u>:

         a)     Response of Eric Borcherding to Debtor's Fourth Omnibus (Substantive) Objection to Claims [Docket No. 782; Filed: 10/30/2017]

         b)     Response of Philip Angelo Palmeri to Debtors Fourth Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 779; Filed: 10/31/2017]

         c)     Response of Vicki Carol Hickman to the Plan for Debtors' Fourth Omnibus Objection to Claims (Substantive) [Docket No. 787; Filed: 11/1/2017]

         d)     Informal response by Michele Denise Finnie

         e)     Informal response by Stephen Pavlicheck

         f)     Informal response by Donald E. Schroeder

         g)     Informal response by Diligent Corporation

     <u>Status</u>:     Debtors' counsel intends to submit a revised form of order under certification of counsel with respect to the non-responding claimants. This matter will be continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m. with respect to all responding claimants.

**MATTERS GOING FORWARD**

5.  Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Committee Lease, Standing, and Authority to Pursue Actions Against Insiders on Behalf of the Debtors' Estates [Docket No. 650; Filed: 9/25/2017]

    Objection Deadline:   October 9, 2017 at 4:00 p.m. (The Debtors were granted an extension to respond until October 10, 2017)

    Related Document(s):   None at this time.

    Response(s) Received:

    a)  Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Committee Lease, Standing, and Authority to Pursue Actions Against Insiders on Behalf of the Debtors' Estates [Docket No. 706; Filed: 10/10/2017]

    b)  Official Committee of Unsecured Creditors' Reply to Debtors' Objection to and in Further Support of Its Motion for Entry of an Order granting the Committee Leave, Standing, and Authority to Pursue Actions Against Insiders on Behalf of the Debtors' Estates [Docket No. 745; Filed: 10/19/2017]

    c)  Joinder of Certain Shareholders to Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Committee Leave, Standing, and Authority to Pursue Actions Against Insiders on Behalf of the Debtors' Estates [Docket No. 746; Filed: 10/20/2017]

    d)  Supplemental Declaration of Jonathan Goulding in Support of Debtors' Objection to the Committee's Motion for Leave, Standing and Authority to Pursue Actions on Behalf of the Debtors' Estates [Docket No. 762; Filed: 10/23/2017]

    Status:   **This matter has been continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m.**

6.  State of Hawaii, Department of Transportation's Motion to Estimate Its Claim Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 760; Filed: 10/23/2017]

    Objection Deadline:   November 8, 2017 at 4:00 p.m.

    Related Document(s):

    a)   Notice of Adjournment of Hearing [Docket No. 828; Filed: 11/11/2017]

Response(s) Received:

    a)   Debtors' Objection to State of Hawaii, Department of Transportation's Motion to Estimate Its Claim Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 809; Filed: 11/8/2017]

    b)   Official Committee of Unsecured Creditors' Objection to State of Hawaii, Department of Transportation's Motion to Estimate Its Claim Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 813; Filed: 11/8/2017]

Status:   **This matter has been resolved.**

7. Motion of Ciber Global, LLC (f/k/a HTC Global Ventures, LLC) to Enforce Terms of Asset Purchase Agreement Dated as of May 17, 2017, as Amended [Docket No. 767; Filed: 10/25/2017]

    Objection Deadline:   November 8, 2017 at 4:00 p.m. (The Debtors were granted an extension to respond until November 17, 2017)

    Related Document(s):   None at this time.

    Response(s) Received:

        a)   Debtors' (I) Objection to the Motion of Ciber Global, LLC (f/k/a HTC Global Ventures, LLC) to Enforce Terms of Asset Purchase Agreement Dated as of May 17, 2017, as Amended, and (II) Cross Motion to Enforce the APA [Docket No. 854; Filed: 11/17/2017]

    Status:   **This matter has been continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m.**

8. Confirmation of Chapter 11 Plan of Liquidation

    Objection Deadline:   November 1, 2017 at 4:00 p.m.

