UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Ciber Inc., et. al.
Debtor

Case No. 17-10772
Reporting Period: Quarter Ending December 31, 2018

Quarterly Operating Report for the Quarter ending
31-Dec-18

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | QOR-1 | x | |
| Schedule Of Disbursements By Legal Entity | QOR-2 | x | |
| Balance Sheet | QOR-3 | x | |
| Debtor Questionnaire | QOR-4 | x | |

This Quarterly Operating Report ("QOR") has been prepared solely for the purpose of complying with the reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Authorized Individual [1]

Christian Mezger
Printed Name of Authorized Individual

31-Jan-19
Date

CFO
Title of Authorized Individual

[1] Signatory is duly authorized by the Debtors to sign this quarterly operating report.

| In re: Ciber Inc., et. al. | Case No. | 17-10772 |
| Debtor | | Quarter Ending |
| | Reporting Period: | December 31, 2018 |

## QOR-1: CONSOLIDATED STATEMENT OF CASH FLOWS
(US Dollars in Thousands)

| | Quarter Ending December 31, 2018 |
|---|---:|
| Beginning cash balance | $ 5,899 |
| Receipts collected on behalf of HTC | 0 |
| Other receipts | 23 |
| Total cash receipts | 23 |
| Total cash disbursements | (1,266) |
| Debtors' net cash flow | (1,244) |
| From/(To) Non-Debtors | - |
| Net cash flow | (1,244) |
| Receipts remitted to HTC | (20) |
| Float (Checks Outstanding at 09/30/2018) | 173 |
| Float (Checks Outstanding at 12/31/2018) | (7) |
| Other | 146 |
| Ending available cash | $ 4,802 |

In re: Ciber Inc., et. al.  
Debtor

Case No.: 17-10772  
Reporting Period: Quarter Ending December 31, 2018

## QOR-2: SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY
(US Dollars in Thousands)

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements | |
|---|---|---|---|---|
| Ciber, Inc. | 17-10772 | | $ | (1,266) |
| *Ciber, Inc. - Ordinary Course Disbursements* | | | $ | (1,266) |
| *Ciber, Inc. - To Non-Debtors* | | | $ | - |
| Ciber International, LLC | 17-10773 | | | - |
| Ciber Consulting, Incorporated | 17-10774 | | | - |
| **Total** | | | $ | **(1,266)** |

Notes:

1. Amounts may also include voided disbursements.

In re: Ciber Inc., et. al.  
Debtor

Case No. 17-10772  
Reporting Period: Quarter Ending December 31, 2018

**QOR-3: BALANCE SHEET**  
As per December 31, 2018  
(US Dollars in Thousands)

| | CIBER Inc. |
|---|---:|
| **Assets** | |
| Current Assets | |
|     Cash | 4,802 |
|     Accounts Receivable | - |
|     Prepaid expenses | - |
|     Other current assets | 86 |
|     Total current assets | 4,887 |
| Net property and equipment | - |
| Goodwill | - |
| Other intangibles, net | - |
| Deferred income taxes | - |
| Other assets | - |
| Restricted Cash | - |
| Investment in NA subs | - |
| Investment in Dutch CV | - |
| Investment in India | - |
|     Total assets | 4,887 |
| **Liabilities and Shareholders' Equity** | |
| Current liabilities - Pre-Petition AP | 14,367 |
| Current liabilities - Other | - |
| Line of Credit | - |
| Lease costs - Long Term | - |
| Other long term liabilities | - |
| Deferred tax liability L-T | - |
| Long-term debt | - |
|     Total liabilities | 14,367 |
| Common stock, $0.01 par value | 827 |
| Additional paid-in capital | 388,808 |
| Retained earnings | (399,112) |
| Foreign currency translation | - |
| Other - pension plan | - |
| Tax Effect - pension plan | - |
| RSU International Equity Reserve | - |
| Unrealized (loss)/gain on hedging activities | - |
| Treasury Stock | (3) |
|     Total CIBER, Inc shareholders' equity | (9,480) |
| Noncontrolling Interest | |
|     Total Shareholders' equity | (9,480) |
|     Total liabilities and shareholder's equity | 4,887 |

In re: Ciber Inc., et. al.  
Debtor

Case No. 17-10772  
Reporting Period: Quarter Ending December 31, 2018

## QOR-4: DEBTOR QUESTIONNAIRE

| Questionnaire | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below - Note 1 | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

| Insurance Information | Yes | No |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary | X | |
| 2. Are all premium payments current? | X | |

January 31, 2019

Respectfully submitted,

By: Christian Mezger  
Title: Chief Financial Officer