    Related Document(s):

        a)   Chapter 11 Plan of Liquidation [Docket No. 524; Filed: 8/17/2017]

        b)   Disclosure Statement for the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 525; Filed: 8/17/2017]

        c)   Debtors' Revised Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 638; Filed: 9/20/2017]

        d)   Revised Disclosure Statement for the Debtors' Revised Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 639; Filed: 9/20/2017]

e) Notice of Filing of Blacklines of Revised Plan and Revised Disclosure Statement [Docket No. 640; Filed: 9/20/2017]

f) Notice of Filing of Liquidation Analysis [Docket No. 646; Filed: 9/22/2017]

g) Notice of Filing of Revised Proposed Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; (D) Approving Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 647; Filed: 9/22/2017]

h) Notice of Filing of Further Revised (I) Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code; (II) Disclosure Statement for the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code; and (III) Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; (D) Approving Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 665; Filed: 9/29/2017]

i) Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Objections to Plan; (D) Approving Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 667; Entered: 9/29/2017]

j) Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 671; Filed: 10/2/2017]

k) Disclosure Statement for the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 672; Filed: 10/2/2017]

l) Notice of (A) Plan Confirmation Hearing, (B) Objection and Voting Deadlines, and (C) Solicitation and Voting Procedures [Docket No. 673; Filed: 10/2/2017]

m) Stipulation Between the Debtors and SAP America, Inc. for Voting Purposes Only [Docket No. 678; Filed: 10/4/2017]

n) Affidavit of Publication [Docket No. 684; Filed: 10/5/2017]

o) Stipulation Between the Debtors Liquidation, Inc. and LS Selborne House Limited for Voting Purposes Only [Docket No. 685; Filed: 10/6/2017]

p) Plan Supplement to Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 743; Filed: 10/18/2017]

q) Stipulation Between the Debtors and Zayo Group, LLC for Voting Purposes Only [Docket No. 749; Filed: 10/20/2017]

r) Stipulation Between the Debtors and CRG Financial LLC for Voting Purposes Only [Docket No. 773; Filed: 10/27/2017]

s) Declaration of Christina Pullo of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 832; Filed: 11/13/2017]

t) Debtors' Memorandum of Law in Support of Confirmation of Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 916; Filed: 12/8/2017]

u) Declaration of Matthew Covington in Support of Confirmation of Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 917; Filed: 12/8/2017]

v) Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 919; Filed: 12/8/2017]

w) Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (BLACKLINE) [Docket No. 920; Filed: 12/8/2017]

x) Notice of Filing of Proposed Order (I) Confirming the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief [Docket No. 923; Filed: 12/8/2017]

y) Amendment to the Plan Supplement to the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 926; Filed: 12/8/2017]

Response(s) Received:

a) Objection by the United States to Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 784; Filed: 11/1/2017]

b) Statement of Ciber Global, LLC (f/k/a HTC Global Ventures, LLC) to (i) Debtors Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and (ii) Debtors Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 785; Filed: 11/1/2017]

    c)    State of Hawai'i, Department of Transportation's Objection to Confirmation of Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Filed by [Docket No. 786; Filed: 11/1/2017]

    d)    Objection of SAP America, Inc. to the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 892; Filed: 12/1/2017]

    e)    Official Committee of Unsecured Creditors' Limited Objection to Debtors' Plan of Liquidation [Docket No. 896; Filed: 12/1/2017]

    f)    Informal Response from the Office of the United States Trustee

    g)    Debtors' Omnibus Reply to Objections to Confirmation of the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 918; Filed: 12/8/2017]

    h)    Statement of Position of Zayo Group, LLC in Support of Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 922; Filed: 12/8/2017]

    i)    Notice of Filing of Exhibit A Regarding Debtors' Omnibus Reply to Objections to Confirmation of the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 924; Filed: 12/8/2017]

<u>Status</u>:    This matter will go forward.

**ADVERSARY PROCEEDING**

9.    Status conference for the above-captioned adversary proceeding

<u>Related Document(s)</u>:

    a)    Order Setting Status Conference Pursuant to 11 U.S.C. § 105(d) [Adv. Docket No. 10; Entered: 8/16/2017]

    b)    Notice of Hearing [Adv. Docket No. 11; Filed: 8/16/2017]

<u>Status</u>:    **This matter has been continued to the next omnibus hearing scheduled for January 17, 2018 at 10:30 a.m.**

| | |
|---|---|
| Dated:  December **20**, 2017<br>         Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Justin K. Edelson*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>-and-<br><br>**MORRISON & FOERSTER LLP**<br>Brett H. Miller (admitted *pro hac vice*)<br>Dennis L. Jenkins (admitted *pro hac vice*)<br>Todd M. Goren (admitted *pro hac vice*)<br>Daniel J. Harris (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>brettmiller@mofo.com<br>djenkins@mofo.com<br>tgoren@mofo.com<br>dharris@mofo.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |